# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ROME DIVISION

| | |
|---|---|
| FAITH ALUMINUM COMPANY, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 4:24-cv-00151-WMR |
| CONSTELLIUM ROLLED PRODUCTS RAVENSWOOD, LLC, | ) |
| Defendants. | ) |

## **NOTICE OF APPEARANCE**

Pursuant to Northern District of Georgia Local Rule 83.1(D)(1), Avery E. Carter of Arnall Golden Gregory LLP hereby files her notice of appearance on behalf of Plaintiff Faith Aluminum Company in the above-referenced action.

This 3rd day of February, 2025.

                ARNALL GOLDEN GREGORY LLP

                */s/ Avery E. Carter*
                Avery E. Carter
                Georgia Bar No. 443820
                avery.carter@agg.com

                ARNALL GOLDEN GREGORY LLP

                171 17th Street NW, Suite 2100
                Atlanta, GA 30363
                Telephone: 404-873-7030

                *Attorney for Plaintiff Faith Aluminum Company*

## CERTIFICATE OF COMPLIANCE

I hereby certify that the foregoing has been prepared with one of the font and point types pursuant to Local Rule 5.1(C), specifically for this pleading by using: **Times New Roman, 14 point font.**

This 3rd day of February, 2025.

                                             */s/ Avery E. Carter*
                                             Avery E. Carter
                                             Georgia Bar No. 443820