# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

**Faith Aluminum Company,**

Plaintiff,

vs.

**Constellium Rolled Products
Ravenswood, LLC,**

Defendant.

Case No.: 4:24-cv-00151-WMR

## DECLARATION OF GAREY RITTENHOUSE

I, Garey Rittenhouse, state the following:

1.       I am over the age of 18, and I am mentally competent to testify as to

all matters raised herein. I give this Declaration in support of Faith Aluminum

Company's response in opposition to the Motion for Summary Judgment filed by

Constellium Rolled Products Ravenswood, LLC ("Constellium"), and for all other

purposes allowed by law.

2.       I am the President of Regional Metal Services, Inc. In that capacity, I

provide tactical and strategic commercial services to producers, consumers, and

traders of non-ferrous primary metals, non-ferrous scrap metals, and energy

resources. I serve and have served as the outside sales representative of companies

that "toll" (*i.e.,* process) scrap aluminum alloy, including, but not limited to, Faith

Aluminum Company ("Faith"). I have worked in the primary and secondary aluminum industry my entire career, beginning in 1990.

3. I have known Steve Stewart since approximately 2010.

4. When Steve and Muriel Stewart established Faith, I began serving as an outside sales representative and consultant for Faith. Among other activities, I actively marketed Faith's tolling capabilities, negotiated deals with suppliers and customers, and acted as a liaison between Faith and those suppliers and customers.

5. I communicated with Mr. Stewart about business matters mainly through telephone calls, though we occasionally discussed business by exchanging text messages and e-mails.

6. At all times during my representation of Faith, Steve Stewart authorized me to negotiate contracts on Faith's behalf.

7. In late April and/or early May 2023, on behalf of Faith, I initiated communications with Constellium through its representative, Shawn George, regarding Faith's tolling capabilities.

8. This was not the first contract I negotiated with Constellium on behalf of Faith. In the past, I represented Faith when it tolled scrap for Constellium's plant located in Muscle Shoals, Alabama. At all times during that period, Constellium never once questioned or disputed whether I was authorized to speak on behalf of

Faith.

9.      Similarly, at all times during my interactions with Mr. George, he never once inquired about or questioned whether I was authorized to speak or negotiate on behalf of Faith.

10.      In late May and/or early June 2023, through a series of e-mails and telephone conversations, Shawn George and I agreed that Faith would toll at least 1.3 million pounds of scrap alloy for Constellium per month from June through December 2023. Faith would charge Constellium $0.18 per pound for a total revenue of $1,638,000 in 2023. Constellium was required either to deliver the required minimum volume of scrap or to pay Faith for that volume if it failed to deliver those minimums. In other words, it was a "take or pay" or "put or pay" agreement.

11.      Through my work with secondary toll convertors, I understand that Constellium has entered into other minimum volume contracts, also known as "take or pay" or "put or pay" contracts, with tolling companies like Faith.

12.      In the "take or pay" or "put or pay" contracts I have negotiated, the buyer of the tolling capacity (in this case, Constellium) agrees to take a minimum amount of tolling capacity from the seller (here, Faith) regardless of whether the buyer intends to use it, subject to any rights of deferral that may be the in parties' agreement.

13.     After Shawn George and I agreed on the terms of the parties' contract, Faith began tolling scrap for Constellium even though the parties had not yet signed a written document memorializing the terms of the agreement. However, Mr. George assured me that a written contract document was forthcoming.

14.     Specifically, he indicated to me that he was working on it with his purchasing manager and Constellium's lawyer. However, although Mr. George never reversed course and indicated to me that Constellium did *not* intend to prepare a written contract, he never provided me with one in 2023 for the 2023 tolling work that Faith performed for Constellium.

15.     In any event, the parties proceeded with their business based on the terms I negotiated with Mr. George. Constellium directed Faith to use a purchase order number while Constellium was purportedly working on the written contract.

16.     Early on, it became evident that the volumes promised by Constellium were not materializing. Although Constellium delivered roughly 1.5 million pounds in June 2023, its later deliveries repeatedly failed to meet its promised minimum of 1.3 million pounds per month. Mr. George and I had weekly phone calls, which typically occurred on Friday, in which we reviewed and discussed the volumes that Constellium was sending to Faith for tolling.

17.     As each month closed, the shortfalls in Constellium's volumes became a topic of discussion. Mr. George would provide forecasts of what Constellium

would be sending to Faith in the following month. During those conversations, he would frequently tell me that Constellium would make up for the prior month's deficiencies during the next month. We also discussed that the parties would reconcile any shortfall every 90 days. These conversations continued throughout the fall of 2023.

18.     However, despite the parties' agreement that Constellium would deliver 9,100,000 pounds of scrap alloy through the end of 2023, Constellium delivered only 6,463,267 pounds of scrap alloy.

19.     This resulted in a shortfall of 2,636,733 pounds of scrap alloy for a total of $474,611.94 at the agreed-upon rate of $0.18 per pound.

20.     By December 2023, the issue of Constellium's delivery shortfalls — and its failure to pay Faith for those shortfalls — became critical. By that point, Faith had been processing scrap for Constellium for nearly 6 months, and yet, Constellium had still not delivered the written contract it had promised, nor had it paid Faith for the substantial revenue deficit resulting from its delivery shortfalls.

21.     Accordingly, on December 12, 2023, I sent Mr. George an e-mail again expressing my concerns and the future viability of Faith's ability to continue processing scrap for Constellium. For the entire time Constellium had been shipping scrap alloy to Faith for processing, Constellium had been Faith's only active tolling customer, and the revenues Faith generated by processing only the volume of scrap

Constellium had delivered—rather than the volume of scrap it had promised to deliver—were insufficient to allow Faith to operate profitably. In my December 12, 2023 e-mail, I identified three critical aspects of the parties' business relationship that required a collective resolution: (1)   the 2023 gap between actual and promised tolling volumes, (2) the need to agree on future minimum tolling volumes and rates for 2024, and (3) the creation of a formal, written tolling agreement for 2024, which Constellium had promised in 2023 but had never provided. A true and correct copy of my December 12, 2023 email is attached hereto as **Exhibit 1**.

22.     Following a telephone call with Mr. George on or about December 13, 2023, I memorialized the proposed parameters of the parties' business relationship for 2024 by e-mail. A true and correct copy of my e-mail to Mr. George is attached hereto as **Exhibit 2**.

23.     As set forth in my e-mail, Faith proposed (a) a contract period running from January through December 2024, (b) a minimum monthly scrap volume of 1,000,000 pounds, (c) a base tolling rate of $0.20 per pound for the minimum 1,000,000 pounds of scrap alloy per month, (d) a base tolling rate of $0.17 per pound for all volume in excess of 1,000,000 pounds of scrap alloy per month, and (e) an additional charge of $0.0931 per pound for the first 1,000,000 pounds of scrap per month during the 4-month period from January through April 2024 to compensate Faith for the 2023 volume shortfall and resulting tolling fees, which Faith agreed to

discount by 30% to secure an agreeable payment plan. *Id.*

24.     In other words, for the months of January through April 2024, Faith proposed a total tolling rate of $0.2931 per pound for the first 1,000,000 pounds of scrap alloy each month. Of that total rate, $0.0931 per pound would constitute a "make-up" payment for the 2023 shortfall, which shortfall, again, Faith proposed to discount by 30% to secure an agreeable payment plan. Shawn George never communicated to me, either in writing or over the telephone, that he disagreed with the calculations or analysis set forth in my December 13, 2023 email.

25.     In fact, Constellium agreed to Faith's proposal for addressing the 2023 volume and tolling fee shortfall. Accordingly, in a January 9, 2024 e-mail, Mr. George stated that he was delivering a purchase order "to encompass January through April at the $.2931/lb. rate we previously discussed." Mr. George also assured me that he was still working on the formal contract for 2024. A true and accurate copy of Mr. George's January 9, 2024 e-mail to me is attached hereto as **Exhibit 3**.

26.     Attached to that e-mail, Constellium issued Purchase Order No. 4500392846 (the "2024 Purchase Order"), which provided that the "Qty Ordered" was 1,000,000 pounds for the months of January through April 2024, and the rate was "$.2931/lb.," both in accordance with the parties' agreement. The 2024 Purchase Order also provided that "we will close each line as the month passes regardless of the amount received against." *Id.*

27.     The only reason Constellium would have agreed to pay Faith $0.2931 per pound (*i.e.,* a base charge of $0.20 per pound plus a $0.0931 for the first four months of 2024 — an increase of 62% over what it had paid Faith the prior year — is because it acknowledged that it was making up for the 2023 shortfall that it still owed Faith.

28.     Notwithstanding the parties' agreement, in January 2024, Constellium delivered only 356,320 pounds of scrap — a shortfall of 643,680 pounds from the 1,000,000 pounds reflected in the Purchase Order.

29.     Once again, Constellium had defaulted on the parties' agreement. Therefore, in an effort to get paid and avoid any further losses, Mr. Stewart and I began brainstorming about how we might address Constellium's continued failure to honor its terms. One such suggestion was a modification to the agreed-upon 2024 tolling rate and crediting "Monthly toll fees greater than $200k…to the settlement balance" of approximately $372k. A true and accurate copy of my January 24, 2024 e-mail to Mr. Stewart outlining this suggestion is attached hereto as **Exhibit 4**. However, in no way did Faith's willingness to consider such a modification in any way mean that the 2024 Purchase Order was invalid.

30.     However, because Constellium had repeatedly failed to fulfill its contractual obligations, Faith ultimately decided not to accept additional shipments from Constellium and to cease operations altogether, as Constellium was its only

customer from May 2023 through its closing, and Constellium's failure to deliver the minimum volume of scrap it had promised to deliver resulted in Faith's inability to operate its business profitably.

31.     I understand that Constellium initially sought to depose me, and I agreed to make myself available for such deposition on multiple dates. Constellium's counsel, Russell Jessee and John Meadows, also called me on at least two (2) separate occasions and interviewed me extensively about my knowledge of this dispute. Although Mr. Jessee and Mr. Meadows indicated that they might prepare a declaration for me to execute, they never sent me any declaration.

Pursuant to 28 U.S.C. § 1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

This 20ᵀᴴ day of June, 2025.

Garey Rittenhouse

9

# EXHIBIT 1

**From:** Garey Rittenhouse[garey@regionalmetalservices.com]

**Sent:** Tue 12/12/2023 10:48:11 PM (UTC-05:00)

**To:** George, Shawn P.[shawn.george@constellium.com]

**Cc:** Steve Stewart[steve@faithaluminum.com]

**Subject:** 5052 Tolling - Pausing Deliveries

Evening Shawn,

Pardon the interruption of your vacation. I hope you and your family are having an enjoyable trip to Arizona and taking advantage of the rather beneficial weather arbitrage between Arizona and Ohio. Truly hard to beat the better temperatures and lower humidity of the desert during the winter.

Per our earlier discussion, Steve and I have concerns regarding the forward viability of current tolling activities given the lower realized production volumes (700k) versus the planned production volume of 1.3mm in 2023. The combination of lower than planned tolling revenues and the higher than planned production costs, has created a rather difficult environment for us to consider continuing the production activity without modifications.

Based on our review of year-to-date 2023 activities, we believe there are three critical aspects which require collective resolution:
- Resolving the 2023 year-to-date gap between realized and planned tolling volumes/revenues.
- Defining a future toll volume and rate schedule for 2024.
- Creation of a contractual tolling agreement for 2024.


Given the rather short time runway left in 2023, there is a bit of urgency in determining the viability of such a resolution for all parties. In addition, we recognize that should we be unable to arrive at an agreeable resolution; a rather expedited pivot for 2024 business planning purposes would be required for both companies. As such, Steve and I have discussed pausing deliveries into the Rockmart plant until such time that we can collectively determine a resolution. Currently, we think it is best if we pause deliveries into the Georgia plant beginning on 12/14/23 so we do not add to the current production schedule backlog.

In consideration of the rather short time window, I would like to schedule a call with you for Wednesday in the hopes we can quickly find such a resolution. At your earliest convenience, please let me know what time would work for such a call.

I do greatly appreciate your accommodation for such a call especially when you are traveling.

Thank you in advance for the consideration and I look forward to the discussion.

Sincerely,
GR

Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

"Buying Scrap Daily...Building Lifetime Relationships"



# EXHIBIT 2

Message

| | |
|---|---|
| **From:** | Garey Rittenhouse [garey@regionalmetalservices.com] |
| **Sent:** | 12/14/2023 2:07:59 AM |
| **To:** | George, Shawn P. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS] |
| **CC:** | Steve Stewart (steve@faithaluminum.com) [steve@faithaluminum.com] |
| **Subject:** | RE: 5052 Tolling - Pausing Deliveries |

[EXTERNAL SENDER – CAUTION with links and attachments]

Evening Shawn,

First and foremost, I appreciate you taking the time to speak with me today. It was a pleasure working through the details with you and collectively working together to find a solution.

Per that discussion, I wanted to pull together the details of our conversation and present the proposed structure for 2024.

We discussed putting in place a contract for 2024 which encompasses the following:
1. January – December 2024 contract period.
2. Inclusion of a minimum monthly volume toll requirement within the contract.
3. 1,000,000 pounds per month minimum toll volume.
4. Base toll rate of $0.20 per pound (1 – 1.0mm pounds).
5. Second tier toll rate of $0.17 per pound (applicable to all pounds greater than 1.0mm pounds).

For the purposes of settling the 2023 under shipment volumes and resulting toll fees, we would propose spreading the payment of these fees over a four (4) month period beginning in January 2024 and ending in April 2024. In addition, Faith Aluminum is proposing discounting the 2023 under shipment toll fee balance by 30% (see tables below for details). We believe that the combination of balance discounting, spreading out the payment period, and discounting the toll rate for excess monthly volume will maintain Constellium's competitiveness for procurement of raw materials.

| 2023 TOLLING VARIANCE | |
|---|---|
| Undershipment Pounds | 2,956,403 |
| Toll Revenue Shortage | $ 532,152.54 |
| Settlement Percentage | 70.00% |
| Total Settled - Pounds | 2,069,482 |
| Total Settlement - Dollars | $ 372,506.78 |

**2024 TOLL SCHEDULE & 2023 SETTLEMENT**

| 2024 | Minimum Pounds | Base Toll Rate | 2023 Repayment % | 2023 Repayment Amount | Total Toll Revenue | Gross Toll Rate |
|---|---|---|---|---|---|---|
| January | 1,000,000 | $ 0.2000 | 25.00% | $ 93,126.69 | $ 293,126.69 | $ 0.2931 |
| February | 1,000,000 | $ 0.2000 | 25.00% | $ 93,126.69 | $ 293,126.69 | $ 0.2931 |
| March | 1,000,000 | $ 0.2000 | 25.00% | $ 93,126.69 | $ 293,126.69 | $ 0.2931 |
| April | 1,000,000 | $ 0.2000 | 25.00% | $ 93,126.69 | $ 293,126.69 | $ 0.2931 |
| May | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| June | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| July | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| August | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| September | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| October | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| November | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| December | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| Full Year - 2024 | 12,000,000 | | | $ 372,506.78 | $ 2,772,506.78 | $ 0.2310 |

CRPR-006399

Please review everything as noted above to make sure I covered all the topics we discussed during our call. Should you have any questions, please feel free to call me on my mobile and we can address them together. Once you arrive back from your vacation, please send us a copy of the draft contract template so we can start the review process.

Thank you again for the consideration and working with us regarding this matter. I hope you and your family have an amazing rest of your vacation in the Flagstaff area.


Safe travels,

GR


Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

### "Buying Scrap Daily...Building Lifetime Relationships"



**From:** Garey Rittenhouse
**Sent:** Tuesday, December 12, 2023 10:48 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Cc:** Steve Stewart (steve@faithaluminum.com) <steve@faithaluminum.com>
**Subject:** 5052 Tolling - Pausing Deliveries

Evening Shawn,

Pardon the interruption of your vacation. I hope you and your family are having an enjoyable trip to Arizona and taking advantage of the rather beneficial weather arbitrage between Arizona and Ohio. Truly hard to beat the better temperatures and lower humidity of the desert during the winter.

Per our earlier discussion, Steve and I have concerns regarding the forward viability of current tolling activities given the lower realized production volumes (700k) versus the planned production volume of 1.3mm in 2023. The combination of

CRPR-006400

lower than planned tolling revenues and the higher than planned production costs, has created a rather difficult environment for us to consider continuing the production activity without modifications.

Based on our review of year-to-date 2023 activities, we believe there are three critical aspects which require collective resolution:

- Resolving the 2023 year-to-date gap between realized and planned tolling volumes/revenues.
- Defining a future toll volume and rate schedule for 2024.
- Creation of a contractual tolling agreement for 2024.

Given the rather short time runway left in 2023, there is a bit of urgency in determining the viability of such a resolution for all parties. In addition, we recognize that should we be unable to arrive at an agreeable resolution; a rather expedited pivot for 2024 business planning purposes would be required for both companies. As such, Steve and I have discussed pausing deliveries into the Rockmart plant until such time that we can collectively determine a resolution. Currently, we think it is best if we pause deliveries into the Georgia plant beginning on 12/14/23 so we do not add to the current production schedule backlog.

In consideration of the rather short time window, I would like to schedule a call with you for Wednesday in the hopes we can quickly find such a resolution. At your earliest convenience, please let me know what time would work for such a call.

I do greatly appreciate your accommodation for such a call especially when you are traveling.

Thank you in advance for the consideration and I look forward to the discussion.

Sincerely,
GR

Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

**"Buying Scrap Daily...Building Lifetime Relationships"**



CRPR-006402

# EXHIBIT 3

**From:** Garey Rittenhouse[garey@regionalmetalservices.com]

**Sent:** Tue 1/9/2024 4:04:06 PM (UTC-05:00)

**To:** Kim Watson[kim@faithaluminum.com]; Steve Stewart[steve@faithaluminum.com]

**Subject:** FW: Faith Aluminum - PO Copy

**Attachment:** 4500392846 Faith Aluminum - 5052 Toll Fee to Shred and remove contaminants - Jan - April 2024 - 01.09.2024.pdf

Please see attached PO from Ravenswood for January. This is also the same PO # that will be referenced once the contract is signed.

Thanks and advise of any questions.

GR

Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

"Buying Scrap Daily...Building Lifetime Relationships"



**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Tuesday, January 9, 2024 2:05 PM
**To:** Garey Rittenhouse <garey@regionalmetalservices.com>
**Subject:** RE: Faith Aluminum - PO Copy

Hi Garey.

I have written this PO to encompass January through April at the $.2931/lb. rate we previously discussed.

I am still working on the formal contract for 2024. Once we have the contract all buttoned up, we will still need POs for functional day-to-day business, so we will use this PO regardless.

Thanks,
SpG

**From:** Garey Rittenhouse <garey@regionalmetalservices.com>
**Sent:** Monday, January 8, 2024 4:34 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** Faith Aluminum - PO Copy

[EXTERNAL SENDER – CAUTION with links and attachments]

Afternoon Shawn,
When you have a moment, could you please send me a copy of the January PO for Faith?
Kim will need the PO to initiate invoices for the month.
Thanks for the help and call me if you have any questions.
Hope you had a great weekend!
GR

Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

"Buying Scrap Daily…Building Lifetime Relationships"



Avis :

Ce message et toute pièce jointe sont la propriété de Constellium et sont destinés seulement aux personnes ou à l'entité à qui le message est adressé. Si vous avez reçu ce message par erreur, veuillez le détruire et en aviser l'expéditeur par courriel. Si vous n'êtes pas le destinataire du message, vous n'êtes pas autorisé à utiliser, à copier ou à divulguer le contenu du message ou ses pièces jointes en tout ou en partie. Veuillez prendre note de notre information sur la protection des données en cliquant ici

Anmerkung:

Diese Nachricht und alle Anhänge sind Eigentum von Constellium und nur für die angegebene Person oder Organisation bestimmt. Wenn Sie diese Nachricht irrtümlich erhalten, informieren Sie bitte den Absender per E-Mail und löschen Sie die Nachricht. Wenn Sie nicht der vorgesehene Empfänger sind, dürfen Sie diese Nachricht oder die Anhänge weder ganz noch teilweise verwenden, kopieren oder sonstwie weiterverbreiten. Bitte lesen Sie unseren Hinweis zum Datenschutz in dem Sie hier klicken.

Upozornení:

Tato zpráva s prípadnými prílohami je majetkem spolecnosti Constellium a je urcena výhradne uvedeným príjemcum nebo entitám, kterým je adresována. Pokud jste tuto zprávu dostali omylem, informujte prosím e-mailem odesilatele a zprávu smažte. Nejste-li zamýšleným príjemcem, nesmíte používat, kopírovat ani zverejnovat obsah zprávy ci príloh nebo jejich cástí. Přečtěte si prosím naše zásady ochrany osobních údajů kliknutím na odkaz zde.

Notice

This message and any attachments are the property of Constellium and are intended solely for the named recipients or entity to whom this message is addressed. If you have received this message in error please inform the sender via e-mail and destroy the message. If you are not the intended recipient you are not allowed to use, copy or disclose the contents or attachments in whole or in part. Please take note of our information relating to data protection which you can access by clicking here



# CONTRACT/PURCHASE ORDER

| | | |
|---|---|---|
| **PO No** | : | **4500392846** |
| **PO Date** | : | **01/09/2024** |

**Constellium Rolled Products Ravenswood, LLC**
859 Century Road
Ravenswood, WV 26164

**Vendor Address:**
Faith Aluminum Co
375 Industrial Dr.
Rockmart, GA 30153
Phone   :
Fax     :
Contact : Steve Stewart

| | | |
|---|---|---|
| Buyer | : | Tabitha Sizemore |
| Buyer Phone | : | 304-273-6016 |
| Buyer Fax | : | METALS |
| Buyer Email | : | |
| tabitha.sizemore@constellium.com | | |
| Fed Tax I.D | : | 20-084-3018 |
| Direct Pay Permit No | : | 2259-7167 |
| Incoterms | : | DDP  Rockmart, GA |
| Payment Terms | : | Within 45 days net |

**Header Text:**
Toll fee to shred and remove contaminants from poly 5052 scrap
Poly 5052 to be shredded at $.2931/lb. inbound.
Finished product to be picked up by Constellium at Rockmart GA via dump trailer.

The total available volume capacity that Faith is making available is 1 ,000,000 lbs. per month.
So we will close each line as the month passes regardless of the amount received against.

| Item No | Material No<br>Material Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---|---|---|---|---|---|
| 00010 | 800000291<br>Metal Processing Services | 01/31/2024 | 1,000,000.000 | EA | 0.29/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

859 Century Road, Ravenswood, US 26164

**Detail of Conditions:**

| | | | | | |
|---|---|---|---|---|---|
| 00020 | 800000291<br>Metal Processing Services | 02/29/2024 | 1,000,000.000 | EA | 0.29/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

# CONTRACT/PURCHASE ORDER

**PO No** : **4500392846**
**PO Date** : **01/09/2024**

| Item No | Material No<br>Material Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---------|-------------------------------------|---------------|-------------|------|------------|
| | 859 Century Road, Ravenswood, US 26164 | | | | |

**Detail of Conditions:**

| Item No | Material No<br>Material Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---------|-------------------------------------|---------------|-------------|------|------------|
| 00030 | 800000291<br>Metal Processing Services | 03/31/2024 | 1,000,000.000 | EA | 0.29/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

859 Century Road, Ravenswood, US 26164

**Detail of Conditions:**

| Item No | Material No<br>Material Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---------|-------------------------------------|---------------|-------------|------|------------|
| 00040 | 800000291<br>Metal Processing Services | 04/30/2024 | 1,000,000.000 | EA | 0.29/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

859 Century Road, Ravenswood, US 26164

**Detail of Conditions:**

**PO Total    1,172,400.00 USD**

Each shipment must contain an itemized packing list with the purchase order number and a certificate of analysis where applicable. Delivery performance is used in evaluating vendors and is a factor in determining future business, class leading on-time delivery is required.

**Acknowledgement**

All Purchase Orders must be acknowledged via electronic or facsimile tramission within two business days.

By:_____

Date:_____

We accept this order subject to the Terms and Conditions posted on Constellium's website at:
https://access.constellium.com/RavApps/SellSite/public/ravenswood/terms.jsf

For each order, submit INVOICE and Bill of Lading copy to
Constellium Rolled Products Ravenswood, LLC
ATTN: Accounts Payable
P.O.BOX - 68
Ravenswood, WV 26164
accountspayable@constellium.com

# EXHIBIT 4

**From:** Garey Rittenhouse[garey@regionalmetalservices.com]
**Sent:** Wed 1/24/2024 9:02:09 AM (UTC-05:00)
**To:** Steve Stewart[steve@faithaluminum.com]
**Subject:** Constellium Discussion

Morning

Take a look at the discussion notes below and let's put our heads together this morning.

The key to everything is increasing the volume into the plant to offset the slowdown of production at Morgan Olson. I am working with Shawn on how we expand the pool of materials coming into the plant. There are several additions that are being focused on like the road signs, lubricated clip, larger skeleton and sheets, along with obsolete grade.
Call you in a short bit to discuss.
GR

| Contract Framework Discussion | |
|---|---|
| Contract Term: 12 months | |
| Total minimum volume under contact term would be 8.4mm pounds. | |
| Toll rate: $0.20 Base + $0.0931 supplemental until settlement balance of $372K is remitted. | |
| Monthly toll fees greater than $200k will be credited to the settlement balance. | |
| Once settlement is completed, the toll rate reverts to tiered volume/toll rate scale as noted below. | |

| Monthly Pounds | Toll Rate |
|---|---|
| 700,000 | $ 0.2850 |
| 800,000 | $ 0.2500 |
| 900,000 | $ 0.2225 |
| 1,000,000 | $ 0.2000 |
| 1,200,000 | $ 0.1900 |
| 1,400,000 | $ 0.1800 |

Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

**"Buying Scrap Daily…Building Lifetime Relationships"**

