**EXHIBIT D**

| Message | |
|---|---|
| From: | Garey Rittenhouse [garey@regionalmetalservices.com] |
| Sent: | 12/14/2023 2:07:59 AM |
| To: | George, Shawn P. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS] |
| CC: | Steve Stewart (steve@faithaluminum.com) [steve@faithaluminum.com] |
| Subject: | RE: 5052 Tolling - Pausing Deliveries |

[EXTERNAL SENDER – CAUTION with links and attachments]

Evening Shawn,

First and foremost, I appreciate you taking the time to speak with me today. It was a pleasure working through the details with you and collectively working together to find a solution.

Per that discussion, I wanted to pull together the details of our conversation and present the proposed structure for 2024.

We discussed putting in place a contract for 2024 which encompasses the following:
1. January – December 2024 contract period.
2. Inclusion of a minimum monthly volume toll requirement within the contract.
3. 1,000,000 pounds per month minimum toll volume.
4. Base toll rate of $0.20 per pound (1 – 1.0mm pounds).
5. Second tier toll rate of $0.17 per pound (applicable to all pounds greater than 1.0mm pounds).

For the purposes of settling the 2023 under shipment volumes and resulting toll fees, we would propose spreading the payment of these fees over a four (4) month period beginning in January 2024 and ending in April 2024. In addition, Faith Aluminum is proposing discounting the 2023 under shipment toll fee balance by 30% (see tables below for details). We believe that the combination of balance discounting, spreading out the payment period, and discounting the toll rate for excess monthly volume will maintain Constellium's competitiveness for procurement of raw materials.

| 2023 TOLLING VARIANCE | |
|---|---|
| Undershipment Pounds | 2,956,403 |
| Toll Revenue Shortage | $ 532,152.54 |
| Settlement Percentage | 70.00% |
| Total Settled - Pounds | 2,069,482 |
| Total Settlement - Dollars | $ 372,506.78 |

**2024 TOLL SCHEDULE & 2023 SETTLEMENT**

| 2024 | Minimum Pounds | Base Toll Rate | 2023 Repayment % | 2023 Repayment Amount | Total Toll Revenue | Gross Toll Rate |
|---|---|---|---|---|---|---|
| January | 1,000,000 | $ 0.2000 | 25.00% | $ 93,126.69 | $ 293,126.69 | $ 0.2931 |
| February | 1,000,000 | $ 0.2000 | 25.00% | $ 93,126.69 | $ 293,126.69 | $ 0.2931 |
| March | 1,000,000 | $ 0.2000 | 25.00% | $ 93,126.69 | $ 293,126.69 | $ 0.2931 |
| April | 1,000,000 | $ 0.2000 | 25.00% | $ 93,126.69 | $ 293,126.69 | $ 0.2931 |
| May | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| June | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| July | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| August | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| September | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| October | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| November | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| December | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| Full Year - 2024 | 12,000,000 | | | $ 372,506.78 | $ 2,772,506.78 | $ 0.2310 |

EXHIBIT
Plaintiff
17

CRPR-006399

Please review everything as noted above to make sure I covered all the topics we discussed during our call. Should you have any questions, please feel free to call me on my mobile and we can address them together. Once you arrive back from your vacation, please send us a copy of the draft contract template so we can start the review process.

Thank you again for the consideration and working with us regarding this matter. I hope you and your family have an amazing rest of your vacation in the Flagstaff area.

Safe travels,

GR


Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

## "Buying Scrap Daily...Building Lifetime Relationships"



**From:** Garey Rittenhouse
**Sent:** Tuesday, December 12, 2023 10:48 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Cc:** Steve Stewart (steve@faithaluminum.com) <steve@faithaluminum.com>
**Subject:** 5052 Tolling - Pausing Deliveries

Evening Shawn,

Pardon the interruption of your vacation. I hope you and your family are having an enjoyable trip to Arizona and taking advantage of the rather beneficial weather arbitrage between Arizona and Ohio. Truly hard to beat the better temperatures and lower humidity of the desert during the winter.

Per our earlier discussion, Steve and I have concerns regarding the forward viability of current tolling activities given the lower realized production volumes (700k) versus the planned production volume of 1.3mm in 2023. The combination of

lower than planned tolling revenues and the higher than planned production costs, has created a rather difficult environment for us to consider continuing the production activity without modifications.

Based on our review of year-to-date 2023 activities, we believe there are three critical aspects which require collective resolution:
- Resolving the 2023 year-to-date gap between realized and planned tolling volumes/revenues.
- Defining a future toll volume and rate schedule for 2024.
- Creation of a contractual tolling agreement for 2024.

Given the rather short time runway left in 2023, there is a bit of urgency in determining the viability of such a resolution for all parties. In addition, we recognize that should we be unable to arrive at an agreeable resolution; a rather expedited pivot for 2024 business planning purposes would be required for both companies. As such, Steve and I have discussed pausing deliveries into the Rockmart plant until such time that we can collectively determine a resolution. Currently, we think it is best if we pause deliveries into the Georgia plant beginning on 12/14/23 so we do not add to the current production schedule backlog.

In consideration of the rather short time window, I would like to schedule a call with you for Wednesday in the hopes we can quickly find such a resolution. At your earliest convenience, please let me know what time would work for such a call.

I do greatly appreciate your accommodation for such a call especially when you are traveling.

Thank you in advance for the consideration and I look forward to the discussion.

Sincerely,
GR


Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

**"Buying Scrap Daily...Building Lifetime Relationships"**



CRPR-006402