**EXHIBIT H**

Message

**From**: Sizemore, Tabitha [tabitha.sizemore@constellium.com]
**Sent**: 9/1/2023 12:10:25 PM
**To**: George, Shawn P. [shawn.george@constellium.com]

have you moved further along w/ the other contract you spoke to me about w/ Faith Aluminum

EXHIBIT
Plaintiff
9
_____

CRPR-003633