Page 1

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT OF GEORGIA

3                      ROME DIVISION

4                  * * * * * * * *

5     FAITH ALUMINUM COMPANY,*

6          Plaintiff          *   Case No.

7          vs.                *   4:24-CV-00151-WMR

8     CONSELLIUM ROLLED       *

9     PRODUCTS RAVENSWOOD,    *

10    LLC,                    *

11         Defendant          *

12                  * * * * * * * *

13

14                      DEPOSITION OF

15                      SHAWN GEORGEG

16                      April 1, 2025

17

18

19

20

21

22

23       Any reproduction of this transcript is prohibited

24         without authorization by the certifying agency.

25

Page 2

1                           DEPOSITION

2                               OF

3       SHAWN GEORGE, taken on behalf of the Plaintiff herein,

4       pursuant to the Rules of Civil Procedure, taken before

5       me, the undersigned, Corey Riner, a Court Reporter and

6       Notary Public in and for the Commonwealth of

7       Pennsylvania, at the offices of Steptoe & Johnson,

8       Chase Tower 707 Virginia Street East, 17th Floor,

9       Charleston, WV, on Tuesday, April 1, 2025 beginning at

10      10:00 a.m.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 3

```
 1                    A P P E A R A N C E S

 2

 3      KNOX WITHERS, ESQUIRE

 4      Arnall Golden Gregory, LLP

 5      171 17th Street, N.W.

 6      Suite 2100

 7      Atlanta, GA  30363

 8          COUNSEL FOR PLAINTIFF

 9

10      JOHN J. MEADOWS, ESQUIRE

11      Steptoe & Johnson, PLLC

12      707 Virginia Street E.

13      Suite 1700

14      Charleston, WV  25301

15          COUNSEL FOR DEFENDANT

16

17

18

19

20

21

22

23

24

25
```

Page 4

1                          I N D E X

2

3    DISCUSSION AMONG PARTIES                    8 - 9

4    WITNESS: SHAWN GEORGE

5    EXAMINATION

6       By Attorney Withers                   9 - 242

7    DISCUSSION AMONG PARTIES              242 - 244

8    CERTIFICATE                                 245

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

EXHIBIT PAGE

| NUMBER | DESCRIPTION | PAGE IDENTIFIED |
|--------|-------------|-----------------|
| P-28 | Notice of Deposition | 13 |
| P-1 | Email Chain | 41 |
| P-2 | Email Chain | 44 |
| P-3 | Email Chain | 50 |
| P-4 | Email Chain | 57 |
| P-5 | Email Chain | 60 |
| P-6 | Email Chain | 64 |
| P-7 | Email Chain | 66 |
| P-8 | Email Chain | 73 |
| P-23 | Email Chain | 76 |
| P-9 | Email | 78 |
| P-10 | Email Chain | 81 |
| P-11 | Email Chain | 91 |
| P-30 | Email Chain | 104 |
| P-12 | Contract Purchase Order | 107 |
| P-13 | Email Chain | 123 |
| P-14 | Email | 129 |
| P-15 | Calendar Invitation | 130 |
| P-16 | Email | 135 |
| P-24 | Email | 143 |
| P-17 | Email | 145 |

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 6

1                    EXHIBIT PAGE (cont'd)

2

3                                                    PAGE

4     NUMBER   DESCRIPTION                    IDENTIFIED

5     P-18     Email Chain                         156

6     P-19     Contract Purchase Order             159

7     P-20     Email                               189

8     P-25     Email Chain                         193

9     P-26     Letter                              196

10    P-27     Email                               200

11    P-22     Texts                               204

12    P-21     Email Chain                         231

13

14

15

16

17

18

19

20

21

22

23

24

25                 EXHIBITS NOT ATTACHED

Page 7

1                        OBJECTION PAGE

2

3      ATTORNEY                                    PAGE

4      Meadows:  59, 63, 71, 79, 84, 92, 108, 109, 110, 126,

5      135, 149, 155, 169, 170, 171, 182, 232, 235, 236, 240,

6      242

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 8

1                    S T I P U L A T I O N

2    ---------------------------------------------------------

3    (It is hereby stipulated and agreed by and between

4    counsel for the respective parties that reading,

5    signing, sealing, certification and filing are not

6    waived.)

7    ---------------------------------------------------------

8                    P R O C E E D I N G S

9    ---------------------------------------------------------

10                        SHAWN GEORGE,

11   CALLED AS A WITNESS IN THE FOLLOWING PROCEEDING, AND

12   HAVING FIRST BEEN DULY SWORN, TESTIFIED AND SAID AS

13   FOLLOWS:

14                              ---

15        ATTORNEY WITHERS:

16        All right.  This will be the deposition

17   of Shawn George in the case of Faith Aluminum Company

18   versus Constellium Rolled Products, Ravenswood, LLC,

19   being taken pursuant to notice recorded by a court

20   reporter taken pursuant to the Federal Rules of Civil

21   Procedure for all lawful purposes.

22        Do you want to agree to reserve all

23   objections except to the form of the question and

24   responsiveness of the answer?

25        ATTORNEY MEADOWS:

Page 9

1              Sure.

2              ATTORNEY WITHERS:

3              Okay.

4              And I'm sure the court reporter will

5       remember this at the end, but I never do.  I assume

6       he's going to read and sign?

7              ATTORNEY MEADOWS:

8              He will, yes.

9              ATTORNEY WITHERS:

10             Okay.

11             And also agree that subject to

12      Constellium's objections, Mr. George will also serve

13      as the Rule 30(B)(6) witness for Topics 4 through 12

14      of Faith's Rule 30(B)(6) deposition notice?

15             ATTORNEY MEADOWS:

16             That is accurate.  And as we discussed

17      previously, glad to let you get into some of the

18      others and see if you can be satisfied with them.  But

19      that is --- that is accurate.

20             ATTORNEY WITHERS:

21             Sounds Good.  All right.

22                            ---

23                       EXAMINATION

24                            ---

25      BY ATTORNEY WITHERS:

Page 10

1    Q.    Mr. George, good morning again.  My name is Knox

2    Withers.  I represent the Plaintiff Faith Aluminum

3    Company in this case.

4         Have you ever been deposed before?

5    A.    No.

6    Q.    Let me --- and I'm sure your Counsel have prepped

7    you for this, but just some basic guidelines that'll

8    help make this easier for today.  I'm going to ask

9    questions, and you're here to give answers to those

10   questions.  It's being taken down by the court

11   reporter, so it's important that you speak orally and

12   clearly and that we not talk over one another as best

13   we can.  I'll try and let you finish your answer

14   before I ask my next question.  And just let me finish

15   my question, even if you think you know where I'm

16   going with it before you answer, because it'll make

17   his job a lot easier.

18        One thing I can guarantee you that from time

19   today, I'm going to ask a poorly worded question.  If

20   I do, don't answer the question.  Just ask me to

21   repeat it or rephrase it and I'll be glad to do that.

22

23        If at any point you need to take a break, let me

24   know.  We'll be glad to do that.  I would just ask if

25   there's a question pending that we answer that

Page 11

```
1    question, and then we can take a break.

2        I always ask this question, and I don't mean to be

3    unduly intrusive but are you aware of any medical

4    condition, prescription drug, or any other condition

5    that would inhibit your ability to understand my

6    questions and give full and complete answers?

7    A.    No.

8    Q.    From time today, I may --- we're going to be

9    talking a lot about, you know, this subject matter.

10   If I refer to Faith, that obviously means Faith

11   Aluminum Company, the Plaintiff in this lawsuit.  If I

12   refer to Constellium, I'm talking about the Defendant,

13   Constellium Rolled Products, Ravenswood, LLC, the

14   Defendant.  And if you have any questions about either

15   those terms or any other term that I use today that

16   you want me to define further, let me know and I'll be

17   glad to do that.

18       What did you do to prepare for your deposition

19   today?

20   A.    I had conversations with the company's counsel.

21   Q.    Okay.

22       I don't want to get into anything that you

23   discussed with your counsel.  Did you discuss your

24   deposition with anyone other than your attorneys or

25   outside the presence of your attorneys?
```

Page 12

1    A.    No.

2    Q.    Did you review any documents to prepare for your

3    deposition?

4    A.    Yes.

5    Q.    Who selected those documents for your review?

6    A.    Company counsel.

7    Q.    Okay.

8        Did you review any documents other than those

9    selected by company counsel?

10   A.    No.

11   Q.    Okay.

12           ATTORNEY WITHERS:

13           Most of my exhibits, they're going to go

14   in order, but some of them are not.  And I've got ---

15   I've got five copies of all my exhibits, John and

16   Russell.  I can --- and --- but a lot of them I'm

17   going to use tomorrow.  So I can give you each a copy

18   if you want?

19           ATTORNEY MEADOWS:

20           He and I can share.

21           ATTORNEY WITHERS:

22           Okay.

23           ATTORNEY MEADOWS:

24           If you need to keep a master for

25   tomorrow.

```
                                                    Page 13

 1            ATTORNEY WITHERS:

 2            Yeah, let me do that.  Let me do that.

 3       Just so that I'll know that we've got enough.  So I'm

 4       going to hand you --- I'm going to hand you today two

 5       documents.  Just hand one to your counsel, if you

 6       would.  Okay.  I am handing you what has been marked

 7       as Exhibit P-20 --- or P-28.

 8                                 ---

 9            (Whereupon, Exhibit P-28, Notice of

10             Deposition, was marked for

11             identification.)

12                                 ---

13       BY ATTORNEY WITHERS:

14       Q.    Do you recognize this document?

15       A.    Yes.

16       Q.    Okay, this is a Notice of Rule 30(B)(6),

17       deposition of Constellium that we sent to your counsel

18       on March 10th.  And I'm just identifying that for the

19       record.  If you look at Exhibit A to this Exhibit 28,

20       you'll see that it lists a number of topics.  Do you

21       see that?

22       A.    Yes.

23       Q.    Do you believe that you are generally prepared to

24       answer questions regarding topics number four through

25       12 of this document?
```

Ind / 30B6 Shawn George                              April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 14

1    A.    I might take a minute to just review that.

2    Q.    Take your time.  And yeah, let me just say, any

3    document I hand you today, you take as much time as

4    you need to read it.  I may point you to a part that I

5    want to talk about, but if you want to read the whole

6    thing, you are certainly welcome to do that.

7    A.    Yes, to answer your question.

8    Q.    Okay.

9        If I ask you any questions in which you are

10   unprepared to testify, but for which you believe there

11   is somebody with superior or better knowledge, will

12   you let me know?

13   A.    Yes.

14   Q.    All right.

15       I want to talk a little bit about just your

16   background.  Tell me, did you attend college?

17   A.    No.

18   Q.    What's your highest level of education?

19   A.    High school.

20   Q.    Did you attend any post high schooling of any

21   kind?

22   A.    Training at various colleges.

23   Q.    Okay.

24       Tell me what colleges did you obtain training at?

25   A.    University of Akron and University of Akron Wayne

Ind / 30B6 Shawn George                          April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 15

1      Campus.

2      Q.    Okay.

3            And what did you --- what were the general

4      subjects that you studied at those schools?

5      A.    Excel.

6      Q.    Microsoft Excel?

7      A.    Yes, sir.

8      Q.    Okay.

9            But you don't have any degrees from them?

10     A.    No.

11     Q.    Okay.

12           Do you hold any professional licenses or

13     certifications?

14     A.    No.

15     Q.    So your current employer is Constellium Rolled

16     Products, Ravenwood --- Ravenswood, LLC.

17           Correct?

18     A.    Yes.

19     Q.    How long have you worked for Constellium?

20     A.    Three years.

21     Q.    Okay.

22           What is your --- what is your title?

23     A.    Metal champion.

24     Q.    And what is --- well, withdraw that.

25           Who do you directly report to?

Page 16

```
 1    A.    I report to the CEO or the Executive Vice

 2    President of Ravenswood.

 3    Q.    And who is the CEO?

 4    A.    Brian McCallie.

 5    Q.    And who is the Executive Vice President?

 6    A.    That's him.

 7    Q.    Oh, so it's the CEO/ --- well, let me withdraw

 8    that.

 9        The only person to whom you directly report is

10    Brian McCallie?

11    A.    Yes.

12    Q.    Approximately how many people report directly to

13    you?

14    A.    Officially, none.

15    Q.    Okay.

16        What about unofficially?

17    A.    Approximately?

18    Q.    Uh-huh.

19    A.    About five or six people.

20    Q.    And who are those five or six?

21    A.    There would be Tabitha Sizemore.

22    Q.    Okay.

23    A.    Michelle Brotherton.

24    Q.    Okay.

25    A.    Jacob Bennett.
```

Page 17

1    Q.    Okay.

2    A.    Thomas Anderson.

3    Q.    Okay.

4    A.    Emily Jordan.

5    Q.    Okay.

6          Anyone else?

7    A.    I think that would do it.

8    Q.    Okay.

9          What are your job responsibilities as a metal

10   champion?

11   A.    My primary responsibility is to buy scrap aluminum

12   to support the production of aluminum alloys at

13   Ravenswood.

14   Q.    Okay.

15         So are you --- then is it fair to say that you're

16   responsible for identifying vendors --- well, let me

17   withdraw that question.

18         Are you responsible for identifying vendors to

19   process scrap alloy for Constellium?

20   A.    I contribute to that.

21   Q.    Okay.

22         Who else contributes to that?

23   A.    There's other professional contacts amongst people

24   who work there.

25   Q.    There being Constellium?

Page 18

```
 1    A.    Yeah, Ravenswood.  And within the Constellium

 2    company.

 3    Q.    Okay.

 4        So is Constellium Ravenswood --- how --- is

 5    Constellium Ravenswood a subsidiary of a larger

 6    Constellium organization?  I'm trying to understand

 7    how Constellium Ravenswood fits into the overall

 8    Constellium umbrella, if you will.

 9    A.    Okay.  Constellium as a company is headquartered

10    in France.

11    Q.    Okay.

12    A.    They have multiple operations in Europe.  They

13    have the Ravenswood, West Virginia facility and a

14    Muscle Shoals, Alabama Facility in the United States.

15

16    Q.    Okay.

17        And this may be a dumb question, but is

18    Constellium Ravenswood --- is there a town called

19    Ravenswood?

20    A.    Yes, there is.

21    Q.    Okay.

22        So --- and that's where Constellium Ravenswood is

23    located?

24    A.    Exactly.

25    Q.    Have you ever worked for any other companies under
```

Page 19

```
 1    the Constellium umbrella, I'll call it, other than
 2    Constellium Ravenswood?
 3    A.    No.
 4    Q.    What did you do --- what year did you graduate
 5    high school?
 6    A.    1983.
 7    Q.    Okay.
 8        What --- and you said you've been at Constellium
 9    Ravenswood for three years.  What did you do before
10    that?
11    A.    I've worked in the aluminum or magnesium industry
12    my entire career.
13    Q.    Can you tell me just the names of the companies
14    you've worked for?
15    A.    I've worked for many companies, some of them who
16    are no longer in business.
17    Q.    Okay.
18        Just give me a rundown of the ones that you can
19    recall as you sit here today.
20    A.    Well, I might give you some major companies that I
21    work for.
22    Q.    Fair enough.
23    A.    Alaris was a publicly traded multi location
24    multinational company.
25    Q.    Okay.
```

Page 20

```
 1    A.    I've worked for scrap processing companies such as
 2    Reserve Alloys and Commercial Alloys.
 3    Q.    Okay.
 4    A.    I've worked for secondary smelters such as Real
 5    Alloy and Monalco (phonetic).
 6    Q.    Okay.
 7    A.    And I've worked for a magnesium company known as
 8    Magritek.
 9    Q.    Okay.
10          What --- tell me what Real Alloy is.
11    A.    Real alloy is a specification alloy manufacturer.
12    They are casting alloys.
13    Q.    Okay.
14          Where are they located?
15    A.    They have multiple locations around the United
16    States and Europe.
17    Q.    Which --- where --- which location did you work
18    at?
19    A.    I was the --- I worked from the Beachwood, Ohio
20    headquarters.
21    Q.    Okay.
22          What did you do for them?
23    A.    I was a senior metal trader.
24    Q.    Okay.
25          Generally speaking, what is Constellium
```

Page 21

1    Ravenswood's business?  If you were, you know, meeting

2    somebody who didn't know what it was, how would you

3    describe it in layman's terms?

4    A.    We are an aerospace and transportation rolled

5    aluminum products manufacturer.  To elaborate, we make

6    sheet and plate for the use and truck trailer and also

7    spacecraft and military craft.

8    Q.    Okay.

9        So like the cargo box --- you know, tractor

10   trailers, the trailers, do y'all make this sheet metal

11   that is used to make those boxes?

12   A.    Yes.  Particularly dump trailers.

13   Q.    Okay.

14   A.    And trailer roofs.

15   Q.    Okay.

16       And like for aerospace, is it like the fuselage,

17   the exterior of the fuselage?

18   A.    We don't make skins.  We make the plate that they

19   manufacture the structural components out of.

20   Q.    Okay.

21   A.    And we make armor.

22   Q.    Okay.

23       Obviously, you know, because I represent Faith

24   Aluminum, I'm interested in the relationship between

25   Faith Aluminum and Constellium.  Do you know whether

Page 22

1    Faith ever provided tolling services for any of

2    Constellium's other divisions other than Ravenswood?

3    A.    Not tolling services.

4    Q.    Okay.

5    A.    They did business with Muscle Shoals.

6    Q.    What kind of business did they do with Muscle

7    Shoals?

8    A.    They sold them a shredded product.

9    Q.    Okay.

10        But they --- did they process that product

11   specifically for Muscle Shoals, or did they just have

12   some that they had received from some other vendor and

13   they just sold the finished product to them?  I know

14   that's --- I told you I was going to ask some poorly

15   worded questions.

16   A.    My understanding is that they sold product they

17   owned to Muscle Shoals.

18   Q.    Okay.

19        Tell me, as you understand it, the --- what the

20   tolling services that Faith Aluminum performed, what

21   were those services?  What was the goal of those

22   services?

23   A.    The tolling services they performed for

24   Constellium, Ravenswood?

25   Q.    Yes, sir.

Ind / 30B6 Shawn George                          April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 23

1    A.    They were to take aluminum scrap that I bought ---

2    we bought, and process it into a form that we could

3    use.

4    Q.    Okay.

5         What does that --- processing it into a form that

6    you can use, what does that entail?

7    A.    Shredding to a particular size and density ---

8    Q.    Okay.

9    A.    --- and removing contaminants.

10   Q.    Contaminants such as what?

11   A.    In this particular case, it was poly, sometimes

12   referred to as ProTEX.  It's that plastic cover that's

13   on a new piece of aluminum to protect it from being

14   scratched.

15   Q.    Okay

16        Can you give me an example of, you know, what kind

17   of scrap that Constellium asked Faith to process?

18   Like it was scrap aluminum from what?

19   A.    In particular, it was scrap aluminum from the

20   manufacturer of light delivery box trucks and truck

21   cabs.

22   Q.    Okay.

23        So they would --- and this may not be the

24   scientific explanation, but I'm just trying to have a

25   general understanding.  They would take that scrap,

Page 24

1    remove the paint and sealant and covering that's on it

2    to deliver an unpainted, unsealed shredded product.

3        Is that fair?

4    A.    We refer to it as clean and bare.

5    Q.    Okay.

6        And so where --- you said that they processed or

7    told scrap aluminum that Constellium bought.  Where

8    did Constellium get the scrap alloy that it asked

9    Faith to process?

10   A.    Bought it from multiple sources.  And ultimately

11   the source of the scrap itself was from --- typically

12   from manufacturers.

13   Q.    Okay.

14       Does the scrap go from --- kind of the supply

15   chain, does it go directly from the manufacturer to

16   Constellium to Faith, or is there some other entities

17   in that are in that chain somewhere?

18   A.    There are.  There's a path from the manufacturer

19   ---

20   Q.    Okay.

21

22   A.    --- to the scrap dealer or broker from whom I

23   bought it to Faith, and then Constellium would pick it

24   up at Rock Martin.

25   Q.    And so Constellium took title to it.  In other

Page 25

1    words, Faith never owned the product.

2        Correct?

3    A.    Correct.

4    Q.    From the time it in this chain left the scrap

5    dealer, at that point, it was Constellium owned the

6    product?

7    A.    Constellium owned it when Faith received it.

8    Q.    Okay.

9        And who are some of the scrap dealers or the

10   primary scrap dealers that you bought scrap from for

11   Faith to process?

12   A.    United Scrap Metal.

13   Q.    Okay.

14       Any others?

15   A.    Yes.  Goldy Metal.

16   Q.    Okay.

17   A.    Kripke Enterprises.  Those are the three primary

18   suppliers.

19   Q.    Okay.

20       And are those --- those suppliers are all scrap

21   dealers.

22       Correct?

23   A.    Dealers, Brokers.

24   Q.    Dealers, brokers.

25       And I'm sorry, you may have just told me this, but

Page 26

```
 1    I didn't get it.  Once the --- once Faith processed
 2    the scrap, did Constellium go get it from Faith ---
 3    Faith's plant in Rockmart, Georgia, or did Faith ship
 4    it to Constellium?  Who kind of took possession and at
 5    what point in time?
 6    A.    Constellium picked it up at Faith.
 7    Q.    Roughly how many vendors like Faith or processors
 8    like Faith does Constellium use to toll scrap alloy
 9    for its plant in Ravenswood?
10    A.    We do not toll with anybody.  We do not and did
11    not toll with anybody who did what Faith does.
12    Q.    Okay.
13    A.    We toll with companies that have furnace
14    operations that convert scrap for us.
15    Q.    Okay.
16        And just in a very general sense, how is a furnace
17    operation different from what Faith did for y'all?
18    A.    A furnace operation will take the scrap we provide
19    and melt it into a form that's known as a sow.  And we
20    will either pick it up or they will deliver it to us,
21    and we'll --- and we'll consume that.  Faith would
22    take the scrap that we provided and shred it, and then
23    we would pick that up.
24    Q.    Okay.
25        And you said they would melt it into a --- what
```

Page  27

1    was the word?  Sow?

2    A.    S-O-W.

3    Q.    S-O-W, okay.

4         And was that --- is that a liquid?

5    A.    No, it's a block of aluminum that weighs about

6    1,500 pounds.

7    Q.    When Constellium hires a vendor, a processor to

8    toll scrap metal, does Constellium typically enter

9    into written contracts with those processors?

10   A.    Yes.

11   Q.    And let me go back and ask you about the furnace

12   operators.  Roughly how many of those type companies

13   does Constellium Ravenswood utilize to process scrap?

14

15   A.    We utilize three.  There are about five or six

16   that we can use.

17   Q.    Who are the three that you use?

18   A.    We use a company called Alrec.

19   Q.    Okay.

20   A.    Real Alloy in Friendly, West Virginia.

21   Q.    Okay.

22   A.    And Real Alloy in Coldwater, Michigan.

23   Q.    And are those real alloy companies that you

24   mentioned related to the company that you used to work

25   for?

Page 28

1    A.    Yes.

2    Q.    Okay.

3          I had asked you, when you hire these various

4    companies to process scrap metal, whether Constellium

5    ever entered into written contracts with those

6    vendors, and you said that they did, or the

7    Constellium does.  Are those contracts purchase

8    orders, or are they documents separate from purchase

9    orders?

10   A.    Those contracts are separate from purchase orders.

11   Q.    Are you responsible for negotiating contracts with

12   vendors that process scrap alloy for Constellium?

13   A.    I negotiate the term --- like the terms of the

14   purchase orders, the scope of what they will provide

15   for us, but our legal team is responsible for

16   negotiating the contracts.

17   Q.    Okay.

18         Is it fair to say that you are not responsible for

19   drafting those contracts?

20   A.    That's fair.

21   Q.    And that the legal team is responsible for

22   drafting those contracts?

23   A.    That's fair.

24   Q.    And is it fair to say that you do not approve

25   those contracts?

Page 29

1    A.    That's correct.

2    Q.    And is it also fair to say that the legal team

3    approves those contracts?

4    A.    That approval goes to Brian McCallie, ultimately.

5    Q.    Okay.

6        I imagine that before these various vendors

7    process the scrap for Constellium, does that scrap

8    have to meet certain quality standards?

9    A.    Yes.

10   Q.    And what are those --- generally speaking, what

11   are those quality standards?

12   A.    Well, the purpose of these vendors is to give us

13   access to scrap that meets variable quality standards.

14   Their processes can handle a broad range of quality

15   standards that we cannot.  So it's determined on an

16   individual basis.

17   Q.    Okay.  That's fair enough.

18       Before the scrap is tolled or processed, who is

19   responsible for making sure that the scrap meets the

20   applicable quality standards?  Is that Constellium?

21   Is that faith?  Is that the people that you buy the

22   scrap from?

23   A.    Yes to all of the above.

24   Q.    Okay.

25

Page 30

1    A.    Everybody contributes toward ensuring that it

2    meets that standard.  Ultimately, Faith, or whichever

3    toller receives that medal and puts eyes on it at that

4    receiving dock is the final gate to pass through.

5    Q.    And is it fair to say that once the scrap is

6    processed, it also has to meet certain quality

7    standards?

8    A.    Yes.

9    Q.    And do those standards likewise vary depending on

10   the specific scrap being processed or you know, as

11   case by case basis?

12   A.    No.

13   Q.    Okay.

14   A.    Then they conform to our very tight standards.

15   Q.    Okay.

16        And I assume that in those instances, it's the

17   tolling vendor who is responsible for ensuring that

18   the tolled product meets those tight standards?

19   A.    Yes.

20   Q.    What are Constellium's typical payment terms with

21   respect to paying the processors of scrap alloy?

22   A.    Net 45.

23   Q.    And how do Constellium's processing companies or

24   the companies that it hires to process the scrap, how

25   do they typically charge for processing scrap?

Ind / 30B6 Shawn George                           April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

                                                        Page 31

1      A.    By the pound inbound.

2      Q.    Okay.

3           And just so the record is clear, is it fair to say

4      that if a certain amount is delivered to the

5      processor, it's based on that weight at the time that

6      it arrives at the processor?

7      A.    Yes, the net weight of that delivery.

8      Q.    And net of what?

9      A.    Net of any dunnage or tare weights.

10     Q.    Okay.

11          And you're going to have to help me out here.

12     What is dunnage and what is tare weights?

13     A.    Tare weights might be --- dunnage and tare weights

14     are terms that are sometimes used interchangeably, but

15     it would be pallets, boxes, bags, ---

16     Q.    Okay.

17     A.    --- banding.

18     Q.    Okay.

19          That's dunnage and tare weight?

20     A.    It's referred to --- yes, they're referred to the

21     same frequently.

22     Q.    Okay.  Okay.

23          So just --- we're not --- they charge you based on

24     the actual product that they're going to process, not

25     any packaging that goes with it, if that's a fair

Page 32

1    simplistic way to explain it?

2    A.    Yes, that's accurate.

3    Q.    For the type of scrap alloy that Faith processed,

4    what is the typical range of price per pound for that

5    kind of material?

6    A.    Faith basically defined that because they were

7    unique in their processing capabilities.  So what it

8    comes down to is negotiating something, a charge that

9    supports purchasing the scrap and consuming it.

10   Q.    Okay.

11       What about for the furnace vendors?  Do they also

12   charge a price per pound?

13   A.    Yes.

14   Q.    And what is a typical range for those types of

15   vendors?

16   A.    There are many of them, ---

17   Q.    Okay.

18   A.    --- and it's very competitive.  The price range is

19   between --- depending on the variability of the raw

20   material, and it can range from 12 cents a pound to 20

21   cents a pound.

22   Q.    Okay.

23       Does that variation --- what factors go into that

24   variation?

25   A.    Primarily the recovery, the amount of

Page 33

1    contamination that's in the raw material stream.

2    Q.    Okay.

3        So the more contaminated, the higher the price per

4    pound?

5    A.    Typically.

6    Q.    Do you typically get volume discounts, such as,

7    you know, the more --- the greater the weight, the

8    lower, you know, for ---?

9    A.    I understand the question ---

10   Q.    Okay.

11   A.    --- and the answer is no.

12   Q.    Okay.  All right.

13       ATTORNEY WITHERS:

14       Can we go off the record for a second?

15                         ---

16   (WHEREUPON, A SHORT BREAK IN THE RECORD WAS HELD.)

17                         ---

18   BY ATTORNEY WITHERS:

19   Q.    So before the break, I think my last question was,

20   was there volume discounts --- for the same product is

21   it fair to say that the greater the volume that you

22   delivered to be processed, they'll give you a lower --

23   - a lower per pound tolling rate?  And you said that

24   was typically not the case.

25       Is that correct?

Page 34

1    A.    Yes.

2    Q.    And just so the record's clear, yes, ---.

3    A.    That is not the case.

4    Q.    Okay, thanks.

5        I think we talked about this earlier with regard

6    to the Muscle Shoals.  You said that at some point

7    Constellium had purchased some --- the Constellium's

8    branch or division in Muscle Shoals had purchased some

9    product from Faith that Faith had on hand.

10   A.    Yes.

11   Q.    But before 2023, had Constellium Ravenswood ever

12   hired Faith to toll scrap alloy?

13   A.    Not to my knowledge, no.

14   Q.    Tell me how that relationship, the relationship

15   between Constellium Ravenswood and Faith in 2023, tell

16   me how that came about.

17   A.    I was doing business with Goldy Metals, ---

18   Q.    Okay.

19   A.    --- and he offered me a shredded 5052 package.

20   During the course of that conversation, he mentioned

21   that it was coming from Poly 52, at which point I

22   said, no, thanks.  I don't want anything like that.

23   It's not going to work.  We went back and forth about

24   whether or not it would be of high enough quality for

25   Ravenswood, clean enough, and agreed to do a trial

Page 35

1    load of three loads.

2    Q.    Okay.

3         And you said you were dealing with Goldy, and then

4    he said he had a 5052 poly.  Who is he?

5    A.    Greg Goldstein, Goldy.

6    Q.    And Greg Goldstein works at Goldy?

7    A.    He owns it.

8    Q.    Okay.

9         And I don't want to get too much into the science

10   here, but is 5052 poly --- and then you said you

11   didn't want poly.  What is 5052 poly?

12   A.    Earlier we talked about there being this poly film

13   or the ProTEX that's on the product.  In our industry,

14   we refer to that scrap as 52 poly.

15   Q.    Okay.

16   A.    So wherever, whomever, was processing that scrap,

17   they were getting it from a manufacturer.  It was

18   coming off of their line with the poly on it.  They

19   were processing it, turning it into a package they

20   could deliver somewhere, and then it was going to

21   Faith.  So the 5052 poly is a not an uncommon

22   description of that kind of scrap.

23   Q.    Okay.

24        And you said the poly, and I know you've said it,

25   and I'm just not --- it's a film?

Page 36

1    A.    It's like a plastic or a vinyl film that goes over

2    the surface of the aluminum to protect it from

3    scratching and from oxidation.

4    Q.    Okay.

5         And so Mr. Goldstein said that he had some of this

6    product, the scrap, the 5052 and were you interested

7    in buying it, and you said you weren't --- as an

8    initial position, you were not interested in buying it

9    because you didn't want poly?

10   A.    To clarify, he offered me shredded 5052.

11   Q.    Okay.

12   A.    We can only accept clean, bare scrap in

13   Ravenswood.

14   Q.    Okay.

15   A.    I always ask what was the source of the material

16   that you shredded.  And he said it was poly 5052.  And

17   at that point, I said, no, I'm not interested.

18   Q.    Okay.  Okay.

19        How does Faith come into the picture if you were

20   dealing directly with Mr. Goldstein at Goldy Metals?

21   A.    So I'll elaborate.  It'll be a little bit complex.

22   Q.    That's fine.

23   A.    We did the trial loads with Goldy.  They came in,

24   and they far exceeded our expectations.  They're an

25   excellent scrap source.  About the same time as I was

Page 37

```
 1      doing that, I was contacted by United Scrap Metal, who
 2      had a large source, large direct from the manufacturer
 3      source of poly 5052 scrap that they were stuck with
 4      because their previous buyer backed out of the deal
 5      and they had accumulated a large amount of it in their
 6      warehouse, and they were desperate to find a buyer.
 7      So it was just coincidence, happy coincidence, that
 8      they came to me roughly around that time knowing that
 9      the product coming from Faith was high quality and
10      acceptable to Ravenswood, and their ability to process
11      poly 5052 into clean bare 52 shreds was capable.  I
12      was able to do the deal with United Scrap Metal direct
13      to Faith to process that material for Ravenswood.
14      Q.    Okay.
15           So when you were dealing --- so Goldy is --- Goldy
16      is a scrap dealer?
17      A.    He's a broker.
18      Q.    A broker.  And so is he brokering United Scraps'
19      scrap?
20      A.    No.
21      Q.    Okay.
22           So this is just two separate trial loads that
23      we're talking about, one with Goldy, one with United?
24
25      A.    No.
```

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 38

```
 1    Q.    Okay.
 2    A.    And the difference is in the details of what you
 3    said.  The trial loads were Goldy.  That established
 4    the quality standard for the metal from Faith.  And
 5    then when I went to United and worked with them, there
 6    was no need for trial loads.  We knew that Faith could
 7    do it.
 8    Q.    Got it.  Okay.
 9        So I'm still trying to figure out, how does Faith
10    come into the picture?  Did you --- when you were
11    buying this stuff --- when you were talking with Goldy
12    and they said, we've got this great scrap, did you say
13    who processed this for you and that's how you found
14    out about Faith?
15    A.    Yes.
16    Q.    Okay.
17        And so --- okay.  Then how did you --- once you
18    had identified Faith as a processor that could do the
19    kind of work that you needed done to the standard that
20    you expected, how did your relationship directly with
21    Faith, how did that begin?
22    A.    Greg gave me Garey Rittenhouse's contact
23    information.
24    Q.    And who did you understand that Mr. Rittenhouse
25    worked for?
```

Page 39

1    A.    Faith.

2    Q.    Okay.

3          Have you heard of a company called Regional Metal

4    Services?

5    A.    Yes.

6    Q.    And who is Regional Metal Services?

7    A.    That was the company that Garey worked under.

8    Q.    Okay.

9          So did you understand that he worked under

10   Regional Metal Services or for Faith?

11   A.    I understood him to represent Faith.

12   Q.    Okay.

13         Before Constellium began discussing doing business

14   with Faith, had Constellium, to your knowledge, ever

15   done business with Regional Metal Services before?

16   A.    Not to my knowledge.

17   Q.    And in any of your prior employments, had you

18   personally ever done business with Regional Metal

19   Services before?

20   A.    No.

21   Q.    What did you understand Regional Metal Services'

22   business to be?

23   A.    In our industry, it's not uncommon for the

24   commercial activities of a processor to be conducted

25   under a different name.  They are buying, selling,

Page 40

```
 1   trading.  So to isolate the risk of those activities

 2   and differentiate them between their basic processing

 3   activities, they will --- that particular commercial

 4   representative would work under a different company

 5   name.  My understanding, my belief was that Garey

 6   Rittenhouse and --- they were --- that they were

 7   acting in that capacity for Faith.

 8   Q.    Okay.

 9        And I'm sorry.  Can you just repeat what that

10   capacity --- I know you just explained it.

11   A.    Acting as the commercial representative for Faith,

12   negotiating, you know, the sale of their processing

13   capabilities.

14   Q.    To your knowledge, before Constellium began

15   discussing doing business with Faith, had Constellium

16   ever worked directly with Garey Rittenhouse before?

17   A.    Not to my knowledge.

18   Q.    And had you personally ever done business with

19   Garey Rittenhouse before the spring of 2023?

20   A.    No.

21   Q.    So who was it again that you said introduced you

22   to Garey Rittenhouse?

23   A.    Greg Goldstein.

24   Q.    Okay.

25        And tell me what happened once you, you know, were
```

Page 41

1    introduced to him, just generally speaking.  Tell me

2    how that relationship progressed.

3    A.    I called him.  We had a conversation.  We talked

4    about their capabilities, about what they accomplished

5    with Goldy Scrap, and that I had a large supplier who

6    had material, and we just started talking about how we

7    could run that through Faith Aluminum.

8    Q.    Okay.

9         And that was in roughly May of 2023?

10   A.    It was before that.

11   Q.    Okay.

12   A.    Yeah.  Earlier.

13   Q.    Roughly when?  And I'm not trying to pin you down

14   to an exact date, I'm just trying to understand a

15   general timeline.

16   A.    Yeah.  I think it pretty much would have been in

17   April.  You know, the whole --- the whole deal

18   manifested over a period of about 30, 35 days, I'd

19   say.

20   Q.    Okay.

21        Okay.  I am handing you what I have marked as

22   Exhibit 1, Plaintiff's Exhibit 1.  Take a look at that

23   and, you know, again, you can read the whole thing

24   cover to cover if you want.  Just let me know when

25   you've had a chance to look at it.

Page 42

```
1    A.    Okay.

2                       ---

3          (Whereupon, Exhibit P-1, Email Chain,

4    was

5          marked for identification.)

6                       ---

7          THE WITNESS:

8          Okay, I've read this.

9    BY ATTORNEY WITHERS:

10   Q.    Okay.

11       Do you recognize this document?

12   A.    Yes.

13   Q.    Okay.

14       This is an email chain between you and Garey

15   Rittenhouse in April and May of 2023.

16       Right?

17   A.    Uh-huh.

18   Q.    Okay.

19       If we look at the first email chronologically from

20   April 24th of 2023, the subject line is Faith Aluminum

21   3003 Shredded Product.  And he says, Joe Schultz

22   forwarded me the information on Ravenswood's 3003

23   activity for May, and I thought it might be an

24   opportunity to introduce our 3003 shredded package

25   that we produce at our Rockmart, Georgia facility.
```

Page 43

1      What is --- do you call it 3003?  I mean, I'm just

2   saying 3003.  What do you call it in the industry?

3   A.    It's commonly spoken as three double o three.

4   Q.    Three double o three.  Thank you.  What is 3003?

5   A.    It is a different alloy.  It's a specific alloy of

6   aluminum.

7   Q.    And is 5052 another specific alloy of aluminum?

8   A.    Yes.

9   Q.    And so when Mr. Rittenhouse referred to our

10  Rockmart, Georgia facility, did you understand that to

11  be Faith Aluminum?

12  A.    Yes.

13  Q.    Okay.

14      And then so on May 4th, you responded to Mr.

15  Rittenhouse, sorry for this slow response here.  We

16  would be interested in shredded 3003 for Ravenswood.

17      Did you have negotiations --- what negotiations,

18  if any, did you have with him about that 3003 product

19  from that point forward?

20  A.    That product was not suited to our specifications

21  because of its chemical analysis, and they were unable

22  to refine that analysis any further.  And so it became

23  a non-opportunity.

24  Q.    Okay.

25      And I'm going to --- from time to time, I may go

Page 44

```
 1    back to a couple of exhibits, so it's may be helpful

 2    to kind of keep them in order, but just to speed

 3    things along.  But I'm handing you what has been

 4    marked as Exhibit 2.  If you could take a look at that

 5    and let me know when you've had a chance to look at.

 6    A.    Yes, I have.

 7                        ---

 8          (Whereupon, Exhibit P-2, Email Chain,

 9    was

10          marked for identification.)

11                        ---

12    BY ATTORNEY WITHERS:

13    Q.    Okay.

14       Do you recognize this email chain?

15    A.    Yes, I do.

16    Q.    And this is an email chain between you and Garey

17    Rittenhouse in May of 2023.

18       Correct?

19    A.    Yes.

20    Q.    Just for the court reporter's benefit, I'll note

21    that Garey is spelled G-A-R-E-Y.

22       Okay, so if we look at the initial email from Mr.

23    Rittenhouse from May 9th, 2023, he says, hi, Shawn.

24    Following up on our earlier conversation regarding our

25    Georgia plant's capabilities and capacities.
```

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 45

1      What earlier conversation do you recall having had

2    with Mr. Rittenhouse?

3    A.    That was the, you know, the lead up to the --- you

4    know, my introduction with him, what we can take or

5    don't take, that sort of thing.  So we had had

6    multiple conversations over a period of time prior to

7    actually doing business together.

8    Q.    Okay.

9      Were those conversations over the phone or by

10   email or by text or a combination of all?

11   A.    By phone and email.

12   Q.    Okay.

13     And in this email he describes a couple of

14   different services they provide, the 3104/3003 PMA

15   shred and the 5052 poly painted.

16     Correct?

17   A.    Correct.

18   Q.    I don't want to get into, again, the science of

19   this, but is it --- are those just --- we said that

20   3003 was one type of scrap alloy and --- or one type

21   of alloy and 5052 poly painted was a different type.

22   Is 3104 --- what --- how does --- what is 3104?

23   A.    That's another alloy of aluminum.  And I'll

24   elaborate.

25   Q.    Sure.

Page 46

1    A.    That's why his 3003 product was not suitable for

2    us, because the 3104 component introduced chemistries

3    that were non compatible.

4    Q.    Okay.

5        Okay.  If you look at the second page of this

6    exhibit and do you see the paragraph, the second

7    paragraph from the bottom that begins with the word

8    production capacity?

9    A.    Yes.

10   Q.    Okay.

11       If you look at the second to last line, he says,

12   while we are still refining the associated toll

13   production fee structure for this project, we believe

14   the associated toll fee rate structure will be 17

15   cents a pound to 20 cents a pound based on the form of

16   scrap being processed.  I believe you said earlier

17   because what Faith was doing was different than what

18   your furnace processors were doing, do you have a

19   baseline as to whether that is a market industry

20   standard for the kind of work Faith was doing or was

21   what Faith was doing so new that there was no market

22   standard?

23   A.    Yes and yes.

24   Q.    Okay.

25   A.    It was in a reasonable distance of what we would

Page 47

1      pay for a furnace operation.  Those numbers don't

2      exist alone in my calculus.  I have to apply the

3      recovery, the cost of transportation, many other

4      factors to the ultimate bottom line of doing that

5      business.  And so with all those other associated

6      factors, it was close enough to keep talking.

7      Q.    Okay.

8          I'm kind of asking you, I suppose, to speculate

9      here, but what price range could he have quoted you

10     that you would have determined was not close enough to

11     keep talking?

12     A.    It would have --- I would have had to do math on

13     recoveries and everything else.  And that happens

14     often.  And it's a process with every toll provider to

15     work through it, understand what the cost of the raw

16     material is, all the associated costs with that, the

17     timelines, how long it takes for the scrap to flow

18     through that whole transaction or multiple

19     transactions to get to the plant and get consumed.

20     There's many factors, and those each have to be taken

21     relative to a volatile market as the cost basis every

22     time that you talk about it.  Every time you don't do

23     a deal, you have to redo all the math when you revisit

24     it.

25     Q.    Got it.  The factors that existed at this time

Page 48

1    that led you to determine that a range of 17 to 20
2    cents is enough to keep you --- keep talking, all
3    those other factors being the same, if he had quoted
4    you a price of 30 cents a pound, would that have been
5    enough to keep you talking, or would that have been
6    too high?
7    A.    Initially, it would have been too high.  However,
8    there was a great desire to find use for this scrap,
9    and so I would have, and I did communicate with my
10   boss and communicate with the plant to say, what can
11   we do with this?  Where can we derive benefit?  What
12   can we push into this deal?  Always the motivation in
13   these deals is to do a deal to get more scrap into the
14   plant. That's my job.
15   Q.    Okay.
16       Okay.  If we look --- go back to the first page of
17   this exhibit and look at the very top line email where
18   you wrote to Mr. Rittenhouse, Garey, I want you to
19   know I'm still working on this project, and I made
20   some headway recently.  I'll keep you updated ASAP.
21       What headway had you made?
22   A.    Sourcing scrap for a project such as this.
23   Communications with the plant and their willingness to
24   accept the off spec sizing.
25   Q.    Okay.

Page 49

1    Did Garey Rittenhouse ever tell you anything about
2    the nature of his relationship with Faith Aluminum?
3    A.    He told me that he represented Faith Aluminum.
4    And my interactions with him, he always talked about
5    us, our facility in Rockmart.
6    Q.    Okay.
7    Did you ever communicate with anyone directly
8    employed by Faith Aluminum?
9    A.    After we started doing business, I communicated
10   infrequently with a woman named Kim Watson.
11   Q.    Okay.
12   How often did you communicate with Ms. Watson?
13   A.    Only where --- when there would be --- Ms. Watson
14   primarily communicated with Constellium through email.
15   I never spoke with her verbally.
16   Q.    Okay.
17   A.    And I would intercede in cases where there was a
18   problem or some issue or obstacle that needed to be
19   dealt with, and I would contribute in the email chain.
20   Q.    Okay.
21   Did you ever meet Ms. Watson?
22   A.    No.
23   Q.    And I'm sorry.  Did you say you ever spoke with
24   her on the telephone?
25   A.    No.

Page 50

1    Q.    Did you ever speak with a gentleman named Steve

2    Stewart?

3    A.    No.

4    Q.    Did you ever meet --- well, then I guess you never

5    met Steve Stewart.

6    A.    No.

7    Q.    Did you ever visit the facility in Rockmart,

8    Georgia?

9    A.    No.

10   Q.    Did you ever communicate directly with a woman

11   named Muriel Stewart?

12   A.    No.

13   Q.    Okay.

14       Do you have any understanding as to who Steve and

15   Muriel Stewart are?

16   A.    I knew who Steve was.  Until this proceeding I

17   didn't know who Muriel was.  I'd not heard her name

18   before.

19   Q.    And who did you understand Steve Stewart to be?

20   A.    Garey described him to me as the operations guy.

21   I didn't realize he was the owner until all this

22   started to happen.

23   Q.    Okay.

24       So Garey Rittenhouse was your primary point of

25   contact in your dealings with Faith Aluminum?

Page 51

1    A.    Yes.

2    Q.    Okay.

3        I'm handing you what has been marked as Exhibit P-

4    3, if you'd take a look at that for me.

5    A.    Yes, I've read it.

6                              ---

7        (Whereupon, Exhibit P-3, Email Chain,

8    was        marked for identification.)

9                              ---

10   BY ATTORNEY WITHERS:

11   Q.    Okay.

12       And do you recognize this email chain?

13   A.    Yes, I do.

14   Q.    Okay.

15       This is an email chain between you and Brian

16   McCallie from May of 2023?

17   A.    Yes.

18   Q.    And Brian McCallie, that --- he's the CEO?

19   A.    At that time, Buddy Stemple was.

20   Q.    Okay.

21   A.    And Brian was his direct subordinate.

22   Q.    Okay.

23       And I guess Buddy Stemple, does he still work for

24   Constellium?

25   A.    He is now running Muscle Shoals.

Page 52

1    Q.    Okay.

2        So at this time, Buddy Stemple was the CEO and

3    Brian McCallie was his next in line, you said?

4    A.    Yes.

5    Q.    And at this time, did you report directly to Mr.

6    McCallie or Buddy Stemple or both?

7    A.    Buddy.

8    Q.    Okay.

9        The subject --- I want to go to the original email

10   on this that starts at the bottom of the page that has

11   a little number in the bottom corner that says 49.

12   A.    Okay.

13   Q.    But really, the text of the email begins on the

14   next page, which is 50.  But the subject line of your

15   May 4th, 2023, email is 5052 W Poly - Breakthrough

16   Moment, question mark.

17       First of all, what is w poly?  I mean, is there a

18   difference between 5052 poly and w poly?

19   A.    That's shorthand for with.

20   Q.    Okay.

21   A.    With poly.

22   Q.    Okay.  Okay.

23       Okay, you say, recently I bought three trial loads

24   of 5052 shreds, which I came to find out after the

25   fact that the raw material was sourced from 5052 with

Ind / 30B6 Shawn George                                April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 53

1       poly. I was totally skeptical that the poly would be

2       completely removed by shredding.  But when the

3       material arrived, it was truly clean and also polished

4       so shiny by the process that our folks thought it was

5       3003 C attached pics.

6           These are --- were these the trial loads that you

7       got from Goldy that we were talking about earlier?

8       A.    Yes.

9       Q.    And obviously, Faith was the --- as we discussed,

10      the company that had processed this?

11      A.    Yes.

12      Q.    You next say, we are awaiting delivery of the

13      balance of two loads to confirm that the quality is

14      sustainable, but I have every confidence now that it

15      will be a success.

16          So I think this goes back to what you --- I

17      believe you said earlier that you were impressed with

18      the process that --- or at least the product that

19      Faith was able to toll.

20      A.    Yes.

21      Q.    Okay.

22          In the next paragraph you say, with that belief in

23      hand, I've been in touch with Garey Rittenhouse at

24      Regional Metal Services/Faith Aluminum, who is the

25      entity doing the shredding in Rockmart, Georgia.

Page 54

```
 1        So at this point, you had an understanding that
 2    Garey was working for Regional Metal Services, but
 3    representing Faith Aluminum.
 4        Correct?
 5    A.    Yes.
 6    Q.    You then wrote, my next call was to an old friend
 7    in Chicago, Jodi Keller at United Scrap.  I knew from
 8    previous discussions with Jodi that they were running
 9    a lot of bare 5052 with poly into Novelis.  Turns out
10    Novelis has cried uncle on the material and United is
11    now sitting on 500 to 700,000 monthly of material they
12    can't move.  When I told Jodi that it was likely I
13    would be a buyer, her reaction was demonstrative to
14    say the best.
15        Okay, so we talked about who United is.  Who is
16    Novelis?
17    A.    Novelis is a competitor of ours.
18    Q.    Okay.
19        And just so the record is clear, when you say, and
20    United is now sitting on 500 to 700k monthly of
21    material they can't move, that's 500 to 700,000 pounds
22    of material.
23        Correct?
24    A.    Correct.
25    Q.    The next paragraph you say pulling their fat out
```

Page 55

1    of the fire on this would be a big win for Constellium

2    with United.  As you know, they are very much a

3    relationship based company, and I think it would bode

4    well for our future.  I also believe that this volume

5    is sufficient to gain a priority position in the

6    tolling schedule at RMS as well, and put us in the top

7    echelon of his customers.

8        So if I'm understanding this correctly, basically,

9    is it fair to say that you saw an opportunity to help

10   United out by buying 500 to 700,000 pounds of scrap

11   alloy that they needed to unload because Novelis was

12   unable to buy that from them?

13   A.    Yes.

14   Q.    And at the same time, you believed that if you

15   could send RMS's customer, or however you want to

16   define, if you could send Faith Aluminum 500 to

17   700,000 pounds of scrap alloy each month, that would

18   improve Constellium's standing with Regional Metal

19   Services?

20   A.    Yes.

21   Q.    The last paragraph says, of course there will be

22   some administrative impact issues on our side to tend

23   to, but I was so excited by the prospect of having a

24   breakthrough on 5052 with poly that I had to share it

25   with you too.

Page 56

1        Why did you view this as a breakthrough?

2    A.    5052 with poly is an unacceptable scrap type for

3    Ravenswood.  We as a company promote the scrap

4    component of our products to our customers.  Our

5    recycle rates are a marketable quantity.

6    Q.    Okay.

7    A.    We, Ravenswood and myself specifically have goals

8    to increase the amount of scrap that goes into our

9    product as a result of that.  There's multiple factors

10   involved in the benefit and derived from that.  The

11   green recycle ability of it, the lower cost of the

12   scrap versus the prime elements and what we call

13   hardeners, the alloying elements, and simply the

14   furnace efficiencies and usages.  All those benefits

15   get pulled into Constellium Ravenswood.  There's

16   segments of the scrap supply as a whole in the

17   business that we simply can't touch because of

18   contamination or form.  We never can get enough of the

19   type of scrap that our specifications require.  And so

20   finding a half a million pounds or more of scrap that

21   we can pull in, get converted, and use that was

22   previously unusable to us is a big win.

23   Q.    Okay.

24        And is it fair to say, I mean, for the finished

25   product that Constellium produces, you could either

Page 57

```
1     use scrap that has been cleaned and recycled, or you

2     could, for lack of a better term, buy it new and ---

3     is that fair?

4     A.    Yes.

5     Q.    And if you can utilize scrap, then you can lower

6     your costs associated with producing that final

7     product?

8     A.    Yes.

9     Q.    And if you can reduce price or the cost, then

10    obviously you can --- it can become more profitable?

11    A.    Correct.

12    Q.    Okay.

13        I'm going to hand you what has been marked as

14    Exhibit 4.  Take a look at that if you would.

15    A.    Yes, I've read it.

16                            ---

17            (Whereupon, Exhibit P-4, Email Chain,

18    was

19            marked for identification.)

20                            ---

21    BY ATTORNEY WITHERS:

22    Q.    Okay.

23        Do you recognize this document?

24    A.    Yes, I do.

25    Q.    Okay.
```

Page 58

1        This is an email chain between you and Buddy

2     Stemple from May 2023?

3     A.    Yes.

4     Q.    Okay.

5        And in the top line email, you say, we have a deal

6     with United.  All that is keeping me from pulling the

7     trigger right now is that we need to get the two

8     remaining trial loads into RVWD for approval.

9        I assume RVWD means Ravenswood?

10    A.    Yes.

11    Q.    The next thing you say is, the only shortcoming

12    with United is that they can only commit to 700,000

13    pounds per month.  I do believe that I can scrounge up

14    another eight to ten loads per month of poly 5052

15    elsewhere.  I've got calls into several suppliers now.

16       And then I guess below that, it says the quote

17    from Faith Aluminum is as follows, and it's got a

18    monthly volume range of --- from 700,000 to a million

19    pounds they would toll it at --- at least at this

20    time, the proposal was 19 cents a pound.

21       Correct?

22    A.    Yes.

23    Q.    And if you could deliver --- or anything over a

24    million pounds a month, would be 16 cents a pound.

25       Correct.

Page 59

1    A.    Yes.

2    Q.    And then below that it says minimum monthly toll

3    volume equals 700,000 pounds.  Do you see that?

4    A.    Yes.

5    Q.    Okay.

6        So if United was going to commit to 700,000 pounds

7    a month, why did you feel that you needed to scrounge

8    up another eight to ten loads per month of poly 5052

9    elsewhere?

10   A.    Well, at this stage of working with Garey, that's

11   --- and I cut and paste this from his emails into this

12   email.

13   Q.    Okay.

14   A.    At that stage, you know, there was that tiered

15   fee.  And so I was seeking to achieve the lowest tier,

16   of course, to maximize the benefit for Ravenswood.

17   Q.    Okay.

18       So when you say you copied and pasted this, did

19   you copy and paste from the beginning of the chart

20   that says monthly volume range through the end of the

21   blue

22   --- the paragraph that's printed in blue color here?

23   A.    Yeah, that ends with Constellium.

24   Q.    Okay.

25       And the last line of that paragraph in blue says,

Page 60

1    per yesterday's conversation, the above referenced

2    tolling rate reflects a ten month tolling contract

3    between Faith Aluminum and Constellium.

4        Do you see that?

5    A.    Yes.

6    Q.    So in addition to requiring at least 700,000

7    pounds of scrap per month in order to secure at least

8    the 19 cents a pound rate, Faith was also, at least at

9    this time, requiring a ten month contract?

10             ATTORNEY MEADOWS:

11             Object to the form.

12   BY ATTORNEY WITHERS:

13   Q.    You can answer.

14   A.    I didn't see it as a requirement.  I just saw it

15   as their request.

16   Q.    Okay.

17   A.    That was --- willing --- I mean, we were willing

18   to do it for a long period of time.

19   Q.    Okay.

20       You then say next paragraph, I'd gone back to

21   Garey at Faith one more time to get a better fee.  Was

22   he --- well, withdraw that.

23       Okay.  I am handing you what has been marked as

24   Exhibit 5.  If you would take a look at that and let

25   me know once you had an opportunity.

Page 61

```
 1    A.    Yes, I've read it.

 2                          ---

 3         (Whereupon, Exhibit P-5, Email Chain,

 4    was

 5         marked for identification.)

 6                          ---

 7    BY ATTORNEY WITHERS:

 8    Q.    Okay.

 9       Do you recognize this document?

10    A.    Yes, I do.

11    Q.    Okay.

12       This is an email chain between you and Deanna

13    Schindler (phonetic) from September of 2023.  Who is

14    Ms. Schindler?

15    A.    She was the Sales Services Coordinator at that

16    time.

17    Q.    Okay.

18    A.    And she was the person who would arrange for gate

19    passes and clearance of any visitors that came to the

20    plant.  It's a high security plant.

21    Q.    Because you guys have government contracts, I

22    would assume?

23    A.    Correct.

24    Q.    Okay.

25       So you wrote to her, Deanna, on --- this is on
```

Page 62

1    your initial email from September 11th of 2023.

2    Deanna, on Tuesday, September 26th, I would like to

3    have Garey Rittenhouse in for a plant tour focused on

4    scrap receiving and casting and lunch.  He represents

5    Faith Aluminum, the company that is shredding the poly

6    5052 for us.  He would arrive approximately 9:30 a.m.,

7    take a tour and have lunch on site.

8        Did you --- did that meeting ever actually take

9    place?

10   A.    Yes, it did.

11   Q.    Who attended that meeting, other than you and Mr.

12   Rittenhouse?

13   A.    Myself, and then a couple of these fellows who

14   were copied in.  I don't remember that everybody was

15   there.

16   Q.    Okay.

17   A.    But I do know that --- yeah, I believe everybody

18   was there briefly.  They didn't attend the entire

19   meeting between myself and Garey because they're busy.

20   Q.    Sure.  And was the point of this meeting just to

21   kind of show, hey, here's --- when we get the scrap

22   from our processors, here's what we do with it?  Kind

23   of just kind of a show and tell type thing?

24   A.    There was a lot of purposes for this meeting.  So

25   one of them was to make sure that our people who were

Page 63

1    in direct contact with that product from Faith had

2    that connection to him and had an opportunity to ask

3    questions that they may have about their capabilities

4    and what they were doing.  It was also to talk about

5    the exploration of other things they could do for us

6    because they were doing such a good job.  And then it

7    was also to show Garey what we were doing with their

8    scrap once we got it, how were handling it from the --

9    - you know, essentially from receiving through to

10   casting, where we were putting it to work.  So it was

11   a --- it was a --- like a --- I can't articulate.  I

12   don't know the word.  But it was just so that we could

13   get to know each other better, bond more, and

14   understand each other's processes more clearly.  And

15   the hope was that we could increase what we were doing

16   with them.

17   Q.    Okay.

18       At that point, Faith had been processing scrap for

19   Constellium for several months.

20       Correct?

21   A.    Uh-huh.

22   Q.    And just so to help the court reporter out, when

23   you say uh-huh, ---

24   A.    Yes.

25   Q.    --- it's hard to get those down.

Page 64

```
 1      A.    I'm sorry.

 2      Q.    No problem.  We all do it.

 3         Do you recall whether any --- I'm using this as

 4      kind of a nebulous term, but did any firm decisions or

 5      commitments or agreements come out of that meeting?

 6             ATTORNEY MEADOWS:

 7             Object to the form.  Answer.

 8             THE WITNESS:

 9             Not that I recall.

10             ATTORNEY WITHERS:

11             I am handing you what is marked as

12      Exhibit 7 and ---.

13             ATTORNEY MEADOWS:

14             Six.

15             ATTORNEY WITHERS:

16             I'm sorry, 6.  Thank you.

17             THE WITNESS:

18             Yes, I've read it.

19                            ---

20             (Whereupon, Exhibit P-6, Email Chain,

21      was

22             marked for identification.)

23                            ---

24      BY ATTORNEY WITHERS:

25      Q.    Okay.
```

Page 65

1      Do you recognize this email chain?

2   A.    Yes, I do.

3   Q.    This is the email chain between you and John

4   Miller at SA Recycling from September and October of

5   2023?

6   A.    Yes.

7   Q.    Who is SA Recycling?  How does --- what's the

8   relationship between Constellium and SA Recycling?

9   A.    They're a vendor for scrap.

10  Q.    They would sell it to Constellium?

11  A.    Yes.  And they're a somewhat infrequent vendor to

12  Ravenswood due to the nature of the scrap streams that

13  they had.

14  Q.    Okay.

15      And so generally speaking, what's the context

16  behind this?  Are they --- they're trying to sell some

17  scrap to Constellium?

18  A.    Yes.  And going back to my point about needing to

19  increase the amount of scrap that we bought all the

20  time, there was vendors who had scrap streams that

21  weren't acceptable at Ravenswood, and therefore we

22  couldn't buy from them.  But having Faith's

23  capabilities opened up the possibility that we could

24  buy from specifically SA Recycling, who had a lot of

25  painted 5052 scrap that we couldn't take direct.

Page 66

1    Faith, Garey said they could take the paint off with

2    the process and remove the poly.  And so I went about

3    --- back to people who had typically offered me that

4    kind of material in search of scrap that we could use

5    for a trial.  SA's location in Georgia made them a

6    prime opportunity to do that.

7    Q.    Okay.

8        And in the second to last email in this chain,

9    chronologically, so it's on the first page, Mr. Miller

10   says, Shawn, I have removed Garey Rittenhouse.  Not

11   sure why he was included on this email.

12       Do you see that?

13   A.    Yes.

14   Q.    And then you respond, Garey's with Faith Aluminum,

15   and we work as a team on this project.

16       Correct?

17   A.    Yes.

18   Q.    Okay.

19       I'm handing you Exhibit 7.  Let me know when you

20   had an opportunity to look at that.

21                        ---

22            (Whereupon, Exhibit P-7, Email Chain,

23   was         marked for identification.)

24                        ---

25   BY ATTORNEY WITHERS:

Page 67

```
 1     Q.    And again, as I mentioned at the outset, at any
 2     point you need a break, I tend to just keep going.  So
 3     don't hesitate to let me know if you need a break.
 4     A.    Okay, understood.
 5         I've read it.
 6     Q.    Okay.
 7         Do you recognize this email chain?
 8     A.    Yes, I do.
 9     Q.    This is an email chain between you and Dave
10     Griffith and Garey Rittenhouse from October 30th and
11     31st, 2023.
12         Right?
13     A.    Yes.
14     Q.    Who is Dave Griffith?
15     A.    Dave Griffith handles the traffic for Ravenswood.
16     So he arranges for the freight that was going back and
17     forth from Rockmart.
18     Q.    So he's a logistics guy?
19     A.    Yes.  That's not his title and he has other
20     responsibilities, but that's what he was doing in this
21     case.
22     Q.    Okay.
23         Do you report to him, or does he report to you, or
24     kind of neither?
25     A.    No, we are colleagues.
```

Page 68

1    Q.    Okay.

2         In the initial email chronologically on the second

3    page of this exhibit, you wrote to him, hi, Dave.  I

4    have spoken to Garey at Faith Aluminum regarding our

5    upcoming physical inventory.  We have agreed to cut

6    off raw material receiving into Rockmart effective

7    November 16th through December 1st, 2023.  Faith will

8    process everything we have on the ground, and we will

9    need to extract the finished shred for Ravenswood by

10   November 22nd.  There will also be fines in Gaylord

11   boxes to be shipped to Alrec for toll melting into

12   sound.  The goal is to get Faith Aluminum to zero

13   inventory effective November 30th and December 1st.

14        What's the context behind this email?  What's

15   going on here?

16   A.    Ravenswood conducts their physical inventory

17   typically the last day of November or the last three

18   days of November, the first day of December.  If we

19   have offsite inventory somewhere, somebody has to go

20   physically count it and put eyes on it and audit the

21   reconciliation reports at that offsite facility.  One

22   of the --- one of the things we can do to avoid

23   expensive travel and time away is to run an offsite

24   facility down to zero for that time frame while we're

25   counting.  And that's what we were doing.

Page 69

1  Q.    Gotcha.  So you get all the inventory to

2  Ravenswood and it's all there, and you don't have to

3  send people to various parts of the country to lay

4  eyes on a relatively small amount of scrap that may

5  not justify the expense of travel?

6  A.    That is correct.

7  Q.    And so that's why you and Garey agreed to cut off

8  raw material receiving so that not only would you be

9  able to extract the finished product and get it back

10 to Ravenswood, but you wouldn't have any --- you know,

11 you could --- you could stop stuff coming into Faith's

12 facility and get Constellium's finished product out

13 and there's nothing at Faith to make the

14 reconciliation process more --- or easier?

15 A.    Yeah, all the way to the fines.  Every last pound.

16 Q.    Got it.

17       And he responded to you, we don't want anything in

18 transit, so we should target November 21st to be empty

19 at this location, zero inventory count.  Is that

20 possible?

21       And I guess not only do you not want --- do you

22 not want anything at Faith Aluminum, and you want it

23 all at Constellium, but it's --- you also don't want

24 anything in transit.

25       Right?

Page 70

1    A.    Yes.  It can't be on the road or sitting in our

2    trucking company's lot.

3    Q.    So we talked about trial tolling.  Is it fair to

4    say Constellium typically does trial tolling with all

5    of its processors before entering into long term

6    contracts with them?

7    A.    Yes.

8    Q.    Because you want to make sure that they have the

9    ability to do what you need and meet your

10   specifications?

11   A.    Correct.  Sometimes that can be a very extensive

12   period of time.

13   Q.    Okay.

14      Once Faith had demonstrated to Constellium

15   satisfaction that it could perform tolling services to

16   meet Constellium specifications, and you knew that,

17   you know, they could pass muster, as it were, how did

18   the parties relationship proceed from that point as

19   far as, you know, okay, we know --- we've looked at

20   your samples.  They're good.  Then what happened?

21   A.    They produced and we picked it up and we consumed

22   it and the relationship was very cut and dry at that

23   point.

24   Q.    Was there ever any discussion of a written

25   contract between Faith and Constellium?

Page 71

```
 1      A.    Yes.

 2      Q.    Okay.

 3           Tell me about those --- tell me about the

 4      discussions regarding a written contract.

 5      A.    Getting a written contract at Constellium is a

 6      extensive process.  I don't conduct that as an

 7      individual.  I don't have the authority to do that

 8      myself.  So I contribute my input, I establish the

 9      relationship with the toller.  I work through all the

10      details as far as pricing, expected recoveries, all

11      those sort of mechanical like operational type

12      details. I carry that to our legal department.  They

13      build a contract framework, we submit that to a

14      vendor, their lawyers look at it, and then we start

15      the red line back and forth about all those details.

16      It can sometimes take months and months.

17      Q.    Okay.

18           But during those months and months, you need to

19      have some way to conduct business while you're waiting

20      on the lawyers to do their thing.

21           Right?

22      A.    Yes.

23                ATTORNEY MEADOWS:

24                Objection to form.

25      BY ATTORNEY WITHERS:
```

Page 72

1    Q.    And we looked earlier at Exhibit 4 with, in the

2    blue line there it was --- at least Faith was

3    requesting a ten month tolling contract.

4        Right?

5    A.    Yes.

6    Q.    What discussions did you have with Garey

7    Rittenhouse or anybody at Faith about a written

8    contract?  What do you recall?

9    A.    I told him that that would end up in the hands of

10   our legal department.  And he also expressed that it

11   would have to go through theirs as well.

12   Q.    So typically when you are kind of in this period

13   while you're waiting on the contract approval, how do

14   you document the agreement between the parties if

15   there is business being conducted during that period?

16

17   A.    We have a purchase order.

18   Q.    And did y'all issue a purchase order for --- to

19   Faith for the work that --- or the services they

20   performed during 2023?

21   A.    Yeah, we created a purchase order.

22   Q.    Was there just one purchase order or --- I mean,

23   is there a purchase order for every load or does ---

24   can a purchase order cover multiple loads?

25   A.    Yes, it can cover multiple loads.  It's basically

Page 73

1     built out to arbitrary volume.

2     Q.    Okay.

3         What do you mean arbitrary volume?

4     A.    It's a representation of what could be, you know.

5     When you do a tolling PO, it's for capacity.  So you

6     write a PO for however many pounds capacity the toller

7     is offering you.

8     Q.    Now, did Constellium ever enter into a written

9     contract with Faith for the services that Faith

10    performed in 2023?

11    A.    No.

12    Q.    And why was that?

13    A.    Well, because before that could be done, we began

14    to have issues with Faith about volumes and things of

15    that nature.

16    Q.    Okay.

17        I'm handing you what's been marked as Exhibit 8.

18    If you'll take a look at that and let me know when you

19    had an opportunity.  .

20    A.    I've read it.

21                          ---

22            (Whereupon, Exhibit P-8, Email Chain,

23    was

24            marked for identification.)

25                          ---

Page 74

1    BY ATTORNEY WITHERS:

2    Q.    Okay.

3         Do you recognize this email chain?

4    A.    Yes.

5    Q.    This is an email chain that you were included on

6    the most recent email, which was dated September 6th,

7    2023?

8    A.    Yes.

9    Q.    Okay.

10        If we look at the first email chronologically,

11   that begins at the bottom of the page with the last

12   two digits, 45 onto 46, this is an email from Shawn --

13   - from Garey Rittenhouse to you.

14        Correct?

15   A.    Yes.

16   Q.    And it's dated May 19th, 2023.

17        Right?

18   A.    Yes.

19   Q.    Is this the email from which you copied and pasted

20   what we looked at in Exhibit 4?

21   A.    My email to Buddy and Brian?

22   Q.    Yes, sir.

23   A.    Yes.

24   Q.    Okay.  Okay.

25        So then the next email chronologically forward is

1    from June 5th, 2023, from you to Ms. Tabitha Sizemore,

2    copying Michelle Brotherton.  Do you see that?

3    A.    Yes.

4    Q.    And you write, please enter a toll PO for the poly

5    5052 shred at Faith Aluminum for June 2023, 1.5

6    million pounds.  Poly 5052 to be shredded at 16 cents

7    a pound inbound.  Finished product to be picked up by

8    Constellium at Rockmart, GA via dump trailer.

9         Do you see that?

10   A.    Yes.

11   Q.    Okay.

12        What does Ms. Sizemore do?  I know you said that

13   she reports to you.  What is her job?

14   A.    She doesn't report to me.  We work together.

15   Q.    And I think you're right.

16   A.    Yeah.

17   Q.    I misstated your earlier testimony.

18   A.    She enters my purchase orders for me, among other

19   things.

20   Q.    What does Michelle Brotherton do?

21   A.    She works --- her role is to enter the receipts,

22   the goods receipts for the scrap that comes in in this

23   regard.  She has other responsibilities as well.

24   Q.    Okay.

25        Is this a purchase order for trial tolling, or is

Page 76

1    this --- are we beyond the trial stage at this point?

2

3    A.    We're beyond the trial.

4    Q.    Okay.

5        So you were expecting --- well, were you expecting

6    to deliver 1.5 million pounds of poly 5052 scrap to

7    Faith in June of 2023?

8    A.    Yes.

9    Q.    You then write, I will be working with Liz to

10   craft a contract that will begin in July.

11       Do you see that?

12   A.    Yes.

13   Q.    Who is Liz?

14   A.    Liz Hecker is our in house counsel.

15   Q.    Okay.

16       And she is, in fact, an attorney?

17   A.    To my knowledge, yes.

18   Q.    Okay.

19       In the next email chain --- or excuse me, email up

20   chronologically, Ms. Sizemore on June 22nd writes,

21   please see the toll PO attached.  Let me know if

22   anything needs adjusted.

23       Do you see that?

24   A.    Yes.

25   Q.    Okay.

Page 77

1      I assume, it's not clear here because she ---

2   because this email is in the middle of a chain, but do

3   you recall whether she did, in fact attach a toll PO?

4   A.    Yes, I --- yes, she did.

5   Q.    Okay.

6      And did you send that purchase order to Garey

7   Rittenhouse or Faith Aluminum?

8   A.    I can't find anywhere where I did.

9   Q.    Okay.

10      I am handing you what has been marked as Exhibit

11   P-20.  Take a look at that for me.

12   A.    Yes, I've seen it.

13                        ---

14         (Whereupon, Exhibit P-23, Email Chain,

15          was marked for identification.)

16                        ---

17   BY ATTORNEY WITHERS:

18   Q.    Okay.

19      You're not copied on this email chain, but you

20   said you've seen it before?

21   A.    I meant that I've read this, ---

22   Q.    Okay.

23   A.    --- that you've given me.

24   Q.    Okay.  Okay.

25      I understand that you were not copied on this

Page 78

1    email, but I'll represent to you that this is an email

2    that was produced during discovery.  Would you agree

3    that it appears to be a July 7th, 2023, email chain

4    between Ms. Brotherton, Ms. Sizemore, and Kim Watson?

5

6    A.    Yes.

7    Q.    Okay.

8          So in the first email chronologically, at the

9    bottom of this first page, Ms. Brotherton is asking

10   Ms. Sizemore, what is the PO for Faith --- excuse me.

11    What is the PO for Faith processing PO?

12         Do you see that?

13   A.    Yes.

14   Q.    And then Ms. Sizemore responds with what appears

15   to be an image of a screenshot from some type of

16   Constellium software system?

17   A.    Yes.

18   Q.    And then Ms. Brotherton instructs Ms. Watson

19   include PO 4500375217 on invoices.

20         Do you see that?

21   A.    Yes.

22   Q.    You said a minute ago you couldn't find any

23   documentation that you had provided a purchase order,

24   the purchase order that Ms. Sizemore sent you to

25   Faith. Do you know why Ms. Sizemore --- do you know

Page 79

```
 1     whether anybody provided, at least as of this date,

 2     had anybody provided a purchase order to Faith

 3     Aluminum?  The purchase order that Ms. Sizemore

 4     referenced in the exhibit we looked at a moment ago?

 5     A.    I don't know that anybody did.

 6     Q.    If nobody had provided Faith with a purchase order

 7     would that, at least as far as, you know, have simply

 8     been an administrative oversight?

 9     A.    Yes.

10     Q.    Okay.

11         I'm handing you what has been marked as Exhibit 9.

12     A.    I've read it.

13                         ---

14         (Whereupon, Exhibit P-9, Email, was

15          marked for identification.)

16                         ---

17     BY ATTORNEY WITHERS:

18     Q.    Okay.

19         You recognize this document?

20     A.    Yes.

21     Q.    This is a September 1st, 2023 email from Tabitha

22     Sizemore to you.  And she wrote, have you moved

23     further along with the other contract you spoke to me

24     about with Faith Aluminum?

25         What did you understand the other contract that
```

Page 80

1    she's --- that she mentions to be?

2    A.    To me that was just a wording --- just wording.

3    There's only one contract that would have been worked

4    on.

5    Q.    Okay.

6        That's the long term contract that we were talking

7    about earlier?

8    A.    Yes.

9    Q.    Did you --- it appears that you --- in addition to

10   whatever we've seen in emails, that there was a verbal

11   conversation with Ms. Sizemore that you had with Ms.

12   Sizemore about the contract.  Was there any such --- I

13   mean, because she says you spoke to me about.  What do

14   you recall about that conversation?

15           ATTORNEY MEADOWS:

16           Object to the form.  You can answer.

17           THE WITNESS:

18           I know that we were having --- I was

19   having multiple conversations with everybody, all of

20   the people who are involved in this over this period

21   of time.  So I don't know specifically what she might

22   have been mentioning or talking about in this

23   particular email, but we were talking about Faith

24   Aluminum and their contract as a whole all the time.

25   Q.    Okay.

Page 81

```
 1        I don't want to know anything that you talked with
 2     legal counsel about, including Ms. Liz.  What was
 3     Liz's last name?  I'm sorry.
 4     A.     Hecker.
 5     Q.     Hecker.  But was there -- was there any issue with
 6     --- or is there any reason why there was a delay in
 7     drafting a contract with Faith for 2023?
 8     A.     Yes.
 9     Q.     Okay.
10     A.     The scrap supply is erratic, to say the least.
11     Right?  And so at that time, I was already getting
12     information from United and from other vendors whom I
13     was buying from that they were finding it difficult to
14     buy as much scrap as they had originally when we first
15     started this whole thing.  And so from the aspect of
16     being able to buy pounds and how much capacity I would
17     need from Faith, I needed to understand that it was
18     just part of the professional courtesy of having those
19     conversations with Garey.  I was talking to him every
20     Friday.  We were talking about volumes, about what the
21     future held, and we were seeing a significant decline
22     in the availability due to economic factors.
23     Q.     And that volatility or uncertainty delayed the
24     drafting of a formal contract with Faith?
25     A.     Yeah, from my standpoint.  Yeah.
```

Page 82

```
1     Q.    All right.

2         I'm handing you what's been marked as Exhibit 10.

3     This is, you know, obviously a lengthy document, and

4     I'm not going to ask you about most of the stuff in

5     this document.  So again, you are certainly free to

6     read it as much as you want, but I'll point you to the

7     portions that I want to ask you about.

8     A.    Okay.

9         Okay, I've glanced over this.

10                         ---

11         (Whereupon, Exhibit P-10, Email Chain,

12          was marked for identification.)

13                         ---

14    BY ATTORNEY WITHERS:

15    Q.    Okay.

16        And if at any point while I'm asking you

17    questions, you tell me if you need more time to look

18    at specific portions.  But I'll represent to you this

19    is an email that --- chain that Constellium produced

20    in discovery, and you do not appear to have been

21    copied on any of these emails.  But let me just ask

22    you this.  Have you seen this document before today?

23    A.    No.

24    Q.    Most of these emails appear to between Tabitha

25    Sizemore and Jennifer Fife.  Who is Jennifer Fife?
```

Page 83

1    A.    At that time, she was Tabitha's boss.

2    Q.    Do you know what her title was?

3    A.    No, I'm afraid I don't.  She was leading the non-

4    metals procurement department at that time.

5    Q.    Okay.

6        If we look at the email chain on the --- the email

7    chain --- or excuse me, the email dated June 1st, 2023

8    and that's on the page with the number in the bottom

9    right hand corner that ends with 04.  Just let me know

10   when you're there.

11   A.    I'm here.

12   Q.    Okay.

13       The topic of this email is May 2023 topics.  Or

14   excuse me, the subject of this email is May 2023

15   topics.  And if you look at the third line down, do

16   you see where it says might have another contract

17   coming through on the scrap side working a deal with

18   Faith Aluminum, the toll shredder.  Speaking with Liz

19   to see if we can use Real Alloy contract as a starting

20   point.

21       Do you see that?

22   A.    Yes.

23   Q.    Okay.

24       We've talked about Real Alloy and it appears that

25   Constellium had a written contract with Real Alloy.

Page 84

1      Do you know whether that is true or not?

2      A.    That is true.

3      Q.    Have you ever seen that contract?

4      A.    Yes, I have.

5      Q.    Did you negotiate that contract?

6      A.    No, I negotiated the fees.

7      Q.    Okay.

8      A.    But legal negotiated with legal.

9      Q.    Right.  The --- okay, I understand that.

10        And you did not draft that contract?

11     A.    No.

12     Q.    And you did not approve that contract?

13     A.    No.

14     Q.    Okay.

15        If we move a page forward, so the page with the

16     last two digits in the bottom right hand corner 03.

17     A.    I'm on that page.

18     Q.    This is an email dated July 3rd, 2023, the subject

19     of which is June 2023 topics.  And if we go to the

20     first line, it says will have another contract coming

21     through on the scrap side working deal with Faith

22     Aluminum, the toll shredder.  Speaking with Liz to see

23     if we can use the Real Alloy contract as a starting

24     point.

25        Do you see that?

Page 85

1    A.    Yes.

2    Q.    The only difference between that and what we

3    looked at in the June 1st email discussing the May 23

4    --- excuse me, May 2023 topics is that the word might

5    has changed to the word will.  Do you see that?

6    A.    Yes.

7    Q.    What, if anything, happened between June 1st, 2023

8    and July 3rd, 2023 that would suggest that rather than

9    a contract with Faith being a mere possibility, might

10   have a new contract --- have a contract to becoming

11   more definite where it says will have another

12   contract?

13          ATTORNEY MEADOWS:

14          Object to the form.

15          THE WITNESS:

16          Yeah, I can't speak to what Tabitha's

17   choice of words would be.

18   BY ATTORNEY WITHERS:

19   Q.    Sure.  Do you know whether --- based on your

20   experience, do you know whether between June 1st, 2023

21   and July 3rd, 2023, the prospect of a contract between

22   Faith and Constellium became more likely to happen

23   over that period of time?

24   A.    We delivered a million and some odd pounds in June

25   to Faith.

Page 86

1      Q.    Okay.

2          If we move forward to the next page with the last

3      two digits, 02 in the bottom right hand corner, it's

4      an email dated August 1st, 2023, the subject of which

5      is July 2023, top picks.

6          Do you see that?

7      A.    Yes.

8      Q.    Okay.

9          So, dropping down below the first paragraph that

10     begins with the phrase or the words demurrage charges,

11     the next pair of --- will have another contract coming

12     through on the scrap side, working a deal with Faith

13     Aluminum, the toll shredder.  Speaking with Liz to see

14     if we can use the Real Alloy contract as a starting

15     point, parentheses, no change.

16         Do you see that?

17     A.    Yes.

18     Q.    To your knowledge, had there been any change in

19     the status of whether there would be a long term

20     contract between Faith and Constellium between July

21     3rd, 2023 and August 1st, 2023?

22     A.    No.

23     Q.    You believe that it was still likely to happen?

24     A.    Yes.

25     Q.    If we move to the next page with the last digits

Page 87

1    01 on the bottom right hand corner, it's an email

2    dated September 1st, 2023, the subject of which is

3    August 2023 topics.

4        Do you see that?

5    A.    Yes.

6    Q.    Okay.

7        If we drop down one, two, three, four, four, five,

8    six lines, do you see where it says will have another

9    contract coming through on the scrap side, working a

10   deal with Faith Aluminum, the toll shredder.  Speaking

11   with Liz to see if we can use the Real Alloy contract

12   as a starting point.  We'll stick with a spot PO for

13   2023 and work towards the contract in 2024.

14       Do you see that?

15   A.    Yes.

16   Q.    What is a spot PO?

17   A.    The POS that we write for a month worth of

18   capacity.

19   Q.    Okay.

20   A.    Or it could also be an established PO that had a

21   line added to it for that month's capacity.

22   Q.    Okay.

23       Is there any significant difference between a spot

24   PO and a regular PO?

25   A.    No.

Page 88

1    Q.    Do you know why Constellium elected to stick with

2    a spot PO for 2023 and work towards a contract in

3    2024? Was it those issues we were talking about

4    earlier with the volatility of the markets and so

5    forth?

6    A.    Yes.

7    Q.    Was it common for Constellium to use spot POs

8    rather than formal contracts?

9    A.    Yes.

10   Q.    Did you have any discussions with Garey

11   Rittenhouse or anybody else at Faith Aluminum about

12   using a spot PO instead of a contract for the tolling

13   services that Faith performed in 2023?

14   A.    Yes.

15   Q.    Tell me about those discussions.

16   A.    I talked to Garey about just continuing using the

17   POs until we could settle everything as far as what to

18   expect from a program under the circumstances that

19   were existing in the market at the time.  He agreed

20   that we would just continue to do the business, keep

21   the business running, and that as we went into 2024,

22   we would approach that with something more solid.

23   Q.    Okay.

24       If we move a page forward in this chain, there's

25   an email dated October 2nd, 2023, the subject of which

Page 89

1    is September 2023 topics.

2        Do you see that?

3    A.    Yes.

4    Q.    Okay.

5        If we drop down past the paragraph break, it says

6    we'll have another contract coming through on the

7    scrap side.  Working a deal with Faith Aluminum, the

8    toll shredder.  Speaking with Liz to see if we can use

9    the Real Alloy contract as a starting point.  We'll

10   stick with a spot PO for 2023 and work towards a

11   contract in 2023, parentheses, no change.

12       Do you see that?

13   A.    Yes.

14   Q.    Okay.

15       So the only difference between what we saw here or

16   what we see here on October 2nd, 2023 and what we saw

17   previously on September 1st, 2023 is the addition of

18   that parenthetical no change.

19       Right?

20   A.    Yes.

21   Q.    So in your --- from your understanding, had there

22   been any change in the status of drafting a contract

23   with Faith Aluminum between September 1st, 2023 and

24   October 2nd, 2023?

25   A.    No.

Page 90

1    Q.    And then if we move to the next email

2    chronologically, it's the email that begins at the

3    bottom of the page with the 98 in the bottom right

4    hand corner.  It's dated November 1st, 2023, the

5    subject of which is October 2023 topics.

6        Do you see that?

7    A.    Yes.

8    Q.    Turning the page, after the first paragraph break,

9    it says we'll have another contract coming through on

10   the scrap side.  Working a deal with Faith Aluminum,

11   the toll shredder.  Speaking with Liz to see if we can

12   use the Real Alloy contract as a starting point.  We

13   will stick with a spot PO for 2023 and work towards a

14   contract in 2024, parentheses, no change.

15       Do you see that?

16   A.    Yes.

17   Q.    Okay.

18       This is the exact same language we saw in the

19   previous email dated of October 2nd, 2023.

20       Right?

21   A.    Yes.

22   Q.    Okay.

23       So from your estimation or your perspective, had

24   there still been no change in the status of a contract

25   for Faith Aluminum for 2023?

Page 91

1    A.    Yes.

2    Q.    Just so it's clear, yes, there had been no change?

3    A.    Yes, there had been no change.

4    Q.    Thank you.  I know sometimes the way I ask a

5    question leads you to give answer that makes the

6    record unclear.  And that's on me.

7        At least as of November 1st, 2023, was it your

8    personal expectation that Faith and Constellium would

9    in fact enter into a --- or would at least still

10   planning to work towards a contract in 2024?

11   A.    Yes.

12   Q.    In your discussions with Garey Rittenhouse and/or

13   Faith Aluminum, was there ever any discussion that

14   Faith would require a commitment from Constellium to

15   deliver minimum monthly volumes of scrap?

16   A.    That came up in discussions, but I rejected that

17   as a proposal.

18   Q.    Okay.

19       Tell me about those discussions.

20   A.    We talked about pricing minimums, maximums. And my

21   position always was and always is with tolling

22   contracts, I just need to know how much you can

23   reserve for us.  How much capacity will you give us?

24   And I will endeavor to buy to that capacity, but I

25   never promise that I will hit that capacity every

Ind / 30B6 Shawn George                          April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 92

1    month.  That's a fool's game.

2    Q.    I'm handing you what has been marked as Exhibit P-

3    11.  Let me know when you've had a chance to look at

4    that.

5    A.    Yes, I've looked at it.

6                         ---

7         (Whereupon, Exhibit P-11, Email Chain,

8         was marked for identification.)

9                         ---

10   BY ATTORNEY WITHERS:

11   Q.    Okay.

12       This just appears to be another iteration of an

13   email --- well, let me stop there.  This is an email

14   dated May 19th, 2023, from Mr. Rittenhouse to you.

15       Correct?

16   A.    Yes.

17   Q.    And he's providing a tolling quote to you.

18       Correct?

19   A.    Yes.

20   Q.    And this is the same email that we've seen in

21   several of the previous exhibits from which you cut

22   and pasted and sent --- pasted into your email to

23   Buddy Stemple, Exhibit P-4.

24       Right?

25   A.    Yes.

Page 93

1    Q.    And at least what Mr. Rittenhouse appears to be

2    quoting here, in the bottom line of the chart that he

3    --- that's in here, it says, minimum monthly toll

4    volume equals 700,000 pounds.

5        Do you see that?

6    A.    Yes.

7    Q.    So at least in May of 2023, regardless of anything

8    that may have happened later, were you aware that at

9    least at this time, Garey Rittenhouse was requiring a

10   minimum of 700,000 --- excuse me, 700,000 pounds of

11   scrap alloy per month?

12              ATTORNEY MEADOWS:

13              Objection to form.

14              THE WITNESS:

15              I would say that's not my understanding

16   of that --- this --- of that term right there.

17   BY ATTORNEY WITHERS:

18   Q.    What is your understanding of that term?

19   A.    That would be the minimum that he would give me.

20   So the way --- when I negotiate these things and when

21   I talk tollers, I need to know what's the minimum

22   they'll give me and what's the maximum they'll give

23   me.  This is a give, not a take in my eyes.

24   Q.    Okay.

25   A.    So he's saying, at a minimum, I'll do 700,000

Page 94

1    pounds a month for you, and I can do up to a million

2    for you.  That's the capacity I have to sell right

3    now. And so, for me, when I'm looking at a supply of

4    material, it's very important that I know what's the

5    minimum that he can do.  Because if I buy a million

6    pounds and he can only do 700,000, I'm stuck with

7    300,000 pounds of material I can't use.  And in

8    particular, in a situation like this where the scrap

9    is not acceptable to go directly to Ravenswood and I

10   cannot toll convert it in a furnace, my only option is

11   to shred it, I need to know what's the minimum you'll

12   run in a month for me so I don't over buy.  And that's

13   what this is to me.  This is him telling me that we

14   had that conversation directly.

15        We also had conversations about how they were

16   going to run the material and how they were going to

17   make it available to us.  And in those conversations,

18   he said they were going to run it on a campaign which

19   is, you know, a continuous --- as he describes in

20   here, in a continuous, you know, production run.  We

21   call that campaigning.  And he described to me that

22   they could do a one week campaign, and that was their

23   intention, was that they were going to run their 3x

24   product and then run my 5052 with poly one week a

25   month.  And in that week he could run a million

Page 95

```
 1    pounds. We had conversations back and forth about
 2    that.  That's well over 20 loads.  That's 25 loads
 3    that have to come in and get received and processed.
 4         So I was skeptical that they could do a million
 5    pounds in one week.  So we had a lot of back and forth
 6    about that.  But I never perceived any of this as him
 7    saying that would be the minimum that they would be
 8    willing to do business for.
 9    Q.    Did you ever have any conversations with Mr.
10    Rittenhouse about what he meant when he wrote minimum
11    monthly toll volume 700,000 pounds?
12    A.    I didn't specifically address that with him
13    because that's just not --- because that's just not
14    how it's read when you do these kind of deals.  When
15    you do a tolling deal with somebody and they give you
16    that minimum, that's like I said, it's a give.  That's
17    not an expectation of theirs.  That's what they're
18    telling you they'll do for you.
19    Q.    Okay.
20         So you never had a conversation with Garey
21    Rittenhouse as to what he meant by that?  You just
22    assumed that's what he meant.
23         Correct?
24    A.    Yeah, that's the typical understanding of what
25    that means.
```

Page 96

1    Q.    Typical to you or typical to Garey Rittenhouse?

2    A.    Typical to the industry.

3    Q.    Okay.

4        You said they would do the 5050 for a week and the

5    3x for a week?

6    A.    No, they would do the 5052 for one week a month.

7    Q.    One week a month.  Okay.

8    A.    The rest of that time they would spend making

9    their own product.

10   Q.    Do you know who they made their own product for?

11   A.    It was no concern of mine.  It wasn't suitable for

12   us.

13   Q.    Okay.

14       But he told you that during the other weeks of the

15   month they would be running 3x?

16   A.    Yes.

17   Q.    And 3x, is that ---?

18   A.    3003 product.  Or 3104, 3003 PMA.

19   Q.    That's what 3x refers to?

20   A.    Yes.

21   Q.    Okay.

22   A.    We have a lot of shorthand in our business because

23   of the alloy designation.

24   Q.    Sure.

25   A.    It's lot to read.

Page 97

1    Q.    Yeah.  Okay.

2        But just to make sure the record's clear, when

3    they were running the 3x for the other weeks of the

4    month, you don't know who they were running that for?

5

6    A.    No, I don't.

7    Q.    Let's go back to Exhibit 4 for a second.  Let me

8    know when you got that.

9    A.    Okay.

10   Q.    All right.

11       If we look at the --- your email on the first page

12   of this document, the last --- or the second to last

13   paragraph reads, there is 1.5 million pounds ready and

14   waiting to deliver for June processing.  I will work

15   it out with Faith to allow us to carry over monthly

16   over shipments to level the load at 1.0 million per

17   month.  With a half million pound head start, we

18   should be able to keep with outside purchases each

19   month.

20       Do you see that?

21   A.    Yes.

22   Q.    What did you mean when you said you would work it

23   out with Faith to allow us to carry over monthly

24   shipments to level at 1.0 pounds million per month?

25   A.    Well, they told me that their max was a million.

Page 98

1    And so at the initial stages of this, I had a surplus

2    material that was in accumulation at United.  And I

3    knew it was going to overrun their capacity.  And

4    you'll notice up there that Garey mentions about

5    storing up to two million pounds of material ready to

6    ship.  That would be material that had already been

7    shredded.  But there were side conversations about how

8    much raw material that they could hold, you know, hold

9    harmless and store prior to it being processed.  And

10   so a lot of that was setting around this big surge

11   material that was going to happen right away and how

12   that would be --- how that inventory would be managed

13   and contained.

14   Q.    So do you have any --- did you have any

15   conversations with Garey Rittenhouse at the time of

16   this email, around May of 2023, where Mr. Rittenhouse

17   expressed his understanding that Faith would be

18   requiring Constellium to provide an average of about a

19   million pounds of scrap per month?

20   A.    That was --- we talked about how much we would

21   provide in a month.  And the idea was that we were

22   shooting for a million.  We want to keep that right at

23   the top.  And that's because of the benefit to

24   Constellium.  Right?  So I have to go out and buy that

25   scrap.  I have to understand what benefit I'm going to

Page 99

1    pull from that.  And so in order to price the scrap

2    right, I have to know what that is.  We were still in

3    the process of working out this gradiated toll fee,

4    you know, and working out like we have to come to a

5    singular toll number.  Because part of what you saw in

6    those other documents with those communications with

7    Tabitha and others was that our system can't accept

8    multiple different prices per pound on one line.  So

9    we would have to --- we would have ended up with

10   multiple lines on a PO all for the same material, all

11   priced different.  And it just administratively didn't

12   work and it had, you know, screw me up written all

13   over.  Right?

14       So we had to come to a conclusion that we were

15   going to have a singular price for the entirety of the

16   tonnage that we put in any given month.  And we were

17   also talking about the, you know, the upper limit of

18   what he could consume or not --- or what he could

19   process or not process.  And in that conversation we

20   talked about what's the minimums. Right, like what is

21   the minimum that you would do in any given month was

22   my specific request.  I don't even entertain the

23   notion of what's the minimum you expect from me.  I'm

24   the guy with the money.  I'm the one who's paying for

25   this.

Ind / 30B6 Shawn George                          April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 100

```
 1        So my negotiating position is what's the minimum
 2     you'll do for me?  If I go out and buy a million
 3     pounds and you only process a half a million pounds,
 4     that means I'm going to end up every month carrying
 5     over pounds.  And then at the end of the year, if you
 6     can't get it processed, I'm sitting on it, unprocessed
 7     inventory offsite that I'm going to get stuck dealing
 8     with.  That was the nature of that part of the
 9     discussion.
10     Q.    Okay.
11        Has Constellium, to your knowledge, ever entered
12     into a contract with a other processors where
13     Constellium was required to deliver a minimum amount
14     of scrap per month?
15     A.    Not to my knowledge.  That's not an industry
16     standard.
17     Q.    Do Constellium's contracts with its suppliers,
18     such as the scrap brokers, do you guys have long term
19     contracts with those type of companies?  Like for
20     example, United?
21     A.    We have POs.  We don't necessarily have a long
22     term contract.  So we may have 12 POs or a PO with 12
23     lines on it.  And that pricing formula extends over an
24     extended period of time or a long term period of time,
25     but we don't have contracts.
```

Page 101

1  Q.    Okay.

2     Do those --- well, the PO that you had with

3  United, did you have a PO with United for this scrap

4  that --- it says here the only shortcoming with the

5  United is they can only commit to 700k per month.

6     Did you have a PO for that with them?

7  A.    Yes.

8  Q.    And were they required to deliver a minimum amount

9  of scrap to you each month?

10 A.    No, we don't hold them to the minimums, especially

11 in cases where those --- the source of that is an

12 industrial source.  We can't make Morgan Olson build

13 trucks.  So if Morgan Olson's business goes down,

14 United's take on that business goes down and our take

15 from United goes down.

16 Q.    So you guys don't enter into purchase ---

17 Constellium does not enter into purchase orders with

18 its suppliers of scrap that require the supplier to

19 deliver a minimum amount of scrap per month?

20 A.    We have --- when we write our POS for scrap, we go

21 to great lengths to understand what the volume is

22 going to be, and we try to hit that number.  So if I

23 write a PO for 40,000 pounds, one truckload, or if I

24 write it for 400,000 pounds, ten truckloads, I need to

25 make sure that I'm vetting that with the supplier that

Page 102

1    that's an achievable number.

2        It is not in Constellium's interest to put POs on

3    the books that don't represent the available amount of

4    scrap that will reasonably deliver in the period of

5    that PO.  So we do have discussions about what we'll

6    deliver.  That can be described as a minimum on a PO

7    that we will accept.  We have no way to enforce it.

8    If it isn't there, if they can't get it, they can't

9    get it.  It's all folded into the risk of purchasing

10   scrap metal.

11   Q.    Ultimately, what agreement did you reach with

12   Garey Rittenhouse and Faith Aluminum regarding the

13   processing of scrap alloy for the remainder of 2023?

14   A.    I'm sorry, I don't understand.

15   Q.    Sure.  Did you have --- did Constellium have an

16   agreement with Faith Aluminum regarding the processing

17   of scrap for 2023, the remainder of 2023?

18   A.    From May?

19   Q.    From --- well, from at any point in time to the

20   end of 2023.

21   A.    We had PO for a million pounds a month.

22   Q.    Okay.

23       Starting when?

24   A.    Presumably June.

25   Q.    Going ---?

Page 103

1    A.    No.  And I don't remember exactly.

2    Q.    That's fine.

3    A.    But the first PO represented that large surge, so

4    it was 1.5 million pounds.  But thereafter we settled

5    in at a million pounds a month.

6    Q.    Okay.

7       And that was through the end of 2023?

8    A.    Yes.  And that would have been accomplished by

9    adding lines to an existing PO number that you saw

10   described by Michelle to Kim.

11   Q.    So Constellium never committed to delivering a

12   total minimum volume of scrap alloy during that

13   period?

14   A.    No.  I did not.

15   Q.    Do you know whether anybody else at Constellium

16   did.

17   A.    Nobody else could have.

18   Q.    Was there ever any discussion between you and

19   Garey Rittenhouse or Faith Aluminum that during 2023,

20   Constellium forecasted they could deliver 9.1 million

21   pounds of scrap to Faith Aluminum for processing?

22   A.    Again, please, can you repeat that?

23   Q.    I'll try.  Did you ever have any conversations,

24   communications Garey Rittenhouse or anybody else at

25   Faith Aluminum, where you forecasted that Constellium

Page 104

1    could deliver 9.1 million pounds of scrap alloy by the

2    end of 2023?

3    A.    I would say the answer to that is no,

4    specifically.

5    Q.    Okay.

6    A.    What we talked about was the available monthly

7    volumes.

8    Q.    What were the available monthly volumes --- is

9    that the million pounds you mentioned after the

10   initial 1.5 million pounds?

11   A.    Yes.  And always in my conversations with Garey,

12   we talked about the availability to the point where

13   Garey was even out in the market looking for scrap

14   units that we could contribute to the process.

15   Q.    What was the tolling price per pound on which the

16   parties agreed for 2023?

17   A.    Seventeen (17).

18   Q.    And that would not vary depending on the volume of

19   scrap alloy that Constellium delivered.

20       Right?

21   A.    Right.  We can --- we could only have a fixed

22   price.

23            ATTORNEY WITHERS:

24            It's almost 12:30.  You guys want to

25   take a break or?

Page 105

1           THE WITNESS:

2           I would like to use the restroom.

3           ATTORNEY WITHERS:

4           Absolutely.

5                          ---

6     (WHEREUPON, A SHORT BREAK IN THE RECORD WAS HELD.)

7                          ---

8           ATTORNEY WITHERS:

9           All right, Mr. George, I'm handing you

10    what has been marked as Exhibit 30.

11                         ---

12          (Whereupon, Exhibit P-30, Email Chain,

13          was marked for identification.)

14                         ---

15          THE WITNESS:

16          Are we done with four?

17          ATTORNEY WITHERS:

18          For now.

19          THE WITNESS:

20          Okay.

21          ATTORNEY WITHERS:

22          I can't remember if I'm going back to

23    that or not, but I'll let you know.

24          THE WITNESS:

25          All right, thank you.

Page 106

1           I've looked at it over.

2           Speaker1:

3      BY ATTORNEY WITHERS:

4      Q.    All right.

5           Do you recognize this email?

6      A.    Yes, I do.

7      Q.    This is an email chain between you and Mr.

8      Griffith from May of 2023.

9           Right?

10     A.    Yes.

11     Q.    All right.

12          Now, if you look at the first email

13     chronologically from May 9th, bottom of page with the

14     96 on the bottom, onto the page 97 on the bottom.  You

15     wrote to Mr. Griffith, hi, Dave, I'm working on a deal

16     where I would buy aluminum scrap on a, quote,

17     delivered Rockmart, GA, end quote, basis from a dealer

18     in Chicago, have it shredded in Rockmart, and then I

19     would need Constellium to arrange to pay the freight

20     from Rock Mart, Georgia to Ravenswood.  Shredded

21     aluminum would be shipped loose in a dump.  I need a

22     freight rate to calculate my pricing proposal for the

23     scrap.  Can you help me get a freight rate from ---

24     and then you provide Faith Aluminum's address.  The

25     frequency is about ten loads per month out of Georgia.

Page 107

1

2       Roughly how many pounds is ten loads a month?

3    A.    About 440,000 pounds.

4    Q.    That's for all ten?

5    A.    Yes.

6    Q.    So each load is 440,000?

7    A.    No.

8    Q.    Oh, I'm sorry.  Each load is 44,000?

9    A.    Yeah, roughly.

10   Q.    Okay.

11      And then after a little bit of back and forth, Mr.

12   Griffith quoted you a price of $2,100 per load.

13      Right?

14   A.    Yes.

15   Q.    And then he asked you if you could use a lower

16   cost carrier.  And he said if you can get them signed

17   up as a carrier for Constellium, you can do it.  And

18   you said, thanks, Dave, this is helpful.  I hope to

19   follow up with you this afternoon if I can get this

20   deal done.

21      Were you able to get the deal done with Faith?

22   A.    With Faith?

23   Q.    Well, let me ask you.  Is Faith --- is the

24   supplier you were --- excuse me.  Faith is the

25   processor you were talking about in this.

Page 108

1      Right?

2   A.     Yeah.  So we did do a deal for June.

3   Q.     Okay.

4      And is that the deal you were referring to in the

5   top line email, or were you referring to a deal with a

6   supplier?

7   A.     No, this is a deal to arrange the freight for the

8   finished product out of Faith.

9   Q.     All right.

10     The top line says, I hope to follow up with you

11  this afternoon if I can get this deal done.

12     Is that the deal with --- is that a deal with this

13  with Faith, with the supplier or with the

14  transportation company?

15  A.     Dave would do the deal with the transportation

16  company, but all my dealings in this were a three

17  part. So I was negotiating with the supplier,

18  negotiating with Faith, and then we were the third

19  part.

20  Q.     Okay.

21     Okay, I am handing you what has been marked as

22  Exhibit 12.  Let me know when you've had a chance to

23  look that over.

24  A.     Okay, I've looked this over.

25                             ---

Page 109

```
 1              (Whereupon, Exhibit P-12, Contract
 2              Purchase Order, was marked for
 3              identification.)
 4                          ---
 5      BY ATTORNEY WITHERS:
 6      Q.    All right.
 7         You recognize this document?
 8      A.    It's a purchase order, Constellium purchase order.
 9      I don't know that I recognize this specific document.
10
11      Q.    Okay.  Okay.
12         So the title of this document is contract/purchase
13      order.
14         Right?
15      A.    Yes.
16      Q.    And it's dated June 22nd, 2023.
17         Right?
18      A.    Yes.
19      Q.    And obviously Constellium created this document.
20         Is that right?
21              ATTORNEY MEADOWS:
22              Object to the form.
23      BY ATTORNEY WITHERS:
24      Q.    Well, this --- do you know who created this
25      document?
```

Page 110

1    A.    That would have been Tabitha.

2    Q.    Okay.

3        And Tabitha works for Constellium?

4    A.    Yes.

5    Q.    Is this a --- in your view, is your understanding

6    that this is a contract that Faith and Constellium

7    entered into or just a purchase order?

8             ATTORNEY MEADOWS:

9             Object to the form.

10            THE WITNESS:

11            I mean, this is a purchase order.

12   BY ATTORNEY WITHERS:

13   Q.    Is this --- would you consider this to be a spot

14   PO like the one that was referenced in Exhibit 10 that

15   we looked at before lunch?

16   A.    Yeah, typically.  Because it only has one line on

17   it.

18   Q.    Okay.

19        And it appears --- strike that.

20        Ms. Sizemore issued this based on --- did you

21   provide to her the information for this purchase

22   order?

23   A.    Well, I'm quite puzzled by this purchase order.

24   Q.    Okay.

25        Why so?

Ind / 30B6 Shawn George                     April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 111

1    A.    Well, I don't recall ever seeing this line 30

2    production subcontracting, converting 1520 quantity

3    ordered.  I don't understand what this is all about.

4    Q.    Okay.

5        Other than that, the line item number ten, do you

6    see that?

7    A.    Yes.

8    Q.    Did you provide that information to Ms. Sizemore

9    for her to put in this purchase order?

10   A.    Originally, yes.

11   Q.    If we look up kind of a little bit above middle of

12   the page, do you see where it says header text in

13   bold?

14   A.    Uh-huh.

15   Q.    It says header text, toll PO for the poly 5052

16   shred at Faith Aluminum for June through December

17   2023.

18       Does this indicate that this purchase order would

19   cover Faith's tolling services for the seven month

20   period from June through December 2023?

21           ATTORNEY MEADOWS:

22           Objection to form.

23           THE WITNESS:

24           That's what that says.  That's what ---

25   a PO like this would have been written for --- with

Ind / 30B6 Shawn George                        April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

                                                    Page 112

1      one line for the first month, the initial month, and

2      then thereafter a line would be added for each month

3      to receive against.

4             ATTORNEY WITHERS:

5             Okay.

6             THE WITNESS:

7             S, you know, and it to me, again, it's

8      puzzling it goes from line ten to line 30.  If this PO

9      had been updated and then printed out after it had

10     been updated, there should be a line for each month up

11     until the time of the update.  If that makes sense.

12     BY ATTORNEY WITHERS:

13     Q.    I think it does.  But --- okay.

14     A.    So a line for June was established at 1.5.  Then

15     the subsequent months, July, August, and thereafter,

16     as those months came up, there would be a line that

17     would then be for July and a line for August and so

18     on.

19     Q.    Have you --- do you recall seeing a purchase order

20     --- well, let me withdraw that.

21         What you've just described, would it have the same

22     purchase order number ---

23     A.    Yes.

24     Q.    --- with multiple lines?

25     A.    Yes.

Page 113

```
 1    Q.    Do you recall having seen an iteration of this
 2    purchase order with lines for July, August, September,
 3    so forth through the end of '23?
 4    A.    No, not this PO.
 5    Q.    Do you know whether any such purchase order was
 6    created?
 7    A.    It would have had to been created in the system in
 8    order to ship pounds and receive pounds from Faith.
 9    Earlier, when Michelle instructed Kim to put that PO
10    number on the invoices, when she would do that, the
11    pounds that she would invoice for would have to be
12    matched against goods receipts that would have this PO
13    number on them.
14    Q.    Okay.
15    A.    That's why the PO has to be on the invoice.
16    Q.    Okay.
17        But you don't --- you haven't seen any --- have
18    you seen any other iterations of this purchase order
19    with additional line data?
20    A.    Not this purchase order.
21    Q.    Okay.
22        And you don't --- do you know whether any such ---
23    I mean, let me withdraw that.
24        I think what I asked you a minute ago, and tell me
25    if I'm misstating what you said.  I asked, do you ---
```

Page 114

1    does one exist or something like that, and you would

2    have said it would have had to.

3        Correct?

4    A.    Correct.

5    Q.    But you haven't seen it?

6    A.    Correct.

7    Q.    Okay.

8        Under header text, the next little paragraph there

9    says, updated notes per SG September 6th, 2023, Faith

10   Aluminum tolling PO for each month July through

11   December 2023, in the amount of 1,000,000 pounds per

12   month.

13       Do you see that?

14   A.    Yes.

15   Q.    That refers to an update that you provided.

16       Correct?

17   A.    Yeah.  So I would have to tell her how many pounds

18   to put on each line.

19   Q.    Okay.

20       So --- and just so the record is clear, the SG

21   that refers to you, Shawn George?

22   A.    Yes, it does.

23   Q.    Okay.

24       So there's a note here indicating that for the

25   months of July through December 2023, there should be

Page 115

1    a line of a million pounds per month.

2         Right?

3    A.    Yes.

4    Q.    But we just don't know if there was --- beyond

5    that information, you haven't seen an actual iteration

6    of this purchase order that reflects that.

7         Right?

8    A.    Right.

9    Q.    So then, purchase orders, although this purchase

10   order was issued on June 22nd, 2023, a single purchase

11   order can change over time.

12        Is that right?

13   A.    Yes.

14   Q.    Do you know what --- or do you remember what

15   caused you to provide these updated notes about Faith

16   Aluminum tolling PO for each month July through

17   December 2023, in the amount of one million pounds per

18   line?

19   A.    No, I don't.  Not in September.  I don't know what

20   might have driven that.

21   Q.    Okay.

22   A.    Because by that time there should have already

23   been, you know, several lines, three lines on there

24   for July and August.

25   Q.    For a million pounds per month?

Page 116

1    A.    Yeah.

2    Q.    And is per line, does that mean --- does it mean

3    per month or just generally per frequency of

4    occurrence?

5    A.    In this case, the line would have been for a

6    month.  In most cases, that's what it is.

7    Q.    Sure, okay.

8         If this is an updated note, do you know what it

9    was updated from?  Was it updated from this line

10   number ten of 1.5 million quantity ordered on June

11   30th, 2023?

12   A.    I'm interpreting what she wrote there.  My

13   interpretation is not that it's specific to that line,

14   but rather specific to her notes.

15   Q.    Okay.  Okay.

16        It says --- below that it says poly 5052 to be

17   shredded at 18 cents a pound inbound.  So again, that

18   was the agreed upon tolling price per pound relative

19   to the volume that was arriving at Faith Aluminum?

20   A.    Yes.

21   Q.    Okay.

22        If we go down to line ten, it says metal

23   processing services with the delivery date of June

24   30th and a quantity ordered of 1.5 million pounds.

25   And the price is a dollar per pound.  And I think you

Page 117

1    might have been talking earlier about you couldn't

2    have multiple prices.  What does that dollar a pound

3    mean there?

4    A.    Yeah, that's a weakness in our system is that

5    there's a price per unit that defaults in tolling or

6    service contracts, and it defaults to that one dollar.

7    Somewhere in Tabitha's emails and these exhibits,

8    there's a comment in there about that that she made to

9    explain that.

10   Q.    Okay.

11   A.    And the actual price is in the notes in the header

12   text.

13   Q.    Got it.  Okay.

14   A.    That's a system weakness that exists that's there.

15   Q.    Sure.  So let's go back then to Exhibit 8 real

16   quick because I think this might be the email that you

17   were --- that you were talking about.  And if we ---

18   if we look at the first --- the email at the top of

19   the first page of this exhibit from September 6th,

20   2023 Ms. Sizemore sent you and Ms. Brotherton.  I take

21   that back.  Let's look at the next page, which is also

22   dated September 6th, 2023.  And she, Ms. Sizemore is

23   providing over the next two pages some screenshots

24   from Constellium's --- I guess is this a processing,

25   order processing system or some software?

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 118

1       A.      Uh-huh.

2       Q.      Okay.

3           And at the bottom of the page with the number 43

4       in the bottom right hand corner, she says, I know we

5       are toll processing at Faith for Avec, Goldy and

6       United Scrap and Kripke and more may be added.  Please

7       let me know the quantity that needs to be added to

8       this PO and I will get it taken care of.

9           So is this --- how does this relate to the

10      purchase order that we were just looking at?

11      A.      So now things are making sense in my mind on this.

12      Right?

13      Q.      Okay.

14      A.      So I mentioned that this is a weakness in the

15      system, this dollar per unit.  And Michelle's ---

16      functionally, Michelle is bringing in pounds and

17      putting them against a line on a PO.  That line of 1.5

18      million with a dollar unit price makes the line $1.5

19      million.  She has a cost per pound to process in the

20      system and if she doesn't catch that that's happening

21      and she's applying pounds to that line, the system

22      will never reject that line until she applies enough

23      pounds at 18 cents a pound to hit a million five

24      dollars.

25      Q.      Okay.

Page 119

1    A.    So that's what happened is that this made it ---

2    this issue manifested itself in this to where a

3    question got asked about how many pounds are they

4    going to deliver on this line when in fact we had over

5    delivered on that line and we're moving into

6    subsequent months and that's when they began to

7    question me.  So that's where this 9/6 note comes from

8    is from these emails where I said it should be a

9    million pounds a month from July through December and

10   that those lines need to be entered in the PO and

11   entered now so that we don't over receive on any

12   particular line.

13   Q.    Okay.

14        And she, Ms. Sizemore, then below that at the

15   bottom of this page asks Ms. Brotherton, shouldn't the

16   quantity be complete for June 2023?

17        Do you see that?

18   A.    Yeah.

19   Q.    And then on to the next page in this screenshot

20   she circled an open quantity of 861,783.72 pounds.

21        Right?

22   A.    Yes.

23   Q.    So what did you understand Ms. Sizemore to be

24   asking Ms. Brotherton here when she said shouldn't the

25   quantity be complete for June 2023?

Ind / 30B6 Shawn George                                     April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 120

1    A.    Right.  She's looking at that open quantity of 861

2    and you'll notice that it has a decimal point and

3    digits thereafter.

4    Q.    Yes.

5    A.    Well, that's a dollar amount.  That's not a

6    weight.  The weight's not going to come out to 0.72.

7    So the application to that line was being put in in

8    dollars, not in quantity.

9    Q.    Okay.

10   A.    And I believe that that issue with the system was

11   corrected thereafter was that if you put the quantity

12   in as a dollar value and if you're doing a service PO

13   you agree to do a deal for me for a thousand bucks, we

14   put a service PO in for a thousand bucks.  And your

15   invoices better be a thousand bucks.  This got entered

16   --- that got entered as a dollar value, not as a

17   tonnage, not as a pound.

18   Q.    Okay.

19   A.    And that's what led to all that.

20   Q.    Okay.

21        So in the line above that, you respond, hi,

22   Tabitha.  We need to add a line in the Faith Aluminum

23   tolling PO for each month June through December 2023,

24   in the amount of one million pounds per line.  The

25   comments/notes at the top are good.

Page 121

1      So that's where we got the information that

2   appears in this Exhibit 12, this purchase order.

3      Right?

4   A.    Uh-huh.

5   Q.    Okay.

6   A.    The notes I was referring to excluded her updated

7   note on that date.  The notes I was referring to were

8   the first line and the third paragraph in those notes.

9   Q.    Okay.

10      You said we need to add a line in the Faith

11   Aluminum tolling PO for each month.

12   A.    Yes.

13   Q.    And do you --- but it doesn't appear, or at least

14   you've never seen a copy of the purchase order with

15   those lines added that you said on September 6th need

16   to be added.

17      Correct?

18   A.    Correct.

19   Q.    Do you know why she wouldn't have done that?

20   A.    Well, she would have or we wouldn't have been able

21   to receive the pounds.  What I don't know why is why

22   this printed copy looks the way that it looks.

23   Q.    Okay.

24      I mean, I'll just --- I'll tell you I'm not sure

25   that I have seen a copy of a purchase order that has a

Page 122

1    line for each of those months.  So that's why I was

2    curious whether you had ever seen.

3    A.    Yeah.  And she's not in the habit of not doing

4    what I ask.  If it wasn't doable or she had some

5    reason to not do it, she would have asked me.

6    Q.    Okay.

7    A.    We interact all day, every day.  So, like, I don't

8    know why this looks the way it does.  I'm very puzzled

9    by this.

10   Q.    Sure.  Okay.

11       Looking at the first page of this exhibit, she

12   wrote to you, hi, Shawn.  After our conversation and

13   speaking with Jeff, I highlighted what I updated in

14   the notes portion.  The reason we have volume still

15   available is because we are being charged 18 cents a

16   pound for shredding.  We have the PO in it as a dollar

17   a pound as that is what has always been done

18   previously.  So that is why there's an open volume on

19   the single line.

20       Is that what you were talking about earlier?

21   A.    Yes.

22   Q.    It's a software limitation issue, essentially?

23   A.    It's ---- yeah, it's not a software limitation.

24   It's a limitation of using that as a price per unit,

25   so.

Page 123

1    Q.    Okay.

2    A.    And that stems from it being a service.  When you

3    enter metal processing services, then there's defaults

4    that come up in --- like, in the section.  So that was

5    a default that came up for a service.  And I'm not an

6    expert in that system.  I don't use it at all myself

7    personally.  This is simply what I've been told by

8    Tabitha and Michelle.

9    Q.    Sure.  And I'm not going to get into the system of

10    it because I won't understand it either.  But one

11    question I do have is --- if we go back to the --- one

12    of the later pages in this exhibit, the one with 45 as

13    the last two digits at the bottom.  Your email from

14    June 5th.  Do you see that?

15    A.    Yes.

16    Q.    That provides that we're going to shred 1.5

17    million pounds at 16 cents a pound inbound.  But on

18    the first page of this exhibit, pages ending in number

19    42, the number is 18 cents a pound.  Do you know why

20    the price changed from 16 cents a pound to 18 cents a

21    pound?

22    A.    Yeah.  And that goes back to my conversations with

23    Garey about having two different prices.

24    Q.    Okay.

25          Remind me what those conversations were.

Page 124

1    A.    Well, so the conversation was stimulated by the

2    fact that our first month was 1.5 million pounds

3    deliveries, which he said he would do at 16 cents a

4    pound, and then thereafter, we were only at a million.

5    And they said there would be some different price as

6    long as like, if it was a million and under.

7    Q.    Okay.

8    A.    So then the conversation I have with Garey is we

9    can't have two, and we don't know exactly how much

10   we're going to put down on the ground there in a

11   month. So I need one price.  And so after that, after

12   June, the price was 18 cents.  That's what we settled

13   on would be the one price ---

14   Q.    Okay.

15   A.    --- for whatever we put down on the ground.

16   Q.    All right.

17       I am handing you what has been marked as Exhibit

18   13.  Let me know once you've had a chance to look at

19   it.

20   A.    Okay, I've looked over.

21                          ---

22           (Whereupon, Exhibit P-13, Email Chain,

23           was marked for identification.)

24                          ---

25   BY ATTORNEY WITHERS:

Page 125

1    Q.    All right.

2          Do you recognize this email chain?

3    A.    Yes.

4    Q.    This is an email chain between you and Jeff Doss

5    from September 2023.

6          Right?

7    A.    Yes.

8    Q.    Who is Jeff Doss?

9    A.    He works in our finance department.

10   Q.    Do you know what he does in finance or he just a

11   finance guy?

12   A.    No.  This is my only interaction with him in the

13   time I've worked for the company.

14   Q.    Okay.

15         So in the original email, chronologically,

16   September 5th, he appears to be asking you to explain

17   the details of Constellium's agreement with Faith.

18         Right?

19   A.    Uh-huh.

20   Q.    Do you have any knowledge as to what prompted him

21   to reach out to you?  Well, let me withdraw that.

22         He says, Shawn, we are reviewing the August

23   financials, and Faith Aluminum has caused some

24   confusion.  It appears they have a rate of 18 cents a

25   pound, according to the invoices.

Page 126

1          Do you know why that was causing him some

2     confusion?  Did he explain that to you?

3     A.    No.

4     Q.    Okay.

5          You responded to him, hi, Jeff.  Our agreement

6     with Faith is a toll PO shred baled clean bare poly

7     5052 and produce clean poly free shreds for Ravenswood

8     to pick up in Rockmart, Georgia, for 18 cents a pound,

9     based on 1.0 million pounds of volume per month.

10    Faith has been flexible on the volume portion since

11    some months we ship in more than one million, and

12    other months we may fall short.  Initial deliveries

13    began in June.

14         Do you see that?

15    A.    Yes.

16    Q.    So when you said Faith has been flexible on the

17    volume portion since some months we ship in more than

18    one million, and other months we may fall short, what

19    does that mean?

20    A.    That means that the availability of that material

21    is variable.  It's involatile.  And that my agreement

22    with --- you know, with Faith was that they would take

23    the pounds that we shipped.

24    Q.    Did you have any understanding that Faith was

25    being flexible because it expected to reconcile or

Page 127

```
 1    true up any volume discrepancies at a later date?
 2    A.    No, my understanding was they were being flexible
 3    because they understood the nature of the supply of
 4    the material.  They portrayed themselves as industry,
 5    you know, veterans who knew these things.
 6    Q.    You then say the deal pivots on the availability
 7    of high quality clean bare poly 5052 scrap, the
 8    foundation of which is a PO with United Scrap Metals
 9    out of Cicero, Illinois.
10         So when you said the deal pivots on the
11    availability of this material, did that mean that
12    Constellium was only obligated to provide up to a
13    million pounds of scrap per month to Faith to process
14    if Constellium could first obtain that volume from its
15    suppliers?
16              ATTORNEY MEADOWS:
17              Objection to the form.
18              THE WITNESS:
19              Yeah, I mean, there --- I couldn't
20    promise to process anything if I couldn't first buy
21    the scrap for it, if that's what the question is.
22    BY ATTORNEY WITHERS:
23    Q.    What conversations, if any, did you have with
24    Garey Rittenhouse about the effect that Constellium
25    was only obligated to provide a million pounds of
```

Ind / 30B6 Shawn George                         April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 128

1    scrap to Faith if it could first obtain that from its

2    suppliers, if any?

3              ATTORNEY MEADOWS:

4              Object to the form.

5              THE WITNESS:

6              Yeah, I --- that's a --- how would I put

7    this?  I mean, it's an unspoken foundation of any

8    tolling business that you do.  You have to be able to

9    supply the material in order to have a tolling

10   contract.  If United Scrap Metal or any other supplier

11   of the material bows out or sells it somewhere else,

12   you don't have a --- you don't have anything.  You

13   don't have anything to toll.

14   BY ATTORNEY WITHERS:

15   Q.    Further down in that paragraph, it says the scrap

16   is generated at Morgan Olson, a step van truck body

17   manufacturer with whom United has a one year scrap

18   buying agreement.  Since this agreement is subject to

19   renegotiation in early 2024, the actual market wide

20   supply of clean bare poly 5052 was unknown to us.  We

21   have chosen to keep faith on a monthly PO for tolling

22   services until we can establish a longer term three

23   way agreement with United, depending on their success

24   with Morgan Olson, Faith and ourselves.

25             So when you said we've chosen to keep Faith on a

Page 129

1    monthly PO for tolling services, did you --- you had

2    conversations with Garey Rittenhouse about that

3    decision?

4    A.    Yes, I did.  I was very transparent with Garey

5    about Morgan Olson and United.

6    Q.    Next email up.  Jeff Doss says, I pulled the

7    invoices and have details starting the week of June

8    9th, 2023, but I don't show any invoices for WE August

9    11, August 18th and September 1st, which I am trying

10   to track down.  Is it safe to assume they processed

11   pounds for those weeks?

12        First, is WE, does that mean week ended?

13   A.    To my understanding, yes.

14   Q.    Okay.

15        In the top email you said, not necessarily.  There

16   may have been weeks where they were not processing our

17   stuff, but gathering enough loads to justify a

18   production run.

19        Why would Faith have to have enough loads to

20   justify a production run?  What is your understanding?

21   A.    That they ran in campaigns ---

22   Q.    Okay.

23   A.    --- because they had other business.

24   Q.    Okay.

25        So in order to process Constellium's product,

Page 130

1    Faith had to have enough volume to justify the, I

2    don't know, the business expense of running  --- doing

3    a run?

4    A.    They may have had other factors that were involved

5    in that too.  It was --- that's an operational

6    question.

7    Q.    Okay.

8        You said, I believe, that you had weekly calls

9    with Garey Rittenhouse?

10   A.    Yes.

11   Q.    And did Steve Stewart participate in those calls?

12   A.    No.

13   Q.    And were those --- was it pretty consistent on a

14   weekly basis?

15   A.    Yeah.  Not every Friday, but if it wasn't on a

16   Friday, it would definitely be on a Monday or

17   Tuesday.

18   Q.    Other than yourself and Garey Rittenhouse, how

19   often --- who else participated in those calls?

20   A.    Just me and Garey.

21   Q.    I'll hand you what's been marked as Exhibit 14.

22   I just want to put these in the record, but this

23   Exhibit 14, let me know when you've had a chance to

24   look at it.

25                          ---

Page 131

```
 1            (Whereupon, Exhibit P-14, Email, was
 2            marked for identification.)
 3                              ---
 4            THE WITNESS:
 5            Yes, I've read it.
 6      BY ATTORNEY WITHERS:
 7      Q.    Okay.
 8         This is an Email from Mr. Rittenhouse to you
 9      suggesting that y'all schedule those periodic calls.
10      A.    Yes.
11      Q.    Handing you Exhibit 15.  This is kind of a
12      similar one.  I just want to put it in the record.
13      Let me know when you've had a chance to look at that.
14                              ---
15            (Whereupon, Exhibit P-15, Calendar
16            Invitation, was marked for
17            identification.)
18                              ---
19            THE WITNESS:
20            Yeah.
21      BY ATTORNEY WITHERS:
22      Q.    Okay.
23         So this is a November 10, 2023 Calendar
24      Invitation from Mr. Rittenhouse to you for a weekly
25      meeting.
```

Ind / 30B6 Shawn George                     April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 132

1      Correct?

2      A.    Yes.

3      Q.    But had you been having periodic calls with Mr.

4      Rittenhouse before November of 2023?

5      A.    Yeah.  We started having calls right away, and

6      those were also in the calendar.

7      Q.    Okay.

8      A.    Those calls.

9      Q.    On these calls, you know, tell me generally, the

10     subjects that you discussed with Mr. Rittenhouse?

11     A.    We would discuss, like, current events, right?

12     The --- any particular touch points for that week of

13     the call, any issues that had arisen.  We were going

14     through initially, growing pains on both sides.  Kim,

15     learning what we needed.  Us learning what they

16     needed, helping each other to mature the process and

17     iron out the ups and downs.  And then often we would

18     talk about other things as well.  We would talk about

19     other opportunities to process scrap, other

20     capabilities that they had.

21        If during a week, I had been approached by

22     somebody who had scrap that we couldn't take direct,

23     run it by Garey, see if it was something they could

24     process.  They tried a couple of different items for

25     us, trialed them, as a result of those conversations.

Page 133

```
 1    Q.    When you said y'all talked about, you know,
 2    ironing out the ups and downs, what were some of
 3    those ups and downs?
 4    A.    Just things about the communication, the
 5    documentation of the received pounds, what showed up
 6    on those reports, as far as, you know, rubbish and
 7    fines and --- and pounds in and pounds out, the
 8    format of those reports so that it was readable or
 9    able to be interpreted by our people, things like
10    that.
11    Q.    Did you provide forecasts during those calls of
12    the amount of scrap that you thought Constellium
13    could deliver to Faith for processing?
14    A.    We talked all the time about what was available
15    and what we saw in the future, you know, days, weeks,
16    months ahead.
17    Q.    Did Mr. Rittenhouse ever discuss with you that
18    Faith was concerned that Constellium was not
19    delivering the volume of scrap that Faith anticipated
20    receiving?
21    A.    We delivered all the scrap we promised to all the
22    way 'til (sic) the end of that year.  And it wasn't
23    until at the very end of that year, while I was on
24    vacation, that I got --- you know, that I got
25    contacted by him saying that there was some issue
```

Page 134

1    with the amount of scrap that had been processed.

2    Q.    So you said that you delivered everything that

3    you promised to deliver through the end of that year?

4    A.    Yeah, until December was when I ---.  When he

5    first started hitting me with the --- something to do

6    with the volume.

7    Q.    How much did you promise him that you would

8    deliver?

9    A.    Well, I promised what we talked about, like,

10   every month.  Right.  So we would say, I've got ---

11   I'm going to --- I've got --- let me make an example

12   that's appropriate.  I've got 500,000 pounds coming

13   from Morgan Olson.  I can buy another couple hundred

14   thousand pounds from Kripke and AVEC.  That sort of

15   thing.  That's the nature of the promises of my

16   forecast of what I can put in there and then what

17   actually went in was what actually went in based on

18   the receiving days and that kind of thing.

19   Q.    And so was in December of that year, was the very

20   first time that Garey Rittenhouse ever mentioned to

21   you that Faith was concerned about the volume of

22   scrap that Constellium had delivered?

23   A.    That was when it became a conflict.  We talked

24   about the volumes, we talked about where they were

25   going.  I shared with him that Morgan Olson was

Page 135

```
 1    falling down.  That they were, you know, delivering

 2    less and less through United, that they had laid

 3    people off and reduced shifts.  I shared all that

 4    information with them as it was happening.

 5         So throughout that period, you know, in the

 6    fourth quarter of 2023, as their business was waning

 7    and I was out there trying to buy more metal and

 8    struggling at that's when Garey started trying to

 9    help me find other metal.  That's when we began to

10    really heavily experiment with other types of scrap

11    that could go in on --- on our PO  And that was how

12    were going about it at that time, but it wasn't until

13    I got contacted in December when he, my words,

14    dropped a bomb on me about having a problem with what

15    we'd already delivered.

16    Q.    Okay.

17         So at no point before December of 2023 did Garey

18    ever discuss with you that he thought it was a

19    problem that Constellium was not delivering as much

20    scrap as Faith expected?

21    A.    That's not how he portrayed it to me.  We talked

22    about scrap volume all the time, and we talked about

23    a desire to keep that scrap volume up, but it wasn't

24    portrayed to me as a problems, you know, like a

25    conflict problem.
```

Page 136

1    Q.    So the first time you.  You ever got the sense

2    that it was a problem for Faith was in December of

3    2023.

4    A.    Yeah, late November, December.  I was on vacation

5    when he contacted me about it.

6    Q.    Did Constellium ever pay Faith more than 18 cents

7    a pound for scrap delivered in 2023?

8    A.    Not in 2023 that I'm aware of.

9    Q.    Was there ever any discussion between you and Mr.

10   Rittenhouse about along the conceptual lines of, you

11   guys are delivering far less in scrap than what we

12   anticipated you would be delivering for us?  How

13   about we, you know, in order to make up for that, we

14   charge you know, more per pound in 2023?

15             ATTORNEY MEADOWS:

16             Object to the form.

17             THE WITNESS:

18             Not that I recall.

19   BY ATTORNEY WITHERS:

20   Q.    Handing you what has been marked as Exhibit 16.

21   Let me know once you've had a chance to look at that.

22                         ---

23             (Whereupon, Exhibit P-16, Email, was

24             marked for identification.)

25                         ---

Page 137

```
 1          THE WITNESS:
 2          Yes, I've seen this.
 3     BY ATTORNEY WITHERS:
 4     Q.    Okay.
 5          And this is a December 13, 2023 Email from Mr.
 6     Rittenhouse to you.
 7          Correct?
 8     A.    Yes.
 9     Q.    And Steve Stewart at Faith Aluminum was copied on
10     that.
11          Correct?
12     A.    Yes.
13     Q.    To your knowledge, had you ever --- had Mr.
14     Stewart ever been copied on any other emails between
15     you and Mr. Rittenhouse that you recall?
16     A.    I don't recall.  I don't recall that he was
17     previously.
18     Q.    The second paragraph of this email says, per our
19     earlier discussion, Steve and I have concerns
20     regarding the forward viability of current tolling
21     activities, given the lower realized production
22     volumes, parentheses, 700,000, versus the planned
23     production volume of 1.3 million in 2023.  The
24     combination of lower-than-planned totaling revenues
25     and the higher-than-planned production cost has
```

Page 138

1    created a rather difficult environment for us to

2    consider continuing production activity without

3    modifications.

4        Do you see that?

5    A.    Yes.

6    Q.    What was the earlier discussion that he

7    referenced in the first line of that paragraph?

8    A.    Well, that would be --- I'm assuming that would

9    be when he contacted me while I was on vacation about

10   the topic of this email, saying that they didn't know

11   if they wanted to continue to do the business.

12   Q.    Okay.

13       So when he contacted you while you were on

14   vacation, how did he contact you?

15   A.    Texting.

16   Q.    And what, if anything, do you recall about the

17   specific text that he was referring to in his

18   reference to an earlier discussion?

19   A.    Well, that they were saying they didn't want ---

20   they weren't sure they wanted to continue to do the

21   tolling business.

22   Q.    Do you recall when that earlier discussion was

23   that he referenced?

24   A.    Not specifically.  Not exactly, no.

25   Q.    Been close in time to this Email though?

Page 139

1    A.    Yeah.

2    Q.    Does what Mr. Rittenhouse wrote in this paragraph

3    accurately recap the concerns that he had shared in

4    that earlier discussion?

5    A.    Well, not to me, it doesn't.  I don't know where

6    the 1.3 million pounds of plant production volume

7    came from.  There's --- I never promised 1.3 million

8    pounds and even our PO is only said a million pounds.

9    Q.    So you and Mr. Rittenhouse had never discussed

10   planned production volume of 1.3 million pounds in

11   2023?

12   A.    No.  That sounded to me like what their plans

13   were.  You know, that's their --- their plans of what

14   they're going to do.  That had nothing to do with me.

15   Q.    So do you know where --- you have any idea where

16   Mr. Rittenhouse got that number?

17   A.    No.

18   Q.    Did you respond to this Email and tell Mr.

19   Rittenhouse that you disagreed with that number?

20   A.    No, not in an Email, I didn't.  Not that I

21   recall.  I called him on the phone when I got home.

22   Q.    The third paragraph reads, based on our review of

23   the year-to-date 2023 activities, we believe there

24   are three critical aspects which require collective

25   resolution.  Then there's three bullet points.  The

Page 140

1    first bullet point says resolving the 2023 year-to-

2    date gap between realized and planned tolling volume,

3    slash, revenues.  The second volume says defining a

4    future toll volume and rate schedule for 2024.  And

5    the third bullet point says creation of a contractual

6    tolling agreement for 2024.

7        Do you see those?

8    A.    Yes.

9    Q.    Okay.

10       In the following paragraph, he discusses.  He

11   says, as such, Steve and I have discussed pausing

12   deliveries into the Rockmart plant until such time

13   that we can collectively determine a resolution.

14       Do you see that?

15   A.    Yes.

16   Q.    And then he asked schedule a call with you to

17   discuss these issues.

18       Correct?

19   A.    Yeah.

20   Q.    And did you, in fact, have that phone call with

21   him?

22   A.    We had a call, yeah.

23   Q.    And who participated in that call?

24   A.    Me and Garey.

25   Q.    Steve Stewart did not participate in that.

Page 141

1    A.    I've never spoken to him.

2    Q.    I'm sorry, I may have asked you that earlier.

3        Okay.

4        So tell me what you discussed during ---?  Well,

5    when did that phone call occur?

6    A.    I don't remember exactly, but it was after I got

7    back from vacation.

8    Q.    Okay.

9        And tell me, to the best of your recollection,

10   what did you all discuss during that phone call?

11   A.    We discussed 2024 and what we were going to do

12   going forward.  If they wanted to pause deliveries,

13   were coming up on the holiday.  They were planning on

14   shutting down for the holiday anyway.  And so, you

15   know, we.  We talked about that and were not in

16   agreement with the things that were said in this

17   email.  And so that phone call was not --- that phone

18   call was not a brotherly phone call.

19   Q.    Okay.

20   A.    So, you know, all this that was in the email,

21   it's like, whatever, but ultimately, what are we

22   going to do moving forward?  I disagree with you

23   about a lot of these things, but what are we going to

24   do moving forward?  So after December, what are we

25   doing?  Because I'd already gone after the pounds

Page 142

1    with United and bought them on the basis of that,

2    expecting to have continuing business with Rockmart.

3    So now I'm holding the bag on a bunch of poly 5052

4    that I cannot do anything else with.  So what are we

5    going to do for 2024?

6    Q.    Did you discuss anything about 2023 other than

7    your disagreement regarding the numbers?

8    A.    Yeah, my point being that I can't go back and

9    change anything in the past for 2023.

10    Q.    Did the parties reach any agreement during that

11    call?

12    A.    We agreed that there was going to be a higher

13    number for 2024.  That it was going to cost more per

14    pound toll with them.  And I said, tell me what that

15    number is so that I have something to work from.

16    Q.    Why was the price going up?

17    A.    Well, because they claimed that they needed more

18    money to make the --- you know, to make the whole

19    thing work for them, right?  They had to make money

20    somehow on it.  And at the reduced volumes, they

21    claimed that they couldn't make money at that volume.

22       So, well, what's the number, was my question.

23    What number works for you?  And if you tell me that

24    no number works for you, then tell me.  But if a

25    number does work for you, I need to know exactly what

Ind / 30B6 Shawn George                           April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

                                                    Page 143

1       it is so that I can do the math.

2       Q.    So there was ---?  Was there any discussion

3       during that call about how to resolve what he refers

4       to as resolving the 2023 year-to-date gap between

5       realized and planned tolling volumes, slash,

6       revenues?

7       A.    Yeah.  And my response to that was, I'm not

8       counting your money.  You know, I'm not telling you

9       how to run your business.  If you had gaps and that

10      sort of thing in the business that you were doing,

11      that's your problem.  You can't make your problem my

12      problem.  We talk about what's going on in 2024, and

13      if you need more money to do this kind of business,

14      then you need to tell me what your fee is, and I can

15      make a decision on whether or not I can make that fee

16      work.

17          I refuse to talk about what happened in the past

18      and to try and go back in time and make changes

19      retroactively to what we did in the past.

20      Q.    Okay.

21          So what agreement did you ultimately reach?

22      A.    It didn't happen that day.

23      Q.    Okay.

24      A.    But thereafter, we agreed to do more tolling in

25      2024 at a higher price.  I had bought scrap for the

Page 144

1    first quarter of 2024.

2    Q.    How much scrap had you bought?

3    A.    I bought 700,000 pounds a month, I believe.  I

4    don't remember exactly, but we did a PO with United.

5    Q.    Did you --- on that phone call, did you and Mr.

6    Rittenhouse try to define a future toll volume and

7    rate schedule for 2024?  That's what you were just

8    talking about?

9    A.    Yeah.  That's where we were --- you know, that's

10   what I told him I needed to have.

11   Q.    And did you discuss the creation of a contractual

12   tolling agreement for 2024?

13   A.    Only if we could ensure that we would have a

14   year-long agreement with United.  It all, at that

15   point, depended on whether I could get any scrap or

16   not for the deal.

17   Q.    Do you remember roughly how many pounds of scrap

18   that Constellium delivered to Faith in 2023?

19   A.    2023?

20   Q.    2023.

21   A.    It was over six million pounds.

22   Q.    Okay.

23       I'm handing you what's been marked as Exhibit 24.

24   Take a look at that.

25                                ---

Page 145

```
 1              (Whereupon, Exhibit P-24, Email, was

 2              marked for identification.)

 3                            ---

 4         THE WITNESS:

 5         Okay.

 6         I've looked at it.

 7    BY ATTORNEY WITHERS:

 8    Q.    I'll represent to you this is a document that

 9    Faith produced in this case.  The first page is an

10    Email from Kim Watson to Steve Stewart and the second

11    --- well, the second sheet is a Cover Sheet,

12    reflecting that a document was produced in its native

13    format.  And then the third page is a copy of a

14    Spreadsheet.  And I will represent to you that this

15    is --- this spreadsheet reflects what Faith contends

16    to be the total amounts of scrap delivered by month

17    and week for 2023.  And I assume you've not seen this

18    document before.

19       Correct?

20    A.    No.  It's the first time seeing this.

21    Q.    But the total amount that Faith comes up with is

22    6,143,000 pounds --- or excuse me, 6,143,597 pounds.

23       Do you see that?

24    A.    Yes.

25    Q.    Okay.
```

Page 146

1      That's ---I believe you just testified you

2  believe Constellium shipped over six million pounds,

3  or approximately six million pounds.  I don't

4  remember exactly what you're ---.

5  A.    Over.

6  Q.    Over.  So does this look ---?  I'm not asking you

7  to verify the accuracy of this number at all.  I'm

8  asking, does this look reasonable?

9  A.    What I would say to anybody is that my first

10  question is, where's our numbers?  Do our numbers

11  agree with these numbers?  Before I would accept

12  anybody else's numbers on this.

13  Q.    Sure.

14  A.    I would say that to anybody under any

15  circumstances.  Our numbers are ones that matter.

16  Q.    Okay.

17  A.    This seems like it's ---.  Yeah, it seems like

18  that's about what the business was.

19  Q.    Okay.

20      And again, I'm not trying to pin you down and say

21  that you agree that this number is correct.  I'm just

22  saying, is this in the ballpark of what you recall?

23  A.    Yeah.

24  Q.    Okay.

25      That's fine.

Page 147

1    A.    I don't know where a lot of these other numbers
2    come from on the spreadsheet.  They make no sense to
3    me.
4    Q.    All right.  All right.  I'm handing you what's
5    been marked Exhibit 17.  Let me know once you've had
6    a chance to look at that.
7                          ---
8          (Whereupon, Exhibit P-17, Email, was
9          marked for identification.)
10                         ---
11         THE WITNESS:
12         Okay.
13         I've looked at this.
14   BY ATTORNEY WITHERS:
15   Q.    Okay.
16      You've seen this document before?
17   A.    Yes.
18   Q.    Okay.
19      This is a December 14, 2023 Email from you ---
20   excuse me, from Garey Rittenhouse to you.
21      Correct?
22   A.    Yes.
23   Q.    And it appears to be just a subsequent email in
24   the chain from what we looked at in Exhibit 16,
25   right?

Page 148

1    A.    Uh-huh.  Yes.

2    Q.    Okay.

3         So he says, first and foremost, I appreciate you

4    taking the time to speak with me today.  It was a

5    pleasure working through the details with you and

6    collectively working together to find a solution.

7    Per that discussion, I wanted to pull together the

8    details of our conversation and present the proposed

9    structure for 2024.

10        We discussed putting in place a contract for 2024

11   which encompasses the following.  Number one, January

12   through December 2024 contract period.  Number two,

13   inclusion of a minimum monthly volume toll

14   requirement within the contract.  Number three, one

15   million pounds per month, minimum total volume.

16   Number four, base toll rate of 20 cents per pound,

17   parentheses, one through one million pounds.  Number

18   five, second tier toll rate of 17 cents per pound,

19   parentheses, applicable to all pounds greater than

20   one million pounds.

21        Okay.

22        Do you see that?

23   A.    Okay.

24   Q.    Did you, in fact, have a call with Garey

25   Rittenhouse on December 14th, 2023?

Page 149

1     A.    Yeah, it would seem so.

2     Q.    And during that telephone call or that

3     conversation, did you discuss putting in place a

4     contract for 2024 that would encompass the five items

5     that Mr. Rittenhouse listed in this email?

6     A.    This is his ask.

7     Q.    Right?  I'm just asking, during that phone call,

8     did you discuss these five items?

9     A.    We discussed that.

10    Q.    Is there anything in those five items that you

11    believe Mr. Rittenhouse inaccurately recapped from

12    the call that day?  Not whether you agreed with it.

13    We'll talk about that in a minute.  But was there

14    anything in these five things that you believe were

15    different than what he said on the phone?

16    A.    No.

17    Q.    The next paragraph says for the purposes of

18    settling the 2023 under shipment volumes and

19    resulting toll fees, we would propose spreading the

20    payment of these fees over a four-month period

21    beginning in January 2024 and ending in April 2024.

22    In addition, Faith Aluminum is proposing discounting

23    the 2023 under shipment toll fee balance by 30

24    percent, parentheses, see tables below for details.

25         We believe that the combination of balance,

Page 150

1    discounting, spreading out the payment period, and

2    discounting the toll rate for excessive monthly

3    volume will maintain Constellium's competitiveness

4    for procurement of raw materials.

5         Do you see that?

6    A.    Yes.

7    Q.    Did you discuss any of those items during your

8    December 14, 2023 phone call?

9    A.    No, not that --- not those specifics.

10   Q.    Was there any discussion of Faith discounting the

11   2023 under-shipment toll by 30 percent during that

12   phone call?

13   A.    Not that I recall.

14   Q.    Below that are a couple of tables from a

15   spreadsheet.  The first one has a table entitled 2023

16   tolling Variance.

17        Do you see that?

18   A.    Yeah.

19   Q.    Okay.

20        And it lists under shipment pounds as being

21   2,956,403 pounds.

22        Do you see that?

23   A.    Yeah.

24   Q.    Okay.

25        And I'll represent to you that if you start with

Page 151

1      9.1 million pounds and subtract 6,143,597 pounds of

2      scrap alloy that Faith contends that it received from

3      Constellium in 2023, the difference in those numbers

4      is 2,956,403.  Then do you see below that it says

5      total revenue shortage as being $532,152.54?

6              ATTORNEY MEADOWS:

7              Object to the form.

8              THE WITNESS:

9              I disagree with all the numbers that

10     are in there, as far as where they started their

11     calculations.

12     BY ATTORNEY MEADOWS:

13     Q.    Okay.

14        That's fine.  I just want --- just so the

15     record's clear, I'm just asking you to confirm.

16     A.    Yeah.  I read this and I saw it, and I want to

17     --- I want to emphasize that I disagreed with it

18     fundamentally, that it was wrong.

19     Q.    Okay.

20        But I'm just going to represent to you that if

21     you multiply 2,956,403 pounds by 18 cents a pound,

22     that comes out to $532,152.54.  And I understand that

23     you don't agree with that, but for some of my later

24     questions, I want to make sure that were on the same

25     page as far as the math goes.  And do you see where

Page 152

1    he proposes a settlement percentage of 70 percent?

2    A.    Yes.

3    Q.    And then it says total settled pounds, 2,069,482.

4      Do you see that?

5    A.    Yes.

6    Q.    And I will just represent to you that if you

7    multiply 2,956,403 by .70, that comes out to

8    2,069,482.  You see where it says total settlement

9    dollars, $372,506.78?

10   A.    Yes.

11   Q.    Okay.

12      And I'll represent to you that if you take

13   2,069,482 pounds, multiply it by 18 cents a pound,

14   that comes out to $372,506.78.  And I will also

15   represent to you that if you take $532,152.54 and

16   multiply it by 0.70, that also comes out to

17   $372,506.78.

18      Okay.

19      Do you see below that, the second table where the

20   title is 2024 toll schedule and 2023 settlement?

21   A.    Yes.

22   Q.    The first column is labeled 2024, and it lists

23   the various months in 2024.

24      Would you agree?

25   A.    Yes.

Page 153

1  Q.    The second column is entitled minimum pounds, and

2  it lists one million pounds for each of the 12 months

3  of 2024.

4     Do you see that?

5  A.    Yes.

6  Q.    The third column is entitled base toll rate, and

7  it lists 20 cents for each month.

8     Do you see that?

9  A.    Yes.

10  Q.    The fourth column is entitled 2023 repayment

11  percentage and it lists 25 percent for each of the

12  months of January, February, March and April.

13     Do you see that?

14  A.    Yes.

15  Q.    Okay.

16     And then the next column is entitled 2023

17  repayment amount, and it lists $93,126.69 for each of

18  the months of January, February, March and April.

19     Would you agree with that?

20  A.    Yes.

21  Q.    And then if you look at the bottom, do you see

22  that it has the total amount of $372,506.78?

23  A.    Yes.

24  Q.    And I'll represent to you that if you multiply

25  $93,126.69 by four, that comes out to $372,506.76,

Page 154

1    which, due to rounding, is two cents short of the

2    $372,506.78 listed there.

3          The next column, do you see where it's listed as

4    total toll revenue?

5    A.    Yes.

6    Q.    And for the first four months of 2024, it lists

7    $293,126.69 for those months.

8          Do you see that?

9    A.    Yes.

10   Q.    And then for all the other months, it lists total

11   of toll revenue of $200,000.

12         Do you see that?

13   A.    Yes.

14   Q.    And then the last column is entitled gross toll

15   rate.

16         Do you see that?

17   A.    Yes.

18   Q.    And for the first four months, it lists 29.31

19   cents per pound for January through April.

20         Do you see that?

21   A.    Yes.

22   Q.    And then for every month after that, it's 20

23   cents a pound.

24         Do you see that?

25   A.    Yes.

Page 155

1    Q.    Okay.

2        Turning the page, Mr. Rittenhouse responds;

3    please review everything as noted above to make sure

4    I covered all the topics we discussed during our

5    call.  Should you have any questions, please feel

6    free to call me on my mobile and we can address them

7    together.  Once you arrive back from your vacation,

8    please send us a copy of the draft contract template

9    so we can start the review process.

10       Do you see that?

11   A.    Yes.

12   Q.    Did you review Mr. Rittenhouse's email to make

13   sure he covered all the topics that you discussed

14   during the call?

15   A.    I looked at his email, and we talked about these

16   things in the first portion of the email.  And then

17   all these other numbers, to my estimation, are just

18   counting his money.  These are of no concern to me,

19   what their expected revenues are, what their --- you

20   know, their expected repayment, under shipment, over

21   shipment.

22       Really, what I was saying to Garey repeatedly is,

23   just tell me what your number is per pound to

24   process.  And when I looked at this, the thing that

25   jumped out at me is at the very bottom right-hand

Page 156

1    corner that you didn't ask me about is the 23.10

2    cents per pound.

3    Q.    Show me, tell me where?

4    A.    Under gross toll rate, the very last cell ---

5    Q.    Yes.

6    A.    --- in that spreadsheet.

7        And what I said to Garey is, if your price for

8    2024 is .2310 per pound, then you need to tell me

9    that.  I can't go back in time.  I can't redo any of

10   this and I certainly can't repay you something that I

11   don't believe I owe you.  And so if your number is

12   2310, tell me it's 2310.  Send me an email that says

13   that.  Until we agree what that number is, I'm not

14   doing anything.  I'm not going to work on a contract.

15   I'm not going to do anything.

16       So that was my conversation with Garey.

17   Q.    Okay.

18       So when was that conversation?

19   A.    That was after he sent this to me, and I got a

20   chance to get home and read it.

21   Q.    Okay.

22       Did you ever respond in an email to these, your

23   concerns with what he had written in this email?

24   A.    Eventually, the --- when I did respond to him in

25   email, I didn't address that conversation.

Page 157

1    Q.    And you said that until you had an agreement that

2    you were not going to work on a contract, and was

3    there anything else that you were not going to do

4    until you had an agreement?

5             ATTORNEY MEADOWS:

6             Object to the form.

7             THE WITNESS:

8             I --- what I said was, we had to know

9    what a number was before we move forward on anything

10   else.  I got nothing to work with if I don't have the

11   number.  If I don't know what his toll fee is, I've

12   got nothing else to work on.

13   BY ATTORNEY WITHERS:

14   Q.    So you did call him?  You did accept his

15   invitation that should you have any questions, please

16   feel free to call me on my mobile and we can address

17   them together.

18   A.    Yeah.

19   Q.    Okay.

20      But you don't recall specifically when that was?

21   A.    No.  At this point, were talking a lot on the

22   phone, multiple times a day.

23   Q.    Handing you Exhibit 18.

24                            ---

25             (Whereupon, Exhibit P-18, Email Chain,

Page 158

```
 1              was marked for identification.)

 2                            ---

 3         THE WITNESS:

 4         I've looked at it.

 5    BY ATTORNEY WITHERS:

 6    Q.    All right.  You recognize this document?

 7    A.    Yes.

 8    Q.    This is an Email Chain between you and Mr.

 9    Rittenhouse from January 8th and 9th, 2024, right?

10    A.    Yes.

11    Q.    Okay.

12         In the initial Email, Mr. Rittenhouse writes,

13    Afternoon, Shawn.  When you have a moment, could you

14    please send me a copy of the January PO For Faith?

15    Kim will need the PO to initiate invoices for the

16    month.  Thanks for the help, and call me if you have

17    any questions.  Hope you have a great weekend.

18         You responded the next day.  Hi, Garey.  I have

19    written this PO to encompass January through April at

20    the 29.31 cents per pound rate we previously

21    discussed.  I am still working on the formal contract

22    for 2024.  Once we have the contract all buttoned up,

23    we will still need POs for functional day-to-day

24    business.  So we will use this PO regardless.

25         Do you see that?
```

Page 159

1    A.    Yes.

2    Q.    And you wrote, I have written this PO to

3    encompass January through April at the 29.31 cents

4    per pound rate we previously discussed.

5         What previous discussion were you referring to

6    then?

7    A.    So now at this point, we've been talking for

8    going on three weeks, so we've gone back and forth

9    about what the rate is and how many pounds I can put

10   together and deliver.  So that's what we're ---

11   that's what I mean when I say that we've had multiple

12   phone calls at that point.

13   Q.    Okay.

14        So you were not referring to the call that you

15   had with Garey Rittenhouse on December 14th of 2023?

16   Perhaps it was a culmination of multiple phone calls.

17        Is that fair?

18   A.    Yes.  I'm talking about the ongoing conversation

19   we had that was stimulated by this email.

20   Q.    So obviously, 29.31 cents per pound is higher

21   than what you were paying in 2023.

22        Correct?

23   A.    Yes.

24   Q.    And in fact, it's --- I'll represent to you that

25   it's approximately 62 percent more than what

Page 160

1    Constellium had agreed to pay Faith in 2023, right?

2    A.    Yes.

3    Q.    Why would Constellium agree to pay Faith 60,

4    roughly 62 percent more per pound in 2024 than it had

5    paid Faith in 2023 for processing the same material?

6    A.    This was strictly backed up against metal pounds

7    that I'd already bought.  I was over a barrel, and

8    that was the number that they said they had to have

9    to process it.

10   Q.    So this --- it's your testimony that this rate

11   per pound had nothing to do with the amount that

12   Faith claimed was a 2023 shortfall?  It had

13   everything to do with scrap that you had already

14   bought and had on hand.

15        Is that correct?

16   A.    That's the number they said they would require

17   from me to run the scrap I'd already bought.

18   Q.    Okay.

19        But my question was a little bit different.  That

20   --- is it your testimony that your --- the

21   Constellium's willingness to pay 29.31 cents a pound

22   for the first four months in 2024, that had nothing

23   to do with Faith's contention that there was a 2023

24   shortfall?  Is that your testimony?

25   A.    I still disagree that there was a shortfall.  And

Page 161

1    so from my standpoint, it does have nothing to do

2    with it.  Whatever they want to say about it, they'll

3    say about it.  But I didn't, and I still don't,

4    believe that we had a shortfall in 2023.  We

5    delivered the pounds that we had to deliver and that

6    was our agreement.

7    Q.    How many pounds did you say you had acquired that

8    you were over a barrel for?

9    A.    For the pounds from the --- from United.  So it

10   was --- I believe it was 500 or ---.  I don't

11   remember the exact amount.  500 or  700,000 pounds a

12   month.

13   Q.    For how many months?

14   A.    For three months.

15   Q.    Handing you Exhibit 19.  Let me know when you've

16   had a chance to read it.

17                              ---

18           (Whereupon, Exhibit P-19, Contract

19           Purchase Order, was marked for

20           identification.)

21                              ---

22           THE WITNESS:

23           I've looked at it.

24   BY ATTORNEY WITHERS:

25   Q.    Okay.

Page 162

1          You recognize this document?

2      A.    Yes.

3      Q.    This is a copy of a Contract Purchase Order dated

4      January 9, 2024.

5          Correct?

6      A.    Yes.

7      Q.    And did Tabitha Sizemore create this document?

8      A.    Yes.

9      Q.    Did you provide the information in this Contract

10     Purchase Order to Ms. Sizemore, just as you had done

11     for the June 22, 2023, contract purchase order that

12     we looked at earlier?

13     A.    Yes.

14     Q.    So if we look at the header text, it says, toll

15     fee to shred and remove contaminants from poly scrap

16     Poly 5052 to be shredded at 0.2931 cents per pound

17     inbound --- excuse me.  0.2931 dollars per pound

18     inbound.  Finished product to be picked up by

19     Constellium at Rockmart Georgia, via dump trailer.

20     And then going down, it says the total volume

21     capacity that Faith is making available is one

22     million pounds per month.  So we will close each line

23     as the month passes, regardless of the amount

24     received against.

25          Do you see that?

Page 163

```
 1    A.    Yes.

 2    Q.    Okay.

 3          And then down below, you've got --- it lists item

 4    number ten for metal processing services with a

 5    delivery date of December 31st, 2024.

 6          Do you see that?

 7    A.    January 31st.

 8    Q.    I'm sorry, January 31st, 2024?

 9    A.    Yes.

10    Q.    And a quantity ordered of a million pounds,

11    right?

12    A.    Yes.

13    Q.    And a price per unit of 0.29 divided by 1.

14          Do you see that?

15    A.    Yeah, and I believe that means per one unit.

16    0.29 point -- per one unit.  The price per ---.

17    Q.    Like 29 cents per pound?

18    A.    Yeah, per unit.  Yeah.  Per one.

19    Q.    Well, price per unit, and the units being the

20    pound.

21    A.    Yes, sir.

22    Q.    And then below that, we've got a similar line

23    item for February 29th, 2024, for a million pounds at

24    29 cents a pound.

25    A.    Yes.
```

Ind / 30B6 Shawn George                                April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

                                                        Page 164

1    Q.    And then below that, item line 30, the same

2    thing; million pounds for March 31st, 2024, at 29

3    cents a pound.

4    A.    Yes.

5    Q.    And then finally, line 40, metal processing

6    services with a delivery date of April 30th, 2024,

7    with a million pounds at the price per unit of 29

8    cents a pound.  See that?

9    A.    Yes.

10   Q.    And then if we go down below that, it says --- on

11   the right-hand side says PO total 1,000,007 ---

12   excuse me.  1,172,400.00 USD.

13       Do you see that?

14   A.    Yes.

15   Q.    And I would just represent to you that if you

16   multiply a million pounds a month by 0.2931 cents per

17   pound, by four months, that's where that number comes

18   from.

19       Go back to the first page under the header text.

20   What does it mean when you say the total available

21   volume capacity that Faith is making available is

22   1,000,000 pounds per month?  So we will close each

23   line as the month passes, regardless of the amount

24   received against.

25       What does that mean?

Page 165

```
 1    A.    Typically speaking, when you have a quantity

 2    ordered on a PO, and this goes back to the first PO

 3    when there was the error made about receiving against

 4    that line longer than it should have been.  So

 5    typically speaking, you would receive against that

 6    line until it all got fulfilled.  So you may be into

 7    the February, March timeframe fulfilling that one

 8    million.  But in this case, we're going to close each

 9    line as the month ends.  We're not going to hold open

10    that tonnage and roll it into the next month.

11        We're going to receive up against this number;

12    and that number would be the purchase order number

13    and a suffix of 0.10, which would be the line until

14    those pounds were --- or until that date passed.  And

15    then it would roll to the next line.

16    Q.    I'm sorry, I'm going to ask you to explain that

17    to me one more time.  I'm trying to understand the

18    rolling versus closing out.

19    A.    Okay.

20        Right.  So the note there is for our people to

21    recognize that when the --- when January 31st of 2024

22    passes, we're going to close line ten.

23    Q.    And what does it mean to close line ten?

24    A.    We're not going to receive against it any longer.

25    Q.    Okay;
```

Page 166

1    A.    We're going to begin to receive against line 20.

2    Q.    Okay.

3    A.    If we didn't specify that there's a possibility

4    that they may continue to receive against the open

5    quantity that's on that line versus moving to the

6    next line.

7    Q.    Okay.

8        So would that mean that if you're closing the

9    line, would that mean that you're paying 1,000,000

10   pounds times 29 cents a pound?

11   A.    No, it would mean that we're paying the received

12   quantity times 29 cents a pound on that line.  If we

13   received 500,000 pounds on that line and then January

14   31st passed, we would close it at 500 and pay ---.

15   Those invoices would have been coming in, so those

16   would be paid.

17       Then it would begin to accumulate tonnage against

18   the second line and the PO number would technically

19   be adjusted.  It would change to that PO number, dash

20   2-0.

21   Q.    So theoretically, you could deliver zero pounds

22   in January and have a payment to Faith of zero,

23   right?

24   A.    It could happen.  Or Faith could not process the

25   material that we delivered in January and then there

Page 167

1    wouldn't be an invoice for it.

2    Q.    Did you ever have an issue with Faith being able

3    to --- not being able to keep up with processing what

4    you guys --- what Constellium delivered?

5    A.    There was ebbs and flows.  You know, they shut

6    down for maintenance once that I remember

7    specifically.  But that was the function of having

8    the storage space on site was so that they could

9    continue to receive as it came in, regardless of how

10   fast it came in or how fast they processed it.  They

11   needed to have storage space for raw material and

12   storage space for finished goods so that they could

13   absorb the variability in the in and outflow.

14   Q.    And how do you know that?  Is that what Garey

15   told you?

16   A.    Yes.  Sent me pictures too, of the storage areas.

17   Q.    So in the prior Exhibit that we looked at, 12,

18   which was the Purchase Order for 2023, you've got a

19   1.00 price per unit in that far right-hand column.

20   You said that was a limitation of the way that you

21   used the software.

22      Correct?

23   A.    I can't say like, I can't define it specifically

24   because I don't --- I'm not a user or expert on that

25   particular software.  But my understanding is that's

Page 168

1    how a service contract was entered, you know, a price

2    per unit and that's the default that's in there.  And

3    absent going in and changing that, that's what would

4    come up.

5    Q.    And so why was that not changed in Exhibit 12?

6    A.    So we --- my understanding is that --- and you

7    know, I mentioned earlier about like growing pains

8    that were associated with doing this business.  So my

9    understanding was that she didn't have access to that

10   input --- and I can't speak for her.  I'm

11   recollecting this from conversations.

12   Q.    Sure.  That's fine.

13   Q.    She didn't have access or, like, authority to

14   enter that number on a service PO.  And so we

15   addressed that.  My understanding was that that got

16   addressed from an IT and an administrative standpoint

17   and that's why this later PO is able to show the

18   price per unit, whereas, the other one was stuck with

19   this default 1.0.

20        That's my, you know, recollection of how that

21   happened.  We were going through a process of fine

22   tuning the way documents were created in this.

23   Q.    Towards the bottom of the second page or at the

24   bottom of the second page it says, see where it says

25   we accept this order subject to the terms and

Page 169

1    conditions posted on Constellium's website.  And then

2    it gives a website address.

3        Do you see that?

4    A.    Yes.

5    Q.    Have you ever visited that website?

6    A.    No.

7    Q.    So do you know how many different sets of terms

8    and conditions Constellium has?

9    A.    No.

10   Q.    Do you know which are the terms and conditions

11   that apply to this purchase order?

12   A.    No.

13   Q.    So this document is at Constellium's position.

14   This says contract purchase order at the top of the

15   page, right?

16   A.    It says that.  Yes.

17   Q.    And in these columns here it lists quantity

18   ordered of a million pounds a month for four months,

19   right?

20   A.    Yes.

21   Q.    So is it Constellium's position that Constellium

22   was not, in fact, ordering a million pounds of scrap

23   per month?

24   A.    Yes.

25   Q.    Ordering the processing of a million pounds of

Page 170

1    scrap per month?

2    A.    Right.  We were --- the way --- what that

3    represents us is the total amount that's available

4    --- made available to us by the toller.  So our other

5    POs with other tollers have a number, an agreed upon

6    number in there and that number goes in there.

7    Whatever we receive against that number on that line

8    is what we --- whatever they receive against that

9    number on that line is what is received.

10       One of the reasons to have a number like this is

11   so that we don't have to go in and seek approval or

12   make changes to the PO or the PO line repeatedly.

13   It's an administrative.  It's, you know, a

14   streamlining of administrative effort to have a PO

15   that has a million pounds on there and you receive

16   against it.  And if you go over a million pounds, you

17   have to get an approval and you have to, you know,

18   change the line.  And that just is a whole lot of

19   extra work we try to avoid.

20       So if you put too low of a number there, then

21   there's a lot of extra work and if you put an

22   unreasonably high number there, it's not --- it's

23   just not.  It's unreasonable to put a really high

24   number there.  So we typically put in that number of

25   what the toll provider says is their capacity that

Page 171

1    they will sell to us.

2    Q.    Do you know why the header of that column doesn't

3    say maximum capacity and why it instead says quantity

4    ordered?

5    A.    I don't know why.  It's a standard form for

6    everything.  This is a --- there's a standard

7    skeleton that all of our POs look like this.

8    Q.    Okay.

9    A.    We never had a problem with any of our other toll

10   providers in regard to the structure of these POs.

11   Q.    But it does, in fact, reference the header is

12   quantity ordered.

13        Correct?

14             ATTORNEY MEADOWS:

15             Object to the form.

16             THE WITNESS:

17             Yes.  That's what it says.

18   BY ATTORNEY WITHERS:

19   Q.    You said earlier that from United you had

20   purchased somewhere between 500,000 and 700,000

21   pounds scrap per month for the first three months of

22   2024, right?

23   A.    To my recollection, yeah.

24   Q.    If --- and it was because you had that inventory

25   that you had that in the bag, and you kind of felt

Page 172

1    like you were over a barrel, and that is the reason

2    why you agreed to pay 29.31 cents per pound for the

3    first four months of 2024, right?

4          ATTORNEY MEADOWS:

5          Object to form.  Go ahead.

6          THE WITNESS:

7          I also had pounds that had not

8    delivered from 2023 when they stopped shipments of

9    material.

10   BY ATTORNEY WITHERS:

11   Q.    Who is they?

12   A.    Faith.

13   Q.    Okay.

14      So how much ---?  Explain that a little bit to

15   me, because I'm not understanding.

16   A.    Faith said they were --- they paused receipts ---

17   Q.    Okay.

18   A.    --- of material.

19      I had material that was bought for December that

20   then had nowhere to go.

21   Q.    So you had somewhere between 1.5 million pounds

22   and 2.1 million pounds from United for 2024.

23   Somewhere in that ballpark, right?

24          ATTORNEY MEADOWS:

25          Object to form.

Ind / 30B6 Shawn George                          April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 173

1    BY ATTORNEY WITHERS:

2    Q.    My understanding is what you told me was for each

3    of the first three months of 2024, you had already

4    purchased somewhere between 500,000 and 700,000

5    pounds of scrap from United, right?

6    A.    Yes.

7    Q.    So that means if you had between 500,000 and

8    700,000 pounds for each of the first three months of

9    2024, then that's somewhere between 1.5 million

10   pounds and 2.1 million pounds, right?

11   A.    Yes.  That's the math.  If they were able to get

12   the scrap.

13   Q.    I thought you said you had already purchased it?

14   A.    I did.  I wrote a PO for it.  It doesn't mean

15   they're going to be able to deliver on that PO.  Just

16   the same as those numbers vary, you know, throughout

17   2023, they're going to vary in 2024, too.  It depends

18   on the production of the scrap at the manufacturing

19   facility.

20   Q.    Okay.

21         So you didn't --- you weren't really over a

22   barrel because you didn't have the scrap to process?

23   A.    I was committed.  I was committed to take

24   whatever scrap I wrote a PO for, right?  I made a

25   commitment to take --- to buy the scrap that they

Page 174

1       supplied against that PO.

2       Q.    And you felt obligated to honor the PO that you

3       had issued?

4       A.    True.

5       Q.    How much leftover scrap from 2023 did you have

6       that Faith was, I don't know, was Faith holding it or

7       they had refused to accept it thus far?

8       A.    Yeah.  They never --- they didn't accept it.  So

9       I don't know how much scrap was sitting.  All I know

10      is that there was requests to make deliveries that

11      got turned away.

12      Q.    Do you have any idea how much that was?

13      A.    No.  No.  I don't.

14      Q.    Could you say it's between zero and a million

15      pounds?  Between a million and two million pounds?

16      You just have no idea?

17      A.    Well, the way that I could figure out an idea

18      would be if I was to go back and look at the receipts

19      for, say, the previous 30 days, and then extrapolate,

20      what, two weeks of deliveries would have equaled to.

21      I could back into another number like that, but they

22      had requested deliveries and were told no.  I didn't

23      know how many.

24      Q.    Let's go back and take a look at Exhibit 24 real

25      quick.

Page 175

1    A.    Number again, please?

2    Q.    Twenty-four (24).

3    A.    How far back is that?

4          ATTORNEY MEADOWS:

5          Keep going.

6          THE WITNESS:

7          Here it is.  I found it.

8    BY ATTORNEY WITHERS:

9    Q.    Okay.

10       This is the --- this is the Spreadsheet --- it's

11   a document that includes a Spreadsheet and,

12   admittedly, Faith produced this document and created

13   this document, but if you look at the Spreadsheet, if

14   you --- if you look at this, does this give you ---

15   and assuming this is accurate.  I understand I'm

16   asking you to make an assumption, but assuming this

17   is accurate, does this give you any idea how much ---

18   how many pounds of scrap that Faith would have turned

19   away in December, late November, early December?

20   A.    You can get an estimate.  A reasonable estimate.

21   Q.    What do you believe is a reasonable estimate?

22   A.    Well, I walk you through the logic, right?  You

23   know, November is a short month because of holidays.

24   So, you know, you look back into October, you see

25   there's a pretty consistent 200,000 to 250,000 pound

Page 176

1      average per week.

2      Q.    Uh-huh.

3      A.    And then you look into the first week of

4      December, you're at 250,000, 240,000.  So they

5      delivered.  They were allowed to deliver one load on

6      the week of the 12th.  If there was two subsequent

7      weeks, subtract for a couple days of holiday, you're

8      at 400,000, 500,000 pounds that wouldn't have got

9      delivered.

10     Q.    Okay.

11         Let's go on the high end.  500,000 pounds is a

12     reasonable amount?

13     A.    Yes.

14     Q.    Okay.

15         So --- and you had on the high end, approximately

16     500,000 pounds of scrap that Faith had from 2023 that

17     had not --- that they had not accepted delivery of.

18     A.    Yes.

19     Q.    That you needed them to accept delivery of in

20     2024.

21         Correct?

22     A.    Yes.

23     Q.    And you had somewhere between 1.5 million pounds

24     and 2.3 million pounds of scrap that you had at least

25     issued a purchase order from United for the first

Page 177

1     three months of 2024, right?

2     A.    Yeah.

3     Q.    So on the high end, that's roughly, at most, 2.8

4     million pounds, right?

5     A.    Okay.

6     Q.    Well, would you agree that considering what Faith

7     had rejected or refused to accept in 2023, plus the

8     maximum amount that you had placed a purchase order

9     from for the first three months of 2024, we're

10    looking at a maximum of 2.8 million pounds, right?

11    A.    Based only United scrap metal.  I would have

12    continued to buy from any and every other option or

13    opportunity to buy more scrap, just like I had all

14    along.

15    Q.    Right, but you had not issued a purchase order

16    for any of those, had you?

17    A.    No.  Those POs typically come spot when the

18    materials.  I go out looking for that material, and

19    when I find it, I buy it.  That's a --- I do a spot

20    P.O. on it.

21    Q.    But what I'm getting at is you agreed to pay the

22    29.31 cents a pound.  And I believe that you

23    testified earlier the reason you agreed to that is

24    because you were over a barrel with respect to the

25    purchase order you had issued to United for the first

Page 178

1    three months of 2024, plus the scrap that Faith had

2    refused to accept.

3    A.    Yes.

4    Q.    We add all that together, the stuff that you were

5    over a barrel for is about 2.8 million pounds.

6        Is that right?

7    A.    Okay.

8        Yes.

9    Q.    So in Exhibit 19, which is the January Purchase

10   Order, if at most you were over a barrel for roughly

11   2.8 million pounds at 29.31 cents per pound, right?

12   A.    Yes.

13   Q.    Why would Constellium agree to pay 29.31 cents

14   per pound for up to four million pounds if you were

15   only over a barrel for 2.8?

16   A.    Again, we're not agreeing to pay for a million

17   pounds, saying that a million pounds is the capacity

18   that's being made available, and I'm not going to get

19   all pounds  2.8 million in the first month.  This is

20   stretched out over three months of POs.  And so the

21   understanding is that I have to continue to ship that

22   material as it becomes available.  I need time to do

23   that.  So that's why I agreed to an extended period

24   of time on this, because I had to receive the scrap

25   that I committed to buy that I said I would buy.  It

Page 179

```
 1      isn't all going to show up, you know, a million

 2      pounds in a month.

 3      Q.    But it could?

 4      A.    If I could find it, it would.

 5      Q.    Let's go back to Exhibit P-18.  I believe that

 6      you said earlier that you would not --- you wouldn't

 7      agree to --- to, you know, draft a contract or

 8      provide a PO until you had an agreement on price per

 9      pound, right?

10      A.    Uh-huh.

11      Q.    And just so the record's clear, that's a yes,

12      right?

13      A.    Oh, yes.  Sorry.

14      Q.    No worries.  I understood.

15          Okay.

16      A.    I keep doing that, I'm sorry.

17      Q.    So in the top line Email, Exhibit 18, you write,

18      I am still working on the formal contract for 2024.

19      Once we have the contract all buttoned up, we will

20      still need POs functional day-to-day business.  So we

21      will use this PO regardless.

22          Do you see that?

23      A.    Yes.

24      Q.    What did you mean when you said you were still

25      working on the formal contract for 2024?
```

Page 180

1    A.    Just that is that, you know, looking at terms and

2    looking at what the contract was going to constitute

3    going forward for 2024.  And that had to do with

4    conversation, ongoing conversations that he and I had

5    continued to have throughout that period between that

6    email and this email.

7    Q.    Well, you knew the monthly quantities, right,

8    because you issued a purchase order?

9    A.    I didn't know the monthly quantities that I would

10   be able to buy.  I'm getting information from third

11   parties about the availability in the market of the

12   material.  So I have to collect information.  I have

13   to have forecasts from manufacturing facilities and

14   that sort of thing.

15        There's a lot of complexities to backing these

16   things up, and that's what makes this--- what made

17   that difficult is that, where are we going to end up

18   with as far as what we were going to deliver?  And

19   they kept demanding that I tell them how much were

20   going to deliver, which were in disagreement about my

21   ability to do that.

22   Q.    Had anyone --- at the time you wrote this, had

23   anybody at Constellium started drafting the contract

24   to which you were referring?

25   A.    No.

Page 181

1    Q.    So in the --- you and Garey Rittenhouse first

2    started discussing a formal written contract sometime

3    around June of 2023, right?

4    A.    Yes.

5    Q.    And in the months from June 2023 to into January

6    2024, nobody at Constellium had ever started drafting

7    a contract for Faith.

8       Is that right?

9    A.    No.  Yeah.

10   Q.    Yes, that's right?

11   A.    Yes.  That's correct.

12   Q.    Why not?

13   A.    Because we couldn't.  We were learning about the

14   availability of the material in the market, and we

15   couldn't come to some number that we were comfortable

16   with to put into a contract.

17   Q.    When --- number, what kind of number?  Like a

18   price per pound?

19   A.    There was ---.  Yeah.  So there's --- all the

20   numbers would be difficult to pin down, not knowing

21   what the availability was in the market.  And this

22   was something I talked to Garey about from the very

23   beginning.  And this even went back to conversations

24   that were had with Greg Goldstein and Goldy Metals.

25       When we first got to know each other was none of

Page 182

1    us knew how much poly 5052 was in the market.  We
2    didn't know where to go to get it.  We didn't know
3    exactly where it was because it was not an item that
4    we bought.  So I didn't have any historical knowledge
5    about what to expect from that, and that all had to
6    get defined in order to set parameters for some kind
7    of contract.
8    Q.    So at what point would it have been possible to
9    have certainty regarding the amount that you would be
10   able to purchase?  Like, how long would that take?
11   A.    Well, it could take years until I understood
12   that, so ---.  And I'll give you an example, was it
13   in 2023 the amount of available material went from
14   significantly north of a million pounds to not to 700
15   to 500 in some cases where we had to fight to get
16   extra pounds during the month of delivery, was still
17   buying pounds into Faith during the month of
18   delivery.
19       So there was an enormous amount of, like, market
20   volatility or, you know, variability in what was
21   available.  So it was very difficult to get data
22   points that would say we can expect to do X going
23   forward.  When we enter into contracts, we want them
24   to be a win/win.  We're not looking to, you know,
25   just pin everybody's ears back.  We want it to be

Page 183

```
 1      something that works for both of us.  And I had those
 2      conversations with Garey and I thought that's where
 3      were in the relationship, was we were trying to work
 4      together to figure out where the market was and what
 5      it was.
 6           Shredding poly 5052 was a new thing for them.
 7      Buying poly 5052 was a new thing for us.  And so we
 8      were going through this process of learning it all
 9      together until, you know, there was this conflict
10      over how much we generated during that year.
11      Q.   So it could have taken years to put this contract
12      together?
13      A.   It could have taken, I wouldn't characterize it
14      that way, Knox.  I would say it would have taken, it
15      could take a year or two to determine the factors
16      that we would use to make a contract.  The contract
17      take about three or four months, depending on how
18      long the red lines went back and forth, right?  But
19      we have to establish the details of the expectations
20      of both of us before we put it in a contract.
21           And when we work off of a PO, there's flexibility
22      there and everybody can do business and make money on
23      the PO, but once it comes into a contract, then
24      you're, you know, you're buttoned down, you're with
25      it.  And I can't put the company at risk, nor could
```

Ind / 30B6 Shawn George                      April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 184

1    Garey couldn't put Faith in a position where we

2    didn't know what we could produce for that contract

3    or toward that contract.

4    Q.    Is it your position that a purchase order ---

5    well, let me strike that.

6        You said wait, when you have a contract, you're

7    pinned down.  With a purchase order, you have

8    flexibility.

9        Is that right?

10   A.    Yes.

11   Q.    Is it your understanding that a purchase order is

12   not a contract?

13           ATTORNEY MEADOWS:

14           Object to the form.

15           THE WITNESS:

16           That it's not a contract?

17   BY ATTORNEY WITHERS:

18   Q.    Is that your understanding?  Subject to your

19   Counsel's objection.

20   A.    My understanding is a purchase order is a

21   purchase order.

22   Q.    Constellium's Purchase Order at the top, it says

23   Contract, slash, Purchase Order, right?  That's what

24   it says?

25   A.    That's what it says.

Page 185

1   Q.    All right.  I don't want to know what was

2   discussed, but I want to ask you this.  In 2024, did

3   you and Liz Hecker have any conversations about a

4   contract with Faith for 2024?  Don't want to know

5   what was discussed, just were there conversations?

6   A.    In 2024?

7   Q.    Yes.

8   A.    Yes.

9   Q.    Did you discuss a contract for Faith for 2024

10  with anyone other than the company's legal counsel or

11  outside the presence of the company's legal counsel?

12  A.    Well, I had --- or we talked about, you know,

13  Tabitha, you know, said, are we going to do a

14  contract?  That kind of thing.  I didn't talk about

15  the contract.  I talked about a contract, just ---.

16  Q.    Just more conceptually?

17  A.    Yeah.  Right.

18  Q.    Do you know how much scrap Constellium delivered

19  for Faith for processing in January of 2024?

20  A.    Not the top of my head.  No.

21  Q.    Does 356,320 pounds sound reasonable?

22  A.    Yeah.

23  Q.    And if you just don't have any basis to say,

24  that's fine.

25  A.    Yeah.

Page 186

1    Q.    That's fine.

2    A.    I don't, but that doesn't sound unreasonable.

3    Q.    Are you aware that on April 4th of 2024,

4    Constellium paid Faith $104,437.39 for the scrap

5    alloy that Faith actually processed for Constellium

6    in January of 2024?

7    A.    Yes.

8    Q.    Okay.

9        And I'll represent to you that if you divide

10   $104,437.39 by 0.2931, that results in 356,320

11   pounds, right?  You said that Constellium's payment

12   terms were net 45 days, right?

13   A.    Yes.

14   Q.    Do you know why it took Constellium until April

15   4th of 2024 to remit payment for the scrap that Faith

16   had tolled in January of 2024?

17   A.    I do.

18   Q.    And what is your understanding of that?

19   A.    Faith sent invoices that weren't accurate to the

20   goods receipts reports, and we couldn't match them up

21   and we requested corrected invoices.

22   Q.    And did you ever receive those corrected

23   invoices?

24   A.    We must have in order to make the payment.

25   Q.    Did Constellium deliver any scrap to Faith for

Page 187

1    processing in February of 2024?

2    A.    I don't recall.

3    Q.    What about March?

4    A.    Probably not.

5    Q.    And what about April?

6    A.    Definitely not.

7    Q.    And nothing --- certainly nothing thereafter.

8    A.    Nothing thereafter.  At one point, we went and

9    took everything out.

10   Q.    Did you have any discussions with Garey

11   Rittenhouse after January 9, 2024?  That's the date

12   of the Purchase Order regarding the amount of scrap

13   alloy that Constellium forecasted that it would

14   deliver to Faith in 2024?

15   A.    I had discussions with Garey, but not necessarily

16   about forecasting.

17   Q.    Did you have any discussions with Steve Stewart

18   or at Faith or Garey Rittenhouse in which either of

19   them informed you that Faith would be ceasing its

20   operations?

21   A.    No.

22   Q.    Did you have any discussions with either Garey

23   Rittenhouse or Steve Stewart to the effect that Faith

24   could not continue to operate its business profitably

25   if Constellium could not commit to deliver a minimum

Page 188

1    volume of scrap in 2024?

2    A.    No.

3    Q.    So --- and I think this is very similar to the

4    questions I just asked you, but I think they're a

5    little bit different, so I'm just going to go ahead

6    and ask.  At any point in time from January 1st,

7    2023, not '24, 2023, all the way through May of 2024,

8    at any point, did you have any discussions with Faith

9    or Garey Rittenhouse in which he mentioned at any

10   point during that time that Faith was considering

11   ceasing operations?

12   A.    No.

13   Q.    During that same time period from January 1st,

14   2023 through May of 2024, did you have any

15   discussions with Faith or Garey Rittenhouse where it

16   was mentioned that Steve Stewart was thinking about

17   retiring?

18   A.    No.

19   Q.    At any point in time during that same window,

20   January 1st, 2023, through May 31st, 2024, did you

21   have any understanding that at any point in that time

22   period that Constellium was Faith's only customer?

23   A.    No.

24   Q.    Do you know at any point in time from May 2023

25   through May 2024, whether Faith performed scrap ---

Ind / 30B6 Shawn George                      April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 189

1    tolling of scrap alloy for any other customer?

2    A.    I don't know that for fact.

3    Q.    Did there come a time when Constellium informed

4    Faith that Faith would not deliver additional scrap

5    to Faith for process?

6    A.    That we would not deliver?

7    Q.    Correct.

8    A.    To Faith?

9    Q.    Correct.

10   A.    In that timeframe?

11       I'm sorry, could you repeat the question?

12   Q.    Sure, sure.  Did there come a time when

13   Constellium informed Faith that Constellium would not

14   deliver any additional scrap to Faith for processing?

15   A.    There was a point in time where Garey and I had a

16   conversation that said, we're done.

17   Q.    Right.  And that's kind of the corollary question

18   I asked.  Did there come a time when Faith informed

19   Constellium that Faith would not accept any further

20   deliveries from Constellium?

21   A.    Yes, there was.

22   Q.    Tell me about that.  When --- tell me about that

23   conversation.

24   A.    We got an email that said that they were no

25   longer going to accept material from us and that we

Page 190

1    had a deadline to get our stuff off their property.

2    Q.    Who was that email from?

3    A.    I believe that was from Steve through Kim, if I

4    recall.

5    Q.    Did Garey Rittenhouse or anybody else acting on

6    Faith's behalf ever tell you that Faith planned to

7    purchase additional equipment in order to be able to

8    process scrap for Constellium?

9    A.    No.

10   Q.    Did Garey Rittenhouse or anyone else acting on

11   Faith's behalf ever tell you that Faith planned to

12   make other investments in its facilities in order to

13   process scrap for Constellium?

14   A.    Not just for us.  They had told me --- Garey had

15   told me that they were --- you know, that they had

16   big plans to expand and that kind of thing and do

17   other things.

18   Q.    What do you recall about that?  Like expand what?

19   A.    Additional capacity and processes on site to

20   support their 3X business and that sort of thing.

21   Those were conversations that happened early on.  You

22   know.

23   Q.    Was he specific about the investments that Faith

24   was going to make?

25   A.    No, not necessarily.  No.  He's portraying the

Page 191

1      company as growing and --- and, you know, bigger.

2      Q.    Handing you what's marked as Exhibit 20.

3                         ---

4            (Whereupon, Exhibit P-20, Email, was

5            marked for identification.)

6                         ---

7            THE WITNESS:

8            I've looked at this.

9      BY ATTORNEY WITHERS:

10     Q.    All right.  So this is an email chain from Garey

11     Rittenhouse to you, dated December 20th, 2023, right?

12     A.    Yes.

13     Q.    Okay.

14         And he says, hi, Shawn, a quick update for year-

15     end planning.  Post-Christmas, we will be installing

16     some new equipment into the production line.  We will

17     be receiving as normal, but will not be processing

18     until the start of January.

19         Do you see that?

20     A.    Yes.

21     Q.    So here he says that they would be receiving

22     product from Constellium, right?

23     A.    Uh-huh.

24     Q.    And --- but you had said earlier that there was

25     material that they had refused to accept.

Page 192

1    A.    Yeah.

2    Q.    So how do we square that?  Because here he says

3    they'll be receiving it, and you said they refused to

4    receive it?

5    A.    Well, there's got to be some email somewhere to

6    that effect because we were refused to ---.

7    Actually, United was refused deliveries to go into

8    there.

9    Q.    Okay.

10   A.    You know, we didn't schedule the inbound scrap.

11   Our suppliers did.

12   Q.    Okay.

13       Did you have any understanding as to what new

14   equipment they were going to be installing into the

15   production line?

16   A.    No.

17   Q.    Did he ever tell you they were purchasing a Wolf

18   Shredder?

19   A.    No.

20   Q.    Did he ever tell you they were purchasing a

21   BIVITEC screen?

22   A.    No, not that I recall about that.  These sort of

23   operations, the equipment is --- It's somewhat of a

24   self-destructive process, the equipment wears out.

25   So when somebody says, particularly somebody who has

Page 193

1    such a high-quality product, if they're

2    installing new equipment, my mind goes toward,

3    they're pulling out a worn piece for R and R, and

4    putting in a new piece.

5    Q.    So they just --- you didn't have any specific

6    discussions with Mr. Rittenhouse about this?

7    A.    No.

8    Q.    He says, let me know if you need anything from us

9    for the contract development since a draft of the

10   language when you have a chance so we can review as

11   well.  Obviously, you never ---?  Well, let me ask

12   you this.

13       Did you request anything else from them for the

14   contract development?

15   A.    From Faith?

16   Q.    Yes, or from Garey Rittenhouse?

17   A.    No.

18   Q.    And obviously, you never sent him a draft of the

19   contract language for his review?

20   A.    No.

21   Q.    Because it was never drafted?

22   A.    Correct.

23   Q.    If we go back to Exhibit 13.  So this was the

24   Exhibit where it says the deal pivots on the

25   availability to get certain scrap from United.  So

Page 194

1    there came a time --- or did there come a time, when
2    Constellium just had difficulty getting sufficient
3    availability of scrap to send to Faith for
4    processing?
5    A.    There was a time when the availability of scrap
6    diminished.
7    Q.    Okay.
8          When was that?
9    A.    That started in --- going into, I think, the end
10   of the third quarter, the beginning of the fourth
11   quarter, when it started to get tight.
12   Q.    Of 2023?
13   A.    '23.
14   Q.    And has it ---?  I imagine it's cyclical, right?
15   A.    It is.
16   Q.    Okay.
17         And has it rebounded since then?
18   A.    I don't know.  I'm not able to be in that market.
19   Haven't been since Faith stopped processing for us.
20   Q.    When you say that market, being the poly 5052?
21   A.    True.  Absent Faith, there's no way for me to use
22   it, so ---.
23   Q.    Do you know if there are any other processors who
24   can --- who process 5052?
25   A.    Many who process 5052.  Are you speaking of 52

Page 195

1    with poly?

2    Q.    Yes, 5052 with poly.

3    A.    With poly?

4        Not many.

5    Q.    And of the ones you're aware of, is Faith the

6    only one that could do it to meet Constellium

7    specifications?

8    A.    As far as I know, yes.

9    Q.    Handing you what's been marked as Exhibit 25.

10                           ---

11        (Whereupon, Exhibit P-25, Email Chain,

12         was marked for identification.)

13                           ---

14        THE WITNESS:

15        I've looked this over.

16   BY ATTORNEY WITHERS:

17   Q.    All right.  Have you seen this before?  I don't

18   think you're copied on it.

19   A.    I'm not copied on it, but it came to my

20   attention.

21   Q.    Okay.

22       Who brought it to your attention?

23   A.    Accounting.

24   Q.    This is a 20 --- January 25th, 2024 Email from

25   Melissa Facemyer to Steve Stewart.  Who is Melissa

Page 196

```
 1    Facemyer?
 2    A.    She's signed our accounts payable to team.  She's
 3    a lead in accounts payable.
 4    Q.    What is your understanding of what a lead means?
 5    Does that mean that she's kind of in a position of
 6    --- a supervisory position?
 7    A.    Yeah.
 8    Q.    The subject line of this email is return of
 9    invoice 3134-45000392846, slash, 167615.
10        Do you see that?
11    A.    Yes.
12    Q.    All right.  She writes under the word comments,
13    it says, the invoice was billed at the 250,000 versus
14    the actual processed weight.  Please rebill with the
15    correct weight.
16        Do you see that?
17    A.    Yes.
18    Q.    And then there's an invoice attached to this
19    email, and it's invoice number 3134, right?
20    A.    Yes.
21    Q.    And it references a weekly contract volume of
22    250,000 pounds?
23    A.    I see that.
24    Q.    At rate of .2931 cents per pound, right?
25    A.    Yes.
```

Ind / 30B6 Shawn George                                April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 197

1    Q.    For a total of $73,275, right?

2    A.    Yes.

3    Q.    Was it typical for Faith to issue weakly

4    invoices?

5    A.    I don't know what their invoice tempo was, but

6    not for weekly volume.  No.  It was for specific

7    material receipts.

8    Q.    So this has below, weekly contract volume.  It

9    says material receipts, January 1st through January

10   5th, 2024, indicates 113,763 pounds received, right?

11   A.    Yes.

12   Q.    Were their invoices typically --- did they

13   typically look like this without the line for weekly

14   contract volume?  Just weekly receipts?

15   A.    Yeah, and I want to be clear.  I didn't see the

16   invoices typically, right?  But because this got

17   kicked back because of this weekly contract volume

18   and an amount, you know, if they would have sent it

19   for the amount relative to the 113,763 pounds, it

20   would have got paid as long as that matched up with

21   the goods receipts in our system.

22   Q.    You said accounting brought this to your

23   attention.  What discussions, if any, did you have

24   with accounting about the subject matter, this

25   invoice?

Page 198

1    A.    I was just made aware that the invoice amounts

2    were not matching and that we needed new invoices to

3    be issued so that we could pay them.  Communications

4    with accounting are typically very sterile.

5    Q.    I can appreciate that.  Handing you what's been

6    marked as Exhibit 26.  Let me know when you've had a

7    chance to review that.

8                         ---

9          (Whereupon, Exhibit P-26, Letter, was

10          marked for identification.)

11                        ---

12         THE WITNESS:

13         I've looked this over.

14   BY ATTORNEY WITHERS:

15   Q.    All right.  Have you seen this document before?

16   A.    I believe so.

17   Q.    Okay.

18      It's not addressed specifically to you.  Instead,

19   it's just addressed to Constellium, but this is a

20   Letter from Steve Stewart at Faith Aluminum dated

21   January 29, 2024.  And he wrote --- he had the

22   purchase order number there.  And he wrote, we have

23   submitted three invoices, numbers 3134 on January 12,

24   3135 on January 15, and 3136 on January 22 for the

25   month of January per your purchase order number

Page 199

1    4500392846.

2         The final invoice for January is being submitted

3    along with this letter.  To date, two of the ---

4    excuse me.  Two of January invoices were returned to

5    us stating that they were billed incorrectly.  Again,

6    these invoices are not incorrect, as they were

7    submitted per the purchase order referenced above.

8    We need to know before noon today is Constellium

9    intends to honor PO 450039246 and pay all invoices

10   submitted for January?  If not, we are halting all

11   further shipments into our facility.

12        You see that?

13   A.    Yes.

14   Q.    Is this the communication you were referencing

15   when you said you got, I think you said an email, but

16   something from Steve Stewart saying they would not be

17   accepting further shipments?

18   A.    Yeah, and I believe, like, this Letter came in an

19   email, if I recall.

20   Q.    Okay.

21        In any event, it was around this time where Steve

22   Stewart communicated that unless certain conditions

23   were met, they would not be accepting anymore scrap?

24   A.    Yeah, it seems so.

25   Q.    Okay.

Page 200

```
 1      Do you remember who brought this Letter to your
 2   attention?
 3   A.    No, I don't remember.
 4   Q.    Do you know whether if it was accompanied by an
 5   email, whether you were copied on that email?
 6   A.    I don't remember.
 7   Q.    Okay.
 8      What, if anything, did you do in response to this
 9   email --- excuse me, this Letter, after you received
10   it?
11   A.    So once I received this, I contacted Garey and I
12   do remember.  And if my recollection is correct, it
13   was at this point where I made it very, very clear to
14   Garey that we could not and would not pay for pounds
15   that we did not process.
16   Q.    Okay.
17      Was that a conversation ---?  Was that a
18   telephonic conversation?
19   A.    Yeah, on the phone.
20   Q.    Did you provide a written response to this
21   Letter?
22   A.    Not that I recall.
23   Q.    Do you know if anybody at Constellium provided a
24   written response to this Letter?
25   A.    I don't know that.
```

Page 201

1    Q.    Did you discuss this Letter with anyone inside

2    Constellium?  Did you discuss this Letter with

3    anybody inside Constellium?

4    A.    Yeah, I'm sure I did.

5    Q.    Do you recall with whom you discussed it?

6    A.    I would have brought it up with Brian, my boss.

7    Q.    Okay.

8    A.    And I probably discussed it with at least

9    Michele.

10   Q.    Did you discuss it --- were ---?  When you

11   discussed it with Brian and/or Michele, was your

12   Counsel copied on --- your internal counsel or --- or

13   your external counsel, was any of your lawyers copied

14   on that?

15   A.    Not that I'm aware.  Not that I'm aware.

16   Q.    Tell me what you discussed with Brian about this

17   letter.

18   A.    Well, that I had already ---.  You know, it's ---

19   I keep Brian abreast of my --- my functions on a

20   weekly basis, monthly basis, right.  So he was

21   already aware that this was --- that the wheels were

22   coming off of this.  And so my discussion with him

23   along these lines was, like, okay, now we've got

24   this.  And, you know, I told him what my

25   communications with Garey had been and that sort of

Page 202

1  thing, and he basically, it kind of said, well, keep

2  me abreast of what's going on here, so ---.

3  Q.   Okay.

4      What conversations did you have with Michele

5  Brotherton about this letter?

6  A.   Michele, because of her function and the job that

7  she does and her position in the hierarchy, her

8  concern is, of course, for the company she works for.

9  And I said, okay, I'm going to be in contact with

10 Faith.  I'm going to work --- figure out what's going

11 on and work on this.  That was the nature of that

12 conversation.

13 Q.   Okay.

14     Handing you Exhibit 27.

15                    ---

16          (Whereupon, Exhibit P-27, Email, was

17          marked for identification.)

18                    ---

19          COURT REPORTER:

20          If I may, before you ask another

21 question, can I go to the restroom?

22          ATTORNEY WITHERS:

23          Absolutely.  I was waiting for you to

24 ask.  You probably don't want to be sitting here any

25 longer than I do.  So let's go off the record.

Page 203

```
 1                         ---
 2      (WHEREUPON, A SHORT BREAK WAS TAKEN.)
 3                         ---
 4            ATTORNEY WITHERS:
 5            All right.  What Exhibit did I hand
 6      him?
 7            COURT REPORTER:
 8            Twenty-seven (27).
 9            ATTORNEY WITHERS:
10            Twenty-seven (27).
11      BY ATTORNEY WITHERS:
12      Q.    All right.  Let me know when you've had a chance
13      to review Invoice Number --- excuse me, Exhibit
14      Number 27.
15            THE WITNESS:
16            I have looked at it.
17      BY ATTORNEY WITHERS:
18      Q.    Okay.
19         This is an Email Chain and relating to Faith
20      Invoice Number 3133, right?
21      A.    3132.
22      Q.    Excuse me.  3132, excuse me.
23      A.    Yes.
24      Q.    The first Email chronologically in the this
25      Exhibit is from Joshua Petrie or Petrie (changes
```

Page 204

```
 1    pronunciation) to Steve Stewart, dated January 30th,

 2    2024.  And the subject is Return of Invoice 3132.

 3    And it says return reasons, other.  See comments.

 4    And then below that, it says, will not be paying per

 5    Shawn George.  Do you see that?

 6    A.    Yes, I do.

 7    Q.    And then moving up the chain, I guess it looks

 8    like Steve Stewart forwarded this to Garey

 9    Rittenhouse.  Garey Rittenhouse forwarded to you.

10    And then I think --- you see the first email on this

11    page with the blue in the middle?

12    A.    Uh-huh.

13    Q.    Is that blue that's copy and pasted from

14    somewhere else?

15    A.    Yeah, I don't know.  This is Michele's email.  I

16    don't know where she pulled all this from, but I do

17    --- I know exactly what this is all about.

18    Q.    Yeah.  Tell me what this is about.

19    A.    As you know, Goldy was one of our suppliers.

20    They delivered a load that contained material that

21    Faith Aluminum doesn't accept.  There was box

22    material on the load, which they do not accept box

23    material.  There may have been some other items.

24        Faith issued a DMR, I believe it means Downgraded

25    Material Report, and then invoiced us for the
```

Page 205

```
 1    disposal cost of those unacceptable materials.  And I
 2    said, your --- the issue is with AVEC, with Goldy,
 3    not with --- with us.  They're the supplier.
 4         So when I --- I don't know who this --- I've
 5    never met Josh Petrie.  I don't know what his roller
 6    position is with the company.  And when I saw that
 7    this attached on the email said, we'll not be paying
 8    per Shawn George.  It's like, okay, whoa, timeout.  I
 9    didn't say that.
10         When I became aware of this, then I refereed
11    between Greg Goldstein and Garey to negotiate what
12    they were going to settle on as far as what was
13    allowable, unallowable, because there was dispute
14    between those two about what was allowed.  So I sat
15    on a phone call with the two of them while they
16    worked all those details out.  And eventually what we
17    settled to do was that we would pay the invoice and
18    then deduct the equivalent amount from what we paid
19    Goldy for the scrap.
20    Q.    So --- and thank you for that.  So this has
21    nothing to do with the alleged 2023 shortfall or the
22    work --- the materials that Faith processed or
23    planned to process for Constellium in 2024?
24    A.    That's true.
25    Q.    Okay.
```

Page 206

1    We just cut this short by five minutes.

2    A.    Okay.

3    Q.    We'll keep going.  All right.  I'm handing you

4    what's been marked Exhibit 2022 (sic) --- excuse me,

5    not 2022.  Long day.  Exhibit 22.  I will represent

6    to you that this is a Composite Exhibit consisting of

7    Text Messages between you and Garey Rittenhouse

8    between May of 2023 and February of 2024.  As with

9    all of the documents, you are certainly welcome to

10   read this entire thing, but I'm only going to ask you

11   questions about certain communications.

12                        ---

13        (Whereupon, Exhibit P-22, Texts, was

14        marked for identification.)

15                        ---

16        THE WITNESS:

17        Okay.

18        If you could direct focus on which you

19   have a question, I'm okay with that.

20        ATTORNEY WITHERS:

21        Yeah.  I don't want to waste your time.

22   BY ATTORNEY WITHERS:

23   Q.    Okay.

24        So if we go down to the page --- this runs from

25   page number 45 through 88, and I think some of them

Page 207

1    may be cut off at the bottom, but you should still be

2    able to read them.  But let's go to page 49.  Any of

3    your pages, the numbers cut off and you need little

4    bit of guidance, let me know, and I'll be happy to

5    point out what I'm looking at.

6    A.    Okay.

7    Q.    Okay.

8        So there is a text message, June 26, 2023.  In

9    the second paragraph, Mr. Rittenhouse writes, in the

10   interim, GA Plant was notified that outbounds were on

11   hold due to Ravenswood inventory.  When do you see

12   outbound shipments resuming?

13       Is that outbound from Faith to Constellium?  Or

14   is that outbound from a supplier to Faith?

15   A.    I'm trying to recall what that was about.  June

16   is not a typical inventory month for us.  However, we

17   cease receiving the last two days of every month to

18   do spot inventory checks of raw materials.

19   Q.    Uh-huh.

20   A.    And often when people call to make an appointment

21   and they get told they can't deliver in those last

22   two days, the explanation is we're doing inventory.

23   So I'm not sure that I recall exactly what that's

24   about, to be honest.

25   Q.    Fair enough.  Let's move to page 58.

Page 208

1    A.    Okay.

2    Q.    All right.  I want to direct your attention

3    specifically to the message on --- the first message

4    on August 15th of 2023, where Mr. Rittenhouse wrote,

5    hi, Shawn, circling around to see if we could get a

6    time frame put together for payment of the toll fees

7    that are eligible?  Thanks for the help.  Garey.

8        You see that?

9    A.    Yes.

10   Q.    When does a toll fee become eligible for payment?

11   A.    Upon processing.  So when the load delivers and

12   goes across their scale, that's not when the payment

13   terms begin.  They begin when they process that.  So

14   45 days after date of processing.

15   Q.    Okay.

16       Is there --- it appears from this --- were there

17   invoices that were beyond 45 days old at this point?

18   A.    I don't recall there being issues with that, and

19   there may have been invoices that went over due to

20   some administrative issue.  Maybe they didn't have a

21   PO attached.  Maybe the goods receipt didn't match.

22   You know, they were not ---.  I don't think it was

23   like a --- something that happened often because I

24   don't recall it being an issue.

25       Typically speaking, too, I think all companies

Page 209

1    are like this.  If that due date falls and like, if

2    we pay on Thursdays and that due date falls on a

3    Friday, that gets paid the next Thursday.

4    Q.    Got it.

5    A.    We don't normally pull in invoices, if that is

6    understandable?

7    Q.    No, I understand.  Let's go to page 65 and 66.

8    A.    Oh, I suddenly realized what the July --- the

9    June --- July inventory issue was.

10   Q.    Okay.

11         What's that?

12   A.    The  State of West Virginia does a property tax

13   calculation based on everything.

14   Q.    Uh-huh.

15   A.    And our raw material sitting on the ground gets

16   calculated into that and we will cut off receiving to

17   minimize the amount of stuff.

18   Q.    Gotcha' (sic).

19         Okay.

20         That makes sense.

21         Okay.

22         Just tell me when you've had a chance to look at

23   65 and 66.

24   A.    Okay.

25         Okay, I've read over that.

Page 210

1      Q.    Okay.

2            Page 65 has a photo of a truckload of scrap.

3            Is that a scale it's sitting on there?

4      A.    Yes, it is.

5      Q.    And so he wrote to you, Hi, Shawn.  This load

6      showed up today, and the sheets are over eight feet.

7      We can run it, but it won't happen until the new pre-

8      shredder is installed at the end of October.

9            Do you know what pre-shredder Faith was

10     installing?

11     A.    No.

12     Q.    And so you hadn't had any conversations with

13     Garey about the installation of a new pre-shredder?

14     A.    Yeah, I remember talking to Garey about an

15     October maintenance swing.  That's the way I

16     recollected is that they were shutting down for a

17     period of time for maintenance of equipment.  And my

18     concern at the time was to keep the finished goods

19     flowing.  And that was kind of the extent of my

20     concern for all that.

21     Q.    Turn the page to 67.

22     A.    Okay.

23           I've looked at that.

24     Q.    So on October 30th, when you say, okay, I spoke

25     to Lou at United.  We agreed to cut off deliveries

Page 211

```
 1    from November 16 through December 1st, resuming
 2    December 4th any appointments they have.  After
 3    November 15th, they will cancel and reschedule.  Can
 4    you let Kim know not to schedule any deliveries on
 5    our account after 11/25?  You see that?
 6    A.    Yeah.  Correct, and 11/15.
 7    Q.    I'm sorry, 11/15.  Thank you.
 8         Does this have to do with what we were talking
 9    about earlier, where, because of inventory, you ---
10    you didn't want --- you didn't want there to be any
11    inventory at Faith?
12    A.    Yes.  This was the cutoff for our physical
13    inventory at the 1st of December.
14    Q.    Okay.
15         And when does it become ---?  When does the scrap
16    become Constellium's property?  Is it once it's
17    delivered to Faith?
18    A.    Yes.
19    Q.    Okay.
20         Is that why you agreed to cut off deliveries from
21    United during this window?  Because if it was still
22    in United's possession, not Faith's, it was United's
23    inventory, and it didn't have to be accounted for as
24    part of Constellium's inventory process?
25    A.    Yes.
```

Page 212

1    Q.    Okay.

2         Just some of this stuff as I read through it.

3    Now, given the benefit of our discussion earlier, I

4    have a better understanding.

5         Okay.

6         Let's go to 73, please.

7    A.    Okay.

8    Q.    All right.  On December 13th, which was right

9    around the time that you were having the emails and

10   discussions, telephone calls with Garey Rittenhouse,

11   but on December 13th, you wrote, Garey, when can we

12   resume shipments?  And he responded, Kim is releasing

13   everything now, so immediately.  We'll send you the

14   draft performance proposal this afternoon.  And it

15   goes on.

16        So is this ---?  What shipments have been paused,

17   to your recollection?

18   A.    Yeah, that was --- I believe that was in that

19   time frame that --- when I was on vacation and we

20   were, you know, going back and forth about what Garey

21   said Steve said, you know, as far as the volumes and

22   such.  And that's where --- that's my recollection,

23   too, of them stopping our delivery.  Cease --- you

24   know, not allowing us to ship in.

25   Q.    Okay.

Page 213

1    A.    It was during that time period.

2    Q.    But then starting on December 13th, they said you

3    can resume deliveries immediately.

4    A.    Yeah, because we --- we stopped shipments in late

5    November because of the inventory.  And then, of

6    course, that put pressure in the pipe to start up

7    right away in December.  And when we went to start up

8    in December, then we were --- like, they weren't

9    giving appointments, and they were holding --- you

10   know, holding out, not responding to their

11   appointment requests.

12       And then because there's other parties involved,

13   right, it takes a little bit of time for that

14   information to flow back to me.  Like, it took a

15   while for Lou to call me or email me and say, hey, we

16   can't get appointments.  We're asking for

17   appointments.  They're not giving them to us.

18       There's a big difference, a distinction to be

19   made between not getting the appointment you want and

20   not being given an appointment at all.

21   Q.    Uh-huh.

22   A.    Frequently, people will complain about not

23   getting the appointment they want, but this was a

24   case where they were being told --- they were not

25   being responded to at all.

Page 214

```
 1    Q.    Okay.
 2          And that was because of the dispute, at least in
 3    Faith's eyes, that there was an issue with volumes
 4    delivered versus what they contended were volumes
 5    promised?
 6    A.    Yeah.  And then we got the --- then our truck
 7    driver coming back with a load was the one who said
 8    that he was told they were shutting down.
 9    Q.    Shutting down?
10    A.    Truck drivers.  You know, they --- the freight
11    guy says, well, they're shutting down.  The truck
12    driver says they're shutting down.  His boss says
13    they said they were shutting down for a few weeks.
14    Q.    What --- I'm sorry, when is this?
15    A.    That happened right after that, like, when we
16    resumed picking up and that sort of thing.
17    Q.    So this was --- they were shutting down their
18    operations, like, totally or shutting down as to
19    Constellium?
20    A.    The truck driver said they were shutting down.
21    That's ---and so once I got that information, I asked
22    Garey, what's going on, because I don't believe what
23    truck drivers always say.  And then that's when we
24    heard, well, they're shutting down for a few weeks.
25          And we had just come off of a backlog of material
```

Page 215

1    because we --- we stopped shipping because of

2    inventory.  They didn't receive.  We weren't getting

3    appointments.  So this material was backing up in the

4    system, and that's what my curiosity was about.  Why

5    are you shutting down for a couple weeks?

6    Q.    And that was in January?

7    A.    Yeah.

8    Q.    I'm sorry, I just want to go back real quick.

9    The backlog that you mentioned.  So due to inventory

10   reasons, you didn't --- you didn't want Faith

11   accepting any materials, and you wanted them to get

12   rid of any inventory that they had that was ---.  Get

13   rid of it?

14   A.    Process it.

15   Q.    Process it and send it to Constellium to

16   facilitate the inventory process?

17   A.    Yes.

18   Q.    Okay.

19        And then once that process, the inventory process

20   was complete, then it was like turning on the hose

21   again and --- to continue the metaphor, kind of scrap

22   was flooding into Faith.  And then there was the

23   issue; okay, well, if you're not going to be

24   accepting any ---.  I mean, that's --- that's the

25   backlog, right?

Page 216

1    A.    Yes.

2    Q.    Okay.

3         If we stay on that page.  Oh, is this what you're

4    referring to?  Garey, are you shredding and shipping

5    right now?  I got a cryptic email from our freight

6    guy that you will be down for a few weeks.

7         Okay.

8         I didn't read further than what I got.

9         Okay.

10        And he advised you that a new shredder was being

11   installed, but that shredding would resume over the

12   weekend or possibly as early as that day, right?

13   A.    Yes.

14   Q.    Did you --- beyond this communication, do you

15   have any understanding about the new shredder that

16   Faith was installing?

17   A.    No.  Not any in-depth understanding of what they

18   were doing.

19   Q.    Okay.

20        Well, let's skip over two pages, to page 75.

21   A.    Okay.

22   Q.    All right.  So in the first text on this page

23   from January 12th, you ask him, do you need --- do we

24   need a call today?  And he says he didn't have any

25   topics on his end aside from what was discussed

Page 217

1    yesterday, which we are working on.

2         Do you recall what you had discussed the day

3    before that he was working on?

4    A.    Not necessarily, no.

5    Q.    Okay.

6         Same page, dropping down to January 17th, he

7    wrote, quick question, how many pounds per month do

8    you have locked up with United?  Looking at a

9    workaround to see how many loads you would need to

10   consistently make a target of 789,000 pounds per

11   month.  Appreciate the insight and believe we can

12   close the gap.

13        For what problem did you understand Garey was

14   seeking a workaround?

15   A.    Yes.  So were just trying to reach the maximum

16   amount that we could of volumes.  And so at that time

17   were exploring alternative types of metal.  There was

18   oily punchings and other painted material and that

19   sort of thing.  That's what he's talking about.

20        I don't recall exactly.  That's a very specific

21   number, the 789,000.  That's a (sic) oddly specific

22   number.  Could have been a typo.  You know, with a

23   text, it can sometimes be a typo.

24   Q.    I know that.  So had you discussed any specific

25   target with Garey?

Page 218

1    A.    Yeah, we talked about 700,000 pounds as being a

2    bogey.  That was something that we wanted to have and

3    that, to be specific or to elaborate, right, that's

4    my number.  That's --- I have to do planning on a

5    month-by-month basis for the company to say how many

6    pounds I'm going to put into our SNOP plan.  And so

7    for me, from my standpoint, I want to cover x-amount

8    of pounds of 5052, want to toll x-amount of pounds.

9    I want to buy.  I want to sell.  I have all these

10   things that I'm trying to pull together.  So when I

11   say my target or my goal is 700, that's my goal.

12   That's not some minimum that they establish.  That's

13   my goal.

14   Q.    Your goal was 700,000 pounds a month?

15   A.    That's my self-established goal with the toll.

16   Q.    Do you have any understanding as to the gap that

17   he's trying to close that he refers to?

18   A.    Well, we had talked about what we --- what I

19   already had banked, which was, you know, the United

20   --- the United Scrap Metal.  We talked all the time

21   about what was out there and available to buy.  He

22   was also aware of the market because he was buying,

23   you know, buying scrap or knew --- knew people who

24   had scrap that came to him.  And so were exchanging

25   information and contacts, trying to track down more

Page 219

1    metal.

2         At that period in time, you know, again, we're

3    still just trying to work together to maximize the

4    amount of metal going through.

5    Q.    Let's go to 78.

6    A.    Yes.

7    Q.    Okay.

8         So on January 23rd, top of the page, you say to

9    Garey, got this text from United.  Meanwhile, we are

10   continuing to pull material through to no avail.

11   Morgan Olson way down on --- excuse me, way down with

12   additional layoffs.  So we're at 52 with 5052, with

13   poly, is off.

14        Is this what we were talking about earlier?  That

15   something was going on with Morgan Olson and whatever

16   ---?  Well, what was going on with Morgan Olson?  I

17   know you told me before.  I just can't remember.

18   A.    Their production was continuing to tail off to

19   the point where they eventually laid everybody off in

20   that facility and moved all that production to

21   Michigan.

22   Q.    Which made it --- which negatively impacted

23   Constellium's ability to obtain scrap?

24   A.    In a big way.

25   Q.    Okay.

Page 220

```
 1        Let's go to 80 and 81.
 2   A.    Okay.
 3   Q.    Okay.
 4        On January 25th, Garey Rittenhouse wrote to you.
 5   Can we arrange a time to talk today?  Need to discuss
 6   the January PO volume versus actual shipped issue
 7   again.  Steve requesting to invoice the stated
 8   January PO volume to regain some of the 2023 under
 9   shipped, and cover some of the under shipment amount
10   for January.  Looks like receipts for January are
11   going total $359,000 plus or minus.  Let me know when
12   we could connect.  I'm available on my mobile.
13        You responded you could talk around 3 P.M., and
14   then you asked him about some oily scrap.  And then
15   if we go to the next page, you say, my meeting ended
16   early, so you want to talk now?  And then he said,
17   sure thing.  Did you, in fact, speak with Mr.
18   Rittenhouse that afternoon?
19   A.    No.  I talked to him subsequent.  Like, I think
20   it might have been that Monday.
21   Q.    Okay.
22        So when he says --- when you said, my meeting
23   ended early, so you want to talk now?  He said, sure
24   thing.  Call you in a couple minutes.  Mobile number,
25   question mark.  You said, yes.  Despite that, you did
```

Page 221

1    not speak to him shortly after 2:30 p.m. on January

2    25th?

3    A.    Not that I recall, and I could be mistaken about

4    that, but I know that when we --- when we did talk

5    ---

6    Q.    Uh-huh.

7    A.    --- whatever that date might have been, in

8    specific response to this about January, was when ---

9    and his request to invoice for the stated PO volumes,

10   ---

11   Q.    Uh-huh.

12   A.    --- I specifically told him that we would not do

13   that.

14       That we would only pay for pounds that were

15   processed.  That we could not pay for things that

16   weren't done.

17   Q.    If we go back to page 80 at the top, he says,

18   need to discuss the January PO volume versus actual

19   shipped issue again.

20       Had you ---?  When had you, most recently before

21   this, discussed the discrepancies between the PO

22   volumes and the actual shipped volumes?

23   A.    Well, continued to get complaints from ---

24   through Garey about, you know, the volumes.  And I

25   said, you know, frequently in my response is if you

Page 222

1    guys don't give us the delivery appointments we're

2    never going to reach the volumes.

3        And so we were having this tit for tat back and

4    forth about, you know, well, you're not shipping.

5    Well, you're not giving us appointments.  And you

6    know, we thought were on the same page.  And so it

7    began --- I began to become aware that like Garey was

8    --- he was caught in the middle of that, that he was

9    trying to facilitate a solution, but you know, I'm

10   telling him what I can do and what I need to do and

11   he's telling me what Steve wants him to tell me and

12   those things aren't lining up.

13       And so the argument or the dispute was you're not

14   delivering enough metal in January.  And I'm saying,

15   well first of all, I never said I was going to

16   deliver that many, but you're not giving us

17   appointments either.  So I can deliver as many pounds

18   as I can if you give me the appointments.  And

19   ultimately, if you allow me to deliver as many pounds

20   as we can, then we don't have a dispute.

21   Q.    Uh-huh.

22   A.    He's coming to me and saying we want to invoice

23   you for more pounds.  And I'm saying, well then let

24   me deliver more pounds.  I thought the solution was

25   pretty simple.

Page 223

```
 1    Q.    Let's go to 83 and 84.  Actually, I don't mean to

 2    ask you about that, we talked about that earlier.

 3    A.    The DMRs?

 4    Q.    Correct.  But I do want to ask you on 84 about

 5    the text message from January 31st of 2024.  He says,

 6    he, Garey Rittenhouse says, quick question.  How many

 7    pounds of no- oily would you want to have ran as part

 8    of a wind-down process in February?  Steve and I

 9    trying to work out something that would work for both

10    parties.

11        Do you see that?

12    A.    Yes.

13    Q.    Tell me about the wind-down process.

14    A.    So at that point, they had said they weren't

15    going to receive any more metal from us.  And so at

16    that point, I began to turn down offers because I had

17    to run out what I already had purchase orders for.

18    And that was primarily with United.  And by that

19    time, I'd been holding United off so much that they

20    had become very frustrated and were complaining to me

21    that they couldn't see sit on that metal any longer

22    because they had already paid for it.

23        And so then Garey comes back with, what I felt

24    was kind of a conciliatory gesture, it's like, well,

25    what can we do to help with the wind downs?  You
```

Page 224

1   know?  And it seemed like trying to make nice a

2   little more.  I was like, well, I've already turned

3   down pound, you know? I could go get more pounds and

4   --- and buy them if you want a number.

5       We needed to make enough finished product to fill

6   trucks.  I didn't want to go pick up 20,000 pounds in

7   a truck and drive it all the way from Rockmart,

8   Georgia to Ravenswood.  So we're trying to balance

9   that.  The wind down was challenging because of that.

10  It's like, how many pounds are you going to bring in?

11  How many pounds are you going to process and what

12  we'll be able to pull out?  And trying to hit that

13  target was difficult.

14      All the while, continuing to argue about things

15  that just because you put it --- and I said this,

16  just because you put it in writing doesn't make it

17  so.  You send me these texts and these emails and you

18  say, I want to talk to you about this shortage.  I

19  categorically deny that there's a shortage there.

20  There's not a shortage because I never promised you

21  anything.  And that was the nature of a lot of our

22  phone calls at that point.  It had just become this

23  --- arguments.

24  Q.   So the next text message down, you responded,

25  we'll have to find out from United as they usually

Page 225

1   schedule their delivery with Rockmart early in the

2   month.  Also, I told Greg Goldstein not to buy a few

3   loads today based on thinking that our business

4   ceased on Friday.

5        What --- I don't know what day of the week

6   January 31st was, but what did you mean by thinking

7   that our business ceased on Friday?

8   A.    I believe we got an email letter from Steve

9   saying --- or a letter in the mail maybe, but

10  something from Steve saying he was cutting off

11  business with us.

12  Q.    And was that ---?  If you look back at --- and

13  again, I don't --- I guess I can find out.  Hold on

14  one second.

15       Okay.

16       The Exhibit 26 is dated January 29th.  That was a

17  Monday.  So this text message referring to a Friday

18  was January 31st, which was a Wednesday.  I'm just

19  trying to ---.

20  A.    Yeah, and I don't recall.  Like, it might have

21  been like, look, by the end of the week, we're not

22  taking any more metal, kind of a statement.

23  Q.    Right.

24  A.    But for --- as far as I was concerned, I heard

25  this --- I heard all this through Garey.  Steve

Page 226

1      didn't say this to me, but, like ---.  And I believe

2      that there was a --- there was some kind of a

3      communication from Steve to Constellium that said, as

4      of such and such a date, we're done.

5      Q.    And you believe that was something different than

6      what we looked at in Exhibit 26?

7      A.    I think it may be something different than that.

8      Q.    Let's look at Exhibit --- excuse me, not exhibit

9      --- still Exhibit 22, page 87.

10     A.    Yes.

11     Q.    Okay.

12          So on February 16th, you wrote to him, you've got

13     trucks to pick up Tuesday.  We need the revised

14     invoices so we can pay Faith.  That was the invoices

15     that reflect the volume that they actually processed,

16     as opposed to volume in the purchase order?

17     A.    Yes.

18     Q.    And then he responds a little over an hour later

19     saying, sorry, wrong recipient, but it also says

20     edited under that.  Do you recall if or how this text

21     was edited?

22     A.    I don't recall what he sent, but he recalled it.

23     You know, he pulled it.

24     Q.    Right.

25     A.    And I don't recall what it was that he sent it.

Ind / 30B6 Shawn George                     April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 227

1      Sometimes I'll go for long periods of time between

2      reading the texts.

3      Q.    Sure.

4      A.    And I didn't even know that he'd sent something

5      and pulled it back until I read this.

6      Q.    Okay.

7          But for this February 16th text at 10:53 a.m.

8      where you say we've got trucks to pick up Tuesday,

9      that was intended for Garey Rittenhouse, right?

10     A.    Yes.

11     Q.    So we've talked at great length today about the

12     notion that you've said that Constellium cannot agree

13     to pay for or contract for minimum volumes because of

14     the volatility in the market, availability of scrap,

15     and, you know, you're not able to commit to something

16     that you don't know a hundred percent you're going to

17     be able to deliver.

18         Is that fair assessment?

19     A.    That's fair.

20     Q.    So --- and were you, at all times, to your

21     knowledge, clear with --- in your communications with

22     Garey Rittenhouse that that was the deal?  That you

23     were not committing to any minimum amounts per month?

24     A.    Yes, I was very clear, and I often talked to him

25     about the learning process of that scrap stream.

Page 228

1    And, you know, we talked about it together because he

2    didn't know anything about that scrap stream either

3    and we were learning.  They were producing a new

4    product on the basis of a previously unused scrap

5    stream, and we were all learning together.

6    Q.    And that scrap stream was 5052?

7    A.    Fifty-two (52) with poly.

8    Q.    Do you have any understanding of what Faith's

9    monthly operating costs are?

10   A.    No.

11   Q.    So would you expect that Faith has monthly

12   operating costs that it has to pay regardless of ---.

13   Well, if you --- if Constellium delivered zero pounds

14   to Faith and, therefore, Faith had no revenue, you

15   would understand that Faith still has costs of being

16   open and keeping that facility going, payroll and so

17   forth, right?

18   A.    Understood.

19   Q.    Would it surprise you to learn that during the

20   time of the business relationship between Constellium

21   and Faith that, in fact, Constellium was Faith's sole

22   customer?

23   A.    That was never my understanding.

24   Q.    You had an understanding that they had other

25   customers?

Page 229

```
 1      A.    My first meeting with Garey, he portrayed the

 2      company as having its own business in the 3X, you

 3      know, product, and that our business was a novel

 4      business that they had just started to get into when

 5      they did the work with Goldy.  And so were just on

 6      the forefront of a new product line that they were

 7      developing.

 8      Q.    Do you have any understanding of how quickly

 9      Faith could switch from processing the 3003 to the

10      5052?  Like, I mean, is it something ---?  Did you

11      have any understanding of how long it took to switch

12      between running those shreds?

13      A.    I have firsthand experience, knowledge, of what

14      it takes to run an operation like that and switch

15      alloys.  I don't know about Faith.

16      Q.    Sure.  Based on your experience, how long does it

17      take?

18      A.    It depends.  It depends on what you're doing and

19      the scope or extent of what you have to do.

20      Q.    So what's a reasonable range?

21      A.    I can't speak for Faith.

22      Q.    Based on what you've seen?

23      A.    A day.

24      Q.    A day?

25            Has Constellium ever entered into any contracts
```

Page 230

1    with any of its processors where it agreed to pay a

2    pay rate for a certain amount per month regardless of

3    the amount actually delivered for processing?

4    A.    Not that I'm aware of.  Nobody does that.

5    Q.    Do you have any knowledge as to whether Faith

6    ever sold any of its equipment from the Rockmart

7    Georgia plant?

8    A.    After the fact.

9    Q.    That they sold it after the fact or you had

10   gained knowledge after the fact?

11   A.    I gained knowledge after the fact.

12   Q.    What equipment do you understand the Faith sold?

13   A.    All of it.

14   Q.    And how did you come to get that understanding?

15   A.    I think it's known in the industry.

16   Q.    Do you have any knowledge as to why Faith sold

17   its equipment?

18   A.    No.  That's their business.

19   Q.    Okay.

20       So you don't have any knowledge as to why?

21   A.    No.

22   Q.    Does Constellium typically enter into written

23   contracts?  Withdraw that.

24       Does Constellium typically allow a processor to

25   begin work, tolling work, without a purchase order in

Page 231

1    place?

2    A.    Not typically.

3    Q.    Okay.

4        So we had looked at one point, trying to

5    remember.  It's Exhibit 12.  And you testified that

6    you had not been able to find any documentation that

7    shows that Constellium sent this 2023 purchase order

8    to Faith.

9        Correct?

10   A.    Yes.

11   Q.    And just so the record's clear, and I realize

12   it's a function of the way I asked the question.

13   Yes.  You have not been able to find any evidence

14   that they submitted it?

15   A.    That's correct.

16   Q.    Okay.

17       And you said that when we talked about adding

18   lines to this for the months of July through

19   December, that there should be a purchase order out

20   there that shows those lines.

21       Correct?

22   A.    That's correct.

23   Q.    But you haven't seen it.

24       Correct?

25   A.    That's correct.

Page 232

```
1    Q.    And you don't --- but you say it must exist

2    because the only way that you could pay Faith is if

3    the --- if there was a purchase order to match up to

4    the invoice.

5         Correct?

6    A.    That's correct.

7    Q.    Okay.

8         So there must somewhere be a purchase order that

9    has all those various line items on it, right?

10   A.    Yes.  And if I could elaborate there?

11   Q.    Sure.

12   A.    There's --- the purchase order number stayed the

13   same, and then there would be a suffix, a dash for

14   the line number, dash 102030.  That would exist in

15   the system, not necessarily on paper.

16   Q.    Okay.

17        And so do we know ---?  So it exists in the

18   system, but you haven't seen it?

19   A.    Correct.

20   Q.    And do you know whether anybody at Constellium

21   ever provided any version at all of this document?

22   Whether it's version one, two, for all the lines, any

23   of it, to Faith?

24   A.    I don't know that.

25   Q.    Almost done.
```

Ind / 30B6 Shawn George                        April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 233

```
 1        Okay.
 2        Handing you what's marked Exhibit 21.  Let me
 3   know once you've had a chance to look at.
 4                           ---
 5           (Whereupon, Exhibit P-21, Email Chain,
 6           was marked for identification.)
 7                           ---
 8           THE WITNESS:
 9           I've looked over it.
10   BY ATTORNEY WITHERS:
11   Q.    All right.  Have you seen this document before?
12   A.    Yes.
13   Q.    This is a June 15th, 2023 Email Chain between you
14   and Jennifer Fife and Tabitha Sizemore and Dave
15   Griffith, right?
16   A.    Yes.
17   Q.    In the earliest email chronologically in this
18   chain, which starts at the bottom of the first page
19   of this Exhibit, subject line is Faith Aluminum.
20   It's from Jennifer Fife to you, and she says, for
21   Faith Aluminum, as I understand it, they are
22   providing a service for us.  With that, you would
23   need executed service terms and conditions.  It's my
24   understanding, they have already processed a large
25   amount of the material without a PO
```

Page 234

1     First, as a business owner, I would never do

2     that, but that's on them.  We have no obligation to

3     take the material without a PO.  Second, if they

4     would receive the material that we own and there is

5     an incident, not having T's and C's is huge risk for

6     us and not look favorable in Court.  All work should

7     be covered by executed T's and C's.

8         Do you see that?

9     A.    Yes.

10    Q.    So were you aware that before, or were you aware

11    before June 15, 2024, that Constellium's position was

12    that it would need an executed service terms and

13    conditions?

14    A.    No, not necessarily.  And we --- because we had

15    always done our toll POs the same.  So I didn't

16    deviate from the way we did our toll POs when I did

17    this toll PO.

18    Q.    Okay.

19        Then what --- do you know what --- why did Ms.

20    Fife think this was such a big deal?

21            ATTORNEY MEADOWS:

22            Object to form.

23            THE WITNESS:

24            Yeah.  It seems a bit dramatic to me.

25    BY ATTORNEY WITHERS:

Page 235

1    Q.    Do you know whether Faith had requested a

2    purchase order as of June 15th, 2023?

3    A.    Not that --- you know, not that I remember

4    specifically.  We were going through setting them up

5    in the system and that's a clunky and slow process

6    and that sort of thing, and there was a holiday

7    involved there as well, so ---.

8    Q.    Okay.

9          In response, you state they've processed over

10   500,000 pounds so far for --- so far, of a total of

11   1.5 million that is supposed to be delivered in June.

12   They will process between pounds  700,000 and 1.5

13   million pounds for us ongoing, through at least, the

14   end of 2023.  There was a lot of competitive pressure

15   on this opportunity, and I ended up getting ahead of

16   the pack, getting it locked up.

17         Do you see that?

18   A.    Yes.

19   Q.    And at the end of that message, last paragraph,

20   I'm working with Liz and legal to get a tolling

21   contract written up.  I've been communicating with

22   Faith almost daily to that end.  Faith is also

23   sending Michele receiving inventory and production

24   reports.  I think all the info is there.  It's just

25   not well organized yet.

Page 236

1        You see that?

2   A.    Yes.

3   Q.    What was the competitive pressure that you were

4   referring to in this email?

5   A.    They had a deal with Novelis on the poly 5052,

6   and Novelis was not taking the pounds.  It was in

7   violation of their contract with Novelis.  So there

8   was an opportunity there to give them an alternative

9   home for the material, take it away from my

10  competitor and use it to our advantage.

11  Q.    And who --- when you said you were getting ahead

12  of the pack, who in the pack?

13  A.    What I meant by that is, that working with three

14  different --- three different points on all this.

15  It's that things weren't always lining up A, B, C, D,

16  E.  It was hard to control all three of those entry

17  levels.  And so, you know, metal started flowing

18  before we got them set up in the system.

19       I, at the time, didn't realize what it took to

20  get them set up in the system and how long that would

21  take.  So we move forward with moving materials, you

22  know, with that PO request in the system, but it sat

23  there waiting.  The PO issuance sat there waiting for

24  all that other information to get entered and get

25  them set up.

Page 237

```
 1      Q.    How long does it typically take to get somebody
 2   set up in the system?
 3      A.    Now it only takes about a week.
 4      Q.    What about back then?
 5      A.    You know, it probably took about a week or more.
 6   It depends on how fast the person responds to the ---
 7   to the document requests and that kind of thing, too.
 8      Q.    Why did you say that Faith will process between
 9   700,000 pounds and 1.5 million pounds for us, going
10   through at least the end of 2023?
11      A.    Because that was the estimate of the volumes that
12   we would move.
13      Q.    Well, why didn't you say they are offering to
14   process at least that ---?  I mean, it sounds ---.
15   You would agree, the way it's written, it sounds
16   different than saying that's the capacity that
17   they're making available?
18            ATTORNEY MEADOWS:
19            Object to form.
20            THE WITNESS:
21            Yeah.  I think we're mincing words.  I
22   mean, I'm writing --- I'm typing a letter to a
23   colleague, an email to a colleague to try and assuage
24   her fears about the nature of the business we're
25   doing.  I didn't parse the words to try to describe
```

Page 238

1    the deal to her in that manner.

2    BY ATTORNEY WITHERS:

3    Q.    Kind of like how the purchase order says quantity

4    ordered versus capacity available, right?

5            ATTORNEY MEADOWS:

6            Object to form.

7            ATTORNEY WITHERS:

8            I mean, ---.

9            THE WITNESS:

10           No, I mean, I wrote they'll process

11   between 700,000 and 1.5 million pounds for us

12   ongoing. That's what I meant.  That that's what I

13   said.

14   BY ATTORNEY WITHERS:

15   Q.    And do you think that was Faith's understanding

16   as well?

17   A.    I sure hope so.  We did a deal.

18   Q.    All right.  Take one more look at Exhibit 30, if

19   you would?

20   A.    Thirty (30)?

21   Q.    Thirty (30), three-zero.

22   A.    Having trouble keeping track of all these stacks.

23   Q.    No problem.  We're getting--- I'm not introducing

24   any new exhibits for you today, so ---.

25   A.    There it is.

Page 239

1       Okay.

2       Q.    All right.  So this is a document we looked at

3       earlier.

4       Okay.

5       If we look at the --- the email at --- the bottom

6       email on the first page of this --- or second bottom

7       email, the one that says, Dave, if a supplier finds a

8       better rate.  That's what I'm talking about.

9       A.    Okay.

10      Q.    With me?

11      A.    Yes.

12      Q.    It says --- the next paragraph says, Constellium

13      will own the scrap delivered to Rockmart and pay the

14      processor who is committed to keeping two million

15      pounds of processed material on hand for us to ship

16      from.

17      See that?

18      A.    Yes.

19      Q.    So tell me about that commitment that Faith made

20      to keep two million pounds of processed material on

21      hand for you to ship from.

22      A.    That's what they said they could do.  They could

23      sit on two million pounds of processed material.

24      Q.    So --- and I'm not --- I promise you, I'm not

25      trying to mince words or parse words, but ---.  So

Page 240

1    this did not mean that they had agreed to keep two

2    million pounds of processed material?  It means that

3    they had agreed that if you provided it, they could

4    --- they could store up to two million pounds.

5        Is that what this means?

6    A.    Yeah.  Remember earlier I mentioned about needing

7    to be able to regulate the flow in and out?

8    Q.    Uh-huh.

9    A.    And so it's important that they have that

10   capacity.

11   Q.    Okay.

12       So just to be clear, Faith had not committed to

13   actually keeping two million.  They just said they

14   could keep up to two million pounds.

15   A.    And that's the spirit of all of these numbers.

16   All of these numbers, my 700,000, their two million,

17   those are all saying that we can do this.  This is

18   what can be done.  This is what we're shooting for.

19   These are goals.  Those aren't commitments.

20       I didn't go to them and say, well, you got to sit

21   on pounds  two million pounds of my finished goods

22   until I come get it, because that's what you said you

23   would do.  There's no reason to do that.  We want to

24   keep the material moving any more than in a situation

25   like this where we say, you know, our goal is

Page 241

1    700,000.  That's not saying I'm going to do 700,000

2    guaranteed.

3    Q.    Does any of the documents that we've looked at

4    today say that 700,000 is a goal that you recall?

5    A.    No.  Those were my conversations with Garey

6    frequently.

7          ATTORNEY WITHERS:

8          Okay.

9          Let's go off the record.  Give me just

10   a minute to look back through my notes.

11                           ---

12   (WHEREUPON, A SHORT BREAK WAS TAKEN.)

13                           ---

14         ATTORNEY WITHERS:

15         Just a few follow-up questions.

16   BY ATTORNEY WITHERS:

17   Q.    Okay.

18      So Mr. George, I've kind of segregated out in

19   front of you, Exhibit 16, 17, 18 and 26.  And I just

20   want to --- briefly on Exhibit 16, the paragraph per

21   our earlier discussion, Steve and I have concerns.

22   And he talks about the lower-than realized production

23   volumes versus the planned production volumes of $1.3

24   million, three-point million pounds in 2023.  And you

25   said earlier, I believe, you had no idea where ---

Page 242

1    where he got those numbers.

2        Correct

3    A.    I don't know where he got the $1.3 million from.

4    Q.    The $1.3 million.

5        And you understood him to be saying per month on

6    that, right?

7    A.    Yes.

8    Q.    Okay.

9        There was never any written response to this

10   email disputing what --- what he had written here?

11   At least as far as you know.  Correct?

12   A.    Yes.  Correct.

13   Q.    Okay.

14       And if we look at Exhibit 17, this recaps an

15   email ---  or excuse me, this email recaps a

16   conversation that you had with him on December 14th.

17   And he lists out a bunch of things that, you know, he

18   says you talked about and all these numbers and you

19   said you didn't agree with the numbers.

20       Correct?

21   A.    Correct.

22   Q.    But there's never any written response saying

23   that you disputed any of this, is there?

24           ATTORNEY MEADOWS:

25           Object to form.

Page 243

```
 1           THE WITNESS:

 2           No.

 3   BY ATTORNEY WITHERS:

 4   Q.    And in Exhibit 18, where you say, hi, Garey, I've

 5   written this PO to encompass January through April at

 6   the 0.2931 cents per pound rate we previously

 7   discussed, there's no indication in this email either

 8   that you disagreed with any of the points that Mr.

 9   Rittenhouse had raised in Exhibits 16 or 17, right?

10   A.    No.  This is about a conversation, multiple

11   conversations, that happened over a couple of weeks.

12   Q.    But nothing in writing disputing anything that he

13   had brought up in those conversations.

14       Correct?

15   A.    No.  This wasn't a description of that.  It was

16   just the end result.

17   Q.    And if we look at Exhibit 26, that's the email

18   --- or, excuse me, that's the letter from Faith

19   Aluminum, Steve Stewart, saying that these invoices

20   are not incorrect.  They were submitted per the

21   purchase order referenced above.

22       To your knowledge, nobody at Constellium ever

23   provided a written response to this letter, did they?

24   A.    No.  We said they were incorrect.

25   Q.    Right.
```

Page 244

1    A.    And we stood by that.

2    Q.    Right.  But you never responded in writing to

3    this letter saying that, Steve Stewart, you're

4    incorrect, did you?

5    A.    No.  We continued to ask for corrected invoices.

6    Q.    Right.

7    A.    But in writing, no emails were sent.  Please

8    correct the email --- or the invoices.

9    Q.    And I understand that, and maybe I'm drawing too

10   fine a distinction, but did anybody at Constellium

11   ever say, in response to your Letter of January 29,

12   2024, the invoices are correct because we never

13   agreed to pay for, you know, scrap that you didn't

14   toll and we didn't agree to pay a million dollars on

15   the purchase order?  I realize I'm putting together a

16   hypothetical response there, but was there ever

17   anything like that?

18             ATTORNEY MEADOWS:

19             Object to form.  You can answer.

20             THE WITNESS:

21             No.

22             ATTORNEY WITHERS:

23             All right.  I will pass the witness.

24             ATTORNEY MEADOWS:

25             Defendant doesn't have any questions.

Ind / 30B6 Shawn George                         April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 245

1          ATTORNEY WITHERS:

2          Okay.

3          Mr. George, thank you very much for

4    your time.  I know it's been a long day, but I

5    appreciate it and congratulations on your retirement.

6          MR. GEORGE:

7          Thank you.

8          COURT REPORTER:

9          Oh, and I need to confirm, just per my

10   Company's policy, with both attorneys, whether or not

11   you would like a copy of the transcript?

12         ATTORNEY MEADOWS:

13         I would like a copy.

14         ATTORNEY WITHERS:

15         Yeah.  We'll do e-tran.

16         COURT REPORTER:

17         Mini or full?

18         ATTORNEY WITHERS:

19         We'll just take both.

20         ATTORNEY MEADOWS:

21         And what's a good email for you?  I

22   already have Attorney Withers.

23         ATTORNEY WITHERS:

24         Okay.

25         ATTORNEY MEADOWS:

Page 246

1          John.Meadows@Steptoe-Johnson.com.

2                  *  *  *  *  *  *  *  *

3          DEPOSITION CONCLUDED AT 5:11 P.M.

4                  *  *  *  *  *  *  *  *

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 247

STATE OF WEST VIRGINIA  )

CERTIFICATE

I, Corey Riner, a Notary Public in and for the
State of West Virginia, do hereby certify:

That the witness whose testimony appears in the
foregoing deposition, was duly sworn by me on said date,
and that the transcribed deposition of said witness is a
true record of the testimony given by said witness;

That the proceeding is herein recorded fully and
accurately;

That I am neither attorney nor counsel for, nor
related to any of the parties to the action in which these
depositions were taken, and further that I am not a
relative of any attorney or counsel employed by the
parties hereto, or financially interested in this action.

I certify that the attached transcript meets the
requirements set forth within article twenty-seven,
chapter forty-seven of the West Virginia Code.

Corey Riner, Court Reporter

Ind / 30B6 Shawn George                                April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

Page 248

```
 1   John Meadows

 2   John.Meadows@Steptoe-Johnson.com

 3                    April 15, 2025

 4   RE: Faith Aluminum Company v. Constellium Rolled Products
         Ravenswood, LLC

 5       4/1/2025, Shawn George (#7265415)

 6       The above-referenced transcript is available for

 7   review.

 8       Within the applicable timeframe, the witness should

 9   read the testimony to verify its accuracy. If there are

10   any changes, the witness should note those with the

11   reason, on the attached Errata Sheet.

12       The witness should sign the Acknowledgment of

13   Deponent and Errata and return to the deposing attorney.

14   Copies should be sent to all counsel, and to Veritext at

15   cs-southeast@veritext.com.

16    Return completed errata within 30 days from

17   receipt of testimony.

18     If the witness fails to do so within the time

19   allotted, the transcript may be used as if signed.

20

21

22               Yours,

23               Veritext Legal Solutions

24

25
```

```
                                               Page 249

 1    Faith Aluminum Company v. Constellium Rolled Products

      Ravenswood, LLC

 2    Shawn George (#7265415)

 3                E R R A T A   S H E E T

 4    PAGE_____ LINE_____ CHANGE_____

 5    _____

 6    REASON_____

 7    PAGE_____ LINE_____ CHANGE_____

 8    _____

 9    REASON_____

10    PAGE_____ LINE_____ CHANGE_____

11    _____

12    REASON_____

13    PAGE_____ LINE_____ CHANGE_____

14    _____

15    REASON_____

16    PAGE_____ LINE_____ CHANGE_____

17    _____

18    REASON_____

19    PAGE_____ LINE_____ CHANGE_____

20    _____

21    REASON_____

22

23    _____      _____

24    Shawn George                              Date

25
```

Page 250

1    Faith Aluminum Company v. Constellium Rolled Products
     Ravenswood, LLC
2    Shawn George (#7265415)
3                    ACKNOWLEDGEMENT OF DEPONENT
4        I, Shawn George, do hereby declare that I
5    have read the foregoing transcript, I have made any
6    corrections, additions, or changes I deemed necessary as
7    noted above to be appended hereto, and that the same is
8    a true, correct and complete transcript of the testimony
9    given by me.
10
11   _____    _____
12   Shawn George                         Date
13   *If notary is required
14                    SUBSCRIBED AND SWORN TO BEFORE ME THIS
15                    _____ DAY OF _____, 20____.
16
17
18                    _____
19                    NOTARY PUBLIC
20
21
22
23
24
25

Ind / 30B6 Shawn George                                     April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[& - 18]**                                                 Page 1

| & | | | |
|---|---|---|---|

**&**

**&**   2:7 3:11

**0**

**0.10**   165:13
**0.29**   163:13,16
**0.2931**   162:16
162:17 164:16
186:10 243:6
**0.70**   152:16
**0.72.**   120:6
**00151**   1:7
**01**   87:1
**02**   86:3
**03**   84:16
**04**   83:9

**1**

**1**   1:16 2:9 5:6
41:22,22 42:3
163:13
**1,000,000**
114:11 164:22
166:9
**1,000,007**
164:11
**1,172,400.00**
164:12
**1,500**   27:6
**1.0**   97:16,24
126:9
**1.0.**   168:19
**1.00**   167:19

**1.3**   137:23
139:6,7,10
241:23 242:3,4
**1.5**   75:5 76:6
97:13 103:4
104:10 116:10
116:24 118:17
118:18 123:16
124:2 172:21
173:9 176:23
235:11,12
237:9 238:11
**1.5.**   112:14
**10**   5:16 82:2,11
110:14 131:23
**102030**   232:14
**104**   5:18
**104,437.39**
186:4,10
**107**   5:19
**108**   7:4
**109**   7:4
**10:00**   2:10
**10:53**   227:7
**10th**   13:18
**11**   5:17 92:3,7
129:9
**11/15**   211:6,7
**11/25**   211:5
**110**   7:4
**113,763**   197:10
197:19
**11th**   62:1

**12**   5:19 9:13
13:25 32:20
100:22,22
108:22 109:1
121:2 153:2
167:17 168:5
198:23 231:5
**123**   5:20
**126**   7:4
**129**   5:21
**12:30**   104:24
**12th**   176:6
216:23
**13**   5:5,20
124:18,22
137:5 193:23
**130**   5:22
**135**   5:23 7:5
**13th**   212:8,11
213:2
**14**   5:21 130:21
130:23 131:1
147:19 150:8
**143**   5:24
**145**   5:25
**149**   7:5
**14th**   148:25
159:15 242:16
**15**   5:22 131:11
131:15 198:24
234:11 248:3
**1520**   111:2
**155**   7:5

**156**   6:5
**159**   6:6
**15th**   208:4
211:3 233:13
235:2
**16**   5:23 58:24
75:6 123:17,20
124:3 136:20
136:23 147:24
211:1 241:19
241:20 243:9
**167615**   196:9
**169**   7:5
**16th**   68:7
226:12 227:7
**17**   5:25 46:14
48:1 104:17
147:5,8 148:18
241:19 242:14
243:9
**170**   7:5
**1700**   3:13
**171**   3:5 7:5
**17th**   2:8 3:5
217:6
**18**   6:5 116:17
118:23 122:15
123:19,20
124:12 125:24
126:8 136:6
151:21 152:13
157:23,25
179:5,17
241:19 243:4

Ind / 30B6 Shawn George                                          April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[182 - 2024]**                                                        Page 2

| | | | |
|---|---|---|---|
| **182**  7:5 | **20**  6:7 13:7 | 102:13,17,17 | 188:24 191:11 |
| **189**  6:7 | 32:20 46:15 | 102:20 103:7 | 194:12 205:21 |
| **18th**  129:9 | 48:1 77:11 | 103:19 104:2 | 206:8 207:8 |
| **19**  6:6 58:20 | 95:2 148:16 | 104:16 106:8 | 208:4 220:8 |
| 60:8 161:15,18 | 153:7 154:22 | 109:16 111:17 | 231:7 233:13 |
| 178:9 | 166:1 191:2,4 | 111:20 114:9 | 235:2,14 |
| **193**  6:8 | 195:24 250:15 | 114:11,25 | 237:10 241:24 |
| **196**  6:9 | **20,000**  224:6 | 115:10,17 | **2024**  87:13 |
| **1983**  19:6 | **200**  6:10 | 116:11 117:20 | 88:3,21 90:14 |
| **19th**  74:16 | **200,000**  154:11 | 117:22 119:16 | 91:10 128:19 |
| 92:14 | 175:25 | 119:25 120:23 | 140:4,6 141:11 |
| **1st**  68:7,13 | **2022**  206:4,5 | 125:5 129:8 | 142:5,13 |
| 79:21 83:7 | **2023**  34:11,15 | 131:23 132:4 | 143:12,25 |
| 85:3,7,20 86:4 | 40:19 41:9 | 135:6,17 136:3 | 144:1,7,12 |
| 86:21 87:2 | 42:15,20 44:17 | 136:7,8,14 | 148:9,10,12 |
| 89:17,23 90:4 | 44:23 51:16 | 137:5,23 | 149:4,21,21 |
| 91:7 129:9 | 52:15 58:2 | 139:11,23 | 152:20,22,23 |
| 188:6,13,20 | 61:13 62:1 | 140:1 142:6,9 | 153:3 154:6 |
| 197:9 211:1,13 | 65:5 67:11 | 143:4 144:18 | 156:8 158:9,22 |
| **2** | 68:7 72:20 | 144:19,20 | 160:4,22 162:4 |
| | 73:10 74:7,16 | 145:17 147:19 | 163:5,8,23 |
| **2**  5:7 44:4,8 | 75:1,5 76:7 | 148:25 149:18 | 164:2,6 165:21 |
| **2,069,482**  152:3 | 78:3 79:21 | 149:23 150:8 | 171:22 172:3 |
| 152:8,13 | 81:7 83:7,13 | 150:11,15 | 172:22 173:3,9 |
| **2,100**  107:12 | 83:14 84:18,19 | 151:3 152:20 | 173:17 176:20 |
| **2,956,403** | 85:4,7,8,20,21 | 153:10,16 | 177:1,9 178:1 |
| 150:21 151:4 | 86:4,5,21,21 | 159:15,21 | 179:18,25 |
| 151:21 152:7 | 87:2,3,13 88:2 | 160:1,5,12,23 | 180:3 181:6 |
| **2-0**  166:20 | 88:13,25 89:1 | 161:4 162:11 | 185:2,4,6,9,19 |
| **2.1**  172:22 | 89:10,11,16,17 | 167:18 172:8 | 186:3,6,15,16 |
| 173:10 | 89:23,24 90:4 | 173:17 174:5 | 187:1,11,14 |
| **2.3**  176:24 | 90:5,13,19,25 | 176:16 177:7 | 188:1,7,14,20 |
| **2.8**  177:3,10 | 91:7 92:14 | 181:3,5 182:13 | 188:25 195:24 |
| 178:5,11,15,19 | 93:7 98:16 | 188:7,7,14,20 | 197:10 198:21 |

Ind / 30B6 Shawn George                              April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[2024 - 3x]**                                                    Page 3

204:2 205:23
206:8 223:5
234:11 244:12
**2025**   1:16 2:9
248:3
**204**   6:11
**20th**   191:11
**21**   6:12 233:2,5
**2100**   3:6
**21st**   69:18
**22**   6:11 162:11
198:24 206:5
206:13 226:9
**22nd**   68:10
76:20 109:16
115:10
**23**   5:14 77:14
85:3 113:3
194:13 247:24
**23.10**   156:1
**231**   6:12
**2310**   156:8,12
156:12
**232**   7:5
**235**   7:5
**236**   7:5
**23rd**   219:8
**24**   5:24 144:23
145:1 174:24
175:2 188:7
**240**   7:5
**240,000**   176:4
**242**   4:6,7 7:6

**244**   4:7
**245**   4:8
**24th**   42:20
**25**   6:8 95:2
153:11 195:9
195:11
**250,000**   175:25
176:4 196:13
196:22
**25301**   3:14
**25th**   195:24
220:4 221:2
**26**   6:9 198:6,9
207:8 225:16
226:6 241:19
243:17
**26th**   62:2
**27**   6:10 202:14
202:16 203:8
203:10,14
**28**   5:5 13:7,9
13:19
**29**   163:17,24
164:2,7 166:10
166:12 198:21
244:11
**29.31**   154:18
158:20 159:3
159:20 160:21
172:2 177:22
178:11,13
**293,126.69**
154:7

**2931**   196:24
**29th**   163:23
225:16
**2:30**   221:1
**2nd**   88:25
89:16,24 90:19

---

**3**

---

**3**   5:8 51:4,7
220:13
**30**   5:18 9:13,14
13:16 41:18
48:4 105:10,12
111:1 112:8
149:23 150:11
164:1 174:19
238:18,20,21
248:16
**300,000**   94:7
**3003**   42:21,22
42:24 43:1,2,4
43:16,18 45:20
46:1 53:5
96:18,18 229:9
**30363**   3:7
**30th**   67:10
68:13 116:11
116:24 164:6
204:1 210:24
**3104**   45:22,22
46:2 96:18
**3104/3003**
45:14

**3132**   203:21,22
204:2
**3133**   203:20
**3134**   196:19
198:23
**3134-450003...**
196:9
**3135**   198:24
**3136**   198:24
**31st**   67:11
163:5,7,8
164:2 165:21
166:14 188:20
223:5 225:6,18
**35**   41:18
**356,320**   185:21
186:10
**359,000**   220:11
**372,506.76**
153:25
**372,506.78**
152:9 153:22
154:2
**372,506.78.**
152:14,17
**3rd**   84:18 85:8
85:21 86:21
**3x**   94:23 96:5
96:15,17,19
97:3 190:20
229:2

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[4 - 789,000]**

Page 4

| 4 | 5 | | |
|---|---|---|---|
| **4**  5:9 9:13 | **5**  5:10 60:24 | 229:10 236:5 | 121:15 |
| 57:14,17 72:1 | 61:3 | **52**  34:21 35:14 | **7** |
| 74:20 92:23 | **50**  5:8 52:14 | 37:11 194:25 | **7**  5:12 64:12 |
| 97:7 | **500**  54:11,20,21 | 219:12 228:7 | 66:19,22 |
| **4/1/2025**  248:5 | 55:10,16 | **532,152.54** | **70**  152:1,7 |
| **40**  164:5 | 161:10,11 | 151:5 152:15 | **700**  182:14 |
| **40,000**  101:23 | 166:14 182:15 | **532,152.54.** | 218:11 |
| **400,000**  101:24 | **500,000**  134:12 | 151:22 | **700,000**  54:11 |
| 176:8 | 166:13 171:20 | **57**  5:9 | 54:21 55:10,17 |
| **41**  5:6 | 173:4,7 176:8 | **58**  207:25 | 58:12,18 59:3 |
| **42**  123:19 | 176:11,16 | **59**  7:4 | 59:6 60:6 93:4 |
| **43**  118:3 | 235:10 | **5:11**  246:3 | 93:10,10,25 |
| **44**  5:7 | **5050**  96:4 | **5th**  75:1 123:14 | 94:6 95:11 |
| **44,000**  107:8 | **5052**  34:19 | 125:16 197:10 | 137:22 144:3 |
| **440,000**  107:3,6 | 35:4,10,11,21 | | 161:11 171:20 |
| **45**  30:22 74:12 | 36:6,10,16 | 6 | 173:4,8 218:1 |
| 123:12 186:12 | 37:3,11 43:7 | **6**  5:11 9:13,14 | 218:14 235:12 |
| 206:25 208:14 | 45:15,21 52:15 | 13:16 64:16,20 | 237:9 238:11 |
| 208:17 | 52:18,24,25 | **6,143,000** | 240:16 241:1,1 |
| **4500375217** | 54:9 55:24 | 145:22 | 241:4 |
| 78:19 | 56:2 58:14 | **6,143,597** | **700k**  54:20 |
| **450039246** | 59:8 62:6 | 145:22 151:1 | 101:5 |
| 199:9 | 65:25 75:5,6 | **60**  5:10 160:3 | **707**  2:8 3:12 |
| **4500392846** | 76:6 94:24 | **62**  159:25 | **71**  7:4 |
| 199:1 | 96:6 111:15 | 160:4 | **7265415**  248:5 |
| **46**  74:12 | 116:16 126:7 | **63**  7:4 | 249:2 250:2 |
| **49**  52:11 207:2 | 127:7 128:20 | **64**  5:11 | **73**  5:13 212:6 |
| **4:24**  1:7 | 142:3 162:16 | **65**  209:7,23 | **73,275**  197:1 |
| **4th**  43:14 52:15 | 182:1 183:6,7 | 210:2 | **75**  216:20 |
| 186:3,15 211:2 | 194:20,24,25 | **66**  5:12 209:7 | **76**  5:14 |
| | 195:2 218:8 | 209:23 | **78**  5:15 219:5 |
| | 219:12 228:6 | **67**  210:21 | **789,000**  217:10 |
| | | **6th**  74:6 114:9 | 217:21 |
| | | 117:19,22 | |

**[79 - actual]**                                                    Page 5

**79**  7:4
**7th**  78:3

**8**

**8**  4:3 5:13
73:17,22
117:15
**80**  220:1
221:17
**81**  5:16 220:1
**83**  223:1
**84**  7:4 223:1,4
**861**  120:1
**861,783.72**
119:20
**87**  226:9
**88**  206:25
**8th**  158:9

**9**

**9**  4:3,6 5:15
79:11,14 162:4
187:11
**9.1**  103:20
104:1 151:1
**9/6**  119:7
**91**  5:17
**92**  7:4
**93,126.69**
153:17,25
**96**  106:14
**97**  106:14
**98**  90:3
**9:30**  62:6

**9th**  44:23
106:13 129:8
158:9

**a**

**a.m.**  2:10 62:6
227:7
**ability**  11:5
37:10 56:11
70:9 180:21
219:23
**able**  37:12
53:19 69:9
81:16 97:18
107:21 121:20
128:8 133:9
167:2,3 168:17
173:11,15
180:10 182:10
190:7 194:18
207:2 224:12
227:15,17
231:6,13 240:7
**above**  29:23
60:1 111:11
120:21 155:3
199:7 243:21
248:6 250:7
**abreast**  201:19
202:2
**absent**  168:3
194:21
**absolutely**
105:4 202:23

**absorb**  167:13
**accept**  36:12
48:24 99:7
102:7 146:11
157:14 168:25
174:7,8 176:19
177:7 178:2
189:19,25
191:25 204:21
204:22
**acceptable**
37:10 65:21
94:9
**accepted**
176:17
**accepting**
199:17,23
215:11,24
**access**  29:13
168:9,13
**accompanied**
200:4
**accomplished**
41:4 103:8
**account**  211:5
**accounted**
211:23
**accounting**
195:23 197:22
197:24 198:4
**accounts**  196:2
196:3
**accumulate**
166:17

**accumulated**
37:5
**accumulation**
98:2
**accuracy**  146:7
248:9
**accurate**  9:16
9:19 32:2
175:15,17
186:19
**accurately**
139:3 247:12
**achievable**
102:1
**achieve**  59:15
**acknowledge...**
250:3
**acknowledg...**
248:12
**acquired**  161:7
**acting**  40:7,11
190:5,10
**action**  247:14
247:17
**activities**  39:24
40:1,3 137:21
139:23
**activity**  42:23
138:2
**actual**  31:24
115:5 117:11
128:19 196:14
220:6 221:18
221:22

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[actually - aluminum]**                                        Page 6

| | | | |
|---|---|---|---|
| **actually** 45:7 62:8 134:17,17 186:5 192:7 223:1 226:15 230:3 240:13 | **administrativ...** 99:11 | 178:23 210:25 211:20 230:1 240:1,3 244:13 | **alloy** 17:19 20:5,10,11,11 24:8 26:8 27:20,22,23 28:12 30:21 |
| **add** 120:22 121:10 178:4 | **admittedly** 175:12 | **agreeing** 178:16 | 32:3 34:12 43:5,5,7 45:20 |
| **added** 87:21 112:2 118:6,7 121:15,16 | **advantage** 236:10 | **agreement** 72:14 102:11 102:16 125:17 126:5,21 128:18,18,23 | 45:21,23 55:11 55:17 83:19,24 83:25 84:23 |
| **adding** 103:9 231:17 | **advised** 216:10 | | 86:14 87:11 89:9 90:12 |
| **addition** 60:6 80:9 89:17 149:22 | **aerospace** 21:4 21:16 | 140:6 141:16 142:10 143:21 144:12,14 157:1,4 161:6 | 93:11 96:23 102:13 103:12 104:1,19 151:2 |
| **additional** 113:19 189:4 189:14 190:7 190:19 219:12 | **afraid** 83:3 **afternoon** 107:19 108:11 158:13 212:14 220:18 | 179:8 **agreements** 64:5 | 186:5 187:13 189:1 **alloying** 56:13 |
| **additions** 250:6 | **agency** 1:24 | **ahead** 133:16 172:5 188:5 235:15 236:11 | **alloys** 17:12 20:2,2,12 229:15 |
| **address** 95:12 106:24 155:6 156:25 157:16 169:2 | **ago** 78:22 79:4 113:24 **agree** 8:22 9:11 78:2 120:13 146:11,21 | **akron** 14:25,25 **alabama** 18:14 **alaris** 19:23 | **alrec** 27:18 68:11 **alternative** 217:17 236:8 |
| **addressed** 168:15,16 198:18,19 | 151:23 152:24 153:19 156:13 160:3 177:6 178:13 179:7 | **alleged** 205:21 **allotted** 248:19 **allow** 97:15,23 222:19 230:24 | **aluminum** 1:5 8:17 10:2 11:11 17:11,12 |
| **adjusted** 76:22 166:19 | 227:12 237:15 242:19 244:14 | **allowable** 205:13 | 19:11 21:5,24 21:25 22:20 23:1,13,18,19 |
| **administrative** 55:22 79:8 168:16 170:13 170:14 208:20 | **agreed** 8:3 34:25 68:5 69:7 88:19 104:16 116:18 142:12 143:24 149:12 160:1 170:5 172:2 177:21,23 | **allowed** 176:5 205:14 **allowing** 212:24 | 24:7 27:5 36:2 41:7 42:20 43:6,7,11 |

**[aluminum - argue]**                                                    Page 7

45:23 49:2,3,8
50:25 53:24
54:3 55:16
58:17 60:3
62:5 66:14
68:4,12 69:22
75:5 77:7 79:3
79:24 80:24
83:18 84:22
86:13 87:10
88:11 89:7,23
90:10,25 91:13
102:12,16
103:19,21,25
106:16,21
111:16 114:10
115:16 116:19
120:22 121:11
125:23 137:9
149:22 198:20
204:21 233:19
233:21 243:19
248:4 249:1
250:1
**aluminum's**
106:24
**amount**   31:4
32:25 37:5
56:8 65:19
69:4 100:13
101:8,19 102:3
114:11 115:17
120:5,24
133:12 134:1

145:21 153:17
153:22 160:11
161:11 162:23
164:23 170:3
176:12 177:8
182:9,13,19
187:12 197:18
197:19 205:18
209:17 217:16
218:7,8 219:4
220:9 230:2,3
233:25
**amounts**
145:16 198:1
227:23
**analysis**   43:21
43:22
**anderson**   17:2
**answer**   8:24
10:13,16,20,25
13:24 14:7
33:11 60:13
64:7 80:16
91:5 104:3
244:19
**answers**   10:9
11:6
**anticipated**
133:19 136:12
**anybody**   26:10
26:11 72:7
79:1,2,5 88:11
103:15,24
146:9,12,14

180:23 190:5
200:23 201:3
232:20 244:10
**anymore**
199:23
**anyway**   141:14
**appear**   82:20
82:24 121:13
**appears**   78:3
78:14 80:9
83:24 92:12
93:1 110:19
121:2 125:16
125:24 147:23
208:16 247:7
**appended**
250:7
**applicable**
29:20 148:19
248:8
**application**
120:7
**applies**   118:22
**apply**   47:2
169:11
**applying**
118:21
**appointment**
207:20 213:11
213:19,20,23
**appointments**
211:2 213:9,16
213:17 215:3
222:1,5,17,18

**appreciate**
148:3 198:5
217:11 245:5
**approach**
88:22
**approached**
132:21
**appropriate**
134:12
**approval**   29:4
58:8 72:13
170:11,17
**approve**   28:24
84:12
**approves**   29:3
**approximately**
16:12,17 62:6
146:3 159:25
176:15
**april**   1:16 2:9
41:17 42:15,20
149:21 153:12
153:18 154:19
158:19 159:3
164:6 186:3,14
187:5 243:5
248:3
**arbitrary**   73:1
73:3
**areas**   167:16
**aren't**   222:12
240:19
**argue**   224:14

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[argument - availability]**                                          Page 8

**argument**
  222:13
**arguments**
  224:23
**arisen**  132:13
**armor**  21:21
**arnall**  3:4
**arrange**  61:18
  106:19 108:7
  220:5
**arranges**  67:16
**arrive**  62:6
  155:7
**arrived**  53:3
**arrives**  31:6
**arriving**  116:19
**article**  247:19
**articulate**
  63:11
**asap**  48:20
**aside**  216:25
**asked**  23:17
  24:8 28:3
  107:15 113:24
  113:25 119:3
  122:5 140:16
  141:2 188:4
  189:18 214:21
  220:14 231:12
**asking**  47:8
  78:9 82:16
  119:24 125:16
  146:6,8 149:7
  151:15 175:16

  213:16
**asks**  119:15
**aspect**  81:15
**aspects**  139:24
**assessment**
  227:18
**associated**
  46:12,14 47:5
  47:16 57:6
  168:8
**assuage**  237:23
**assume**  9:5
  30:16 58:9
  61:22 77:1
  129:10 145:17
**assumed**  95:22
**assuming**  138:8
  175:15,16
**assumption**
  175:16
**atlanta**  3:7
**attach**  77:3
**attached**  6:25
  53:5 76:21
  196:18 205:7
  208:21 247:18
  248:11
**attend**  14:16,20
  62:18
**attended**  62:11
**attention**
  195:20,22
  197:23 200:2
  208:2

**attorney**  4:6
  7:3 8:15,25 9:2
  9:7,9,15,20,25
  12:12,19,21,23
  13:1,13 33:13
  33:18 42:9
  44:12 51:10
  57:21 60:10,12
  61:7 64:6,10
  64:13,15,24
  66:25 71:23,25
  74:1 76:16
  77:17 79:17
  80:15 82:14
  85:13,18 92:10
  93:12,17
  104:23 105:3,8
  105:17,21
  106:3 109:5,21
  109:23 110:8
  110:12 111:21
  112:4,12
  124:25 127:16
  127:22 128:3
  128:14 131:6
  131:21 136:15
  136:19 137:3
  145:7 147:14
  151:6,12 157:5
  157:13 158:5
  161:24 171:14
  171:18 172:4
  172:10,24
  173:1 175:4,8

  184:13,17
  191:9 195:16
  198:14 202:22
  203:4,9,11,17
  206:20,22
  233:10 234:21
  234:25 237:18
  238:2,5,7,14
  241:7,14,16
  242:24 243:3
  244:18,22,24
  245:1,12,14,18
  245:20,22,23
  245:25 247:13
  247:16 248:13
**attorneys**  11:24
  11:25 245:10
**audit**  68:20
**august**  86:4,21
  87:3 112:15,17
  113:2 115:24
  125:22 129:8,9
  208:4
**authority**  71:7
  168:13
**authorization**
  1:24
**avail**  219:10
**availability**
  81:22 104:12
  126:20 127:6
  127:11 180:11
  181:14,21
  193:25 194:3,5

**[availability - believe]**                                Page 9

227:14
**available** 94:17
102:3 104:6,8
122:15 133:14
162:21 164:20
164:21 170:3,4
178:18,22
182:13,21
218:21 220:12
237:17 238:4
248:6
**avec** 118:5
134:14 205:2
**average** 98:18
176:1
**avoid** 68:22
170:19
**awaiting** 53:12
**aware** 11:3
93:8 136:8
186:3 195:5
198:1 201:15
201:15,21
205:10 218:22
222:7 230:4
234:10,10

**b**

**b** 9:13,14 13:16
236:15
**back** 27:11
34:23 44:1
48:16 53:16
60:20 65:18

66:3 67:16
69:9 71:15
95:1,5 97:7
105:22 107:11
117:15,21
123:11,22
141:7 142:8
143:18 155:7
156:9 159:8
164:19 165:2
174:18,21,24
175:3,24 179:5
181:23 182:25
183:18 193:23
197:17 212:20
213:14 214:7
215:8 221:17
222:3 223:23
225:12 227:5
237:4 241:10
**backed** 37:4
160:6
**background**
14:16
**backing** 180:15
215:3
**backlog** 214:25
215:9,25
**bag** 142:3
171:25
**bags** 31:15
**balance** 53:13
149:23,25
224:8

**baled** 126:6
**ballpark**
146:22 172:23
**banding** 31:17
**banked** 218:19
**bare** 24:4 36:12
37:11 54:9
126:6 127:7
128:20
**barrel** 160:7
161:8 172:1
173:22 177:24
178:5,10,15
**base** 148:16
153:6
**based** 31:5,23
46:15 55:3
85:19 110:20
126:9 134:17
139:22 177:11
209:13 225:3
229:16,22
**baseline** 46:19
**basic** 10:7 40:2
**basically** 32:6
55:8 72:25
202:1
**basis** 29:16
30:11 47:21
106:17 130:14
142:1 185:23
201:20,20
218:5 228:4

**beachwood**
20:19
**becoming**
85:10
**began** 39:13
40:14 73:13
119:6 126:13
135:9 222:7,7
223:16
**beginning** 2:9
59:19 149:21
181:23 194:10
**begins** 46:7
52:13 74:11
86:10 90:2
**behalf** 2:3
190:6,11
**belief** 40:5
53:22
**believe** 13:23
14:10 46:13,16
53:17 55:4
58:13 62:17
86:23 120:10
130:8 139:23
144:3 146:1,2
149:11,14,25
156:11 161:4
161:10 163:15
175:21 177:22
179:5 190:3
198:16 199:18
204:24 212:18
214:22 217:11

Ind / 30B6 Shawn George                          April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[believe - business]**                                    Page 10

225:8 226:1,5
241:25
**believed** 55:14
**benefit** 44:20
48:11 56:10
59:16 98:23,25
212:3
**benefits** 56:14
**bennett** 16:25
**best** 10:12
54:14 141:9
**better** 14:11
57:2 60:21
63:13 120:15
212:4 239:8
**beyond** 76:1,3
115:4 208:17
216:14
**big** 55:1 56:22
98:10 190:16
213:18 219:24
234:20
**bigger** 191:1
**billed** 196:13
199:5
**bit** 14:15 36:21
107:11 111:11
160:19 172:14
188:5 207:4
213:13 234:24
**bivitec** 192:21
**block** 27:5
**blue** 59:21,22
59:25 72:2

204:11,13
**bode** 55:3
**body** 128:16
**bogey** 218:2
**bold** 111:13
**bomb** 135:14
**bond** 63:13
**books** 102:3
**boss** 48:10 83:1
201:6 214:12
**bottom** 46:7
47:4 52:10,11
74:11 78:9
83:8 84:16
86:3 87:1 90:3
90:3 93:2
106:13,14,14
118:3,4 119:15
123:13 153:21
155:25 168:23
168:24 207:1
233:18 239:5,6
**bought** 23:1,2
24:7,10,23
25:10 52:23
65:19 142:1
143:25 144:2,3
160:7,14,17
172:19 182:4
**bows** 128:11
**box** 21:9 23:20
204:21,22
**boxes** 21:11
31:15 68:11

**branch** 34:8
**break** 10:23
11:1 33:16,19
67:2,3 89:5
90:8 104:25
105:6 203:2
241:12
**breakthrough**
52:15 55:24
56:1
**brian** 16:4,10
29:4 51:15,18
51:21 52:3
74:21 201:6,11
201:16,19
**briefly** 62:18
241:20
**bring** 224:10
**bringing**
118:16
**broad** 29:14
**broker** 24:22
37:17,18
**brokering**
37:18
**brokers** 25:23
25:24 100:18
**brotherly**
141:18
**brotherton**
16:23 75:2,20
78:4,9,18
117:20 119:15
119:24 202:5

**brought** 195:22
197:22 200:1
201:6 243:13
**bucks** 120:13
120:14,15
**buddy** 51:19,23
52:2,6,7 58:1
74:21 92:23
**build** 71:13
101:12
**built** 73:1
**bullet** 139:25
140:1,5
**bunch** 142:3
242:17
**business** 19:16
21:1 22:5,6
34:17 39:13,15
39:18,22 40:15
40:18 45:7
47:5 49:9
56:17 71:19
72:15 88:20,21
95:8 96:22
101:13,14
128:8 129:23
130:2 135:6
138:11,21
142:2 143:9,10
143:13 146:18
158:24 168:8
179:20 183:22
187:24 190:20
225:3,7,11

Ind / 30B6 Shawn George                     April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[business - caught]**                                    Page 11

228:20 229:2,3
229:4 230:18
234:1 237:24
**busy**  62:19
**buttoned**
158:22 179:19
183:24
**buy**  17:11
29:21 55:12
57:2 65:22,24
81:14,16 91:24
94:5,12 98:24
100:2 106:16
127:20 134:13
135:7 173:25
177:12,13,19
178:25,25
180:10 218:9
218:21 224:4
225:2
**buyer**  37:4,6
54:13
**buying**  36:7,8
38:11 39:25
55:10 81:13
128:18 182:17
183:7 218:22
218:23

**c**

**c**  3:1 8:8 53:5
236:15
**cabs**  23:21

**calculate**
106:22
**calculated**
209:16
**calculation**
209:13
**calculations**
151:11
**calculus**  47:2
**calendar**  5:22
131:15,23
132:6
**call**  19:1 43:1,2
54:6 56:12
94:21 132:13
140:16,20,22
140:23 141:5
141:10,17,18
141:18 142:11
143:3 144:5
148:24 149:2,7
149:12 150:8
150:12 155:5,6
155:14 157:14
157:16 158:16
159:14 205:15
207:20 213:15
216:24 220:24
**called**  8:11
18:18 27:18
39:3 41:3
139:21
**calls**  58:15
130:8,11,19

131:9 132:3,5
132:8,9 133:11
159:12,16
212:10 224:22
**campaign**
94:18,22
**campaigning**
94:21
**campaigns**
129:21
**campus**  15:1
**cancel**  211:3
**can't**  54:12,21
56:17 63:11
70:1 77:8
85:16 94:7
99:7 100:6
101:12 102:8,8
105:22 124:9
142:8 143:11
156:9,9,10
167:23,23
168:10 183:25
207:21 213:16
219:17 229:21
**capabilities**
32:7 40:13
41:4 44:25
63:3 65:23
132:20
**capable**  37:11
**capacities**
44:25

**capacity**  40:7
40:10 46:8
73:5,6 81:16
87:18,21 91:23
91:24,25 94:2
98:3 162:21
164:21 170:25
171:3 178:17
190:19 237:16
238:4 240:10
**care**  118:8
**career**  19:12
**cargo**  21:9
**carrier**  107:16
107:17
**carry**  71:12
97:15,23
**carrying**  100:4
**case**  1:6 8:17
10:3 23:11
30:11,11 33:24
34:3 67:21
116:5 145:9
165:8 213:24
**cases**  49:17
101:11 116:6
182:15
**casting**  20:12
62:4 63:10
**catch**  118:20
**categorically**
224:19
**caught**  222:8

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[caused - circling]                                              Page 12

**caused** 115:15
125:23
**causing** 126:1
**cease** 207:17
212:23
**ceased** 225:4,7
**ceasing** 187:19
188:11
**cell** 156:4
**cents** 32:20,21
46:15,15 48:2
48:4 58:20,24
60:8 75:6
116:17 118:23
122:15 123:17
123:19,20,20
124:3,12
125:24 126:8
136:6 148:16
148:18 151:21
152:13 153:7
154:1,19,23
156:2 158:20
159:3,20
160:21 162:16
163:17,24
164:3,8,16
166:10,12
172:2 177:22
178:11,13
196:24 243:6
**ceo** 16:1,3,7
51:18 52:2

**certain** 29:8
30:6 31:4
193:25 199:22
206:11 230:2
**certainly** 14:6
82:5 156:10
187:7 206:9
**certainty** 182:9
**certificate** 4:8
247:4
**certification**
8:5
**certifications**
15:13
**certify** 247:6,18
**certifying** 1:24
**chain** 5:6,7,8,9
5:10,11,12,13
5:14,16,17,18
5:20 6:5,8,12
24:15,17 25:4
42:3,14 44:8
44:14,16 49:19
51:7,12,15
57:17 58:1
61:3,12 64:20
65:1,3 66:8,22
67:7,9 73:22
74:3,5 76:19
77:2,14,19
78:3 82:11,19
83:6,7 88:24
92:7 105:12
106:7 124:22

125:2,4 147:24
157:25 158:8
191:10 195:11
203:19 204:7
233:5,13,18
**challenging**
224:9
**champion**
15:23 17:10
**chance** 41:25
44:5 92:3
108:22 124:18
130:23 131:13
136:21 147:6
156:20 161:16
193:10 198:7
203:12 209:22
233:3
**change** 86:15
86:18 89:11,18
89:22 90:14,24
91:2,3 115:11
142:9 166:19
170:18 249:4,7
249:10,13,16
249:19
**changed** 85:5
123:20 168:5
**changes** 143:18
170:12 203:25
248:10 250:6
**changing** 168:3
**chapter** 247:20

**characterize**
183:13
**charge** 30:25
31:23 32:8,12
136:14
**charged** 122:15
**charges** 86:10
**charleston** 2:9
3:14
**chart** 59:19
93:2
**chase** 2:8
**checks** 207:18
**chemical** 43:21
**chemistries**
46:2
**chicago** 54:7
106:18
**choice** 85:17
**chosen** 128:21
128:25
**christmas**
191:15
**chronologica...**
42:19 66:9
68:2 74:10,25
76:20 78:8
90:2 106:13
125:15 203:24
233:17
**cicero** 127:9
**circled** 119:20
**circling** 208:5

**[circumstances - company]**                              Page 13

**circumstances**
  88:18 146:15
**civil**  2:4 8:20
**claimed**  142:17
  142:21 160:12
**clarify**  36:10
**clean**  24:4
  34:25 36:12
  37:11 53:3
  126:6,7 127:7
  128:20
**cleaned**  57:1
**clear**  31:3 34:2
  54:19 77:1
  91:2 97:2
  114:20 151:15
  179:11 197:15
  200:13 227:21
  227:24 231:11
  240:12
**clearance**
  61:19
**clearly**  10:12
  63:14
**close**  47:6,10
  138:25 162:22
  164:22 165:8
  165:22,23
  166:14 217:12
  218:17
**closing**  165:18
  166:8
**clunky**  235:5

**code**  247:20
**coincidence**
  37:7,7
**coldwater**
  27:22
**colleague**
  237:23,23
**colleagues**
  67:25
**collect**  180:12
**collective**
  139:24
**collectively**
  140:13 148:6
**college**  14:16
**colleges**  14:22
  14:24
**color**  59:22
**column**  152:22
  153:1,6,10,16
  154:3,14
  167:19 171:2
**columns**
  169:17
**combination**
  45:10 137:24
  149:25
**come**  36:19
  38:10 64:5
  95:3 99:4,14
  120:6 123:4
  147:2 168:4
  177:17 181:15
  189:3,12,18

194:1 214:25
  230:14 240:22
**comes**  32:8
  75:22 119:7
  145:21 151:22
  152:7,14,16
  153:25 164:17
  183:23 223:23
**comfortable**
  181:15
**coming**  34:21
  35:18 37:9
  69:11 83:17
  84:20 86:11
  87:9 89:6 90:9
  134:12 141:13
  166:15 201:22
  214:7 222:22
**comment**  117:8
**comments**
  120:25 196:12
  204:3
**commercial**
  20:2 39:24
  40:3,11
**commit**  58:12
  59:6 101:5
  187:25 227:15
**commitment**
  91:14 173:25
  239:19
**commitments**
  64:5 240:19

**committed**
  103:11 173:23
  173:23 178:25
  239:14 240:12
**committing**
  227:23
**common**  88:7
**commonly**  43:3
**commonwealth**
  2:6
**communicate**
  48:9,10 49:7
  49:12 50:10
**communicated**
  49:9,14 199:22
**communicating**
  235:21
**communication**
  133:4 199:14
  216:14 226:3
**communicati...**
  48:23 99:6
  103:24 198:3
  201:25 206:11
  227:21
**companies**
  18:25 19:13,15
  19:20 20:1
  26:13 27:12,23
  28:4 30:23,24
  100:19 208:25
**company**  1:5
  8:17 10:3
  11:11 12:6,9

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[company - constellium]**                                    Page 14

| | | | |
|---|---|---|---|
| 18:2,9 19:24 | **completed** | **conditions** | **constellium** |
| 20:7 27:18,24 | 248:16 | 169:1,8,10 | 8:18 11:12,13 |
| 39:3,7 40:4 | **completely** | 199:22 233:23 | 13:17 15:15,19 |
| 53:10 55:3 | 53:2 | 234:13 | 17:19,25 18:1 |
| 56:3 62:5 | **complex** 36:21 | **conduct** 71:6 | 18:4,5,6,7,8,9 |
| 108:14,16 | **complexities** | 71:19 | 18:18,22 19:1 |
| 125:13 183:25 | 180:15 | **conducted** | 19:2,8 20:25 |
| 191:1 202:8 | **component** | 39:24 72:15 | 21:25 22:24 |
| 205:6 218:5 | 46:2 56:4 | **conducts** 68:16 | 23:17 24:7,8 |
| 229:2 248:4 | **components** | **confidence** | 24:16,23,25 |
| 249:1 250:1 | 21:19 | 53:14 | 25:5,7 26:2,4,6 |
| **company's** | **composite** | **confirm** 53:13 | 26:8 27:7,8,13 |
| 11:20 70:2 | 206:6 | 151:15 245:9 | 28:4,7,12 29:7 |
| 185:10,11 | **conceptual** | **conflict** 134:23 | 29:20 34:7,11 |
| 245:10 | 136:10 | 135:25 183:9 | 34:15 39:13,14 |
| **compatible** | **conceptually** | **conform** 30:14 | 40:14,15 49:14 |
| 46:3 | 185:16 | **confusion** | 51:24 55:1 |
| **competitive** | **concern** 96:11 | 125:24 126:2 | 56:15,25 59:23 |
| 32:18 235:14 | 155:18 202:8 | **congratulations** | 60:3 63:19 |
| 236:3 | 210:18,20 | 245:5 | 65:8,10,17 |
| **competitiven...** | **concerned** | **connect** 220:12 | 69:23 70:4,14 |
| 150:3 | 133:18 134:21 | **connection** | 70:16,25 71:5 |
| **competitor** | 225:24 | 63:2 | 73:8 75:8 |
| 54:17 236:10 | **concerns** | **consellium** 1:8 | 78:16 82:19 |
| **complain** | 137:19 139:3 | **consider** | 83:25 85:22 |
| 213:22 | 156:23 241:21 | 110:13 138:2 | 86:20 88:1,7 |
| **complaining** | **conciliatory** | **considering** | 91:8,14 98:18 |
| 223:20 | 223:24 | 177:6 188:10 | 98:24 100:11 |
| **complaints** | **concluded** | **consistent** | 100:13 101:17 |
| 221:23 | 246:3 | 130:13 175:25 | 102:15 103:11 |
| **complete** 11:6 | **conclusion** | **consistently** | 103:15,20,25 |
| 119:16,25 | 99:14 | 217:10 | 104:19 106:19 |
| 215:20 250:8 | **condition** 11:4 | **consisting** | 107:17 109:8 |
| | 11:4 | 206:6 | 109:19 110:3,6 |

Ind / 30B6 Shawn George                                   April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[constellium - contracts]**                                   Page 15

127:12,14,24
133:12,18
134:22 135:19
136:6 144:18
146:2 151:3
160:1,3 162:19
167:4 169:8,21
178:13 180:23
181:6 185:18
186:4,5,14,25
187:13,25
188:22 189:3
189:13,13,19
189:20 190:8
190:13 191:22
194:2 195:6
198:19 199:8
200:23 201:2,3
205:23 207:13
214:19 215:15
226:3 227:12
228:13,20,21
229:25 230:22
230:24 231:7
232:20 239:12
243:22 244:10
248:4 249:1
250:1
**constellium's**
9:12 22:2
30:20,23 34:7
55:18 69:12
100:17 102:2
117:24 125:17

129:25 150:3
160:21 169:1
169:13,21
184:22 186:11
211:16,24
219:23 234:11
**constitute**
180:2
**consume**   26:21
99:18
**consumed**
47:19 70:21
**consuming**
32:9
**contact**   38:22
50:25 63:1
138:14 202:9
**contacted**   37:1
133:25 135:13
136:5 138:9,13
200:11
**contacts**   17:23
218:25
**contained**
98:13 204:20
**contaminants**
23:9,10 162:15
**contaminated**
33:3
**contamination**
33:1 56:18
**contended**
214:4

**contends**
145:15 151:2
**contention**
160:23
**context**   65:15
68:14
**continue**   88:20
138:11,20
166:4 167:9
178:21 187:24
215:21
**continued**
177:12 180:5
221:23 244:5
**continuing**
88:16 138:2
142:2 219:10
219:18 224:14
**continuous**
94:19,20
**contract**   5:19
6:6 60:2,9
70:25 71:4,5
71:13 72:3,8
72:13 73:9
76:10 79:23,25
80:3,6,12,24
81:7,24 83:16
83:19,25 84:3
84:5,10,12,20
84:23 85:9,10
85:10,12,21
86:11,14,20
87:9,11,13

88:2,12 89:6,9
89:11,22 90:9
90:12,14,24
91:10 100:12
100:22 109:1
109:12 110:6
128:10 148:10
148:12,14
149:4 155:8
156:14 157:2
158:21,22
161:18 162:3,9
162:11 168:1
169:14 179:7
179:18,19,25
180:2,23 181:2
181:7,16 182:7
183:11,16,16
183:20,23
184:2,3,6,12,16
184:23 185:4,9
185:14,15,15
193:9,14,19
196:21 197:8
197:14,17
227:13 235:21
236:7
**contracts**   27:9
28:5,7,10,11,16
28:19,22,25
29:3 61:21
70:6 88:8
91:22 100:17
100:19,25

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[contracts - counting]**                                    Page 16

117:6 182:23
229:25 230:23
**contractual**
140:5 144:11
**contribute**
17:20 49:19
71:8 104:14
**contributes**
17:22 30:1
**control**  236:16
**cont'd**  6:1
**conversation**
34:20 41:3
44:24 45:1
60:1 80:11,14
94:14 95:20
99:19 122:12
124:1,8 148:8
149:3 156:16
156:18,25
159:18 180:4
189:16,23
200:17,18
202:12 242:16
243:10
**conversations**
11:20 45:6,9
80:19 81:19
94:15,17 95:1
95:9 98:7,15
103:23 104:11
123:22,25
127:23 129:2
132:25 168:11

180:4 181:23
183:2 185:3,5
190:21 202:4
210:12 241:5
243:11,13
**convert**  26:14
94:10
**converted**
56:21
**converting**
111:2
**coordinator**
61:15
**copied**  59:18
62:14 74:19
77:19,25 82:21
137:9,14
195:18,19
200:5 201:12
201:13
**copies**  12:15
248:14
**copy**  12:17
59:19 121:14
121:22,25
145:13 155:8
158:14 162:3
204:13 245:11
245:13
**copying**  75:2
**corey**  2:5 247:5
247:25
**corner**  52:11
83:9 84:16

86:3 87:1 90:4
118:4 156:1
**corollary**
189:17
**correct**  15:17
25:2,3,22 29:1
33:25 44:18
45:16,17 54:4
54:23,24 57:11
58:21,25 61:23
63:20 66:16
69:6 70:11
74:14 92:15,18
95:23 114:3,4
114:6,16
121:17,18
132:1 137:7,11
140:18 145:19
146:21 147:21
159:22 160:15
162:5 167:22
171:13 176:21
181:11 189:7,9
193:22 196:15
200:12 211:6
223:4 231:9,15
231:21,22,24
231:25 232:5,6
232:19 242:2
242:11,12,20
242:21 243:14
244:8,12 250:8
**corrected**
120:11 186:21

186:22 244:5
**corrections**
250:6
**correctly**  55:8
**cost**  47:3,15,21
56:11 57:9
107:16 118:19
137:25 142:13
205:1
**costs**  47:16
57:6 228:9,12
228:15
**couldn't**  65:22
65:25 78:22
117:1 127:19
127:20 132:22
142:21 181:13
181:15 184:1
186:20 223:21
**counsel**  3:8,15
8:4 10:6 11:20
11:23 12:6,9
13:5,17 76:14
81:2 185:10,11
201:12,12,13
247:13,16
248:14
**counsel's**
184:19
**count**  68:20
69:19
**counting**  68:25
143:8 155:18

Ind / 30B6 Shawn George                           April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[country - dealt]**                                            Page 17

| | | | |
|---|---|---|---|
| **country**  69:3 | **cried**  54:10 | **date**  41:14 79:1 | 176:7 186:12 |
| **couple**  44:1 | **critical**  139:24 | 116:23 121:7 | 207:17,22 |
| 45:13 62:13 | **cryptic**  216:5 | 127:1 139:23 | 208:14,17 |
| 132:24 134:13 | **cs**  248:15 | 140:2 143:4 | 248:16 |
| 150:14 176:7 | **culmination** | 163:5 164:6 | **deadline**  190:1 |
| 215:5 220:24 | 159:16 | 165:14 187:11 | **deal**  37:4,12 |
| 243:11 | **curiosity**  215:4 | 199:3 208:14 | 41:17 47:23 |
| **course**  34:20 | **curious**  122:2 | 209:1,2 221:7 | 48:12,13 58:5 |
| 55:21 59:16 | **current**  15:15 | 226:4 247:8 | 83:17 84:21 |
| 202:8 213:6 | 132:11 137:20 | 249:24 250:12 | 86:12 87:10 |
| **court**  1:1 2:5 | **customer**  55:15 | **dated**  74:6,16 | 89:7 90:10 |
| 8:19 9:4 10:10 | 188:22 189:1 | 83:7 84:18 | 95:15 106:15 |
| 44:20 63:22 | 228:22 | 86:4 87:2 | 107:20,21 |
| 202:19 203:7 | **customers**  55:7 | 88:25 90:4,19 | 108:2,4,5,7,11 |
| 234:6 245:8,16 | 56:4 228:25 | 92:14 109:16 | 108:12,12,15 |
| 247:25 | **cut**  59:11 68:5 | 117:22 162:3 | 120:13 127:6 |
| **courtesy**  81:18 | 69:7 70:22 | 191:11 198:20 | 127:10 144:16 |
| **cover**  23:12 | 92:21 206:1 | 204:1 225:16 | 193:24 227:22 |
| 41:24,24 72:24 | 207:1,3 209:16 | **dave**  67:9,14,15 | 234:20 236:5 |
| 72:25 111:19 | 210:25 211:20 | 68:3 106:15 | 238:1,17 |
| 145:11 218:7 | **cutoff**  211:12 | 107:18 108:15 | **dealer**  24:22 |
| 220:9 | **cutting**  225:10 | 233:14 239:7 | 25:5 37:16 |
| **covered**  155:4 | **cv**  1:7 | **day**  68:17,18 | 106:17 |
| 155:13 234:7 | **cyclical**  194:14 | 122:7,7 143:22 | **dealers**  25:9,10 |
| **covering**  24:1 | **c's**  234:5,7 | 149:12 157:22 | 25:21,23,24 |
| **craft**  21:7 | | 158:18,23,23 | **dealing**  35:3 |
| 76:10 | **d** | 179:20,20 | 36:20 37:15 |
| **create**  162:7 | | 206:5 216:12 | 100:7 |
| **created**  72:21 | **d**  4:1 8:8 | 217:2 225:5 | **dealings**  50:25 |
| 109:19,24 | 236:15 | 229:23,24 | 108:16 |
| 113:6,7 138:1 | **daily**  235:22 | 245:4 250:15 | **deals**  48:13 |
| 168:22 175:12 | **dash**  166:19 | **days**  41:18 | 95:14 |
| **creation**  140:5 | 232:13,14 | 68:18 133:15 | **dealt**  49:19 |
| 144:11 | **data**  113:19 | 134:18 174:19 | |
| | 182:21 | | |

[deanna - derive]                                         Page 18

**deanna** 61:12
61:25 62:2
**december** 68:7
68:13,18
111:16,20
114:11,25
115:17 119:9
120:23 134:4
134:19 135:13
135:17 136:2,4
137:5 141:24
147:19 148:12
148:25 150:8
159:15 163:5
172:19 175:19
175:19 176:4
191:11 211:1,2
211:13 212:8
212:11 213:2,7
213:8 231:19
242:16
**decimal** 120:2
**decision** 129:3
143:15
**decisions** 64:4
**declare** 250:4
**decline** 81:21
**deduct** 205:18
**deemed** 250:6
**default** 123:5
168:2,19
**defaults** 117:5
117:6 123:3

**defendant** 1:11
3:15 11:12,14
244:25
**define** 11:16
55:16 144:6
167:23
**defined** 32:6
182:6
**defining** 140:3
**definite** 85:11
**definitely**
130:16 187:6
**degrees** 15:9
**delay** 81:6
**delayed** 81:23
**deliver** 24:2
26:20 35:20
58:23 76:6
91:15 97:14
100:13 101:8
101:19 102:4,6
103:20 104:1
119:4 133:13
134:3,8 159:10
161:5 166:21
173:15 176:5
180:18,20
186:25 187:14
187:25 189:4,6
189:14 207:21
222:16,17,19
222:24 227:17
**delivered** 31:4
33:22 85:24

104:19 106:17
119:5 133:21
134:2,22
135:15 136:7
144:18 145:16
161:5 166:25
167:4 172:8
176:5,9 185:18
204:20 211:17
214:4 228:13
230:3 235:11
239:13
**deliveries**
124:3 126:12
140:12 141:12
174:10,20,22
189:20 192:7
210:25 211:4
211:20 213:3
**delivering**
103:11 133:19
135:1,19
136:11,12
222:14
**delivers** 208:11
**delivery** 23:20
31:7 53:12
116:23 163:5
164:6 176:17
176:19 182:16
182:18 212:23
222:1 225:1
**demanding**
180:19

**demonstrated**
70:14
**demonstrative**
54:13
**demurrage**
86:10
**density** 23:7
**deny** 224:19
**department**
71:12 72:10
83:4 125:9
**depended**
144:15
**depending** 30:9
32:19 104:18
128:23 183:17
**depends** 173:17
229:18,18
237:6
**deponent**
248:13 250:3
**deposed** 10:4
**deposing**
248:13
**deposition** 1:14
2:1 5:5 8:16
9:14 11:18,24
12:3 13:10,17
246:3 247:8,9
**depositions**
247:15
**depth** 216:17
**derive** 48:11

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[derived - discusses]                                              Page 19

**derived**  56:10
**describe**  21:3
  237:25
**described**
  50:20 94:21
  102:6 103:10
  112:21
**describes**  45:13
  94:19
**description**  5:4
  6:4 35:22
  243:15
**designation**
  96:23
**desire**  48:8
  135:23
**desperate**  37:6
**despite**  220:25
**destructive**
  192:24
**details**  38:2
  71:10,12,15
  125:17 129:7
  148:5,8 149:24
  183:19 205:16
**determine**  48:1
  140:13 183:15
**determined**
  29:15 47:10
**developing**
  229:7
**development**
  193:9,14

**deviate**  234:16
**didn't**  21:2
  26:1 35:11
  36:9 50:17,21
  60:14 62:18
  95:12 99:11
  138:10,19
  139:20 143:22
  156:1,25 161:3
  166:3 168:9,13
  173:21,22
  174:8,22 180:9
  182:2,2,4
  184:2 185:14
  192:10 193:5
  197:15 205:9
  208:20,21
  211:10,10,23
  215:2,10,10
  216:8,24 224:6
  226:1 227:4
  228:2 234:15
  236:19 237:13
  237:25 240:20
  242:19 244:13
  244:14
**difference**  38:2
  52:18 85:2
  87:23 89:15
  151:3 213:18
**different**  26:17
  39:25 40:4
  43:5 45:14,21
  46:17 99:8,11

  123:23 124:5
  132:24 149:15
  160:19 169:7
  188:5 226:5,7
  236:14,14
  237:16
**differentiate**
  40:2
**difficult**  81:13
  138:1 180:17
  181:20 182:21
  224:13
**difficulty**  194:2
**digits**  74:12
  84:16 86:3,25
  120:3 123:13
**diminished**
  194:6
**direct**  37:2,12
  51:21 63:1
  65:25 132:22
  206:18 208:2
**directly**  15:25
  16:9,12 24:15
  36:20 38:20
  40:16 49:7
  50:10 52:5
  94:9,14
**disagree**
  141:22 151:9
  160:25
**disagreed**
  139:19 151:17
  243:8

**disagreement**
  142:7 180:20
**discounting**
  149:22 150:1,2
  150:10
**discounts**  33:6
  33:20
**discovery**  78:2
  82:20
**discrepancies**
  127:1 221:21
**discuss**  11:23
  132:11 133:17
  135:18 140:17
  141:10 142:6
  144:11 149:3,8
  150:7 185:9
  201:1,2,10
  220:5 221:18
**discussed**  9:16
  11:23 53:9
  132:10 139:9
  140:11 141:4
  141:11 148:10
  149:9 155:4,13
  158:21 159:4
  185:2,5 201:5
  201:8,11,16
  216:25 217:2
  217:24 221:21
  243:7
**discusses**
  140:10

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[discussing - don't]**                                    Page 20

| | | | |
|---|---|---|---|
| **discussing** | **divide**   186:9 | 139:5 171:2 | 80:21 81:1 |
| 39:13 40:15 | **divided**   163:13 | 173:14 186:2 | 83:3 94:12 |
| 85:3 181:2 | **division**   1:3 | 204:21 224:16 | 97:4,6 99:22 |
| **discussion**   4:3 | 34:8 | 244:25 | 100:21,25 |
| 4:7 70:24 | **divisions**   22:2 | **doing**   34:17 | 101:10,16 |
| 91:13 100:9 | **dmr**   204:24 | 37:1 39:13 | 102:3,14 103:1 |
| 103:18 136:9 | **dmrs**   223:3 | 40:15 45:7 | 109:9 111:1,3 |
| 137:19 138:6 | **doable**   122:4 | 46:17,18,20,21 | 113:17,22 |
| 138:18,22 | **dock**   30:4 | 47:4 49:9 | 115:4,19,19 |
| 139:4 143:2 | **document** | 53:25 63:4,6,7 | 119:11 121:21 |
| 148:7 150:10 | 13:14,25 14:3 | 63:15 67:20 | 122:7 123:6 |
| 159:5 201:22 | 42:11 57:23 | 68:25 120:12 | 124:9 128:12 |
| 212:3 241:21 | 61:9 72:14 | 122:3 130:2 | 128:12,13 |
| **discussions** | 79:19 82:3,5 | 141:25 143:10 | 129:8 130:2 |
| 54:8 71:4 72:6 | 82:22 97:12 | 156:14 168:8 | 137:16,16 |
| 88:10,15 91:12 | 109:7,9,12,19 | 179:16 207:22 | 139:5 141:6 |
| 91:16,19 102:5 | 109:25 145:8 | 216:18 229:18 | 144:4 146:3 |
| 187:10,15,17 | 145:12,18 | 237:25 | 147:1 151:23 |
| 187:22 188:8 | 147:16 158:6 | **dollar**   116:25 | 156:11 157:10 |
| 188:15 193:6 | 162:1,7 169:13 | 117:2,6 118:15 | 157:11,20 |
| 197:23 212:10 | 175:11,12,13 | 118:18 120:5 | 161:3,10 |
| **disposal**   205:1 | 198:15 232:21 | 120:12,16 | 167:24 170:11 |
| **dispute**   205:13 | 233:11 237:7 | 122:16 | 171:5 174:6,9 |
| 214:2 222:13 | 239:2 | **dollars**   118:24 | 174:13 185:1,4 |
| 222:20 | **documentation** | 120:8 152:9 | 185:23 186:2 |
| **disputed** | 78:23 133:5 | 162:17 244:14 | 187:2 189:2 |
| 242:23 | 231:6 | **don't**   10:20 | 194:18 195:17 |
| **disputing** | **documents** | 11:2,22 15:9 | 197:5 200:3,6 |
| 242:10 243:12 | 12:2,5,8 13:5 | 21:18 34:22 | 200:25 202:24 |
| **distance**   46:25 | 28:8 99:6 | 35:9 45:5,18 | 204:15,16 |
| **distinction** | 168:22 206:9 | 47:1,22 62:14 | 205:4,5 206:21 |
| 213:18 244:10 | 241:3 | 63:12 67:3 | 208:18,22,24 |
| **district**   1:1,2 | **doesn't**   75:14 | 69:2,17,23 | 209:5 214:22 |
| | 118:20 121:13 | 71:6,7 79:5 | 217:20 222:1 |

**[don't - email]**                                                    Page 21

222:20 223:1
225:5,13,20
226:22,25
227:16 229:15
230:20 232:1
232:24 242:3
**doss** 125:4,8
129:6
**double** 43:3,4
**downgraded**
204:24
**downs** 132:17
133:2,3 223:25
**draft** 84:10
155:8 179:7
193:9,18
212:14
**drafted** 193:21
**drafting** 28:19
28:22 81:7,24
89:22 180:23
181:6
**dramatic**
234:24
**drawing** 244:9
**drive** 224:7
**driven** 115:20
**driver** 214:7,12
214:20
**drivers** 214:10
214:23
**drop** 87:7 89:5
**dropped**
135:14

**dropping** 86:9
217:6
**drug** 11:4
**dry** 70:22
**due** 65:12
81:22 154:1
207:11 208:19
209:1,2 215:9
**duly** 8:12 247:8
**dumb** 18:17
**dump** 21:12
75:8 106:21
162:19
**dunnage** 31:9
31:12,13,19

**e**

**e** 3:1,1,12 4:1
8:8,8 44:21
236:16 245:15
249:3,3,3
**earlier** 34:5
35:12 41:12
44:24 45:1
46:16 53:7,17
72:1 75:17
80:7 88:4
113:9 117:1
122:20 137:19
138:6,18,22
139:4 141:2
162:12 168:7
171:19 177:23
179:6 191:24

211:9 212:3
219:14 223:2
239:3 240:6
241:21,25
**earliest** 233:17
**early** 128:19
175:19 190:21
216:12 220:16
220:23 225:1
**ears** 182:25
**easier** 10:8,17
69:14
**east** 2:8
**ebbs** 167:5
**echelon** 55:7
**economic** 81:22
**edited** 226:20
226:21
**education**
14:18
**effect** 127:24
187:23 192:6
**effective** 68:6
68:13
**efficiencies**
56:14
**effort** 170:14
**eight** 58:14
59:8 210:6
**either** 11:14
26:20 56:25
123:10 187:18
187:22 222:17
228:2 243:7

**elaborate** 21:5
36:21 45:24
218:3 232:10
**elected** 88:1
**elements** 56:12
56:13
**eligible** 208:7
208:10
**else's** 146:12
**email** 5:6,7,8,9
5:10,11,12,13
5:14,15,16,17
5:18,20,21,23
5:24,25 6:5,7,8
6:10,12 42:3
42:14,19 44:8
44:14,16,22
45:10,11,13
48:17 49:14,19
51:7,12,15
52:9,13,15
57:17 58:1,5
59:12 61:3,12
62:1 64:20
65:1,3 66:8,11
66:22 67:7,9
68:2,14 73:22
74:3,5,6,10,12
74:19,21,25
76:19,19 77:2
77:14,19 78:1
78:1,3,8 79:14
79:21 80:23
82:11,19 83:6

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[email - event]**                                        Page 22

83:6,7,13,14
84:18 85:3
86:4 87:1
88:25 90:1,2
90:19 92:7,13
92:13,20,22
97:11 98:16
105:12 106:5,7
106:12 108:5
117:16,18
123:13 124:22
125:2,4,15
129:6,15 131:1
131:8 136:23
137:5,18
138:10,25
139:18,20
141:17,20
145:1,10 147:8
147:19,23
149:5 155:12
155:15,16
156:12,22,23
156:25 157:25
158:8,12
159:19 179:17
180:6,6 189:24
190:2 191:4,10
192:5 195:11
195:24 196:8
196:19 199:15
199:19 200:5,5
200:9 202:16
203:19,24

204:10,15
205:7 213:15
216:5 225:8
233:5,13,17
236:4 237:23
239:5,6,7
242:10,15,15
243:7,17 244:8
245:21
**emails** 59:11
80:10 82:21,24
117:7 119:8
137:14 212:9
224:17 244:7
**emily** 17:4
**emphasize**
151:17
**employed** 49:8
247:16
**employer** 15:15
**employments**
39:17
**empty** 69:18
**encompass**
149:4 158:19
159:3 243:5
**encompasses**
148:11
**endeavor** 91:24
**ended** 99:9
129:12 220:15
220:23 235:15
**ends** 59:23 83:9
165:9

**enforce** 102:7
**enormous**
182:19
**ensure** 144:13
**ensuring** 30:1
30:17
**entail** 23:6
**enter** 27:8 73:8
75:4,21 91:9
101:16,17
123:3 168:14
182:23 230:22
**entered** 28:5
100:11 110:7
119:10,11
120:15,16
168:1 229:25
236:24
**entering** 70:5
**enterprises**
25:17
**enters** 75:18
**entertain** 99:22
**entire** 19:12
62:18 206:10
**entirety** 99:15
**entities** 24:16
**entitled** 150:15
153:1,6,10,16
154:14
**entity** 53:25
**entry** 236:16
**environment**
138:1

**equaled** 174:20
**equals** 59:3
93:4
**equipment**
190:7 191:16
192:14,23,24
193:2 210:17
230:6,12,17
**equivalent**
205:18
**errata** 248:11
248:13,16
**erratic** 81:10
**error** 165:3
**especially**
101:10
**esquire** 3:3,10
**essentially** 63:9
122:22
**establish** 71:8
128:22 183:19
218:12
**established**
38:3 87:20
112:14 218:15
**estimate**
175:20,20,21
237:11
**estimation**
90:23 155:17
**europe** 18:12
20:16
**event** 199:21

events 132:11
eventually
 156:24 205:16
 219:19
everybody 30:1
 62:14,17 80:19
 183:22 219:19
everybody's
 182:25
evidence
 231:13
exact 41:14
 90:18 161:11
exactly 18:24
 103:1 124:9
 138:24 141:6
 142:25 144:4
 146:4 182:3
 204:17 207:23
 217:20
examination
 4:5 9:23
example 23:16
 100:20 134:11
 182:12
exceeded 36:24
excel 15:5,6
excellent 36:25
except 8:23
excessive 150:2
exchanging
 218:24
excited 55:23

excluded 121:6
excuse 76:19
 78:10 83:7,14
 85:4 93:10
 107:24 145:22
 147:20 162:17
 164:12 199:4
 200:9 203:13
 203:22,22
 206:4 219:11
 226:8 242:15
 243:18
executed
 233:23 234:7
 234:12
executive 16:1
 16:5
exhibit 5:1 6:1
 13:7,9,19,19
 41:22,22 42:3
 44:4,8 46:6
 48:17 51:3,7
 57:14,17 60:24
 61:3 64:12,20
 66:19,22 68:3
 72:1 73:17,22
 74:20 77:10,14
 79:4,11,14
 82:2,11 92:2,7
 92:23 97:7
 105:10,12
 108:22 109:1
 110:14 117:15
 117:19 121:2

122:11 123:12
123:18 124:17
124:22 130:21
130:23 131:1
131:11,15
136:20,23
144:23 145:1
147:5,8,24
157:23,25
161:15,18
167:17 168:5
174:24 178:9
179:5,17 191:2
191:4 193:23
193:24 195:9
195:11 198:6,9
202:14,16
203:5,13,25
206:4,5,6,13
225:16 226:6,8
226:8,9 231:5
233:2,5,19
238:18 241:19
241:20 242:14
243:4,17
exhibits 6:25
 12:13,15 44:1
 92:21 117:7
 238:24 243:9
exist 47:2 114:1
 232:1,14
existed 47:25
existing 88:19
 103:9

exists 117:14
 232:17
expand 190:16
 190:18
expect 88:18
 99:23 182:5,22
 228:11
expectation
 91:8 95:17
expectations
 36:24 183:19
expected 38:20
 71:10 126:25
 135:20 155:19
 155:20
expecting 76:5
 76:5 142:2
expense 69:5
 130:2
expensive
 68:23
experience
 85:20 229:13
 229:16
experiment
 135:10
expert 123:6
 167:24
explain 32:1
 117:9 125:16
 126:2 165:16
 172:14
explained
 40:10

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[explanation - faith]**                              Page 24

| | | | |
|---|---|---|---|
| **explanation** 23:24 207:22 | **facility** 18:13 18:14 42:25 43:10 49:5 50:7 68:21,24 69:12 173:19 199:11 219:20 228:16 | 22:20 23:17 24:9,16,23 25:1,7,11 26:1 26:2,3,6,7,8,11 26:17,21 29:21 30:2 32:3,6 34:9,9,12,15 35:21 36:19 | 90:25 91:8,13 91:14 97:15,23 98:17 102:12 102:16 103:19 103:21,25 106:24 107:21 107:22,23,24 108:8,13,18 |
| **exploration** 63:5 | | | |
| **exploring** 217:17 | | | |
| **expressed** 72:10 98:17 | **fact** 52:25 76:16 77:3 91:9 119:4 124:2 140:20 148:24 159:24 169:22 171:11 189:2 220:17 228:21 230:8,9 230:10,11 | 37:9,13 38:4,6 38:9,14,18,21 39:1,10,11,14 40:7,11,15 41:7 42:20 43:11 46:17,20 46:21 49:2,3,8 50:25 53:9,19 | 110:6 111:16 113:8 114:9 115:15 116:19 118:5 120:22 121:10 125:17 125:23 126:6 126:10,16,22 126:24 127:13 |
| **extended** 100:24 178:23 | | | |
| **extends** 100:23 | | | |
| **extensive** 70:11 71:6 | | | |
| **extent** 210:19 229:19 | | | |
| **exterior** 21:17 | | | |
| **external** 201:13 | **factors** 32:23 47:4,6,20,25 48:3 56:9 81:22 130:4 183:15 | 53:24 54:3 55:16 58:17 60:3,8,21 62:5 63:1,18 66:1 66:14 68:4,7 | 128:1,21,24,25 129:19 130:1 133:13,18,19 134:21 135:20 136:2,6 137:9 |
| **extra** 170:19,21 182:16 | | | |
| **extract** 68:9 69:9 | **fails** 248:18 | 68:12 69:13,22 | 144:18 145:9 |
| **extrapolate** 174:19 | **fair** 17:15 19:22 24:3 28:18,20,23,24 29:2,17 30:5 31:3,25 33:21 55:9 56:24 57:3 70:3 159:17 207:25 227:18,19 | 70:14,25 72:2 72:7,19 73:9,9 73:14 75:5 76:7 77:7 78:10,11,25 79:2,6,24 80:23 81:7,17 81:24 83:18 84:21 85:9,22 | 145:15,21 149:22 150:10 151:2 158:14 160:1,3,5,12 162:21 164:21 166:22,24 167:2 172:12 172:16 174:6,6 175:12,18 176:16 177:6 |
| **eyes** 30:3 68:20 69:4 93:23 214:3 | | | |
| **f** | | | |
| **facemyer** 195:25 196:1 | | | |
| **facilitate** 215:16 222:9 | | | |
| **facilities** 180:13 190:12 | **faith** 1:5 8:17 10:2 11:10,10 21:23,25 22:1 | 85:25 86:12,20 87:10 88:11,13 89:7,23 90:10 | 178:1 181:7 182:17 184:1 |

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[faith - first]**                                              Page 25

185:4,9,19
186:4,5,15,19
186:25 187:14
187:18,19,23
188:8,10,15,25
189:4,4,5,8,13
189:14,18,19
190:6,11,23
193:15 194:3
194:19,21
195:5 197:3
198:20 202:10
203:19 204:21
204:24 205:22
207:13,14
210:9 211:11
211:17 215:10
215:22 216:16
226:14 228:11
228:14,14,15
228:21 229:9
229:15,21
230:5,12,16
231:8 232:2,23
233:19,21
235:1,22,22
237:8 239:19
240:12 243:18
248:4 249:1
250:1
**faith's** 9:14
26:3 65:22
69:11 111:19
160:23 188:22

190:6,11
211:22 214:3
228:8,21
238:15
**fall** 126:12,18
**falling** 135:1
**falls** 209:1,2
**far** 36:24 70:19
71:10 79:7
88:17 133:6
136:11 151:10
151:25 167:19
174:7 175:3
180:18 195:8
205:12 212:21
225:24 235:10
235:10 242:11
**fast** 167:10,10
237:6
**fat** 54:25
**favorable**
234:6
**fears** 237:24
**february**
153:12,18
163:23 165:7
187:1 206:8
223:8 226:12
227:7
**federal** 8:20
**fee** 46:13,14
59:15 60:21
99:3 143:14,15
149:23 157:11

162:15 208:10
**feel** 59:7 155:5
157:16
**fees** 84:6
149:19,20
208:6
**feet** 210:6
**fellows** 62:13
**felt** 171:25
174:2 223:23
**fife** 82:25,25
233:14,20
234:20
**fifty** 228:7
**fight** 182:15
**figure** 38:9
174:17 183:4
202:10
**filing** 8:5
**fill** 224:5
**film** 35:12,25
36:1
**final** 30:4 57:6
199:2
**finally** 164:5
**finance** 125:9
125:10,11
**financially**
247:17
**financials**
125:23
**find** 37:6 48:8
52:24 77:8
78:22 135:9

148:6 177:19
179:4 224:25
225:13 231:6
231:13
**finding** 56:20
81:13
**finds** 239:7
**fine** 36:22
103:2 146:25
151:14 168:12
168:21 185:24
186:1 244:10
**fines** 68:10
69:15 133:7
**finish** 10:13,14
**finished** 22:13
56:24 68:9
69:9,12 75:7
108:8 162:18
167:12 210:18
224:5 240:21
**fire** 55:1
**firm** 64:4
**first** 8:12 42:19
48:16 52:17
66:9 68:18
74:10 78:8,9
81:14 84:20
86:9 90:8
97:11 103:3
106:12 112:1
117:18,19
121:8 122:11
123:18 124:2

127:14,20
128:1 129:12
134:5,20 136:1
138:7 140:1
144:1 145:9,20
146:9 148:3
150:15 152:22
154:6,18
155:16 160:22
164:19 165:2
171:21 172:3
173:3,8 176:3
176:25 177:9
177:25 178:19
181:1,25
203:24 204:10
208:3 216:22
222:15 229:1
233:18 234:1
239:6
**firsthand**
229:13
**fits** 18:7
**five** 12:15
16:19,20 27:15
87:7 118:23
148:18 149:4,8
149:10,14
206:1
**fixed** 104:21
**flexibility**
183:21 184:8
**flexible** 126:10
126:16,25

127:2
**flooding** 215:22
**floor** 2:8
**flow** 47:17
213:14 240:7
**flowing** 210:19
236:17
**flows** 167:5
**focus** 206:18
**focused** 62:3
**folded** 102:9
**folks** 53:4
**follow** 107:19
108:10 241:15
**following** 8:11
44:24 140:10
148:11
**follows** 8:13
58:17
**fool's** 92:1
**forecast** 134:16
**forecasted**
103:20,25
187:13
**forecasting**
187:16
**forecasts**
133:11 180:13
**forefront** 229:6
**foregoing**
247:8 250:5
**foremost** 148:3
**form** 8:23 23:2
23:5 26:19

46:15 56:18
60:11 64:7
71:24 80:16
85:14 93:13
109:22 110:9
111:22 127:17
128:4 136:16
151:7 157:6
171:5,15 172:5
172:25 184:14
234:22 237:19
238:6 242:25
244:19
**formal** 81:24
88:8 158:21
179:18,25
181:2
**format** 133:8
145:13
**formula** 100:23
**forth** 34:23
67:17 71:15
88:5 95:1,5
107:11 113:3
159:8 183:18
212:20 222:4
228:17 247:19
**forty** 247:20
**forward** 43:19
74:25 84:15
86:2 88:24
137:20 141:12
141:22,24
157:9 180:3

182:23 236:21
**forwarded**
42:22 204:8,9
**found** 38:13
175:7
**foundation**
127:8 128:7
**four** 13:24 87:7
87:7 105:16
148:16 149:20
153:25 154:6
154:18 160:22
164:17 169:18
172:3 175:2
178:14 183:17
**fourth** 135:6
153:10 194:10
**frame** 68:24
208:6 212:19
**framework**
71:13
**france** 18:10
**free** 82:5 126:7
155:6 157:16
**freight** 67:16
106:19,22,23
108:7 214:10
216:5
**frequency**
106:25 116:3
**frequently**
31:21 213:22
221:25 241:6

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[friday - getting]                                                Page 27

**friday** 81:20
130:15,16
209:3 225:4,7
225:17
**friend** 54:6
**friendly** 27:20
**front** 241:19
**frustrated**
223:20
**fulfilled** 165:6
**fulfilling** 165:7
**full** 11:6 245:17
**fully** 247:11
**function** 167:7
202:6 231:12
**functional**
158:23 179:20
**functionally**
118:16
**functions**
201:19
**fundamentally**
151:18
**furnace** 26:13
26:16,18 27:11
32:11 46:18
47:1 56:14
94:10
**further** 11:16
43:22 79:23
128:15 189:19
199:11,17
216:8 247:15

**fuselage** 21:16
21:17
**future** 55:4
81:21 133:15
140:4 144:6

**g**

**g** 8:8 44:21
**ga** 3:7 75:8
106:17 207:10
**gain** 55:5
**gained** 230:10
230:11
**game** 92:1
**gap** 140:2
143:4 217:12
218:16
**gaps** 143:9
**garey** 38:22
39:7 40:5,16
40:19,22 42:14
44:16,21 48:18
49:1 50:20,24
53:23 54:2
59:10 60:21
62:3,19 63:7
66:1,10 67:10
68:4 69:7 72:6
74:13 77:6
81:19 88:10,16
91:12 93:9
95:20 96:1
98:4,15 102:12
103:19,24

104:11,13
123:23 124:8
127:24 129:2,4
130:9,18,20
132:23 134:20
135:8,17
140:24 147:20
148:24 155:22
156:7,16
158:18 159:15
167:14 181:1
181:22 183:2
184:1 187:10
187:15,18,22
188:9,15
189:15 190:5
190:10,14
191:10 193:16
200:11,14
201:25 204:8,9
205:11 206:7
208:7 210:13
210:14 212:10
212:11,20
214:22 216:4
217:13,25
219:9 220:4
221:24 222:7
223:6,23
225:25 227:9
227:22 229:1
241:5 243:4
**garey's** 66:14

**gate** 30:4 61:18
**gathering**
129:17
**gaylord** 68:10
**general** 15:3
23:25 26:16
41:15
**generally** 13:23
20:25 29:10
41:1 65:15
116:3 132:9
**generated**
128:16 183:10
**gentleman** 50:1
**george** 2:3 4:4
8:10,17 9:12
10:1 105:9
114:21 204:5
205:8 241:18
245:3,6 248:5
249:2,24 250:2
250:4,12
**georgeg** 1:15
**georgia** 1:2
26:3 42:25
43:10 44:25
50:8 53:25
66:5 106:20,25
126:8 162:19
224:8 230:7
**gesture** 223:24
**getting** 35:17
71:5 81:11
177:21 180:10

Ind / 30B6 Shawn George                          April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[getting - goods]**                                        Page 28

| | | | |
|---|---|---|---|
| 194:2 213:19 | 116:22 117:15 | **going** 9:6 10:8 | 189:25 190:24 |
| 213:23 215:2 | 123:11 135:11 | 10:16,19 11:8 | 192:14 194:9 |
| 235:15,16 | 142:8 143:18 | 12:13,17 13:4 | 202:2,9,10,10 |
| 236:11 238:23 | 156:9 164:10 | 13:4 22:14 | 205:12 206:3 |
| **give** 10:9 11:6 | 164:19 170:11 | 31:11,24 34:23 | 206:10 212:20 |
| 12:17 19:18,20 | 170:16 172:5 | 35:20 43:25 | 214:22 215:23 |
| 23:16 29:12 | 172:20 174:18 | 57:13 59:6 | 218:6 219:4,15 |
| 33:22 91:5,23 | 174:24 176:11 | 65:18 67:2,16 | 219:16 220:11 |
| 93:19,22,22,23 | 177:18 179:5 | 68:15 82:4 | 222:2,15 |
| 95:15,16 | 182:2 188:5 | 94:16,16,18,23 | 223:15 224:10 |
| 175:14,17 | 192:7 193:23 | 98:3,11,25 | 224:11 227:16 |
| 182:12 222:1 | 202:21,25 | 99:15 100:4,7 | 228:16 235:4 |
| 222:18 236:8 | 206:24 207:2 | 101:22 102:25 | 237:9 241:1 |
| 241:9 | 209:7 212:6 | 105:22 119:4 | **golden** 3:4 |
| **given** 77:23 | 215:8 219:5 | 120:6 123:9,16 | **goldstein** 35:5 |
| 99:16,21 | 220:1,15 | 124:10 132:13 | 35:6 36:5,20 |
| 137:21 212:3 | 221:17 223:1 | 134:11,25 | 40:23 181:24 |
| 213:20 247:10 | 224:3,6 227:1 | 135:12 139:14 | 205:11 225:2 |
| 250:9 | 240:20 241:9 | 141:11,12,22 | **goldy** 25:15 |
| **gives** 169:2 | **goal** 22:21 | 141:23 142:5 | 34:17 35:3,5,6 |
| **giving** 213:9,17 | 68:12 218:11 | 142:12,13,16 | 36:20,23 37:15 |
| 222:5,16 | 218:11,13,14 | 143:12 151:20 | 37:15,23 38:3 |
| **glad** 9:17 10:21 | 218:15 240:25 | 156:14,15 | 38:11 41:5 |
| 10:24 11:17 | 241:4 | 157:2,3 159:8 | 53:7 118:5 |
| **glanced** 82:9 | **goals** 56:7 | 162:20 165:8,9 | 181:24 204:19 |
| **go** 12:13 24:14 | 240:19 | 165:11,16,22 | 205:2,19 229:5 |
| 24:15 26:2 | **goes** 29:4 31:25 | 165:24 166:1 | **good** 9:21 10:1 |
| 27:11 32:23 | 36:1 53:16 | 168:3,21 | 63:6 70:20 |
| 33:14 43:25 | 56:8 101:13,14 | 173:15,17 | 120:25 245:21 |
| 48:16 52:9 | 101:15 112:8 | 175:5 178:18 | **goods** 75:22 |
| 68:19 72:11 | 123:22 151:25 | 179:1 180:2,3 | 113:12 167:12 |
| 84:19 94:9 | 165:2 170:6 | 180:17,18,20 | 186:20 197:21 |
| 97:7 98:24 | 193:2 208:12 | 182:22 183:8 | 208:21 210:18 |
| 100:2 101:20 | 212:15 | 185:13 188:5 | 240:21 |

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[gotcha - helpful]                                            Page 29

gotcha   69:1
gotcha'   209:18
government
  61:21
gradiated   99:3
graduate   19:4
great   38:12
  48:8 101:21
  158:17 227:11
greater   33:7,21
  148:19
green   56:11
greg   35:5,6
  38:22 40:23
  181:24 205:11
  225:2
gregory   3:4
griffith   67:10
  67:14,15 106:8
  106:15 107:12
  233:15
gross   154:14
  156:4
ground   68:8
  124:10,15
  209:15
growing   132:14
  168:7 191:1
guarantee
  10:18
guaranteed
  241:2
guess   50:4
  51:23 58:16

69:21 117:24
204:7 225:13
guidance   207:4
guidelines   10:7
guy   50:20
  67:18 99:24
  125:11 214:11
  216:6
guys   61:21
  100:18 101:16
  104:24 136:11
  167:4 222:1

**h**

h   249:3
habit   122:3
hadn't   210:12
half   56:20
  97:17 100:3
halting   199:10
hand   13:4,4,5
  14:3 34:9
  53:23 57:13
  83:9 84:16
  86:3 87:1 90:4
  118:4 130:21
  155:25 160:14
  164:11 167:19
  203:5 239:15
  239:21
handing   13:6
  41:21 44:3
  51:3 60:23
  64:11 66:19

73:17 77:10
79:11 82:2
92:2 105:9
108:21 124:17
131:11 136:20
144:23 147:4
157:23 161:15
191:2 195:9
198:5 202:14
206:3 233:2
handle   29:14
handles   67:15
handling   63:8
hands   72:9
happen   50:22
  85:22 86:23
  98:11 143:22
  166:24 210:7
happened
  40:25 70:20
  85:7 93:8
  119:1 143:17
  168:21 190:21
  208:23 214:15
  243:11
happening
  118:20 135:4
happens   47:13
happy   37:7
  207:4
hard   63:25
  236:16
hardeners
  56:13

harmless   98:9
haven't   113:17
  114:5 115:5
  194:19 231:23
  232:18
head   97:17
  185:20
header   111:12
  111:15 114:8
  117:11 162:14
  164:19 171:2
  171:11
headquartered
  18:9
headquarters
  20:20
headway   48:20
  48:21
heard   39:3
  50:17 214:24
  225:24,25
heavily   135:10
hecker   76:14
  81:4,5 185:3
held   33:16
  81:21 105:6
help   10:8 31:11
  55:9 63:22
  106:23 135:9
  158:16 208:7
  223:25
helpful   44:1
  107:18

**[helping - included]**                                Page 30

helping 132:16
hereto 247:17
  250:7
here's 62:21,22
hesitate 67:3
hey 62:21
  213:15
he'd 227:4
he's 9:6 37:17
  51:18 67:18
  92:17 93:25
  190:25 217:19
  218:17 222:11
  222:22
hi 44:23 68:3
  106:15 120:21
  122:12 126:5
  158:18 191:14
  208:5 210:5
  243:4
hierarchy
  202:7
high 14:19,20
  19:5 34:24
  37:9 48:6,7
  61:20 127:7
  170:22,23
  176:11,15
  177:3 193:1
higher 33:3
  137:25 142:12
  143:25 159:20
highest 14:18

highlighted
  122:13
hire 28:3
hired 34:12
hires 27:7
  30:24
historical 182:4
hit 91:25
  101:22 118:23
  224:12
hitting 134:5
hold 15:12 98:8
  98:8 101:10
  165:9 207:11
  225:13
holding 142:3
  174:6 213:9,10
  223:19
holiday 141:13
  141:14 176:7
  235:6
holidays
  175:23
home 139:21
  156:20 236:9
honest 207:24
honor 174:2
  199:9
hope 63:15
  107:18 108:10
  158:17 238:17
hose 215:20
hour 226:18

house 76:14
huge 234:5
huh 16:18
  42:17 63:21,23
  111:14 118:1
  121:4 125:19
  148:1 176:2
  179:10 191:23
  204:12 207:19
  209:14 213:21
  221:6,11
  222:21 240:8
hundred
  134:13 227:16
hypothetical
  244:16

i

idea 98:21
  139:15 174:12
  174:16,17
  175:17 241:25
identification
  13:11 42:5
  44:10 51:8
  57:19 61:5
  64:22 66:23
  73:24 77:15
  79:15 82:12
  92:8 105:13
  109:3 124:23
  131:2,17
  136:24 145:2
  147:9 158:1

161:20 191:5
  195:12 198:10
  202:17 206:14
  233:6
identified 5:4
  6:4 38:18
identifying
  13:18 17:16,18
illinois 127:9
image 78:15
imagine 29:6
  194:14
immediately
  212:13 213:3
impact 55:22
impacted
  219:22
important
  10:11 94:4
  240:9
impressed
  53:17
improve 55:18
inaccurately
  149:11
inbound 31:1
  75:7 116:17
  123:17 162:17
  162:18 192:10
incident 234:5
include 78:19
included 66:11
  74:5

**includes** 175:11
**including** 81:2
**inclusion**
    148:13
**incorrect** 199:6
    243:20,24
    244:4
**incorrectly**
    199:5
**increase** 56:8
    63:15 65:19
**indicate** 111:18
**indicates**
    197:10
**indicating**
    114:24
**indication**
    243:7
**individual**
    29:16 71:7
**industrial**
    101:12
**industry** 19:11
    35:13 39:23
    43:2 46:19
    96:2 100:15
    127:4 230:15
**info** 235:24
**information**
    38:23 42:22
    81:12 110:21
    111:8 115:5
    121:1 135:4
    162:9 180:10

    180:12 213:14
    214:21 218:25
    236:24
**informed**
    187:19 189:3
    189:13,18
**infrequent**
    65:11
**infrequently**
    49:10
**inhibit** 11:5
**initial** 36:8
    44:22 62:1
    68:2 98:1
    104:10 112:1
    126:12 158:12
**initially** 48:7
    132:14
**initiate** 158:15
**input** 71:8
    168:10
**inside** 201:1,3
**insight** 217:11
**installation**
    210:13
**installed** 210:8
    216:11
**installing**
    191:15 192:14
    193:2 210:10
    216:16
**instances** 30:16
**instructed**
    113:9

**instructs** 78:18
**intended** 227:9
**intends** 199:9
**intention** 94:23
**interact** 122:7
**interaction**
    125:12
**interactions**
    49:4
**intercede** 49:17
**interchangea...**
    31:14
**interest** 102:2
**interested**
    21:24 36:6,8
    36:17 43:16
    247:17
**interim** 207:10
**internal** 201:12
**interpretation**
    116:13
**interpreted**
    133:9
**interpreting**
    116:12
**introduce**
    42:24
**introduced**
    40:21 41:1
    46:2
**introducing**
    238:23
**introduction**
    45:4

**intrusive** 11:3
**inventory** 68:5
    68:13,16,19
    69:1,19 98:12
    100:7 171:24
    207:11,16,18
    207:22 209:9
    211:9,11,13,23
    211:24 213:5
    215:2,9,12,16
    215:19 235:23
**investments**
    190:12,23
**invitation** 5:22
    131:16,24
    157:15
**invoice** 113:11
    113:15 167:1
    196:9,13,18,19
    197:5,25 198:1
    199:2 203:13
    203:20 204:2
    205:17 220:7
    221:9 222:22
    232:4
**invoiced**
    204:25
**invoices** 78:19
    113:10 120:15
    125:25 129:7,8
    158:15 166:15
    186:19,21,23
    197:4,12,16
    198:2,23 199:4

| | | | |
|---|---|---|---|
| 199:6,9 208:17 | 208:18 | 126:21 128:7 | 150:25 152:12 |
| 208:19 209:5 | **item** 111:5 | 141:21 145:20 | 153:24 159:24 |
| 226:14,14 | 163:3,23 164:1 | 146:17 154:3 | 182:12 186:9 |
| 243:19 244:5,8 | 182:3 | 154:22 156:12 | 207:4 227:1 |
| 244:12 | **items** 132:24 | 159:24,25 | **i'm** 9:4 10:6,8 |
| **involatile** | 149:4,8,10 | 160:10 170:13 | 10:15,19 11:12 |
| 126:21 | 150:7 204:23 | 170:13,22,22 | 12:16 13:3,4 |
| **involved** 56:10 | 232:9 | 170:23 171:5 | 13:18 18:6 |
| 80:20 130:4 | **iteration** 92:12 | 174:14 175:10 | 21:24 23:24 |
| 213:12 235:7 | 113:1 115:5 | 184:16 192:23 | 25:25 35:25 |
| **iron** 132:17 | **iterations** | 194:14 196:19 | 36:17 38:9 |
| **ironing** 133:2 | 113:18 | 198:18,19 | 40:9 41:13,14 |
| **isn't** 102:8 | **it'll** 10:16 | 201:18 205:8 | 43:1,25 44:3 |
| 179:1 | 36:21 | 210:3 211:16 | 47:8 48:19 |
| **isolate** 40:1 | **it's** 10:10,11 | 223:24 224:10 | 49:23 51:3 |
| **issuance** | 16:7 23:12 | 230:15 231:5 | 55:8 57:13 |
| 236:23 | 27:5 29:15 | 231:12 232:22 | 64:1,3,16 |
| **issue** 49:18 | 30:16 31:5,20 | 233:20,23 | 66:19 73:17 |
| 72:18 81:5 | 32:18 34:23 | 235:24 236:15 | 79:11 81:3 |
| 119:2 120:10 | 35:25 36:1 | 237:15 240:9 | 82:2,4,16 83:3 |
| 122:22 133:25 | 39:23 43:3,5 | 245:4 | 83:11 84:17 |
| 167:2 197:3 | 44:1 47:14 | **i'd** 41:18 50:17 | 92:2 94:3,6 |
| 205:2 208:20 | 58:17 61:20 | 60:20 141:25 | 98:25 99:23,24 |
| 208:24 209:9 | 63:25 66:9 | 160:7,17 | 100:4,6,7 |
| 214:3 215:23 | 69:2,23 72:25 | 223:19 | 101:25 102:14 |
| 220:6 221:19 | 73:4,5 74:16 | **i'll** 10:13,21 | 105:9,22 |
| **issued** 110:20 | 77:1 86:3 87:1 | 11:16 13:3 | 106:15 107:8 |
| 115:10 174:3 | 90:2,4 91:2 | 19:1 36:21 | 110:23 113:25 |
| 176:25 177:15 | 94:4 95:14,16 | 44:20 45:23 | 116:12 121:24 |
| 177:25 180:8 | 96:25 102:9 | 48:20 78:1 | 122:8 123:5,9 |
| 198:3 204:24 | 104:24 109:8 | 82:6,18 93:25 | 134:11 136:8 |
| **issues** 55:22 | 109:16 112:7 | 103:23 105:23 | 138:8 141:2 |
| 73:14 88:3 | 116:13 122:22 | 121:24,24 | 142:3 143:7,8 |
| 132:13 140:17 | 122:23,23,24 | 130:21 145:8 | 144:23 146:6,7 |

Ind / 30B6 Shawn George                                April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[i'm - keep]**                                                    Page 33

146:20,21
147:4 149:7
151:15,20
156:13,14,15
159:18 163:8
165:16,16,17
167:24 168:10
172:15 175:15
177:21 178:18
179:16 180:10
188:5 189:11
194:18 195:19
201:4,15,15
202:9,10 206:3
206:10,19
207:5,15,23
211:7 214:14
215:8 218:6,10
220:12 222:9
222:14,23
225:18 230:4
235:20 237:22
237:22 238:23
239:8,24,24
241:1 244:9,15
**i've**   12:14,15
19:11,15 20:1
20:4,7 42:8
51:5 53:23
57:15 58:15
61:1 64:18
67:5 73:20
77:12,21 79:12
82:9 92:5

106:1 108:24
123:7 124:20
125:13 131:5
134:10,11,12
137:2 141:1
145:6 147:13
157:11 158:4
161:23 191:8
195:15 198:13
205:4 209:25
210:23 224:2
233:9 235:21
241:18 243:4

**j**

**j**   3:10
**jacob**   16:25
**january**   148:11
149:21 153:12
153:18 154:19
158:9,14,19
159:3 162:4
163:7,8 165:21
166:13,22,25
178:9 181:5
185:19 186:6
186:16 187:11
188:6,13,20
191:18 195:24
197:9,9 198:21
198:23,24,24
198:25 199:2,4
199:10 204:1
215:6 216:23

217:6 219:8
220:4,6,8,10,10
221:1,8,18
222:14 223:5
225:6,16,18
243:5 244:11
**jeff**   122:13
125:4,8 126:5
129:6
**jennifer**   82:25
82:25 233:14
233:20
**job**   10:17 17:9
48:14 63:6
75:13 202:6
**jodi**   54:7,8,12
**joe**   42:21
**john**   3:10 12:15
65:3 248:1
**john.meadows**
246:1 248:2
**johnson**   2:7
3:11
**johnson.com**
248:2
**johnson.com.**
246:1
**jordan**   17:4
**josh**   205:5
**joshua**   203:25
**july**   76:10 78:3
84:18 85:8,21
86:5,20 112:15
112:17 113:2

114:10,25
115:16,24
119:9 209:8,9
231:18
**jumped**   155:25
**june**   75:1,5
76:7,20 83:7
84:19 85:3,7
85:20,24 97:14
102:24 108:2
109:16 111:16
111:20 112:14
115:10 116:10
116:23 119:16
119:25 120:23
123:14 124:12
126:13 129:7
162:11 181:3,5
207:8,15 209:9
233:13 234:11
235:2,11
**justify**   69:5
129:17,20
130:1

**k**

**keep**   12:24 44:2
47:6,11 48:2,2
48:5,20 67:2
88:20 97:18
98:22 128:21
128:25 135:23
167:3 175:5
179:16 201:19

Ind / 30B6 Shawn George                                          April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[keep - know]**                                                Page 34

| | | | |
|---|---|---|---|
| 202:1 206:3 | **knew**  38:6 | 108:22 109:9 | 185:1,4,12,13 |
| 210:18 239:20 | 50:16 54:7 | 109:24 112:7 | 185:18 186:14 |
| 240:1,14,24 | 70:16 98:3 | 113:5,22 115:4 | 188:24 189:2 |
| **keeping**  58:6 | 127:5 180:7 | 115:14,19,23 | 190:15,22 |
| 228:16 238:22 | 182:1 218:23 | 116:8 118:4,7 | 191:1 192:10 |
| 239:14 240:13 | 218:23 | 121:19,21 | 193:8 194:18 |
| **keller**  54:7 | **know**  10:15,24 | 122:8 123:19 | 194:23 195:8 |
| **kept**  180:19 | 11:9,16 13:3 | 124:9,18 | 197:5,18 198:6 |
| **kicked**  197:17 | 14:12 21:1,2,9 | 125:10 126:1 | 199:8 200:4,23 |
| **kim**  49:10 78:4 | 21:23,25 22:13 | 126:22 127:5 | 200:25 201:18 |
| 103:10 113:9 | 23:16 30:10 | 130:2,23 | 201:24 203:12 |
| 132:14 145:10 | 33:7,8 35:24 | 131:13 132:9 | 204:15,16,17 |
| 158:15 190:3 | 40:10,12,25 | 133:1,6,15,24 | 204:19 205:4,5 |
| 211:4 212:12 | 41:17,23,24 | 135:1,5,24 | 207:4 208:22 |
| **kind**  14:21 22:6 | 44:5 45:3,4 | 136:13,14,21 | 210:9 211:4 |
| 23:16 24:14 | 48:19 50:17 | 138:10 139:5 | 212:20,21,24 |
| 26:4 32:5 | 55:2 59:14 | 139:13,15 | 213:10 214:10 |
| 35:22 38:19 | 60:25 62:17 | 141:15,20 | 217:22,24 |
| 44:2 46:20 | 63:9,12,13 | 142:18,25 | 218:19,23 |
| 47:8 62:21,22 | 66:19 67:3 | 143:8 144:9 | 219:2,17 |
| 62:23 64:4 | 69:10 70:17,19 | 147:1,5 155:20 | 220:11 221:4 |
| 66:4 67:24 | 70:19 73:4,18 | 157:8,11 | 221:24,25 |
| 72:12 95:14 | 75:12 76:21 | 161:15 167:5 | 222:4,6,9 |
| 111:11 131:11 | 78:25,25 79:5 | 167:14 168:1,7 | 224:1,3 225:5 |
| 134:18 143:13 | 79:7 80:18,21 | 168:20 169:7 | 226:23 227:4 |
| 171:25 181:17 | 81:1 82:3 83:2 | 169:10 170:13 | 227:15,16 |
| 182:6 185:14 | 83:9 84:1 | 170:17 171:2,5 | 228:1,2 229:3 |
| 189:17 190:16 | 85:19,20 88:1 | 173:16 174:6,9 | 229:15 232:17 |
| 196:5 202:1 | 91:4,22 92:3 | 174:9,23 | 232:20,24 |
| 210:19 215:21 | 93:21 94:4,11 | 175:23,24 | 233:3 234:19 |
| 223:24 225:22 | 94:19,20 96:10 | 179:1,7 180:1 | 235:1,3 236:17 |
| 226:2 237:7 | 97:4,8 98:8 | 180:9 181:25 | 236:22 237:5 |
| 238:3 241:18 | 99:2,4,12,17 | 182:2,2,20,24 | 240:25 242:3 |
| | 103:15 105:23 | 183:9,24 184:2 | 242:11,17 |

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[know - lines]**                                                    Page 35

244:13 245:4
**knowing**   37:8
181:20
**knowledge**
14:11 34:13
39:14,16 40:14
40:17 76:17
86:18 100:11
100:15 125:20
137:13 182:4
227:21 229:13
230:5,10,11,16
230:20 243:22
**known**   20:7
26:19 230:15
**knox**   3:3 10:1
183:14
**kripke**   25:17
118:6 134:14

**l**

**l**   8:1
**labeled**   152:22
**lack**   57:2
**laid**   135:2
219:19
**language**   90:18
193:10,19
**large**   37:2,2,5
41:5 103:3
233:24
**larger**   18:5
**late**   136:4
175:19 213:4

**lawful**   8:21
**lawsuit**   11:11
**lawyers**   71:14
71:20 201:13
**lay**   69:3
**layman's**   21:3
**layoffs**   219:12
**lead**   45:3 196:3
196:4
**leading**   83:3
**leads**   91:5
**learn**   228:19
**learning**
132:15,15
181:13 183:8
227:25 228:3,5
**led**   48:1 120:19
**left**   25:4
**leftover**   174:5
**legal**   28:15,21
29:2 71:12
72:10 81:2
84:8,8 185:10
185:11 235:20
248:23
**length**   227:11
**lengths**   101:21
**lengthy**   82:3
**letter**   6:9 198:9
198:20 199:3
199:18 200:1,9
200:21,24
201:1,2,17
202:5 225:8,9

237:22 243:18
243:23 244:3
244:11
**let's**   97:7
117:15,21
174:24 176:11
179:5 202:25
207:2,25 209:7
212:6 216:20
219:5 220:1
223:1 226:8
241:9
**level**   14:18
97:16,24
**levels**   236:17
**licenses**   15:12
**light**   23:20
**likely**   54:12
85:22 86:23
**likewise**   30:9
**limit**   99:17
**limitation**
122:22,23,24
167:20
**line**   35:18
42:20 46:11
47:4 48:17
52:3,14 58:5
59:25 71:15
72:2 83:15
84:20 87:21
93:2 99:8
108:5,10
110:16 111:1,5

112:1,2,8,8,10
112:14,16,17
113:19 114:18
115:1,18 116:2
116:5,9,13,22
118:17,17,18
118:21,22
119:4,5,12
120:7,21,22,24
121:8,10 122:1
122:19 138:7
162:22 163:22
164:1,5,23
165:4,6,9,13,15
165:22,23
166:1,5,6,9,12
166:13,18
170:7,9,12,18
179:17 191:16
192:15 196:8
197:13 229:6
232:9,14
233:19 249:4,7
249:10,13,16
249:19
**lines**   87:8 99:10
100:23 103:9
112:24 113:2
115:23,23
119:10 121:15
136:10 183:18
201:23 231:18
231:20 232:22

lining  222:12
  236:15
liquid  27:4
listed  149:5
  154:2,3
lists  13:20
  150:20 152:22
  153:2,7,11,17
  154:6,10,18
  163:3 169:17
  242:17
little  14:15
  36:21 52:11
  107:11 111:11
  114:8 160:19
  172:14 188:5
  207:3 213:13
  224:2 226:18
liz  76:9,13,14
  81:2 83:18
  84:22 86:13
  87:11 89:8
  90:11 185:3
  235:20
liz's  81:3
llc  1:10 8:18
  11:13 15:16
  248:4 249:1
  250:1
llp  3:4
load  35:1 72:23
  97:16 107:6,8
  107:12 176:5
  204:20,22

208:11 210:5
  214:7
loads  35:1
  36:23 37:22
  38:3,6 52:23
  53:6,13 58:8
  58:14 59:8
  72:24,25 95:2
  95:2 106:25
  107:2 129:17
  129:19 217:9
  225:3
located  18:23
  20:14
location  19:23
  20:17 66:5
  69:19
locations  20:15
locked  217:8
  235:16
logic  175:22
logistics  67:18
long  15:19
  47:17 60:18
  70:5 80:6
  86:19 100:18
  100:21,24
  124:6 144:14
  182:10 183:18
  197:20 206:5
  227:1 229:11
  229:16 236:20
  237:1 245:4

longer  19:16
  128:22 165:4
  165:24 189:25
  202:25 223:21
look  13:19
  41:22,25 42:19
  44:4,5,22 46:5
  46:11 48:16,17
  51:4 57:14
  60:24 66:20
  71:14 73:18
  74:10 77:11
  82:17 83:6,15
  92:3 97:11
  106:12 108:23
  111:11 117:18
  117:21 124:18
  130:24 131:13
  136:21 144:24
  146:6,8 147:6
  153:21 162:14
  171:7 174:18
  174:24 175:13
  175:14,24
  176:3 197:13
  209:22 225:12
  225:21 226:8
  233:3 234:6
  238:18 239:5
  241:10 242:14
  243:17
looked  70:19
  72:1 74:20
  79:4 85:3 92:5

106:1 108:24
  110:15 124:20
  145:6 147:13
  147:24 155:15
  155:24 158:4
  161:23 162:12
  167:17 191:8
  195:15 198:13
  203:16 210:23
  226:6 231:4
  233:9 239:2
  241:3
looking  94:3
  104:13 118:10
  120:1 122:11
  177:10,18
  180:1,2 182:24
  207:5 217:8
looks  121:22,22
  122:8 204:7
  220:10
loose  106:21
lot  10:17 11:9
  12:16 54:9
  62:24 65:24
  70:2 95:5
  96:22,25 98:10
  141:23 147:1
  157:21 170:18
  170:21 180:15
  224:21 235:14
lou  210:25
  213:15

Ind / 30B6 Shawn George                                  April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[low - material]                                                 Page 37

**low**   170:20
**lower**   33:8,22
  33:23 56:11
  57:5 107:15
  137:21,24
  241:22
**lowest**   59:15
**lunch**   62:4,7
  110:15

**m**

**made**   48:19,21
  66:5 96:10
  117:8 119:1
  165:3 170:4
  173:24 178:18
  180:16 198:1
  200:13 213:19
  219:22 239:19
  250:5
**magnesium**
  19:11 20:7
**magritek**   20:8
**mail**   225:9
**maintain**   150:3
**maintenance**
  167:6 210:15
  210:17
**major**   19:20
**make**   10:8,16
  21:5,10,11,18
  21:18,21 62:25
  69:13 70:8
  94:17 97:2

101:12,25
134:11 136:13
142:18,18,19
142:21 143:11
143:15,15,18
147:2 151:24
155:3,12
170:12 174:10
175:16 183:16
183:22 186:24
190:12,24
207:20 217:10
224:1,5,16
**makes**   91:5
  112:11 118:18
  180:16 209:20
**making**   29:19
  96:8 118:11
  162:21 164:21
  237:17
**managed**   98:12
**manifested**
  41:18 119:2
**manner**   238:1
**manufacture**
  21:19
**manufacturer**
  20:11 21:5
  23:20 24:15,18
  35:17 37:2
  128:17
**manufacturers**
  24:12

**manufacturing**
  173:18 180:13
**march**   13:18
  153:12,18
  164:2 165:7
  187:3
**mark**   52:16
  220:25
**marked**   13:6
  13:10 41:21
  42:5 44:4,10
  51:3,8 57:13
  57:19 60:23
  61:5 64:11,22
  66:23 73:17,24
  77:10,15 79:11
  79:15 82:2,12
  92:2,8 105:10
  105:13 108:21
  109:2 124:17
  124:23 130:21
  131:2,16
  136:20,24
  144:23 145:2
  147:5,9 158:1
  161:19 191:2,5
  195:9,12 198:6
  198:10 202:17
  206:4,14 233:2
  233:6
**market**   46:19
  46:21 47:21
  88:19 104:13
  128:19 180:11

181:14,21
182:1,19 183:4
194:18,20
218:22 227:14
**marketable**
  56:5
**markets**   88:4
**mart**   106:20
**martin**   24:24
**master**   12:24
**match**   186:20
  208:21 232:3
**matched**
  113:12 197:20
**matching**   198:2
**material**   32:5
  32:20 33:1
  36:15 37:13
  41:6 47:16
  52:25 53:3
  54:10,11,21,22
  66:4 68:6 69:8
  94:4,7,16 98:2
  98:5,6,8,11
  99:10 126:20
  127:4,11 128:9
  128:11 160:5
  166:25 167:11
  172:9,18,19
  177:18 178:22
  180:12 181:14
  182:13 189:25
  191:25 197:7,9
  204:20,22,23

Ind / 30B6 Shawn George                          April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[material - michele]**                                      Page 38

204:25 209:15
214:25 215:3
217:18 219:10
233:25 234:3,4
236:9 239:15
239:20,23
240:2,24
**materials** 150:4
177:18 205:1
205:22 207:18
215:11 236:21
**math** 47:12,23
143:1 151:25
173:11
**matter** 11:9
146:15 197:24
**mature** 132:16
**max** 97:25
**maximize**
59:16 219:3
**maximum**
93:22 171:3
177:8,10
217:15
**maximums**
91:20
**mccallie** 16:4
16:10 29:4
51:16,18 52:3
52:6
**meadows** 3:10
7:4 8:25 9:7,15
12:19,23 60:10
64:6,13 71:23

80:15 85:13
93:12 109:21
110:8 111:21
127:16 128:3
136:15 151:6
151:12 157:5
171:14 172:4
172:24 175:4
184:13 234:21
237:18 238:5
242:24 244:18
244:24 245:12
245:20,25
248:1
**mean** 11:2 43:1
52:17 56:24
60:17 72:22
73:3 80:13
97:22 110:11
113:23 116:2,2
117:3 121:24
126:19 127:11
127:19 128:7
129:12 159:11
164:20,25
165:23 166:8,9
166:11 173:14
179:24 196:5
215:24 223:1
225:6 229:10
237:14,22
238:8,10 240:1
**means** 11:10
58:9 95:25

100:4 126:20
163:15 173:7
196:4 204:24
240:2,5
**meant** 77:21
95:10,21,22
236:13 238:12
**mechanical**
71:11
**medal** 30:3
**medical** 11:3
**meet** 29:8 30:6
49:21 50:4
70:9,16 195:6
**meeting** 21:1
62:8,11,19,20
62:24 64:5
131:25 220:15
220:22 229:1
**meets** 29:13,19
30:2,18 247:18
**melissa** 195:25
195:25
**melt** 26:19,25
**melting** 68:11
**mentioned**
27:24 34:20
67:1 104:9
118:14 134:20
168:7 188:9,16
215:9 240:6
**mentioning**
80:22

**mentions** 80:1
98:4
**mere** 85:9
**message** 207:8
208:3,3 223:5
224:24 225:17
235:19
**messages** 206:7
**met** 50:5
199:23 205:5
**metal** 15:23
17:9 20:23
21:10 25:12,15
27:8 28:4 37:1
37:12 38:4
39:3,6,10,15,18
39:21 53:24
54:2 55:18
102:10 116:22
123:3 128:10
135:7,9 160:6
163:4 164:5
177:11 217:17
218:20 219:1,4
222:14 223:15
223:21 225:22
236:17
**metals** 34:17
36:20 83:4
127:8 181:24
**metaphor**
215:21
**michele** 201:9
201:11 202:4,6

235:23
michele's
204:15
michelle  16:23
75:2,20 103:10
113:9 118:16
123:8
michelle's
118:15
michigan  27:22
219:21
microsoft  15:6
middle  77:2
111:11 204:11
222:8
military  21:7
miller  65:4
66:9
million  56:20
58:18,24 75:6
76:6 85:24
94:1,5,25 95:4
97:13,16,17,24
97:25 98:5,19
98:22 100:2,3
102:21 103:4,5
103:20 104:1,9
104:10 115:1
115:17,25
116:10,24
118:18,19,23
119:9 120:24
123:17 124:2,4
124:6 126:9,11

126:18 127:13
127:25 137:23
139:6,7,8,10
144:21 146:2,3
148:15,17,20
151:1 153:2
162:22 163:10
163:23 164:2,7
164:16 165:8
169:18,22,25
170:15,16
172:21,22
173:9,10
174:14,15,15
176:23,24
177:4,10 178:5
178:11,14,16
178:17,19
179:1 182:14
235:11,13
237:9 238:11
239:14,20,23
240:2,4,13,14
240:16,21
241:24,24
242:3,4 244:14
mince  239:25
mincing  237:21
mind  118:11
193:2
mine  96:11
mini  245:17
minimize
209:17

minimum  59:2
91:15 93:3,10
93:19,21,25
94:5,11 95:7
95:10,16 99:21
99:23 100:1,13
101:8,19 102:6
103:12 148:13
148:15 153:1
187:25 218:12
227:13,23
minimums
91:20 99:20
101:10
minus  220:11
minute  14:1
78:22 113:24
149:13 241:10
minutes  206:1
220:24
misstated
75:17
misstating
113:25
mistaken  221:3
mobile  155:6
157:16 220:12
220:24
modifications
138:3
moment  52:16
79:4 158:13
monalco  20:5

monday  130:16
220:20 225:17
money  99:24
142:18,19,21
143:8,13
155:18 183:22
month  55:17
58:13,14,24
59:7,8 60:2,7,9
72:3 87:17
92:1 93:11
94:1,12,25
96:6,7,15 97:4
97:17,19,24
98:19,21 99:16
99:21 100:4,14
101:5,9,19
102:21 103:5
106:25 107:2
111:19 112:1,1
112:2,10
114:10,12
115:1,16,25
116:3,6 119:9
120:23 121:11
124:2,11 126:9
127:13 134:10
144:3 145:16
148:15 149:20
153:7 154:22
158:16 161:12
162:22,23
164:16,22,23
165:9,10

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[month - needs]**                                          Page 40

169:18,23
170:1 171:21
175:23 178:19
179:2 182:16
182:17 198:25
207:16,17
217:7,11 218:5
218:5,14 225:2
227:23 230:2
242:5
**monthly**   54:11
54:20 58:18
59:2,20 91:15
93:3 95:11
97:15,23 104:6
104:8 128:21
129:1 148:13
150:2 180:7,9
201:20 228:9
228:11
**months**   63:19
71:16,16,18,18
112:15,16
114:25 119:6
122:1 126:11
126:12,17,18
133:16 152:23
153:2,12,18
154:6,7,10,18
160:22 161:13
161:14 164:17
169:18 171:21
172:3 173:3,8
177:1,9 178:1

178:20 181:5
183:17 231:18
**month's**   87:21
**morgan**   101:12
101:13 128:16
128:24 129:5
134:13,25
219:11,15,16
**morning**   10:1
**motivation**
48:12
**move**   54:12,21
84:15 86:2,25
88:24 90:1
157:9 207:25
236:21 237:12
**moved**   79:22
219:20
**moving**   119:5
141:22,24
166:5 204:7
236:21 240:24
**multi**   19:23
**multinational**
19:24
**multiple**   18:12
20:15 24:10
45:6 47:18
56:9 72:24,25
80:19 99:8,10
112:24 117:2
157:22 159:11
159:16 243:10

**multiply**
151:21 152:7
152:13,16
153:24 164:16
**muriel**   50:11
50:15,17
**muscle**   18:14
22:5,6,11,17
34:6,8 51:25
**muster**   70:17

**n**

**n**   3:1 4:1 8:1,8
**n.w.**   3:5
**name**   10:1
39:25 40:5
50:17 81:3
**named**   49:10
50:1,11
**names**   19:13
**native**   145:12
**nature**   49:2
65:12 73:15
100:8 127:3
134:15 202:11
224:21 237:24
**nebulous**   64:4
**necessarily**
100:21 129:15
187:15 190:25
217:4 232:15
234:14
**necessary**
250:6

**need**   10:23
12:24 14:4
38:6 58:7 67:2
67:3 68:9 70:9
71:18 81:17
82:17 91:22
93:21 94:11
101:24 106:19
106:21 119:10
120:22 121:10
121:15 124:11
142:25 143:13
143:14 156:8
158:15,23
178:22 179:20
193:8 199:8
207:3 216:23
216:24 217:9
220:5 221:18
222:10 226:13
233:23 234:12
245:9
**needed**   38:19
49:18 55:11
59:7 81:17
132:15,16
142:17 144:10
167:11 176:19
198:2 224:5
**needing**   65:18
240:6
**needs**   76:22
118:7

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[negatively - object]**                                    Page 41

**negatively**
  219:22
**negotiate**  28:13
  84:5 93:20
  205:11
**negotiated**  84:6
  84:8
**negotiating**
  28:11,16 32:8
  40:12 100:1
  108:17,18
**negotiations**
  43:17,17
**neither**  67:24
  247:13
**net**  30:22 31:7
  31:8,9 186:12
**never**  9:5 25:1
  49:15 50:4
  56:18 91:25
  95:6,20 103:11
  118:22 121:14
  139:7,9 141:1
  171:9 174:8
  193:11,18,21
  205:5 222:2,15
  224:20 228:23
  234:1 242:9,22
  244:2,12
**new**  23:13
  46:21 57:2
  85:10 183:6,7
  191:16 192:13
  193:2,4 198:2

  210:7,13
  216:10,15
  228:3 229:6
  238:24
**nice**  224:1
**non**  43:23 46:3
  83:3
**noon**  199:8
**normal**  191:17
**normally**  209:5
**north**  182:14
**northern**  1:2
**notary**  2:6
  247:5 250:13
  250:19
**note**  44:20
  114:24 116:8
  119:7 121:7
  165:20 248:10
**noted**  155:3
  250:7
**notes**  114:9
  115:15 116:14
  117:11 120:25
  121:6,7,8
  122:14 241:10
**notice**  5:5 8:19
  9:14 13:9,16
  98:4 120:2
**notified**  207:10
**notion**  99:23
  227:12
**novel**  229:3

**novelis**  54:9,10
  54:16,17 55:11
  236:5,6,7
**november**  68:7
  68:10,13,17,18
  69:18 90:4
  91:7 131:23
  132:4 136:4
  175:19,23
  211:1,3 213:5
**number**  5:4 6:4
  13:20,24 52:11
  83:8 99:5
  101:22 102:1
  103:9 111:5
  112:22 113:10
  113:13 116:10
  118:3 123:18
  123:19 139:16
  139:19 142:13
  142:15,22,23
  142:24,25
  146:7,21
  148:11,12,14
  148:16,17
  155:23 156:11
  156:13 157:9
  157:11 160:8
  160:16 163:4
  164:17 165:11
  165:12,12
  166:18,19
  168:14 170:5,6
  170:6,7,9,10,20

  170:22,24,24
  174:21 175:1
  181:15,17,17
  196:19 198:22
  198:25 203:13
  203:14,20
  206:25 217:21
  217:22 218:4
  220:24 224:4
  232:12,14
**numbers**  47:1
  142:7 146:10
  146:10,11,12
  146:15 147:1
  151:3,9 155:17
  173:16 181:20
  198:23 207:3
  240:15,16
  242:1,18,19

**o**

**o**  8:1,8 27:2,3
  43:3,4
**object**  60:11
  64:7 80:16
  85:14 109:22
  110:9 128:4
  136:16 151:7
  157:6 171:15
  172:5,25
  184:14 234:22
  237:19 238:6
  242:25 244:19

Ind / 30B6 Shawn George                      April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[objection - okay]**                                       Page 42

| | | | |
|---|---|---|---|
| **objection** 7:1 | **offering** 73:7 | 31:16,18,22,22 | 74:2,9,24,24 |
| 71:24 93:13 | 237:13 | 32:10,17,22 | 75:11,24 76:4 |
| 111:22 127:17 | **offers** 223:16 | 33:2,10,12 | 76:15,18,25 |
| 184:19 | **offices** 2:7 | 34:4,18 35:2,8 | 77:5,9,18,22,24 |
| **objections** 8:23 | **officially** 16:14 | 35:15,23 36:4 | 77:24 78:7 |
| 9:12 | **offsite** 68:19,21 | 36:11,14,18,18 | 79:10,18 80:5 |
| **obligated** | 68:23 100:7 | 37:14,21 38:1 | 80:25 81:9 |
| 127:12,25 | **oh** 16:7 107:8 | 38:8,16,17 | 82:8,9,15 83:5 |
| 174:2 | 179:13 209:8 | 39:2,8,12 40:8 | 83:12,23 84:7 |
| **obligation** | 216:3 245:9 | 40:24 41:8,11 | 84:9,14 86:1,8 |
| 234:2 | **ohio** 20:19 | 41:20,21 42:1 | 87:6,19,22 |
| **obstacle** 49:18 | **oily** 217:18 | 42:8,10,13,18 | 88:23 89:4,14 |
| **obtain** 14:24 | 220:14 223:7 | 43:13,24 44:13 | 90:17,22 91:18 |
| 127:14 128:1 | **okay** 9:3,10 | 44:22 45:8,12 | 92:11 93:24 |
| 219:23 | 11:21 12:7,11 | 46:4,5,10,24 | 95:19 96:3,7 |
| **obviously** | 12:22 13:6,16 | 47:7 48:15,16 | 96:13,21 97:1 |
| 11:10 21:23 | 14:8,23 15:2,8 | 48:25 49:6,11 | 97:9 100:10 |
| 53:9 57:10 | 15:11,21 16:15 | 49:16,20 50:13 | 101:1 102:22 |
| 82:3 109:19 | 16:22,24 17:1 | 50:23 51:2,11 | 103:6 104:5 |
| 159:20 193:11 | 17:3,5,8,14,21 | 51:14,20,22 | 105:20 107:10 |
| 193:18 | 18:3,9,11,16,21 | 52:1,8,12,20,22 | 108:3,20,21,24 |
| **occur** 141:5 | 19:7,17,25 | 52:22,23 53:21 | 109:11,11 |
| **occurrence** | 20:3,6,9,13,21 | 54:15,18 56:6 | 110:2,18,24 |
| 116:4 | 20:24 21:8,13 | 56:23 57:12,22 | 111:4 112:5,13 |
| **october** 65:4 | 21:15,20,22 | 57:25 58:4 | 113:14,16,21 |
| 67:10 88:25 | 22:4,9,18 23:4 | 59:5,13,17,24 | 114:7,19,23 |
| 89:16,24 90:5 | 23:8,15,22 | 60:16,19,23 | 115:21 116:7 |
| 90:19 175:24 | 24:5,13,20 | 61:8,11,17,24 | 116:15,15,21 |
| 210:8,15,24 | 25:8,13,16,19 | 62:16 63:17 | 117:10,13 |
| **odd** 85:24 | 26:12,15,24 | 64:25 65:14 | 118:2,13,25 |
| **oddly** 217:21 | 27:3,19,21 | 66:7,18 67:4,6 | 119:13 120:9 |
| **offered** 34:19 | 28:2,17 29:5 | 67:22 68:1 | 120:18,20 |
| 36:10 66:3 | 29:17,24 30:13 | 70:13,19 71:2 | 121:5,9,23 |
| | 30:15 31:2,10 | 71:17 73:2,16 | 122:6,10 123:1 |

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[okay - order]                                                    Page 43

| | | | |
|---|---|---|---|
| 123:24 124:7 | 200:16 201:7 | **olson's** 101:13 | 214:18 |
| 124:14,20 | 201:23 202:3,9 | **once** 26:1,1 | **operators** |
| 125:14 126:4 | 202:13 203:18 | 30:5 38:17 | 27:12 |
| 129:14,22,24 | 205:8,25 206:2 | 40:25 60:25 | **opportunities** |
| 130:7 131:7,22 | 206:17,19,23 | 63:8 70:14 | 132:19 |
| 132:7 135:16 | 207:6,7 208:1 | 124:18 136:21 | **opportunity** |
| 137:4 138:12 | 208:15 209:10 | 147:5 155:7 | 42:24 43:23 |
| 140:9 141:3,8 | 209:19,21,24 | 158:22 167:6 | 55:9 60:25 |
| 141:19 143:20 | 209:25 210:1 | 179:19 183:23 | 63:2 66:6,20 |
| 143:23 144:22 | 210:22,24 | 200:11 211:16 | 73:19 177:13 |
| 145:5,25 | 211:14,19 | 214:21 215:19 | 235:15 236:8 |
| 146:16,19,24 | 212:1,5,7,25 | 233:3 | **opposed** 226:16 |
| 147:12,15,18 | 214:1 215:18 | **ones** 19:18 | **option** 94:10 |
| 148:2,21,23 | 215:23 216:2,7 | 146:15 195:5 | 177:12 |
| 150:19,24 | 216:9,19,21 | **ongoing** 159:18 | **orally** 10:11 |
| 151:13,19 | 217:5 219:7,25 | 180:4 235:13 | **order** 5:19 6:6 |
| 152:11,18 | 220:2,3,21 | 238:12 | 12:14 44:2 |
| 153:15 155:1 | 225:15 226:11 | **open** 119:20 | 60:7 72:17,18 |
| 156:17,21 | 227:6 230:19 | 120:1 122:18 | 72:21,22,23,24 |
| 157:19 158:11 | 231:3,16 232:7 | 165:9 166:4 | 75:25 77:6 |
| 159:13 160:18 | 232:16 233:1 | 228:16 | 78:23,24 79:2 |
| 161:25 163:2 | 234:18 235:8 | **opened** 65:23 | 79:3,6 99:1 |
| 165:19,25 | 239:1,4,9 | **operate** 187:24 | 109:2,8,8,13 |
| 166:2,7 171:8 | 240:11 241:8 | **operating** | 110:7,11,22,23 |
| 172:13,17 | 241:17 242:8 | 228:9,12 | 111:9,18 |
| 173:20 175:9 | 242:13 245:2 | **operation** | 112:19,22 |
| 176:10,14 | 245:24 | 26:17,18 47:1 | 113:2,5,8,18,20 |
| 177:5 178:7 | **old** 54:6 208:17 | 229:14 | 115:6,10,11 |
| 179:15 186:8 | **olson** 101:12 | **operational** | 117:25 118:10 |
| 191:13 192:9 | 128:16,24 | 71:11 130:5 | 121:2,14,25 |
| 192:12 194:7 | 129:5 134:13 | **operations** | 128:9 129:25 |
| 194:16 195:21 | 134:25 219:11 | 18:12 26:14 | 136:13 161:19 |
| 198:17 199:20 | 219:15,16 | 50:20 187:20 | 162:3,10,11 |
| 199:25 200:7 | | 188:11 192:23 | 165:12 167:18 |

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[order - pallets]**                                                    Page 44

| | | | |
|---|---|---|---|
| 168:25 169:11 | **originally** | 42:3 44:8 51:3 | 117:19,21 |
| 169:14 176:25 | 81:14 111:10 | 51:7 57:17 | 118:3 119:15 |
| 177:8,15,25 | **other's** 63:14 | 61:3 64:20 | 119:19 122:11 |
| 178:10 180:8 | **outbound** | 66:22 73:22 | 123:18 145:9 |
| 182:6 184:4,7 | 207:12,13,14 | 77:11,14 79:14 | 145:13 151:25 |
| 184:11,20,21 | **outbounds** | 82:11 92:2,7 | 155:2 164:19 |
| 184:22,23 | 207:10 | 92:23 105:12 | 168:23,24 |
| 186:24 187:12 | **outflow** 167:13 | 109:1 124:22 | 169:15 204:11 |
| 190:7,12 | **outset** 67:1 | 131:1,15 | 206:24,25 |
| 198:22,25 | **outside** 11:25 | 136:23 145:1 | 207:2,25 209:7 |
| 199:7 226:16 | 97:18 185:11 | 147:8 157:25 | 210:2,21 216:3 |
| 230:25 231:7 | **overall** 18:7 | 161:18 179:5 | 216:20,22 |
| 231:19 232:3,8 | **overrun** 98:3 | 191:4 195:11 | 217:6 219:8 |
| 232:12 235:2 | **oversight** 79:8 | 198:9 202:16 | 220:15 221:17 |
| 238:3 243:21 | **owe** 156:11 | 206:13 233:5 | 222:6 226:9 |
| 244:15 | **own** 96:9,10 | **p.m.** 220:13 | 233:18 239:6 |
| **ordered** 111:3 | 229:2 234:4 | 221:1 246:3 | 249:4,7,10,13 |
| 116:10,24 | 239:13 | **p.o.** 177:20 | 249:16,19 |
| 163:10 165:2 | **owned** 22:17 | **pack** 235:16 | **pages** 117:23 |
| 169:18 171:4 | 25:1,5,7 | 236:12,12 | 123:12,18 |
| 171:12 238:4 | **owner** 50:21 | **package** 34:19 | 207:3 216:20 |
| **ordering** | 234:1 | 35:19 42:24 | **paid** 160:5 |
| 169:22,25 | **owns** 35:7 | **packaging** | 166:16 186:4 |
| **orders** 28:8,9 | **oxidation** 36:3 | 31:25 | 197:20 205:18 |
| 28:10,14 75:18 | | **page** 5:1,3 6:1,3 | 209:3 223:22 |
| 101:17 115:9 | **p** | 7:1,3 46:5 | **pains** 132:14 |
| 223:17 | | 48:16 52:10,14 | 168:7 |
| **organization** | **p** 3:1,1 5:5,6,7 | 66:9 68:3 | **paint** 24:1 66:1 |
| 18:6 | 5:8,9,10,11,12 | 74:11 78:9 | **painted** 45:15 |
| **organized** | 5:13,14,15,16 | 83:8 84:15,15 | 45:21 65:25 |
| 235:25 | 5:17,18,19,20 | 84:17 86:2,25 | 217:18 |
| **original** 52:9 | 5:21,22,23,24 | 88:24 90:3,8 | **pair** 86:11 |
| 125:15 | 5:25 6:5,6,7,8,9 | 97:11 106:13 | **pallets** 31:15 |
| | 6:10,11,12 8:1 | 106:14 111:12 | |
| | 8:8 13:7,7,9 | | |

Ind / 30B6 Shawn George                     April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[paper - perspective]**                                        Page 45

**paper** 232:15
**paragraph**
46:6,7 53:22
54:25 55:21
59:22,25 60:20
86:9 89:5 90:8
97:13 114:8
121:8 128:15
137:18 138:7
139:2,22
140:10 149:17
207:9 235:19
239:12 241:20
**parameters**
182:6
**parentheses**
86:15 89:11
90:14 137:22
148:17,19
149:24
**parenthetical**
89:18
**parse** 237:25
239:25
**part** 14:4 81:18
99:5 100:8
108:17,19
211:24 223:7
**participate**
130:11 140:25
**participated**
130:19 140:23
**particular** 23:7
23:11,19 40:3

80:23 94:8
119:12 132:12
167:25
**particularly**
21:12 192:25
**parties** 4:3,7
8:4 70:18
72:14 104:16
142:10 180:11
213:12 223:10
247:14,17
**parts** 69:3
**pass** 30:4 70:17
244:23
**passed** 165:14
166:14
**passes** 61:19
162:23 164:23
165:22
**past** 89:5 142:9
143:17,19
**paste** 59:11,19
**pasted** 59:18
74:19 92:22,22
204:13
**path** 24:18
**pause** 141:12
**paused** 172:16
212:16
**pausing** 140:11
**pay** 47:1
106:19 136:6
160:1,3,21
166:14 172:2

177:21 178:13
178:16 198:3
199:9 200:14
205:17 209:2
221:14,15
226:14 227:13
228:12 230:1,2
232:2 239:13
244:13,14
**payable** 196:2
196:3
**paying** 30:21
99:24 159:21
166:9,11 204:4
205:7
**payment** 30:20
149:20 150:1
166:22 186:11
186:15,24
208:6,10,12
**payroll** 228:16
**pending** 10:25
**pennsylvania**
2:7
**people** 16:12,19
17:23 29:21
62:25 66:3
69:3 80:20
133:9 135:3
165:20 207:20
213:22 218:23
**perceived** 95:6
**percent** 149:24
150:11 152:1

153:11 159:25
160:4 227:16
**percentage**
152:1 153:11
**perform** 70:15
**performance**
212:14
**performed**
22:20,23 72:20
73:10 88:13
188:25
**period** 41:18
45:6 60:18
70:12 72:12,15
80:20 85:23
100:24,24
102:4 103:13
111:20 135:5
148:12 149:20
150:1 178:23
180:5 188:13
188:22 210:17
213:1 219:2
**periodic** 131:9
132:3
**periods** 227:1
**person** 16:9
61:18 237:6
**personal** 91:8
**personally**
39:18 40:18
123:7
**perspective**
90:23

Veritext Legal Solutions

800.808.4958                                              770.343.9696

Ind / 30B6 Shawn George                                                April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[petrie - point]                                                        Page 46

**petrie** 203:25
  203:25 205:5
**phone** 45:9,11
  139:21 140:20
  141:5,10,17,17
  141:18 144:5
  149:7,15 150:8
  150:12 157:22
  159:12,16
  200:19 205:15
  224:22
**phonetic** 20:5
  61:13
**photo** 210:2
**phrase** 86:10
**physical** 68:5
  68:16 211:12
**physically**
  68:20
**pick** 24:23
  26:20,23 126:8
  224:6 226:13
  227:8
**picked** 26:6
  70:21 75:7
  162:18
**picking** 214:16
**picks** 86:5
**pics** 53:5
**picture** 36:19
  38:10
**pictures** 167:16
**piece** 23:13
  193:3,4

**pin** 41:13
  146:20 181:20
  182:25
**pinned** 184:7
**pipe** 213:6
**pivots** 127:6,10
  193:24
**place** 62:9
  148:10 149:3
  231:1
**placed** 177:8
**plaintiff** 1:6 2:3
  3:8 10:2 11:11
**plaintiff's**
  41:22
**plan** 218:6
**planned** 137:22
  137:24,25
  139:10 140:2
  143:5 190:6,11
  205:23 241:23
**planning** 91:10
  141:13 191:15
  218:4
**plans** 139:12
  139:13 190:16
**plant** 26:3,9
  47:19 48:10,14
  48:23 61:20,20
  62:3 139:6
  140:12 207:10
  230:7
**plant's** 44:25

**plastic** 23:12
  36:1
**plate** 21:6,18
**please** 75:4
  76:21 103:22
  118:6 155:3,5
  155:8 157:15
  158:14 175:1
  196:14 212:6
  244:7
**pleasure** 148:5
**pllc** 3:11
**plus** 177:7
  178:1 220:11
**pma** 45:14
  96:18
**po** 73:5,6 75:4
  76:21 77:3
  78:10,11,11,19
  87:12,16,20,24
  87:24 88:2,12
  89:10 90:13
  99:10 100:22
  101:2,3,6,23
  102:5,6,21
  103:3,9 110:14
  111:15,25
  112:8 113:4,9
  113:12,15
  114:10 115:16
  118:8,17
  119:10 120:12
  120:14,23
  121:11 122:16

126:6 127:8
  128:21 129:1
  135:11 139:8
  144:4 158:14
  158:15,19,24
  159:2 164:11
  165:2,2 166:18
  166:19 168:14
  168:17 170:12
  170:12,14
  173:14,15,24
  174:1,2 179:8
  179:21 183:21
  183:23 199:9
  208:21 220:6,8
  221:9,18,21
  233:25 234:3
  234:17 236:22
  236:23 243:5
**point** 10:23
  14:4 25:5 26:5
  34:6,21 36:17
  43:19 50:24
  54:1 62:20
  63:18 65:18
  67:2 70:18,23
  76:1 82:6,16
  83:20 84:24
  86:15 87:12
  89:9 90:12
  102:19 104:12
  120:2 135:17
  140:1,5 142:8
  144:15 157:21

Ind / 30B6 Shawn George    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[point - pounds]**    Page 47

159:7,12
163:16 182:8
187:8 188:6,8
188:10,19,21
188:24 189:15
200:13 207:5
208:17 219:19
223:14,16
224:22 231:4
241:24
**points** 132:12
139:25 182:22
236:14 243:8
**policy** 245:10
**polished** 53:3
**poly** 23:11
34:21 35:4,10
35:11,11,12,14
35:18,21,24
36:9,16 37:3
37:11 45:15,21
52:15,17,18,18
52:21 53:1,1
54:9 55:24
56:2 58:14
59:8 62:5 66:2
75:4,6 76:6
94:24 111:15
116:16 126:6,7
127:7 128:20
142:3 162:15
162:16 182:1
183:6,7 194:20
195:1,2,3

219:13 228:7
236:5
**poorly** 10:19
22:14
**portion** 122:14
126:10,17
155:16
**portions** 82:7
82:18
**portrayed**
127:4 135:21
135:24 229:1
**portraying**
190:25
**pos** 87:17 88:7
88:17 100:21
100:22 101:20
102:2 158:23
170:5 171:7,10
177:17 178:20
179:20 234:15
234:16
**position** 36:8
55:5 91:21
100:1 169:13
169:21 184:1,4
196:5,6 202:7
205:6 234:11
**possession** 26:4
211:22
**possibility**
65:23 85:9
166:3

**possible** 69:20
182:8
**possibly** 216:12
**post** 14:20
191:15
**posted** 169:1
**pound** 31:1
32:4,12,20,21
33:4,23 46:15
46:15 48:4
58:20,24 60:8
69:15 75:7
97:17 99:8
104:15 116:17
116:18,25
117:2 118:19
118:23 120:17
122:16,17
123:17,19,20
123:21 124:4
125:25 126:8
136:7,14
142:14 148:16
148:18 151:21
152:13 154:19
154:23 155:23
156:2,8 158:20
159:4,20 160:4
160:11,21
162:16,17
163:17,20,24
164:3,8,17
166:10,12
172:2 175:25

177:22 178:11
178:14 179:9
181:18 196:24
224:3 243:6
**pounds** 27:6
54:21 55:10,17
56:20 58:13,19
58:24 59:3,6
60:7 73:6 75:6
76:6 81:16
85:24 93:4,10
94:1,6,7 95:1,5
95:11 97:13,24
98:5,19 100:3
100:3,5 101:23
101:24 102:21
103:4,5,21
104:1,9,10
107:2,3 113:8
113:8,11
114:11,17
115:1,17,25
116:24 118:16
118:21,23
119:3,9,20
120:24 121:21
123:17 124:2
126:9,23
127:13,25
129:11 133:5,7
133:7 134:12
134:14 139:6,8
139:8,10
141:25 144:3

Ind / 30B6 Shawn George                       April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[pounds - process]**                                    Page 48

| | | | |
|---|---|---|---|
| 144:17,21 | 221:14 222:17 | **previously**  9:17 | **printed**  59:22 |
| 145:22,22 | 222:19,23,24 | 56:22 89:17 | 112:9 121:22 |
| 146:2,3 148:15 | 223:7 224:3,6 | 122:18 137:17 | **prior**  39:17 |
| 148:17,19,20 | 224:10,11 | 158:20 159:4 | 45:6 98:9 |
| 150:20,21 | 228:13 235:10 | 228:4 243:6 | 167:17 |
| 151:1,1,21 | 235:12,13 | **price**  32:4,12 | **priority**  55:5 |
| 152:3,13 153:1 | 236:6 237:9,9 | 32:18 33:3 | **probably**  187:4 |
| 153:2 159:9 | 238:11 239:15 | 47:9 48:4 57:9 | 201:8 202:24 |
| 160:6 161:5,7 | 239:20,23 | 99:1,15 104:15 | 237:5 |
| 161:9,11 | 240:2,4,14,21 | 104:22 107:12 | **problem**  49:18 |
| 162:22 163:10 | 240:21 241:24 | 116:18,25 | 64:2 135:14,19 |
| 163:23 164:2,7 | **pre**  210:7,9,13 | 117:5,11 | 135:25 136:2 |
| 164:16,22 | **prepare**  11:18 | 118:18 122:24 | 143:11,11,12 |
| 165:14 166:10 | 12:2 | 123:20 124:5 | 171:9 217:13 |
| 166:13,21 | **prepared**  13:23 | 124:11,12,13 | 238:23 |
| 169:18,22,25 | **prepped**  10:6 | 142:16 143:25 | **problems** |
| 170:15,16 | **prescription** | 156:7 163:13 | 135:24 |
| 171:21 172:7 | 11:4 | 163:16,19 | **procedure**  2:4 |
| 172:21,22 | **presence**  11:25 | 164:7 167:19 | 8:21 |
| 173:5,8,10,10 | 185:11 | 168:1,18 179:8 | **proceed**  70:18 |
| 174:15,15 | **present**  148:8 | 181:18 | **proceeding** |
| 175:18 176:8 | **president**  16:2 | **priced**  99:11 | 8:11 50:16 |
| 176:11,16,23 | 16:5 | **prices**  99:8 | 247:11 |
| 176:24 177:4 | **pressure**  213:6 | 117:2 123:23 | **process**  17:19 |
| 177:10 178:5 | 235:14 236:3 | **pricing**  71:10 | 22:10 23:2,17 |
| 178:11,14,17 | **presumably** | 91:20 100:23 | 24:9 25:11 |
| 178:17,19 | 102:24 | 106:22 | 27:13 28:4,12 |
| 179:2 182:14 | **pretty**  41:16 | **primarily** | 29:7 30:24 |
| 182:16,17 | 130:13 175:25 | 32:25 49:14 | 31:24 37:10,13 |
| 185:21 186:11 | 222:25 | 223:18 | 47:14 53:4,18 |
| 196:22 197:10 | **previous**  37:4 | **primary**  17:11 | 66:2 68:8 |
| 197:19 200:14 | 54:8 90:19 | 25:10,17 50:24 | 69:14 71:6 |
| 217:7,10 218:1 | 92:21 159:5 | **prime**  56:12 | 99:3,19,19 |
| 218:6,8,8,14 | 174:19 | 66:6 | 100:3 104:14 |

800.808.4958                                              770.343.9696

Ind / 30B6 Shawn George                                      April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[process - proposal]**                                      Page 49

| | | | |
|---|---|---|---|
| 118:19 127:13 | **processing** 20:1 | 175:12 | 56:4 248:4 |
| 127:20 129:25 | 23:5 30:23,25 | **produces** 56:25 | 249:1 250:1 |
| 132:16,19,24 | 32:7 35:16,19 | **producing** 57:6 | **professional** |
| 155:9,24 160:9 | 40:2,12 63:18 | 228:3 | 15:12 17:23 |
| 166:24 168:21 | 78:11 97:14 | **product** 22:8 | 81:18 |
| 173:22 183:8 | 102:13,16 | 22:10,13,16 | **profitable** |
| 189:5 190:8,13 | 103:21 116:23 | 24:2 25:1,6 | 57:10 |
| 192:24 194:24 | 117:24,25 | 30:18 31:24 | **profitably** |
| 194:25 200:15 | 118:5 123:3 | 33:20 34:9 | 187:24 |
| 205:23 208:13 | 129:16 133:13 | 35:13 36:6 | **program** 88:18 |
| 211:24 215:14 | 160:5 163:4 | 37:9 42:21 | **progressed** |
| 215:15,16,19 | 164:5 167:3 | 43:18,20 46:1 | 41:2 |
| 215:19 223:8 | 169:25 185:19 | 53:18 56:9,25 | **prohibited** 1:23 |
| 223:13 224:11 | 187:1 189:14 | 57:7 63:1 69:9 | **project** 46:13 |
| 227:25 235:5 | 191:17 194:4 | 69:12 75:7 | 48:19,22 66:15 |
| 235:12 237:8 | 194:19 208:11 | 94:24 96:9,10 | **promise** 91:25 |
| 237:14 238:10 | 208:14 229:9 | 96:18 108:8 | 127:20 134:7 |
| **processed** 24:6 | 230:3 | 129:25 162:18 | 239:24 |
| 26:1 29:18 | **processor** 27:7 | 191:22 193:1 | **promised** |
| 30:6,10 32:3 | 31:5,6 38:18 | 224:5 228:4 | 133:21 134:3,9 |
| 33:22 38:13 | 39:24 107:25 | 229:3,6 | 139:7 214:5 |
| 46:16 53:10 | 230:24 239:14 | **production** | 224:20 |
| 95:3 98:9 | **processors** 26:7 | 17:12 46:8,13 | **promises** |
| 100:6 129:10 | 27:9 30:21 | 94:20 111:2 | 134:15 |
| 134:1 167:10 | 46:18 62:22 | 129:18,20 | **promote** 56:3 |
| 186:5 196:14 | 70:5 100:12 | 137:21,23,25 | **prompted** |
| 205:22 221:15 | 194:23 230:1 | 138:2 139:6,10 | 125:20 |
| 226:15 233:24 | **procurement** | 173:18 191:16 | **pronunciation** |
| 235:9 239:15 | 83:4 150:4 | 192:15 219:18 | 204:1 |
| 239:20,23 | **produce** 42:25 | 219:20 235:23 | **property** 190:1 |
| 240:2 | 126:7 184:2 | 241:22,23 | 209:12 211:16 |
| **processes** 29:14 | **produced** | **products** 1:9 | **proposal** 58:20 |
| 63:14 190:19 | 70:21 78:2 | 8:18 11:13 | 91:17 106:22 |
| | 82:19 145:9,12 | 15:16 21:5 | 212:14 |

**[propose - quantity]**                                              Page 50

| | | | |
|---|---|---|---|
| **propose**   149:19 | **public**   2:6 | 176:25 177:8 | 128:6 130:22 |
| **proposed**   148:8 | 247:5 250:19 | 177:15,25 | 131:12 134:16 |
| **proposes**   152:1 | **publicly**   19:23 | 178:9 180:8 | 159:9 170:20 |
| **proposing** | **pull**   56:21 99:1 | 182:10 184:4,7 | 170:21,23,24 |
| 149:22 | 148:7 209:5 | 184:11,20,21 | 181:16 183:11 |
| **prospect**   55:23 | 218:10 219:10 | 184:22,23 | 183:20,25 |
| 85:21 | 224:12 | 187:12 190:7 | 184:1 208:6 |
| **protect**   23:13 | **pulled**   56:15 | 198:22,25 | 213:6 218:6 |
| 36:2 | 129:6 204:16 | 199:7 223:17 | 224:15,16 |
| **protex**   23:12 | 226:23 227:5 | 226:16 230:25 | **puts**   30:3 |
| 35:13 | **pulling**   54:25 | 231:7,19 232:3 | **putting**   63:10 |
| **provide**   26:18 | 58:6 193:3 | 232:8,12 235:2 | 118:17 148:10 |
| 28:14 45:14 | **punchings** | 238:3 243:21 | 149:3 193:4 |
| 98:18,21 | 217:18 | 244:15 | 244:15 |
| 106:24 110:21 | **purchase**   5:19 | **purchased**   34:7 | **puzzled**   110:23 |
| 111:8 115:15 | 6:6 28:7,8,10 | 34:8 171:20 | 122:8 |
| 127:12,25 | 28:14 72:17,18 | 173:4,13 | **puzzling**   112:8 |
| 133:11 162:9 | 72:21,22,23,24 | **purchases** | |
| 179:8 200:20 | 75:18,25 77:6 | 97:18 | **q** |
| **provided**   22:1 | 78:23,24 79:2 | **purchasing** | **quality**   29:8,11 |
| 26:22 78:23 | 79:3,6 101:16 | 32:9 102:9 | 29:13,14,20 |
| 79:1,2,6 | 101:17 109:2,8 | 192:17,20 | 30:6 34:24 |
| 114:15 200:23 | 109:8,12 110:7 | **purpose**   29:12 | 37:9 38:4 |
| 232:21 240:3 | 110:11,21,23 | **purposes**   8:21 | 53:13 127:7 |
| 243:23 | 111:9,18 | 62:24 149:17 | 193:1 |
| **provider**   47:14 | 112:19,22 | **pursuant**   2:4 | **quantities** |
| 170:25 | 113:2,5,18,20 | 8:19,20 | 180:7,9 |
| **providers** | 115:6,9,9,10 | **push**   48:12 | **quantity**   56:5 |
| 171:10 | 118:10 121:2 | **put**   55:6 68:20 | 111:2 116:10 |
| **provides** | 121:14,25 | 99:16 102:2 | 116:24 118:7 |
| 123:16 | 161:19 162:3 | 111:9 113:9 | 119:16,20,25 |
| **providing** | 162:10,11 | 114:18 120:7 | 120:1,8,11 |
| 92:17 117:23 | 165:12 167:18 | 120:11,14 | 163:10 165:1 |
| 233:22 | 169:11,14 | 124:10,15 | 166:5,12 |

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[quantity - realized]**                                        Page 51

169:17 171:3
171:12 238:3
**quarter**  135:6
144:1 194:10
194:11
**question**  8:23
10:14,15,19,20
10:25 11:1,2
14:7 17:17
18:17 33:9,19
52:16 91:5
119:3,7 123:11
127:21 130:6
142:22 146:10
160:19 189:11
189:17 202:21
206:19 217:7
220:25 223:6
231:12
**questions**  10:9
10:10 11:6,14
13:24 14:9
22:15 63:3
82:17 151:24
155:5 157:15
158:17 188:4
206:11 241:15
244:25
**quick**  117:16
174:25 191:14
215:8 217:7
223:6
**quickly**  229:8

**quite**  110:23
**quote**  58:16
92:17 106:16
106:17
**quoted**  47:9
48:3 107:12
**quoting**  93:2

**r**

**r**  3:1 8:8 44:21
193:3,3 249:3
249:3
**raised**  243:9
**ran**  129:21
223:7
**range**  29:14
32:4,14,18,20
47:9 48:1
58:18 59:20
229:20
**rate**  33:23
46:14 60:2,8
106:22,23
125:24 140:4
144:7 148:16
148:18 150:2
153:6 154:15
156:4 158:20
159:4,9 160:10
196:24 230:2
239:8 243:6
**rates**  56:5
**rather**  85:8
88:8 116:14

138:1
**ravenswood**
1:9 8:18 11:13
15:16 16:2
17:13 18:1,4,5
18:7,13,18,19
18:22 19:2,9
22:2,24 26:9
27:13 34:11,15
34:25 36:13
37:10,13 43:16
56:3,7,15 58:9
59:16 65:12,21
67:15 68:9,16
69:2,10 94:9
106:20 126:7
207:11 224:8
248:4 249:1
250:1
**ravenswood's**
21:1 42:22
**ravenwood**
15:16
**raw**  32:19 33:1
47:15 52:25
68:6 69:8 98:8
150:4 167:11
207:18 209:15
**reach**  102:11
125:21 142:10
143:21 217:15
222:2
**reaction**  54:13

**read**  9:6 14:4,5
41:23 42:8
51:5 57:15
61:1 64:18
67:5 73:20
77:21 79:12
82:6 95:14
96:25 131:5
151:16 156:20
161:16 206:10
207:2 209:25
212:2 216:8
227:5 248:9
250:5
**readable**  133:8
**reading**  8:4
227:2
**reads**  97:13
139:22
**ready**  97:13
98:5
**real**  20:4,10,11
27:20,22,23
83:19,24,25
84:23 86:14
87:11 89:9
90:12 117:15
174:24 215:8
**realize**  50:21
231:11 236:19
244:15
**realized**  137:21
140:2 143:5
209:8 241:22

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[really - reference]**                                              Page 52

| | | | |
|---|---|---|---|
| **really** 52:13 | 207:15,23 | 170:9 197:10 | **reconciliation** |
| 135:10 155:22 | 208:18,24 | 200:9,11 | 68:21 69:14 |
| 170:23 173:21 | 217:2,20 221:3 | **receives** 30:3 | **record** 13:19 |
| **reason** 81:6 | 225:20 226:20 | **receiving** 30:4 | 31:3 33:14,16 |
| 122:5,14 172:1 | 226:22,25 | 62:4 63:9 68:6 | 54:19 91:6 |
| 177:23 240:23 | 241:4 | 69:8 133:20 | 105:6 114:20 |
| 248:11 249:6,9 | **recalled** 226:22 | 134:18 165:3 | 130:22 131:12 |
| 249:12,15,18 | **recap** 139:3 | 191:17,21 | 202:25 241:9 |
| 249:21 | **recapped** | 192:3 207:17 | 247:10 |
| **reasonable** | 149:11 | 209:16 235:23 | **recorded** 8:19 |
| 46:25 146:8 | **recaps** 242:14 | **recent** 74:6 | 247:11 |
| 175:20,21 | 242:15 | **recently** 48:20 | **record's** 34:2 |
| 176:12 185:21 | **receipt** 208:21 | 52:23 221:20 | 97:2 151:15 |
| 229:20 | 248:17 | **recipient** | 179:11 231:11 |
| **reasonably** | **receipts** 75:21 | 226:19 | **recoveries** |
| 102:4 | 75:22 113:12 | **recognize** | 47:13 71:10 |
| **reasons** 170:10 | 172:16 174:18 | 13:14 42:11 | **recovery** 32:25 |
| 204:3 215:10 | 186:20 197:7,9 | 44:14 51:12 | 47:3 |
| **rebill** 196:14 | 197:14,21 | 57:23 61:9 | **recycle** 56:5,11 |
| **rebounded** | 220:10 | 65:1 67:7 74:3 | **recycled** 57:1 |
| 194:17 | **receive** 112:3 | 79:19 106:5 | **recycling** 65:4 |
| **recall** 19:19 | 113:8 119:11 | 109:7,9 125:2 | 65:7,8,24 |
| 45:1 64:3,9 | 121:21 165:5 | 158:6 162:1 | **red** 71:15 |
| 72:8 77:3 | 165:11,24 | 165:21 | 183:18 |
| 80:14 111:1 | 166:1,4 167:9 | **recollected** | **redo** 47:23 |
| 112:19 113:1 | 170:7,8,15 | 210:16 | 156:9 |
| 136:18 137:15 | 178:24 186:22 | **recollecting** | **reduce** 57:9 |
| 137:16,16 | 192:4 215:2 | 168:11 | **reduced** 135:3 |
| 138:16,22 | 223:15 234:4 | **recollection** | 142:20 |
| 139:21 146:22 | **received** 22:12 | 141:9 168:20 | **refer** 11:10,12 |
| 150:13 157:20 | 25:7 95:3 | 171:23 200:12 | 24:4 35:14 |
| 187:2 190:4,18 | 133:5 151:2 | 212:17,22 | **refereed** 205:10 |
| 192:22 199:19 | 162:24 164:24 | **reconcile** | **reference** |
| 200:22 201:5 | 166:11,13 | 126:25 | 138:18 171:11 |

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[referenced - represents]                                Page 53

referenced  60:1
  79:4 110:14
  138:7,23 199:7
  243:21 248:6
references
  196:21
referencing
  199:14
referred  23:12
  31:20,20 43:9
referring  108:4
  108:5 121:6,7
  138:17 159:5
  159:14 180:24
  216:4 225:17
  236:4
refers  96:19
  114:15,21
  143:3 218:17
refine  43:22
refining  46:12
reflect  226:15
reflecting
  145:12
reflects  60:2
  115:6 145:15
refuse  143:17
refused  174:7
  177:7 178:2
  191:25 192:3,6
  192:7
regain  220:8
regard  34:5
  75:23 171:10

regarding
  13:24 44:24
  68:4 71:4
  102:12,16
  137:20 142:7
  182:9 187:12
regardless  93:7
  158:24 162:23
  164:23 167:9
  179:21 228:12
  230:2
regional  39:3,6
  39:10,15,18,21
  53:24 54:2
  55:18
regular  87:24
regulate  240:7
reject  118:22
rejected  91:16
  177:7
relate  118:9
related  27:24
  247:14
relating  203:19
relationship
  21:24 34:14,14
  38:20 41:2
  49:2 55:3 65:8
  70:18,22 71:9
  183:3 228:20
relative  47:21
  116:18 197:19
  247:16

relatively  69:4
releasing
  212:12
remainder
  102:13,17
remaining  58:8
remember  9:5
  62:14 103:1
  105:22 115:14
  141:6 144:4,17
  146:4 161:11
  167:6 200:1,3
  200:6,12
  210:14 219:17
  231:5 235:3
  240:6
remind  123:25
remit  186:15
remove  24:1
  66:2 162:15
removed  53:2
  66:10
removing  23:9
renegotiation
  128:19
repay  156:10
repayment
  153:10,17
  155:20
repeat  10:21
  40:9 103:22
  189:11
repeatedly
  155:22 170:12

rephrase  10:21
report  15:25
  16:1,9,12 52:5
  67:23,23 75:14
  204:25
reporter  2:5
  8:20 9:4 10:11
  63:22 202:19
  203:7 245:8,16
  247:25
reporter's
  44:20
reports  68:21
  75:13 133:6,8
  186:20 235:24
represent  10:2
  21:23 39:11
  78:1 82:18
  102:3 145:8,14
  150:25 151:20
  152:6,12,15
  153:24 159:24
  164:15 186:9
  206:5
representation
  73:4
representative
  40:4,11
represented
  49:3 103:3
representing
  54:3
represents  62:4
  170:3

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[reproduction - right]                                    Page 54

reproduction
  1:23
request   60:15
  99:22 193:13
  221:9 236:22
requested
  174:22 186:21
  235:1
requesting   72:3
  220:7
requests
  174:10 213:11
  237:7
require   56:19
  91:14 101:18
  139:24 160:16
required
  100:13 101:8
  250:13
requirement
  60:14 148:14
requirements
  247:19
requiring   60:6
  60:9 93:9
  98:18
reschedule
  211:3
reserve   8:22
  20:2 91:23
resolution
  139:25 140:13
resolve   143:3

resolving   140:1
  143:4
respect   30:21
  177:24
respective   8:4
respond   66:14
  120:21 139:18
  156:22,24
responded
  43:14 69:17
  126:5 158:18
  212:12 213:25
  220:13 224:24
  244:2
responding
  213:10
responds   78:14
  155:2 226:18
  237:6
response   43:15
  143:7 200:8,20
  200:24 221:8
  221:25 235:9
  242:9,22
  243:23 244:11
  244:16
responsibilities
  17:9 67:20
  75:23
responsibility
  17:11
responsible
  17:16,18 28:11
  28:15,18,21

29:19 30:17
responsiveness
  8:24
rest   96:8
restroom   105:2
  202:21
result   56:9
  132:25 243:16
resulting
  149:19
results   186:10
resume   212:12
  213:3 216:11
resumed
  214:16
resuming
  207:12 211:1
retirement
  245:5
retiring   188:17
retroactively
  143:19
return   196:8
  204:2,3 248:13
  248:16
returned   199:4
revenue   151:5
  154:4,11
  228:14
revenues
  137:24 140:3
  143:6 155:19
review   12:2,5,8
  14:1 139:22

155:3,9,12
  193:10,19
  198:7 203:13
  248:7
reviewing
  125:22
revised   226:13
revisit   47:23
rid   215:12,13
right   8:16 9:21
  14:14 33:12
  42:16 58:7
  67:12 69:25
  71:21 72:4
  74:17 75:15
  81:11 82:1
  83:9 84:9,16
  86:3 87:1
  89:19 90:3,20
  92:24 93:16
  94:2 97:10
  98:11,22,24
  99:2,13,20
  104:20,21
  105:9,25 106:4
  106:9,11
  107:13 108:1,9
  109:6,14,17,20
  115:2,7,8,12
  118:4,12
  119:21 120:1
  121:3 124:16
  125:1,6,18
  132:5,11

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[right - rvwd]**                                    Page 55

| | | | |
|---|---|---|---|
| 134:10 142:19 | 233:11,15 | 159:15 181:1 | **roller** 205:5 |
| 147:4,4,25 | 238:4,18 239:2 | 187:11,18,23 | **rolling** 165:18 |
| 149:7 155:25 | 242:6 243:9,25 | 188:9,15 190:5 | **rome** 1:3 |
| 158:6,9 160:1 | 244:2,6,23 | 190:10 191:11 | **roofs** 21:14 |
| 163:11 164:11 | **riner** 2:5 247:5 | 193:6,16 204:9 | **roughly** 26:7 |
| 165:20 166:23 | 247:25 | 204:9 206:7 | 27:12 37:8 |
| 167:19 169:15 | **risk** 40:1 102:9 | 207:9 208:4 | 41:9,13 107:2 |
| 169:19 170:2 | 183:25 234:5 | 212:10 220:4 | 107:9 144:17 |
| 171:22 172:3 | **rittenhouse** | 220:18 223:6 | 160:4 177:3 |
| 172:23 173:5 | 38:24 40:6,16 | 227:9,22 243:9 | 178:10 |
| 173:10,24 | 40:19,22 42:15 | **rittenhouse's** | **rounding** 154:1 |
| 175:22 177:1,4 | 43:9,15 44:17 | 38:22 155:12 | **rubbish** 133:6 |
| 177:10,15 | 44:23 45:2 | **rms** 55:6 | **rule** 9:13,14 |
| 178:6,11 179:9 | 48:18 49:1 | **rms's** 55:15 | 13:16 |
| 179:12 180:7 | 50:24 53:23 | **road** 70:1 | **rules** 2:4 8:20 |
| 181:3,8,10 | 62:3,12 66:10 | **rock** 24:24 | **run** 41:7 68:23 |
| 183:18 184:9 | 67:10 72:7 | 106:20 | 94:12,16,18,20 |
| 184:23 185:1 | 74:13 77:7 | **rockmart** 26:3 | 94:23,24,25 |
| 185:17 186:11 | 88:11 91:12 | 42:25 43:10 | 129:18,20 |
| 186:12 189:17 | 92:14 93:1,9 | 49:5 50:7 | 130:3 132:23 |
| 191:10,11,22 | 95:10,21 96:1 | 53:25 67:17 | 143:9 160:17 |
| 194:14 195:17 | 98:15,16 | 68:6 75:8 | 210:7 223:17 |
| 196:12,19,24 | 102:12 103:19 | 106:17,18 | 229:14 |
| 197:1,10,16 | 103:24 127:24 | 126:8 140:12 | **rundown** 19:18 |
| 198:15 201:20 | 129:2 130:9,18 | 142:2 162:19 | **running** 51:25 |
| 203:5,12,20 | 131:8,24 132:4 | 224:7 225:1 | 54:8 88:21 |
| 206:3 208:2 | 132:10 133:17 | 230:6 239:13 | 96:15 97:3,4 |
| 212:8,8 213:7 | 134:20 136:10 | **role** 75:21 | 130:2 229:12 |
| 213:13 214:15 | 137:6,15 139:2 | **roll** 165:10,15 | **runs** 206:24 |
| 215:25 216:5 | 139:9,16,19 | **rolled** 1:8 8:18 | **russell** 12:16 |
| 216:12,22 | 144:6 147:20 | 11:13 15:15 | **rvwd** 58:8,9 |
| 218:3 225:23 | 148:25 149:5 | 21:4 248:4 | |
| 226:24 227:9 | 149:11 155:2 | 249:1 250:1 | |
| 228:17 232:9 | 158:9,12 | | |

Ind / 30B6 Shawn George                                     April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[s - scrap]                                                      Page 56

| s | 52:11 55:21 | sa's 66:5 | 36:25 37:1,3 |
|---|---|---|---|
| s 3:1 8:1,8 27:2 | 58:16 59:2,20 | scale 208:12 | 37:12,16,19 |
| 27:3 112:7 | 59:25 66:10 | 210:3 | 38:12 41:5 |
| 249:3 | 80:13 83:16 | schedule 55:6 | 45:20 46:16 |
| sa 65:4,7,8,24 | 84:20 85:11 | 131:9 140:4,16 | 47:17 48:8,13 |
| safe 129:10 | 87:8 89:5 90:9 | 144:7 152:20 | 48:22 54:7 |
| sale 40:12 | 93:3 101:4 | 192:10 211:4 | 55:10,17 56:2 |
| sales 61:15 | 108:10 111:12 | 225:1 | 56:3,8,12,16,19 |
| samples 70:20 | 111:15,24 | schindler 61:13 | 56:20 57:1,5 |
| sat 205:14 | 114:9 116:16 | 61:14 | 60:7 62:4,21 |
| 236:22,23 | 116:16,22 | school 14:19 | 63:8,18 65:9 |
| satisfaction | 118:4 125:22 | 19:5 | 65:12,17,19,20 |
| 70:15 | 128:15 129:6 | schooling 14:20 | 65:25 66:4 |
| satisfied 9:18 | 137:18 140:1,3 | schools 15:4 | 69:4 75:22 |
| saw 55:9 60:14 | 140:5,11 148:3 | schultz 42:21 | 76:6 81:10,14 |
| 89:15,16 90:18 | 149:17 151:4 | science 35:9 | 83:17 84:21 |
| 99:5 103:9 | 152:3,8 156:12 | 45:18 | 86:12 87:9 |
| 133:15 151:16 | 162:14,20 | scientific 23:24 | 89:7 90:10 |
| 205:6 | 164:10,11 | scope 28:14 | 91:15 93:11 |
| saying 43:2 | 168:24,24 | 229:19 | 94:8 98:19,25 |
| 93:25 95:7 | 169:14,16 | scrap 17:11,19 | 99:1 100:14,18 |
| 133:25 138:10 | 170:25 171:3 | 20:1 23:1,17 | 101:3,9,18,19 |
| 138:19 146:22 | 171:17 184:22 | 23:18,19,25 | 101:20 102:4 |
| 155:22 178:17 | 184:24,25 | 24:7,8,11,14,22 | 102:10,13,17 |
| 199:16 222:14 | 191:14,21 | 25:4,9,10,10,12 | 103:12,21 |
| 222:22,23 | 192:2,25 193:8 | 25:20 26:2,8 | 104:1,13,19 |
| 225:9,10 | 193:24 196:13 | 26:14,18,22 | 106:16,23 |
| 226:19 237:16 | 197:9 204:3,4 | 27:8,13 28:4 | 118:6 127:7,8 |
| 240:17 241:1 | 214:11,12,12 | 28:12 29:7,7 | 127:13,21 |
| 242:5,22 | 216:24 220:22 | 29:13,18,19,22 | 128:1,10,15,17 |
| 243:19 244:3 | 221:17 223:5,6 | 30:5,10,21,24 | 132:19,22 |
| says 42:21 | 226:19 233:20 | 30:25 32:3,9 | 133:12,19,21 |
| 44:23 46:11 | 238:3 239:7,12 | 34:12 35:14,16 | 134:1,22 |
| | 239:12 242:18 | 35:22 36:6,12 | 135:10,20,22 |

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[scrap - send]**                                              Page 57

135:23 136:7
136:11 143:25
144:2,15,17
145:16 151:2
160:13,17
162:15 169:22
170:1 171:21
173:5,12,18,22
173:24,25
174:5,9 175:18
176:16,24
177:11,13
178:1,24
185:18 186:4
186:15,25
187:12 188:1
188:25 189:1,4
189:14 190:8
190:13 192:10
193:25 194:3,5
199:23 205:19
210:2 211:15
215:21 218:20
218:23,24
219:23 220:14
227:14,25
228:2,4,6
239:13 244:13
**scraps'** 37:18
**scratched**
 23:14
**scratching** 36:3
**screen** 192:21

**screenshot**
 78:15 119:19
**screenshots**
 117:23
**screw** 99:12
**scrounge** 58:13
 59:7
**sealant** 24:1
**sealing** 8:5
**search** 66:4
**second** 33:14
 46:5,6,11 66:8
 68:2 97:7,12
 137:18 140:3
 145:10,11
 148:18 152:19
 153:1 166:18
 168:23,24
 207:9 225:14
 234:3 239:6
**secondary** 20:4
**section** 123:4
**secure** 60:7
**security** 61:20
**see** 9:18 13:20
 13:21 46:6
 59:3 60:4,14
 66:12 75:2,9
 76:11,21,23
 78:12,20 83:16
 83:19,21 84:22
 84:25 85:5
 86:6,13,16
 87:4,8,11,14

89:2,8,12,16
90:6,11,15
93:5 97:20
111:6,12
114:13 119:17
123:14 126:14
132:23 138:4
140:7,14
145:23 148:22
149:24 150:5
150:17,22
151:4,25 152:4
152:8,19 153:4
153:8,13,21
154:3,8,12,16
154:20,24
155:10 158:25
162:25 163:6
163:14 164:8
164:13 168:24
169:3 175:24
179:22 191:19
196:10,16,23
197:15 199:12
204:3,5,10
207:11 208:5,8
211:5 217:9
223:11,21
234:8 235:17
236:1 239:17
**seeing** 81:21
 111:1 112:19
 145:20

**seek** 170:11
**seeking** 59:15
 217:14
**seem** 149:1
**seemed** 224:1
**seems** 146:17
 146:17 199:24
 234:24
**seen** 77:12,20
 80:10 82:22
 84:3 92:20
 113:1,17,18
 114:5 115:5
 121:14,25
 122:2 137:2
 145:17 147:16
 195:17 198:15
 229:22 231:23
 232:18 233:11
**segments** 56:16
**segregated**
 241:18
**selected** 12:5,9
**self** 192:24
 218:15
**sell** 65:10,16
 94:2 171:1
 218:9
**selling** 39:25
**sells** 128:11
**send** 55:15,16
 69:3 77:6
 155:8 156:12
 158:14 194:3

**[send - shouldn't]**                                            Page 58

| | | | |
|---|---|---|---|
| 212:13 215:15 | **services** 22:1,3 | **sg** 114:9,20 | 220:9 |
| 224:17 | 22:20,21,22,23 | **share** 12:20 | **shipments** |
| **sending** 235:23 | 39:4,6,10,15,19 | 55:24 | 97:16,24 172:8 |
| **senior** 20:23 | 45:14 53:24 | **shared** 134:25 | 199:11,17 |
| **sense** 26:16 | 54:2 55:19 | 135:3 139:3 | 207:12 212:12 |
| 112:11 118:11 | 61:15 70:15 | **shawn** 1:15 2:3 | 212:16 213:4 |
| 136:1 147:2 | 72:19 73:9 | 4:4 8:10,17 | **shipped** 68:11 |
| 209:20 | 88:13 111:19 | 44:23 66:10 | 106:21 126:23 |
| **sent** 13:17 | 116:23 123:3 | 74:12 114:21 | 146:2 220:6,9 |
| 78:24 92:22 | 128:22 129:1 | 122:12 125:22 | 221:19,22 |
| 117:20 156:19 | 163:4 164:6 | 158:13 191:14 | **shipping** 215:1 |
| 167:16 186:19 | **services'** 39:21 | 204:5 205:8 | 216:4 222:4 |
| 193:18 197:18 | **set** 182:6 | 208:5 210:5 | **shoals** 18:14 |
| 226:22,25 | 236:18,20,25 | 248:5 249:2,24 | 22:5,7,11,17 |
| 227:4 231:7 | 237:2 247:19 | 250:2,4,12 | 34:6,8 51:25 |
| 244:7 248:14 | **sets** 169:7 | **sheet** 21:6,10 | **shooting** 98:22 |
| **separate** 28:8 | **setting** 98:10 | 145:11,11 | 240:18 |
| 28:10 37:22 | 235:4 | 248:11 | **short** 33:16 |
| **september** | **settle** 88:17 | **sheets** 210:6 | 105:6 126:12 |
| 61:13 62:1,2 | 205:12 | **she's** 80:1 | 126:18 154:1 |
| 65:4 74:6 | **settled** 103:4 | 118:21 120:1 | 175:23 203:2 |
| 79:21 87:2 | 124:12 152:3 | 122:3 196:2,2 | 206:1 241:12 |
| 89:1,17,23 | 205:17 | 196:5 | **shortage** 151:5 |
| 113:2 114:9 | **settlement** | **shifts** 135:3 | 224:18,19,20 |
| 115:19 117:19 | 152:1,8,20 | **shiny** 53:4 | **shortcoming** |
| 117:22 121:15 | **settling** 149:18 | **ship** 26:3 98:6 | 58:11 101:4 |
| 125:5,16 129:9 | **seven** 111:19 | 113:8 126:11 | **shortfall** |
| **serve** 9:12 | 203:8,10 | 126:17 178:21 | 160:12,24,25 |
| **service** 117:6 | 247:19,20 | 212:24 239:15 | 161:4 205:21 |
| 120:12,14 | **seventeen** | 239:21 | **shorthand** |
| 123:2,5 168:1 | 104:17 | **shipment** | 52:19 96:22 |
| 168:14 233:22 | **several** 58:15 | 149:18,23 | **shortly** 221:1 |
| 233:23 234:12 | 63:19 92:21 | 150:11,20 | **shouldn't** |
| | 115:23 | 155:20,21 | 119:15,24 |

**[show - sorry]**                                                    Page 59

**show** 62:21,23
63:7 129:8
156:3 168:17
179:1
**showed** 133:5
210:6
**shows** 231:7,20
**shred** 26:22
45:15 68:9
75:5 94:11
111:16 123:16
126:6 162:15
**shredded** 22:8
24:2 34:19
36:10,16 42:21
42:24 43:16
75:6 98:7
106:18,20
116:17 162:16
**shredder** 83:18
84:22 86:13
87:10 89:8
90:11 192:18
210:8,9,13
216:10,15
**shredding** 23:7
53:2,25 62:5
122:16 183:6
216:4,11
**shreds** 37:11
52:24 126:7
229:12
**shut** 167:5

**shutting** 141:14
210:16 214:8,9
214:11,12,13
214:17,18,20
214:24 215:5
**sic** 133:22
206:4 209:18
217:21
**side** 55:22
83:17 84:21
86:12 87:9
89:7 90:10
98:7 164:11
**sides** 132:14
**sign** 9:6 248:12
**signature**
247:24
**signed** 107:16
196:2 248:19
**significant**
81:21 87:23
**significantly**
182:14
**signing** 8:5
**similar** 131:12
163:22 188:3
**simple** 222:25
**simplistic** 32:1
**simply** 56:13
56:17 79:7
123:7
**single** 115:10
122:19

**singular** 99:5
99:15
**sir** 15:7 22:25
74:22 163:21
**sit** 19:19
223:21 239:23
240:20
**site** 62:7 167:8
190:19
**sitting** 54:11,20
70:1 100:6
174:9 202:24
209:15 210:3
**situation** 94:8
240:24
**six** 16:19,20
27:15 64:14
87:8 144:21
146:2,3
**size** 23:7
**sizemore** 16:21
75:1,12 76:20
78:4,10,14,24
78:25 79:3,22
80:11,12 82:25
110:20 111:8
117:20,22
119:14,23
162:7,10
233:14
**sizing** 48:24
**skeleton** 171:7
**skeptical** 53:1
95:4

**skins** 21:18
**skip** 216:20
**slash** 140:3
143:5 184:23
196:9
**slow** 43:15
235:5
**small** 69:4
**smelters** 20:4
**snop** 218:6
**software** 78:16
117:25 122:22
122:23 167:21
167:25
**sold** 22:8,13,16
230:6,9,12,16
**sole** 228:21
**solid** 88:22
**solution** 148:6
222:9,24
**solutions**
248:23
**somebody**
14:11 21:2
68:19 95:15
132:22 192:25
192:25 237:1
**somewhat**
65:11 192:23
**sorry** 25:25
40:9 43:15
49:23 64:1,16
81:3 102:14
107:8 141:2

**[sorry - states]**                                    Page 60

163:8 165:16
179:13,16
189:11 211:7
214:14 215:8
226:19
**sort**  45:5 71:11
134:14 143:10
180:14 190:20
192:22 201:25
214:16 217:19
235:6
**sound**  68:12
185:21 186:2
**sounded**
139:12
**sounds**  9:21
237:14,15
**source**  24:11
36:15,25 37:2
37:3 101:11,12
**sourced**  52:25
**sources**  24:10
**sourcing**  48:22
**southeast**
248:15
**sow**  26:19 27:1
**space**  167:8,11
167:12
**spacecraft**  21:7
**speak**  10:11
50:1 85:16
148:4 168:10
220:17 221:1
229:21

**speaker1**  106:2
**speaking**  20:25
29:10 41:1
65:15 83:18
84:22 86:13
87:10 89:8
90:11 122:13
165:1,5 194:25
208:25
**spec**  48:24
**specific**  30:10
43:5,7 82:18
99:22 109:9
116:13,14
138:17 190:23
193:5 197:6
217:20,21,24
218:3 221:8
**specifically**
22:11 56:7
65:24 80:21
95:12 104:4
138:24 157:20
167:7,23
198:18 208:3
221:12 235:4
**specification**
20:11
**specifications**
43:20 56:19
70:10,16 195:7
**specifics**  150:9
**specify**  166:3

**speculate**  47:8
**speed**  44:2
**spelled**  44:21
**spend**  96:8
**spirit**  240:15
**spoke**  49:15,23
79:23 80:13
210:24
**spoken**  43:3
68:4 141:1
**spot**  87:12,16
87:23 88:2,7
88:12 89:10
90:13 110:13
177:17,19
207:18
**spreading**
149:19 150:1
**spreadsheet**
145:14,15
147:2 150:15
156:6 175:10
175:11,13
**spring**  40:19
**square**  192:2
**stacks**  238:22
**stage**  59:10,14
76:1
**stages**  98:1
**standard**  30:2
38:4,19 46:20
46:22 100:16
171:5,6

**standards**  29:8
29:11,13,15,20
30:7,9,14,18
**standing**  55:18
**standpoint**
81:25 161:1
168:16 218:7
**start**  71:14
97:17 150:25
155:9 191:18
213:6,7
**started**  41:6
49:9 50:22
81:15 132:5
134:5 135:8
151:10 180:23
181:2,6 194:9
194:11 229:4
236:17
**starting**  83:19
84:23 86:14
87:12 89:9
90:12 102:23
129:7 213:2
**starts**  52:10
233:18
**state**  209:12
235:9 247:2,6
**stated**  220:7
221:9
**statement**
225:22
**states**  1:1 18:14
20:16

**stating**  199:5
**status**  86:19
   89:22 90:24
**stay**  216:3
**stayed**  232:12
**stemple**  51:19
   51:23 52:2,6
   58:2 92:23
**stems**  123:2
**step**  128:16
**steptoe**  2:7 3:11
   246:1 248:2
**sterile**  198:4
**steve**  50:1,5,14
   50:16,19
   130:11 137:9
   137:19 140:11
   140:25 145:10
   187:17,23
   188:16 190:3
   195:25 198:20
   199:16,21
   204:1,8 212:21
   220:7 222:11
   223:8 225:8,10
   225:25 226:3
   241:21 243:19
   244:3
**stewart**  50:2,5
   50:11,15,19
   130:11 137:9
   137:14 140:25
   145:10 187:17
   187:23 188:16

   195:25 198:20
   199:16,22
   204:1,8 243:19
   244:3
**stick**  87:12 88:1
   89:10 90:13
**stimulated**
   124:1 159:19
**stipulated**  8:3
**stood**  244:1
**stop**  69:11
   92:13
**stopped**  172:8
   194:19 213:4
   215:1
**stopping**
   212:23
**storage**  167:8
   167:11,12,16
**store**  98:9
   240:4
**storing**  98:5
**stream**  33:1
   227:25 228:2,5
   228:6
**streamlining**
   170:14
**streams**  65:12
   65:20
**street**  2:8 3:5
   3:12
**stretched**
   178:20

**strictly**  160:6
**strike**  110:19
   184:5
**structural**
   21:19
**structure**  46:13
   46:14 148:9
   171:10
**struggling**
   135:8
**stuck**  37:3 94:6
   100:7 168:18
**studied**  15:4
**stuff**  38:11
   69:11 82:4
   129:17 178:4
   190:1 209:17
   212:2
**subcontracting**
   111:2
**subject**  9:11
   11:9 42:20
   52:9,14 83:14
   84:18 86:4
   87:2 88:25
   90:5 128:18
   168:25 184:18
   196:8 197:24
   204:2 233:19
**subjects**  15:4
   132:10
**submit**  71:13
**submitted**
   198:23 199:2,7

   199:10 231:14
   243:20
**subordinate**
   51:21
**subscribed**
   250:14
**subsequent**
   112:15 119:6
   147:23 176:6
   220:19
**subsidiary**  18:5
**subtract**  151:1
   176:7
**success**  53:15
   128:23
**suddenly**  209:8
**sufficient**  55:5
   194:2
**suffix**  165:13
   232:13
**suggest**  85:8
**suggesting**
   131:9
**suitable**  46:1
   96:11
**suite**  3:6,13
**suited**  43:20
**superior**  14:11
**supervisory**
   196:6
**supplied**  174:1
**supplier**  41:5
   101:18,25
   107:24 108:6

108:13,17
128:10 205:3
207:14 239:7
**suppliers**  25:18
25:20 58:15
100:17 101:18
127:15 128:2
192:11 204:19
**supply**  24:14
56:16 81:10
94:3 127:3
128:9,20
**support**  17:12
190:20
**supports**  32:9
**suppose**  47:8
**supposed**
235:11
**sure**  9:1,4 10:6
29:19 45:25
62:20,25 66:11
70:8 85:19
96:24 97:2
101:25 102:15
116:7 117:15
121:24 122:10
123:9 138:20
146:13 151:24
155:3,13
168:12 189:12
189:12 201:4
207:23 220:17
220:23 227:3
229:16 232:11

238:17
**surface**  36:2
**surge**  98:10
103:3
**surplus**  98:1
**surprise**  228:19
**sustainable**
53:14
**swing**  210:15
**switch**  229:9,11
229:14
**sworn**  8:12
247:8 250:14
**system**  78:16
99:7 113:7
117:4,14,25
118:15,20,21
120:10 123:6,9
197:21 215:4
232:15,18
235:5 236:18
236:20,22
237:2

**t**

**t**  8:1,1 249:3,3
**tabitha**  16:21
75:1 79:21
82:24 99:7
110:1,3 120:22
123:8 162:7
185:13 233:14
**tabitha's**  83:1
85:16 117:7

**table**  150:15
152:19
**tables**  149:24
150:14
**tail**  219:18
**take**  10:23 11:1
14:1,2,3 23:1
23:25 26:18,22
41:22 44:4
45:4,5 51:4
57:14 60:24
62:7,8 65:25
66:1 71:16
73:18 77:11
93:23 101:14
101:14 104:25
117:20 126:22
132:22 144:24
152:12,15
173:23,25
174:24 182:10
182:11 183:15
183:17 229:17
234:3 236:9,21
237:1 238:18
245:19
**taken**  2:3,4
8:19,20 10:10
47:20 118:8
183:11,13,14
203:2 241:12
247:15
**takes**  47:17
213:13 229:14

237:3
**talk**  10:12 14:5
14:15 47:22
63:4 93:21
132:18,18
143:12,17
149:13 185:14
220:5,13,16,23
221:4 224:18
**talked**  34:5
35:12 41:3
49:4 54:15
70:3 81:1
83:24 88:16
91:20 98:20
99:20 104:6,12
133:1,14 134:9
134:23,24
135:21,22
141:15 155:15
181:22 185:12
185:15 218:1
218:18,20
220:19 223:2
227:11,24
228:1 231:17
242:18
**talking**  11:9,12
37:23 38:11
41:6 47:6,11
48:2,5 53:7
80:6,22,23
81:19,20 88:3
99:17 107:25

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[talking - that's]**                                               Page 63

| | | | |
|---|---|---|---|
| 117:1,17 | 142:14,23,24 | 186:12 208:13 | **that's** 16:6 |
| 122:20 144:8 | 143:14 155:23 | 233:23 234:12 | 18:22 22:14 |
| 157:21 159:7 | 156:3,8,12 | **testified** 8:12 | 23:12 24:1 |
| 159:18 210:14 | 180:19 189:22 | 146:1 177:23 | 26:19 28:20,23 |
| 211:8 217:19 | 189:22 190:6 | 231:5 | 29:1,17 31:19 |
| 219:14 239:8 | 190:11 192:17 | **testify** 14:10 | 31:25 32:2 |
| **talks** 241:22 | 192:20 201:16 | **testimony** | 33:1 35:13 |
| **tare** 31:9,12,13 | 204:18 209:22 | 75:17 160:10 | 36:22 38:13 |
| 31:13,19 | 222:11 223:13 | 160:20,24 | 45:23 46:1 |
| **target** 69:18 | 239:19 | 247:7,10 248:9 | 48:14 52:19 |
| 217:10,25 | **telling** 94:13 | 248:17 250:8 | 54:21 59:10,22 |
| 218:11 224:13 | 95:18 143:8 | **text** 45:10 | 67:19,20 68:25 |
| **tat** 222:3 | 222:10,11 | 52:13 111:12 | 69:7 80:6 83:8 |
| **tax** 209:12 | **template** 155:8 | 111:15 114:8 | 91:6 92:1 93:3 |
| **team** 28:15,21 | **tempo** 197:5 | 117:12 138:17 | 93:15 94:2,12 |
| 29:2 66:15 | **ten** 58:14 59:8 | 162:14 164:19 | 95:2,2,13,13,16 |
| 196:2 | 60:2,9 72:3 | 206:7 207:8 | 95:16,17,22,24 |
| **technically** | 101:24 106:25 | 216:22 217:23 | 96:19 98:23 |
| 166:18 | 107:2,4 111:5 | 219:9 223:5 | 100:15 102:1 |
| **telephone** | 112:8 116:10 | 224:24 225:17 | 103:2 107:4 |
| 49:24 149:2 | 116:22 163:4 | 226:20 227:7 | 111:24,24 |
| 212:10 | 165:22,23 | **texting** 138:15 | 113:15 116:6 |
| **telephonic** | **tend** 55:22 67:2 | **texts** 6:11 | 117:4,14,14 |
| 200:18 | **term** 11:15 | 206:13 224:17 | 118:20 119:1,6 |
| **tell** 14:16,24 | 28:13 57:2 | 227:2 | 119:7 120:5,5 |
| 19:13 20:10 | 64:4 70:5 80:6 | **thank** 43:4 | 120:19 121:1 |
| 22:19 34:14,15 | 86:19 93:16,18 | 64:16 91:4 | 122:1 124:12 |
| 40:25 41:1 | 100:18,22,24 | 105:25 205:20 | 127:21 128:6 |
| 49:1 62:23 | 128:22 | 211:7 245:3,7 | 130:5 134:12 |
| 71:3,3 82:17 | **terms** 11:15 | **thanks** 34:4,22 | 134:15 135:8,9 |
| 88:15 91:19 | 21:3 28:13 | 107:18 158:16 | 135:21 139:13 |
| 113:24 114:17 | 30:20 31:14 | 208:7 | 143:11 144:7,9 |
| 121:24 132:9 | 168:25 169:7 | **that'll** 10:7 | 144:9 146:1,18 |
| 139:18 141:4,9 | 169:10 180:1 | | 146:25 151:14 |

Ind / 30B6 Shawn George                          April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[that's - three]                                      Page 64

| | | | |
|---|---|---|---|
| 159:10,11 | **theoretically** | **thing**  10:18 | 199:15 204:10 |
| 160:16 164:17 | 166:21 | 14:6 41:23 | 206:25 208:22 |
| 166:5 167:25 | **there's**  10:25 | 45:5 58:11 | 208:25 220:19 |
| 168:2,2,3,12,17 | 17:23 24:18 | 62:23 71:20 | 226:7 230:15 |
| 168:20 170:3 | 47:20 56:9,15 | 81:15 134:15 | 234:20 235:24 |
| 171:17 173:9 | 69:13 80:3 | 134:18 142:19 | 237:21 238:15 |
| 173:11 177:3 | 88:24 114:24 | 143:10 155:24 | **thinking** |
| 177:19 178:18 | 117:5,8 122:18 | 164:2 180:14 | 188:16 225:3,6 |
| 178:23 179:11 | 123:3 139:7,25 | 183:6,7 185:14 | **third**  83:15 |
| 180:16 181:10 | 166:3 170:21 | 190:16,20 | 108:18 121:8 |
| 181:11 183:2 | 171:6 175:25 | 202:1 206:10 | 139:22 140:5 |
| 184:23,25 | 180:15 181:19 | 214:16 217:19 | 145:13 153:6 |
| 185:24 186:1 | 183:21 192:5 | 220:17,24 | 180:10 194:10 |
| 187:11 189:17 | 194:21 196:18 | 235:6 237:7 | **thirty**  238:20 |
| 204:13 205:24 | 213:12,18 | **things**  44:3 | 238:21 |
| 207:23 208:12 | 224:19,20 | 63:5 68:22 | **thomas**  17:2 |
| 210:15 212:22 | 232:12 240:23 | 73:14 75:19 | **thought**  42:23 |
| 212:22 214:21 | 242:22 243:7 | 93:20 118:11 | 53:4 133:12 |
| 214:23 215:4 | **they'll**  33:22 | 127:5 132:18 | 135:18 173:13 |
| 215:24,24 | 93:22,22 95:18 | 133:4,9 141:16 | 183:2 222:6,24 |
| 217:19,20,21 | 161:2 192:3 | 141:23 149:14 | **thousand** |
| 218:3,4,11,12 | 238:10 | 155:16 180:16 | 120:13,14,15 |
| 218:12,15 | **they're**  12:13 | 190:17 218:10 | 134:14 |
| 227:19 230:18 | 31:20,24 36:24 | 221:15 222:12 | **three**  15:20 |
| 231:15,22,25 | 62:19 65:9,11 | 224:14 236:15 | 19:9 25:17 |
| 232:6 234:2 | 65:16 70:20 | 242:17 | 27:15,17 35:1 |
| 235:5 237:16 | 95:17 139:14 | **think**  10:15 | 43:3,3,4,4 |
| 238:12,12 | 173:15,17 | 17:7 33:19 | 52:23 68:17 |
| 239:8,22 | 188:4 193:1,3 | 34:5 41:16 | 87:7 108:16 |
| 240:15,22 | 205:3 213:17 | 53:16 55:3 | 115:23 128:22 |
| 241:1 243:17 | 214:11,12,24 | 75:15 112:13 | 139:24,25 |
| 243:18 | 237:17 | 113:24 116:25 | 148:14 159:8 |
| **theirs**  72:11 | **they've**  235:9 | 117:16 188:3,4 | 161:14 171:21 |
| 95:17 | | 194:9 195:18 | 173:3,8 177:1 |

Ind / 30B6 Shawn George                                          April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[three - tolling]                                                    Page 65

177:9 178:1,20
183:17 198:23
236:13,14,16
238:21 241:24
**thursday** 209:3
**thursdays**
209:2
**tier** 59:15
148:18
**tiered** 59:14
**tight** 30:14,18
194:11
**time** 10:18 11:8
14:2,3 25:4
26:5 31:5
36:25 37:8
43:25,25 45:6
47:22,22,25
51:19 52:2,5
55:14 58:20
60:9,18,21
61:16 65:20
68:23,24 70:12
80:21,24 81:11
82:17 83:1,4
85:23 88:19
93:9 96:8
98:15 100:24
100:24 102:19
112:11 115:11
115:22 125:13
133:14 134:20
135:12,22
136:1 138:25

140:12 143:18
145:20 148:4
156:9 165:17
178:22,24
180:22 188:6
188:10,13,19
188:21,24
189:3,12,15,18
194:1,1,5
199:21 206:21
208:6 210:17
210:18 212:9
212:19 213:1
213:13 217:16
218:20 219:2
220:5 223:19
227:1 228:20
236:19 245:4
248:18
**timeframe**
165:7 189:10
248:8
**timeline** 41:15
**timelines** 47:17
**timeout** 205:8
**times** 157:22
166:10,12
227:20
**tit** 222:3
**title** 15:22
24:25 67:19
83:2 109:12
152:20

**today** 10:8,19
11:8,15,19
13:4 14:3
19:19 82:22
148:4 199:8
210:6 216:24
220:5 225:3
227:11 238:24
241:4
**together** 45:7
75:14 148:6,7
155:7 157:17
159:10 178:4
183:4,9,12
208:6 218:10
219:3 228:1,5
244:15
**told** 22:14 24:7
25:25 49:3
54:12 72:9
96:14 97:25
123:7 144:10
167:15 173:2
174:22 190:14
190:15 201:24
207:21 213:24
214:8 219:17
221:12 225:2
**toll** 26:8,10,11
26:13 27:8
34:12 46:12,14
47:14 53:19
58:19 59:2
68:11 75:4

76:21 77:3
83:18 84:22
86:13 87:10
89:8 90:11
93:3 94:10
95:11 99:3,5
111:15 118:5
126:6 128:13
140:4 142:14
144:6 148:13
148:16,18
149:19,23
150:2,11
152:20 153:6
154:4,11,14
156:4 157:11
162:14 170:25
171:9 208:6,10
218:8,15
234:15,16,17
244:14
**tolled** 29:18
30:18 186:16
**toller** 30:3 71:9
73:6 170:4
**tollers** 93:21
170:5
**tolling** 22:1,3
22:20,23 30:17
33:23 55:6
60:2,2 70:3,4
70:15 72:3
73:5 75:25
88:12 91:21

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[tolling - trying]**                                      Page 66

92:17 95:15
104:15 111:19
114:10 115:16
116:18 117:5
120:23 121:11
128:8,9,21
129:1 137:20
138:21 140:2,6
143:5,24
144:12 150:16
189:1 230:25
235:20
**tomorrow**
12:17,25
**tonnage**  99:16
120:17 165:10
166:17
**took**  24:25 26:4
186:14 187:9
213:14 229:11
236:19 237:5
**top**  48:17 55:6
58:5 86:5
98:23 108:5,10
117:18 120:25
129:15 169:14
179:17 184:22
185:20 219:8
221:17
**topic**  83:13
138:10
**topics**  9:13
13:20,24 83:13
83:15 84:19

85:4 87:3 89:1
90:5 155:4,13
216:25
**total**  103:12
145:16,21
148:15 151:5
152:3,8 153:22
154:4,10
162:20 164:11
164:20 170:3
197:1 220:11
235:10
**totaling**  137:24
**totally**  53:1
214:18
**touch**  53:23
56:17 132:12
**tour**  62:3,7
**toward**  30:1
184:3 193:2
**towards**  87:13
88:2 89:10
90:13 91:10
168:23
**tower**  2:8
**town**  18:18
**track**  129:10
218:25 238:22
**tractor**  21:9
**traded**  19:23
**trader**  20:23
**trading**  40:1
**traffic**  67:15

**trailer**  21:6,14
75:8 162:19
**trailers**  21:10
21:10,12
**training**  14:22
14:24
**tran**  245:15
**transaction**
47:18
**transactions**
47:19
**transcribed**
247:9
**transcript**  1:23
245:11 247:18
248:6,19 250:5
250:8
**transit**  69:18
69:24
**transparent**
129:4
**transportation**
21:4 47:3
108:14,15
**travel**  68:23
69:5
**trial**  34:25
36:23 37:22
38:3,6 52:23
53:6 58:8 66:5
70:3,4 75:25
76:1,3
**trialed**  132:25

**tried**  132:24
**trigger**  58:7
**trouble**  238:22
**truck**  21:6
23:20 128:16
214:6,10,11,20
214:23 224:7
**trucking**  70:2
**truckload**
101:23 210:2
**truckloads**
101:24
**trucks**  23:20
101:13 224:6
226:13 227:8
**true**  84:1,2
127:1 174:4
194:21 205:24
247:10 250:8
**truly**  53:3
**try**  10:13
101:22 103:23
143:18 144:6
170:19 237:23
237:25
**trying**  18:6
23:24 38:9
41:13,14 65:16
129:9 135:7,8
146:20 165:17
183:3 207:15
217:15 218:10
218:17,25
219:3 222:9

Ind / 30B6 Shawn George                          April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[trying - understanding]**                                  Page 67

223:9 224:1,8
224:12 225:19
231:4 239:25
**tuesday**   2:9
62:2 130:17
226:13 227:8
**tuning**   168:22
**turn**   210:21
223:16
**turned**   174:11
175:18 224:2
**turning**   35:19
90:8 155:2
215:20
**turns**   54:9
**twenty**   175:2
203:8,10
247:19
**two**   13:4 37:22
53:13 58:7
74:12 84:16
86:3 87:7 98:5
117:23 123:13
123:23 124:9
148:12 154:1
174:15,20
176:6 183:15
199:3,4 205:14
205:15 207:17
207:22 216:20
228:7 232:22
239:14,20,23
240:1,4,13,14
240:16,21

**type**   27:12 32:3
45:20,20,21
56:2,19 62:23
71:11 78:15
100:19
**types**   32:14
135:10 217:17
**typical**   30:20
32:4,14 95:24
96:1,1,2 197:3
207:16
**typically**   24:11
27:8 30:25
33:5,6,24 66:3
68:17 70:4
72:12 110:16
165:1,5 170:24
177:17 197:12
197:13,16
198:4 208:25
230:22,24
231:2 237:1
**typing**   237:22
**typo**   217:22,23
**t's**   234:5,7

**u**

**u**   8:1
**uh**   16:18 42:17
63:21,23
111:14 118:1
121:4 125:19
148:1 176:2
179:10 191:23

204:12 207:19
209:14 213:21
221:6,11
222:21 240:8
**ultimate**   47:4
**ultimately**
24:10 29:4
30:2 102:11
141:21 143:21
222:19
**umbrella**   18:8
19:1
**unable**   43:21
55:12
**unacceptable**
56:2 205:1
**unallowable**
205:13
**uncertainty**
81:23
**uncle**   54:10
**unclear**   91:6
**uncommon**
35:21 39:23
**under**   18:25
39:7,9,25 40:4
88:18 114:8
124:6 146:14
149:18,23
150:11,20
155:20 156:4
164:19 196:12
220:8,9 226:20

**undersigned**
2:5
**understand**
11:5 18:6
22:19 33:9
38:24 39:9,21
41:14 43:10
47:15 50:19
63:14 77:25
79:25 81:17
84:9 98:25
101:21 102:14
111:3 119:23
123:10 151:22
165:17 175:15
209:7 217:13
228:15 230:12
233:21 244:9
**understandable**
209:6
**understanding**
22:16 23:25
40:5 50:14
54:1 55:8
89:21 93:15,18
95:24 98:17
110:5 126:24
127:2 129:13
129:20 167:25
168:6,9,15
172:15 173:2
178:21 184:11
184:18,20
186:18 188:21

**[understanding - vendor]**                                    Page 68

192:13 196:4
212:4 216:15
216:17 218:16
228:8,23,24
229:8,11
230:14 233:24
238:15
**understood**
39:11 67:4
127:3 179:14
182:11 228:18
242:5
**unduly** 11:3
**unique** 32:7
**unit** 117:5
118:15,18
122:24 163:13
163:15,16,18
163:19 164:7
167:19 168:2
168:18
**united** 1:1
18:14 20:15
25:12 37:1,12
37:18,23 38:5
54:7,10,15,20
55:2,10 58:6
58:12 59:6
81:12 98:2
100:20 101:3,3
101:5,15 118:6
127:8 128:10
128:17,23
129:5 135:2

142:1 144:4,14
161:9 171:19
172:22 173:5
176:25 177:11
177:25 192:7
193:25 210:25
211:21 217:8
218:19,20
219:9 223:18
223:19 224:25
**united's** 101:14
211:22,22
**units** 104:14
163:19
**university**
14:25,25
**unknown**
128:20
**unload** 55:11
**unofficially**
16:16
**unpainted** 24:2
**unprepared**
14:10
**unprocessed**
100:6
**unreasonable**
170:23 186:2
**unreasonably**
170:22
**unsealed** 24:2
**unspoken**
128:7

**unusable** 56:22
**unused** 228:4
**upcoming** 68:5
**update** 112:11
114:15 191:14
**updated** 48:20
112:9,10 114:9
115:15 116:8,9
116:9 121:6
122:13
**upper** 99:17
**ups** 132:17
133:2,3
**usages** 56:14
**usd** 164:12
**use** 11:15 12:17
21:6 23:3,6
26:8 27:16,17
27:18 48:8
56:21 57:1
66:4 83:19
84:23 86:14
87:11 88:7
89:8 90:12
94:7 105:2
107:15 123:6
158:24 179:21
183:16 194:21
236:10
**used** 21:11
27:24 31:14
167:21 248:19
**user** 167:24

**using** 64:3
88:12,16
122:24
**usually** 224:25
**utilize** 27:13,15
57:5

**v**

**v** 248:4 249:1
250:1
**vacation**
133:24 136:4
138:9,14 141:7
155:7 212:19
**value** 120:12
120:16
**van** 128:16
**variability**
32:19 167:13
182:20
**variable** 29:13
126:21
**variance**
150:16
**variation** 32:23
32:24
**various** 14:22
28:3 29:6 69:3
152:23 232:9
**vary** 30:9
104:18 173:16
173:17
**vendor** 22:12
27:7 30:17

65:9,11 71:14
**vendors**   17:16
  17:18 26:7
  28:6,12 29:6
  29:12 32:11,15
  65:20 81:12
**verbal**  80:10
**verbally**  49:15
**verify**  146:7
  248:9
**veritext**  248:14
  248:23
**veritext.com.**
  248:15
**version**  232:21
  232:22
**versus**  8:18
  56:12 137:22
  165:18 166:5
  196:13 214:4
  220:6 221:18
  238:4 241:23
**veterans**  127:5
**vetting**  101:25
**viability**  137:20
**vice**  16:1,5
**view**  56:1 110:5
**vinyl**  36:1
**violation**  236:7
**virginia**  2:8
  3:12 18:13
  27:20 209:12
  247:2,6,20

**visit**  50:7
**visited**  169:5
**visitors**  61:19
**volatile**  47:21
**volatility**  81:23
  88:4 182:20
  227:14
**volume**  33:6,20
  33:21 55:4
  58:18 59:3,20
  73:1,3 93:4
  95:11 101:21
  103:12 104:18
  116:19 122:14
  122:18 126:9
  126:10,17
  127:1,14 130:1
  133:19 134:6
  134:21 135:22
  135:23 137:23
  139:6,10 140:2
  140:3,4 142:21
  144:6 148:13
  148:15 150:3
  162:20 164:21
  188:1 196:21
  197:6,8,14,17
  220:6,8 221:18
  226:15,16
**volumes**  73:14
  81:20 91:15
  104:7,8 134:24
  137:22 142:20
  143:5 149:18

212:21 214:3,4
  217:16 221:9
  221:22,22,24
  222:2 227:13
  237:11 241:23
  241:23
**vs**  1:7

**w**

**w**  27:2,3 52:15
  52:17,18
**wait**  184:6
**waiting**  71:19
  72:13 97:14
  202:23 236:23
  236:23
**waived**  8:6
**walk**  175:22
**waning**  135:6
**want**  8:22
  11:16,22 12:18
  14:5,5,15
  34:22 35:9,11
  36:9 41:24
  45:18 48:18
  52:9 55:15
  69:17,21,22,22
  69:23 70:8
  81:1 82:6,7
  98:22 104:24
  130:22 131:12
  138:19 151:14
  151:16,17,24
  161:2 182:23

182:25 185:1,2
  185:4 197:15
  202:24 206:21
  208:2 211:10
  211:10 213:19
  213:23 215:8
  215:10 218:7,8
  218:9,9 220:16
  220:23 222:22
  223:4,7 224:4
  224:6,18
  240:23 241:20
**wanted**  138:11
  138:20 141:12
  148:7 215:11
  218:2
**wants**  222:11
**warehouse**
  37:6
**wasn't**  96:11
  122:4 130:15
  133:22 135:12
  135:23 243:15
**waste**  206:21
**watson**  49:10
  49:12,13,21
  78:4,18 145:10
**way**  32:1 69:15
  71:19 91:4
  93:20 102:7
  121:22 122:8
  128:23 133:22
  167:20 168:22
  170:2 174:17

Ind / 30B6 Shawn George                                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[way - withers]                                                    Page 70

| | | | |
|---|---|---|---|
| 183:14 188:7 | 214:13,24 | 205:7 206:3 | 143:12 144:23 |
| 194:21 210:15 | 215:5 216:6 | 212:13 224:12 | 147:4 191:2 |
| 219:11,11,24 | 243:11 | 224:25 245:15 | 195:9 198:5 |
| 224:7 231:12 | **weighs** 27:5 | 245:19 | 202:2,10 206:4 |
| 232:2 234:16 | **weight** 31:5,7 | **we're** 11:8 | 209:11 214:22 |
| 237:15 | 31:19 33:7 | 31:23 37:23 | 229:20 233:2 |
| **wayne** 14:25 | 120:6 196:14 | 68:24 76:3 | 245:21 |
| **weakly** 197:3 | 196:15 | 119:5 123:16 | **wheels** 201:21 |
| **weakness** 117:4 | **weights** 31:9,12 | 124:10 159:10 | **where's** 146:10 |
| 117:14 118:14 | 31:13,13 | 165:8,9,11,22 | **whichever** 30:2 |
| **wears** 192:24 | **weight's** 120:6 | 165:24 166:1 | **whoa** 205:8 |
| **website** 169:1,2 | **welcome** 14:6 | 166:11 177:9 | **who's** 99:24 |
| 169:5 | 206:9 | 178:16 182:24 | **wide** 128:19 |
| **wednesday** | **went** 34:23 | 189:16 207:22 | **willing** 60:17 |
| 225:18 | 38:5 66:2 | 213:16 219:2 | 60:17 95:8 |
| **week** 94:22,24 | 88:21 134:17 | 219:12 222:1 | **willingness** |
| 94:25 95:5 | 134:17 181:23 | 224:8 225:21 | 48:23 160:21 |
| 96:4,5,6,7 | 182:13 183:18 | 226:4 237:21 | **win** 55:1 56:22 |
| 129:7,12 | 187:8 208:19 | 237:24 238:23 | 182:24,24 |
| 132:12,21 | 213:7 | 240:18 | **wind** 223:8,13 |
| 145:17 176:1,3 | **weren't** 36:7 | **we've** 13:3 | 223:25 224:9 |
| 176:6 225:5,21 | 65:21 138:20 | 38:12 70:19 | **window** 188:19 |
| 237:3,5 | 173:21 186:19 | 80:10 83:24 | 211:21 |
| **weekend** | 213:8 215:2 | 92:20 128:25 | **withdraw** |
| 158:17 216:12 | 221:16 223:14 | 159:7,8,11 | 15:24 16:7 |
| **weekly** 130:8 | 236:15 | 163:22 201:23 | 17:17 60:22 |
| 130:14 131:24 | **west** 18:13 | 227:8,11 241:3 | 112:20 113:23 |
| 196:21 197:6,8 | 27:20 209:12 | **what's** 14:18 | 125:21 230:23 |
| 197:13,14,17 | 247:2,6,20 | 65:7,15 68:14 | **withers** 3:3 4:6 |
| 201:20 | **we'd** 135:15 | 68:14 73:17 | 8:15 9:2,9,20 |
| **weeks** 96:14 | **we'll** 10:24 | 82:2 93:21,22 | 9:25 10:2 |
| 97:3 129:11,16 | 26:21,21 87:12 | 94:4,11 99:20 | 12:12,21 13:1 |
| 133:15 159:8 | 89:6,9 90:9 | 99:23 100:1 | 13:13 33:13,18 |
| 174:20 176:7 | 102:5 149:13 | 130:21 142:22 | 42:9 44:12 |

Ind / 30B6 Shawn George                                      April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

**[withers - written]**                                        Page 71

| | | | |
|---|---|---|---|
| 51:10 57:21 | 105:1,15,19,24 | 239:25 | 76:9 83:17 |
| 60:12 61:7 | 110:10 111:23 | **work** 17:24 | 84:21 86:12 |
| 64:10,15,24 | 112:6 127:18 | 19:21 20:17 | 87:9 89:7 |
| 66:25 71:25 | 128:5 131:4,19 | 27:24 34:23 | 90:10 99:3,4 |
| 74:1 77:17 | 136:17 137:1 | 38:19 40:4 | 106:15 148:5,6 |
| 79:17 82:14 | 145:4 147:11 | 46:20 47:15 | 158:21 179:18 |
| 85:18 92:10 | 151:8 157:7 | 51:23 63:10 | 179:25 217:1,3 |
| 93:17 104:23 | 158:3 161:22 | 66:15 71:9 | 235:20 236:13 |
| 105:3,8,17,21 | 171:16 172:6 | 72:19 75:14 | **works** 35:6 |
| 106:3 109:5,23 | 175:6 184:15 | 87:13 88:2 | 75:21 110:3 |
| 110:12 112:4 | 191:7 195:14 | 89:10 90:13 | 125:9 142:23 |
| 112:12 124:25 | 198:12 203:15 | 91:10 97:14,22 | 142:24 183:1 |
| 127:22 128:14 | 206:16 233:8 | 99:12 142:15 | 202:8 |
| 131:6,21 | 234:23 237:20 | 142:19,25 | **worn** 193:3 |
| 136:19 137:3 | 238:9 243:1 | 143:16 156:14 | **worries** 179:14 |
| 145:7 147:14 | 244:20,23 | 157:2,10,12 | **worth** 87:17 |
| 157:13 158:5 | 247:7,9,10 | 170:19,21 | **wouldn't** 69:10 |
| 161:24 171:18 | 248:8,10,12,18 | 183:3,21 | 121:19,20 |
| 172:10 173:1 | **wmr** 1:7 | 202:10,11 | 167:1 176:8 |
| 175:8 184:17 | **wolf** 192:17 | 205:22 219:3 | 179:6 183:13 |
| 191:9 195:16 | **woman** 49:10 | 223:9,9 229:5 | **write** 73:6 75:4 |
| 198:14 202:22 | 50:10 | 230:25,25 | 76:9 87:17 |
| 203:4,9,11,17 | **won't** 123:10 | 234:6 | 101:20,23,24 |
| 206:20,22 | 210:7 | **workaround** | 179:17 |
| 233:10 234:25 | **word** 27:1 46:7 | 217:9,14 | **writes** 76:20 |
| 238:2,7,14 | 63:12 85:4,5 | **worked** 15:19 | 158:12 196:12 |
| 241:7,14,16 | 196:12 | 18:25 19:11,14 | 207:9 |
| 243:3 244:22 | **worded** 10:19 | 19:15 20:1,4,7 | **writing** 224:16 |
| 245:1,14,18,22 | 22:15 | 20:19 38:5,25 | 237:22 243:12 |
| 245:23 | **wording** 80:2,2 | 39:7,9 40:16 | 244:2,7 |
| **witness** 4:4 | **words** 25:1 | 80:3 125:13 | **written** 27:9 |
| 8:11 9:13 42:7 | 85:17 86:10 | 205:16 | 28:5 70:24 |
| 64:8,17 80:17 | 135:13 237:21 | **working** 48:19 | 71:4,5 72:7 |
| 85:15 93:14 | 237:25 239:25 | 54:2 59:10 | 73:8 83:25 |

Ind / 30B6 Shawn George                    April 1, 2025
Faith Aluminum Company v. Constellium Rolled Products Ravenswood, LLC

[written - zero]                                    Page 72

| | | | |
|---|---|---|---|
| 99:12 111:25 | 85:16 95:24 | 133:23 134:3 | 112:21 121:14 |
| 156:23 158:19 | 97:1 107:9 | 134:19 139:23 | 124:18 130:23 |
| 159:2 181:2 | 108:2 110:16 | 140:1 143:4 | 131:13 136:21 |
| 200:20,24 | 114:17 116:1 | 144:14 183:10 | 145:17 147:5 |
| 230:22 235:21 | 117:4 119:18 | 183:15 191:14 | 147:16 161:15 |
| 237:15 242:9 | 122:3,23 | **years**  15:20 | 163:3 167:18 |
| 242:10,22 | 123:22 127:19 | 19:9 182:11 | 198:6 203:12 |
| 243:5,23 | 128:6 130:15 | 183:11 | 209:22 226:12 |
| **wrong**  151:18 | 131:20 132:5 | **yesterday** | 227:12 229:22 |
| 226:19 | 134:4 136:4 | 217:1 | 233:3 |
| **wrote**  48:18 | 139:1 140:19 | **yesterday's** | **y'all**  21:10 |
| 54:6 61:25 | 140:22 142:8 | 60:1 | 26:17 72:18 |
| 68:3 79:22 | 143:7 144:9 | **you'd**  51:4 | 131:9 133:1 |
| 95:10 106:15 | 146:17,23 | **you'll**  13:20 | **z** |
| 116:12 122:12 | 149:1 150:18 | 73:18 94:11 | |
| 139:2 159:2 | 150:23 151:16 | 98:4 100:2 | **zero**  68:12,24 |
| 173:14,24 | 157:18 163:15 | 120:2 | 69:19 166:21 |
| 180:22 198:21 | 163:18,18 | **you're**  10:9 | 166:22 174:14 |
| 198:22 208:4 | 171:23 174:8 | 17:15 31:11 | 228:13 238:21 |
| 210:5 212:11 | 177:2 181:9,19 | 71:19 72:13 | |
| 217:7 220:4 | 185:17,22,25 | 75:15 77:19 | |
| 226:12 238:10 | 192:1 196:7 | 83:10 120:12 | |
| **wv**  2:9 3:14 | 197:15 199:18 | 146:4 166:8,9 | |
| **x** | 199:24 200:19 | 176:4,7 183:24 | |
| **x**  4:1 182:22 | 201:4 204:15 | 183:24,24 | |
| 218:7,8 | 204:18 206:21 | 184:6 195:5,18 | |
| **y** | 210:14 211:6 | 215:23 216:3 | |
| **y**  44:21 | 212:18 213:4 | 222:4,5,13,16 | |
| **yeah**  13:2 14:2 | 214:6 215:7 | 227:15,16 | |
| 18:1 41:12,16 | 218:1 225:20 | 229:18 244:3 | |
| 59:23 62:17 | 234:24 237:21 | **you've**  19:8,14 | |
| 69:15 72:21 | 240:6 245:15 | 35:24 41:25 | |
| 75:16 81:25,25 | **year**  19:4 100:5 | 44:5 77:20,23 | |
| | 128:17 133:22 | 92:3 108:22 | |

Federal Rules of Civil Procedure

Rule 30


(e)  Review By the Witness; Changes.

(1)  Review; Statement of Changes. On request by the
deponent or a party before the deposition is
completed, the deponent must be allowed 30 days
after being notified by the officer that the
transcript or recording is available in which:

(A)  to review the transcript or recording; and

(B)  if there are changes in form or substance, to
sign a statement listing the changes and the
reasons for making them.

(2)  Changes Indicated in the Officer's Certificate.
The officer must note in the certificate prescribed
by Rule 30(f)(1) whether a review was requested
and, if so, must attach any changes the deponent
makes during the 30-day period.



DISCLAIMER:  THE FOREGOING FEDERAL PROCEDURE RULES
ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.
THE ABOVE RULES ARE CURRENT AS OF APRIL 1,
2019.  PLEASE REFER TO THE APPLICABLE FEDERAL RULES
OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Message

| | |
|---|---|
| **From**: | George, Shawn P. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS] |
| **Sent**: | 5/4/2023 1:51:59 PM |
| **To**: | Garey Rittenhouse [garey@regionalmetalservices.com] |
| **Subject**: | Re: Faith Aluminum - 3003 Shredded Product |

Hi Garey,
Sorry for the slow response here.

We would be interested in shredded 3003 for Ravenswood. However, there are a couple factors I'll need to work through with the team in Ravenswood. First, I looked at your chemistry and the Si and Cu levels are well outside of our specifications. I'll note that Ravenswood 3003 alloy prescribes to a significantly tighter range than AA. Second, the size and gauge of the scrap is somewhat below our standard, but we are a bit more flexible in that regard.

I will personally be in Ravenswood next week and I'll review these chemistries and pictures with our Casting department and melt planners.

I'll be in touch.

Thanks,
SpG

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

---

**From:** Garey Rittenhouse <garey@regionalmetalservices.com>
**Sent:** Monday, April 24, 2023 11:10:45 AM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** Faith Aluminum - 3003 Shredded Product

[EXTERNAL SENDER – CAUTION with links and attachments]

Hi Shawn,

Joe Schultz forwarded me the information on Ravenswood's 3003 activity for May and I thought it might be an opportunity to introduce our 3003 Shredded package that we produce at our Rockmart, GA facility.

Noted below is a link to the pertinent data on the shred package (chemistry, photos, videos, and volatiles testing data).

Shred Data Link: https://checkpoint.url-protection.com/v1/url?o=https%3A//regionalmetalservicescom-my.sharepoint.com/%3Af%3A/g/personal/garey_regionalmetalservices_com/EhI9hpQJU6xGjO1fsvhiMpYBq5zxIH47t6jF Y2bQ_Xm1Tw%3Femail%3Dshawn.george%2540constellium.com%26amp%3Be%3DSav3gV&g=NzAyYzQyZDYwNzM2M mU1ZQ==&h=MjM3MTE5ZWY0MGMyMTlhYmFjYjg1N2E5ZmU5ZGl0NzIwYjI5OWI2MzFlM2Y0ZDQ1ZTZmNzg4MWE3MW NlY2VhNw==&p=Y3AxZTpjb25zdGVsbGl1bXN3aXR6ZXJsYW5kYWcyOmM6bzowNGRjNjBkYjjdjNjEyNDc1NDZhY2U5YThiNT kxOGU4YTp2MTp0OUlQ=

EXHIBIT
Plaintiff

**1**

At your convenience, it would be great to have a brief conversation to explore if this package would work for your facility.

In conjunction, it is worth noting that our facility provides toll services for 3X flat rolled mills in which we process non-mill grade scrap packages into a direct charge shredded package. If there is interest, I would be happy to walk you through the financial proposition of tolling into shred.

Review at your convenience and I look forward to hearing from you.

Sincerely,
GR




Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

## "Buying Scrap Daily...Building Lifetime Relationships"



Message

| | |
|---|---|
| **From:** | George, Shawn P. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS] |
| **Sent:** | 5/15/2023 1:47:46 PM |
| **To:** | Garey Rittenhouse [garey@regionalmetalservices.com] |
| **Subject:** | Re: 3X & 5X Tolling Services |

Garey,

I want you to know I'm still working on this project and I've made some headway recently. I'll keep you updated asap!

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

---

**From:** George, Shawn P.
**Sent:** Tuesday, May 9, 2023 11:33:53 AM
**To:** Garey Rittenhouse <garey@regionalmetalservices.com>
**Subject:** RE: 3X & 5X Tolling Services

Thank you Garey! I will be in touch...

---

**From:** Garey Rittenhouse <garey@regionalmetalservices.com>
**Sent:** Tuesday, May 9, 2023 10:46 AM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** 3X & 5X Tolling Services

[EXTERNAL SENDER – CAUTION with links and attachments]

Hi Shawn,

Following up on our earlier conversation, regarding our Georgia plant's capabilities and capacities. The plant is setup to enable the transformation of non-conforming secondary wrought alloy scrap packages into alternative feedstocks suitable for direct charge and consumption within the aluminum flat rolled sector. The plant's core capabilities are in the removal of undesirable alloys, contaminants, and coatings which have traditionally prevented mill consumers from expanding their portfolio of direct consumption scrap feedstocks.

### 3104/3003 PMA SHRED

As noted, the larger portion of the plant's production is targeted at providing a consistent 3104/3003 alloy scrap feedstock that has a consistent chemistry and melting performance within the flat rolled common alloy and can sheet sectors. This production activity takes the form of both a traditional buy/sell supplier format and as a provider of tolling services.  This business segment for us is the most mature and has a well-defined material specification which outlines requirements for the input feedstocks which include old sheet, painted siding, and mixed low copper packages. I have attached a copy of the current raw material specification utilized for this product segment for your review. In addition, the plant production process handles each load independently so supplier/load integrity is maintained, and a full summary of contamination deductions/fallout can be generated.

There are two finished products generated which include:

- 3X-PMA SMALL:



**EXHIBIT**
**Plaintiff**

**2**

CRPR-000053

- o  82% of total production
- o  Smaller fraction size
- o  0.14% Volatiles
- o  Lower Silicon level at 0.28% average
- 3X-PMA LARGE:
  - o  18% of total production
  - o  Larger fraction size
  - o  0.59% Volatiles
  - o  Slightly Higher Silicon at 0.4848% average

Plant capacity to produce the 3X-PMA product is approximately 3.0mm pounds per month when running a single shift format. As noted earlier, the bulk of this monthly production takes the form of a traditional buy/sell supplier structure but the balance of toll activity directly for mills is growing. The toll portion of production activity transacts at $0.17 per pound based on received input weights. I would note, that we are open to increasing the percentage of our production allocated to tolling 3X packages and have a very detailed presentation which outlines the financial benefits/values for those interested mill customers.

## 5052 POLY/PAINTED

This is the newest production activity for the plant where we process 5052 coated materials (poly, pvc, paint) into a direct charge scrap product suitable for mills that require low volatile content scrap to meet operational and emission requirements. We are currently drafting and refining the raw material specification which will govern this product segment for the plant. To date we have identified that the best feedstock attributes for this type of processing are as follows:

- 5052 Poly, Paint, PVC
- Baled or skeleton sheets stacked on skids
- Material thickness <1/4" desired
- No punching, turnings, or small sized clip
- No boxed materials

The production system can effectively remove undesirable attachments but cannot remove non-5052 alloys if mixed into the feedstock. The plant does test incoming loads with analyzers to assure compliance with the 5052-alloy requirement. Any non-conforming alloy bales/skids are flagged and set to side for disposition by the supplier. The 5052-production activity is also processed on a load-by-load basis so lot integrity and production data can be maintained and shared with suppliers.

During the production process, approximately 2% - 3% of fines are generated if the feedstock contains no small punching, turnings, or clip. If smaller scrap pieces are packaged within the bales/skids this size material will be show up in the fine's fallout category. Production feedback is provided while the load is in the inspection and production phases and culminates in a full settlement summary which notes the level of finished product generation and the associated level of non-conforming materials and/or contaminants removed.

Production capacity for this segment of activity is currently targeted at 1.0mm pounds per month and be allocated to a single mill customer. All production activity for the 5052 segment would be scheduled to occur once per month so we can balance total production and meet the needs of our mill customers as the shift between production alloy schedules. While we are still refining the associated toll/production fee structure for this project, we believe the associated toll fee rate structure will be $0.17/lb to $0.20/lb based upon the form of scrap being processed.

Once you have had an opportunity to review this summary, please reach out and I can answer any questions you may have regarding the information. As I noted in our earlier conversation, you and the Ravenswood team are always welcome to visit the Rockmart, GA plant. I look forward to your feedback and working collectively to explore this and other future opportunities.

Sincerely,
GR




Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

**"Buying Scrap Daily…Building Lifetime Relationships"**



Message

| From: | George, Shawn P. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DE7D37C5D8944DEC928D8AFF1FBCD180-GEORGES] |
|---|---|
| Sent: | 5/15/2023 12:21:10 PM |
| To: | Mccallie, Brian E. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bb998fb875ad492dab41ea8cc9e9495c-MccallieB] |
| Subject: | Re: 5052 w poly - breakthrough moment? |

Brian,

I'm sorry! I forgot I had a conference call with legal department between Real Alloy and us regarding our dross tolling contract. That call runs from 1-2 pm today. I think you and I can figure out the Poly 5052 issue in a half hour. It's really not so much a complex discussion as much as trying to make a strategic decision.

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

---

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Monday, May 15, 2023 8:17:19 AM
**To:** Mccallie, Brian E. <brian.mccallie@constellium.com>
**Subject:** Re: 5052 w poly - breakthrough moment?

Yes, that works for me.  Call me on my mobile at your convenience?

Thanks,
SpG

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

---

**From:** Mccallie, Brian E. <brian.mccallie@constellium.com>
**Sent:** Monday, May 15, 2023 7:55:35 AM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: 5052 w poly - breakthrough moment?

Sorry Shawn, with Buddy & I being on the road most of last week, I'm still playing a bit of "catch-up".  Are you free at 12:30 to discuss?

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Wednesday, May 10, 2023 2:16 PM
**To:** Stemple, Buddy <buddy.stemple@constellium.com>; Mccallie, Brian E. <brian.mccallie@constellium.com>
**Subject:** RE: 5052 w poly - breakthrough moment?
**Importance:** High

I wanted to give you guys an update of where I've gotten on this...



EXHIBIT
Plaintiff

3

CONFIDENTIAL

CRPR-000047

This scrap is emanating from Morgan-Olsen and United won it away from Schupan for 2023 after a very difficult negotiation where Schupan fought to the bitter end to keep the account. United ended up overpaying for it – big time! I was expecting them to be paying low to mid 70's for the scrap. They're paying mid 80's.

Jodi says they are already upside-down with the Novelis sale that they already have. The big problem is Novelis has limits to what they can take and periodically calls a halt to shipments. Then United ends up holding the bag on however many pounds are on the ground for however long it takes for Novelis to resume deliveries. This often pinches them in market fluctuations month over month.

In order for us to get this material shredded, United would have to bale it and ship it via van to Rockmart GA (700+ miles). I don't know what their freight rate (I'm assuming roughly $2000) plus their cost to bale which I don't know.

Excluding the front side costs to United, I worked through numbers as follows:

| United Scrap poly 5052 pricing worksheet | |
|---|---|
| Theoretical MWT | $ 1.3000 |
| Estimated spread to MW bare 5052 | $(0.1500) |
| Toll fee to shred (range quoted $.17-$.20/lbs. In) | $(0.2000) |
| Estimated shredder losses 3% | 0.9700 |
| (Actual freight via dump Rockmart GA to RVWD $2100) | |
| Estimated payload 28,000 lbs. | $(0.0750) |
| Price to pay to equal clean bare 5052 clips on market | $ 0.8465 |
| | |
| Price United Scrap is paying for the 5052 w/poly basis theo MWT | $ 0.9400 |
| (Actual price is 80% MWT minus .10) | |
| Delta between sales price and purchase price | $(0.0935) |

Now, based on this it's a no-go...
I am proposing that we look at this a bit differently. If we consider 5052 scrap and 5052 sow to be mostly interchangeable, then I would argue that we could value this scrap as a 5052 RSI displacement. With 5052 sow at MW minus .04, even considering a lower realized molten recovery for the shred, the minus .04 is justifiable on the decarbonization benefit alone (melting scrap *once* by charging direct, versus *twice* by melting it in a rotary then melting the resulting sow in our furnaces would be the rationale).
That spread change alone gets us within talking distance while still not addressing United's costs to bale & freight...

| United Scrap poly 5052 pricing worksheet | |
|---|---|
| Theoretical MWT | $ 1.3000 |
| Estimated spread to MW 5052 RSI | $(0.0400) |
| Toll fee to shred (range quoted $.17-$.20/lbs. In) | $(0.2000) |
| Estimated shredder losses 3% | 0.9700 |
| (Actual freight via dump Rockmart GA to RVWD $2100) | |
| Estimated payload 28,000 lbs. | $(0.0750) |
| Price to pay to equal clean bare 5052 clips on market | $ 0.9532 |
| | |
| Price United Scrap is paying for the 5052 w/poly basis theo MWT | $ 0.9400 |
| (Actual price is 80% MWT minus .10) | |
| Delta between sales price and purchase price | $ 0.0132 |

I was quoted a range of toll fee from .17 to .20 per pound. The reasoning is some items are harder to shred on a production basis than others, and Faith Aluminum is hedging it's bet. But at the 500k volume I think I could negotiate the

lower end of the fee, if not a little more. Adding three cents back into the equation before losses gets us to .0423 over United's purchase price. Depending on how "upside-down" they already are, that may be a better deal than what they have with Novelis.

I am asking for your opinion of everything I've laid out here. If we agree that the spread could be significantly improved then I would go back at United for a second shot.

Please let me know your thoughts.

Thanks,
SpG

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Thursday, May 4, 2023 8:59 PM
**To:** Stemple, Buddy <buddy.stemple@constellium.com>; Mccallie, Brian E. <brian.mccallie@constellium.com>
**Subject:** Re: 5052 w poly - breakthrough moment?

Indeed it is! Bonus points!!

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

**From:** Stemple, Buddy <buddy.stemple@constellium.com>
**Sent:** Thursday, May 4, 2023 7:04:46 PM
**To:** Mccallie, Brian E. <brian.mccallie@constellium.com>
**Cc:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** Re: 5052 w poly - breakthrough moment?

Sounds good Shawn.   Is that the Jodi I know?

Sent from my iPhone

> On May 4, 2023, at 4:57 PM, Mccallie, Brian E. <brian.mccallie@constellium.com> wrote:
>
> Excellent stuff!  Thanks Shawn!
>
> Thanks,
> Brian

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Thursday, May 4, 2023 3:37:33 PM
**To:** Stemple, Buddy <buddy.stemple@constellium.com>; Mccallie, Brian E. <brian.mccallie@constellium.com>
**Subject:** 5052 w poly - breakthrough moment?

CRPR-000049

Recently, I bought three trial loads of 5052 shreds, which I came to find out after the fact that the raw material was sourced from 5052 w/poly. I was totally skeptical that the poly would be completely removed by shredding, but when the material arrived it was truly clean, and also polished so shiny by the process that our folks thought it was 3003! (see attached pics)

We are awaiting delivery of the balance of two loads to confirm that the quality is sustainable, but I have every confidence now that it will be a success.

With that belief in hand, I have been in touch with Garey Rittenhouse at Regional Metal Services/Faith Aluminum who is the entity doing the shredding in Rockmart GA. He is happy to do a toll arrangement for bare 5052 w/poly with us. My next call was to an old friend in Chicago, Jodi Keller at United Scrap. I knew from previous discussions with Jodi that they were running a lot of bare 5052 w/poly into Novelis. Turns out Novelis has cried uncle on the material and United is now sitting on 500-700k monthly of material they can't move. When I told Jodi that it was likely that I would be a buyer, her reaction was demonstrative to say the least!

Pulling their fat out of the fire on this would be a big win for Constellium with United. As you know they are very much a relationship based company and I think it would bode well for our future. I also believe that this volume is sufficient to gain a priority position in the tolling schedule at RMS as well and put us in the top echelon of his customers.

I am expecting a proposal from Garey before the end of this week. Once I have those numbers, I will get back with Jodi and try to get this deal rolling.

Both Garey and Jodi have invited us to tour their facilities. I will be touring United when I go to Chicago for the Harbor Summit.

Of course there will be some administrative issues on our side to tend to, but I was so excited by the prospect of having a breakthrough on 5052 w/poly that I had to share it with you two!

More to come!
Thanks,
SpG


**From:** Jodi Keller <jkeller@unitedscrap.com>
**Sent:** Thursday, May 4, 2023 3:30 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** FW: 5052 w poly

[EXTERNAL SENDER – CAUTION with links and attachments]

Here you go!

J


<image001.jpg>

**Jodi Keller**
*Executive Vice President*
**United Scrap Metal, Inc.**
1545 S. Cicero Avenue
Cicero, IL 60804

**The Award-Winning Leader
in Recycling Solutions®**

phone: **708.780.6800 x 281**
mobile: **708.774.0198**
email:   jkeller@unitedscrap.com
website: www.unitedscrap.com

| <image002.jpg> |

| <image003.jpg> |

| <image004.jpg> |
| <image005.jpg> |

THIS E-MAIL TRANSMISSION AND ANY ATTACHMENTS HERETO CONTAIN INFORMATION FROM UNITED SCRAP METAL, INC. (USM) WHICH IS CONFIDENTIAL. THE INFORMATION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT YOUR USE, DISSEMINATION, FORWARDING, PRINTING OR COPYING OF THIS INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETRIEVAL OF THE INFORMATION AT NO COST TO YOU.

Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The recipient should ALSO check this email and any attachments for the presence of viruses. USM DISCLAIMS Liability for any damage RESULTING FROM a virus transmitted by OR WITH this email.

**From:** Joe Cuevas <jcuevas@unitedscrap.com>
**Sent:** Thursday, May 4, 2023 2:02 PM
**To:** Jodi Keller <jkeller@unitedscrap.com>
**Subject:** 5052 w poly

98.6% Aluminum 5052

<IMG_3100.jpg>

<IMG_3101.jpg>

<IMG_3102.jpg>

<IMG_3103.jpg>

<IMG_3104.jpg>

<IMG_3105.jpg>

<IMG_3106.jpg>

<IMG_3107.jpg>

<IMG_3108.jpg>

Thank you,

<image001.jpg>

**Joseph Cuevas**
*General Manager*
**United Scrap Metal, Inc.**
1545 S. Cicero Avenue
Cicero, IL 60804

**phone: 708.780.6800 x 280**
**mobile: 708.774.6865**
**email:** jcuevas@unitedscrap.com
**website:** www.unitedscrap.com

**The Award-Winning Leader**
**in Recycling Solutions**®

<image002.jpg>

<image003.jpg>

<image004.jpg>
<image005.jpg>

THIS E-MAIL TRANSMISSION AND ANY ATTACHMENTS HERETO CONTAIN INFORMATION FROM UNITED SCRAP METAL, INC. (USM) WHICH IS CONFIDENTIAL. THE INFORMATION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT YOUR USE, DISSEMINATION, FORWARDING, PRINTING OR COPYING OF THIS INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETRIEVAL OF THE INFORMATION AT NO COST TO YOU.

Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The recipient should ALSO check this email and any attachments for the presence of viruses. USM DISCLAIMS Liability for any damage RESULTING FROM a virus transmitted by OR WITH this email.

CRPR-000052

Message

| From: | George, Shawn P. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DE7D37C5D8944DEC928D8AFF1FBCD180-GEORGES] |
| Sent: | 5/22/2023 7:25:55 PM |
| To: | Stemple, Buddy [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=4a626e6e09c24ed6b54315267d8f8070-stempleb]; Mccallie, Brian E. |
| | [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=bb998fb875ad492dab41ea8cc9e9495c-MccallieB] |
| Subject: | RE: Monday Request for Call |

**We have a deal with United!**
All that is keeping me from pulling the trigger right now today is that we need to get the two remaining trial loads into RVWD for approval.

The only shortcoming with United is that they can only commit to 700k per month.
I do believe that I can scrounge up another 8-10 loads per month of poly 5052 elsewhere. I've got calls into several suppliers now.

The quote from Faith Aluminum is as follows:

| Monthly Volume Range | Toll Rate | | |
|---|---|---|---|
| >700,000 - <1,000,000 | $0.1900 | | |
| >1,000,000 | $0.1600 | | |
| | | | |
| | | | |
| ***Minimum monhtly toll volume = 700,000 lbs | | | |

The monthly 5052 production for Constellium would be completed in a single continuous run and the scheduling of the processing would be coordinated with your staff to meet 5052 production scheduled at the Ravenswood plant. In addition, as part of the tolling arrangement, we will store up to 2.0mm pounds of ready to ship 5052 product in the warehouse. Per yesterday's conversation, the above referenced tolling rate reflects a ten (10) month tolling contract between Faith Aluminum and Constellium.

I have gone back to Garey at Faith one more time to get a better fee. At levels below 1.0m lbs. the theoretical RSI spread that I am using to calculate relative value is reduced to minus .01 against which, while I would prefer to do better, the other value-add arguments – a scrap type we cannot/do not buy today, recovery benefit and decarbonization from melting once not twice, base loading 5052 scrap charge – all remain valid and significant.

There is 1.5m pounds ready and waiting to deliver for June processing. I will work it out with Faith to allow us to carry over monthly over shipments to level load at 1.0m/mo. With a .5m lb. head start, we should be able to keep up with outside purchases each month.

All I need to do now is get the two remaining trial loads on the ground in RVWD!!

SpG

---

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Saturday, May 20, 2023 3:37 PM
**To:** Stemple, Buddy <buddy.stemple@constellium.com>; Mccallie, Brian E. <brian.mccallie@constellium.com>
**Subject:** Fwd: Monday Request for Call

FYI - Very close now...I'm not letting any slack in the line on this one.
SpG



EXHIBIT
Plaintiff

**4**

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Saturday, May 20, 2023 3:34 PM
**To:** Jodi Keller <jkeller@unitedscrap.com>
**Subject:** Re: Monday Request for Call

Thanks Jodi!

I appreciate your efforts on this!

It is pivotal that we achieve the volume milestone. There is a significant financial implication if we don't. On the flip side of the coin, there is a fantastic benefit to both of our companies to cement this deal. It's worth the extra effort to get it right straight out of the gate! You know from our past dealings that I am a huge proponent of finding the proper fit between scrap generators, processors, and consumers. I'm truly convinced in this case that Constellium Ravensrood is the piece of the puzzle that's been missing for this scrap stream for United Scrap.

Thanks again! Throughout this process I've been reminded of what a pleasure it is to do business with you. Your enthusiasm, energy, and professional open-mindedness are exemplary.

I'll be waiting to hear from you Monday.

Safe travels, and best regards,
SpG

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

**From:** Jodi Keller <jkeller@unitedscrap.com>
**Sent:** Saturday, May 20, 2023 10:30:46 AM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** Fwd: Monday Request for Call

[EXTERNAL SENDER – CAUTION with links and attachments]

Morning Shawn.

Just sharing that I'm "dotting my i's and crossing my t's" for our intergalactic plan 😊

I leave Ohio today to attend a conference in Miami. So my time is sporadic on Monday …but committed to get the RIGHT answers. I do not want to screw this up and would hate to not fulfill monthly allocation (though we do have a nice amount ready to go, 1.5 million).

Hopefully I can also see about the 5052 clean (not baled).

Talk soon!

Jodi

Executive Vice President
United Scrap Metal, Inc.
Jodi Keller



**The Award-Winning Leader**
**in Recycling Solutions®**

**Jodi Keller**
*Executive Vice President*
**United Scrap Metal, Inc.**
1545 S. Cicero Avenue
Cicero, IL 60804

**phone: 708.780.6800 x 281**
**mobile: 708.774.0198**
**email:**   jkeller@unitedscrap.com
**website:** www.unitedscrap.com



THIS E-MAIL TRANSMISSION AND ANY ATTACHMENTS HERETO CONTAIN INFORMATION FROM UNITED SCRAP METAL, INC. (USM) WHICH IS CONFIDENTIAL. THE INFORMATION IS INTENDED FOR THE SOLE USE OF THE INDIVIDUAL OR ENTITY TO WHOM IT IS ADDRESSED. IF YOU ARE NOT THE INTENDED RECIPIENT YOUR USE, DISSEMINATION, FORWARDING, PRINTING OR COPYING OF THIS INFORMATION IS PROHIBITED. IF YOU HAVE RECEIVED THIS E-MAIL IN ERROR, PLEASE NOTIFY US BY TELEPHONE IMMEDIATELY SO THAT WE CAN ARRANGE FOR THE RETRIEVAL OF THE INFORMATION AT NO COST TO YOU.

Please send us by fax any message containing deadlines as incoming e-mails are not screened for response deadlines. The recipient should ALSO check this email and any attachments for the presence of viruses. USM DISCLAIMS Liability for any damage RESULTING FROM a virus transmitted by OR WITH this email.

Begin forwarded message:

**From:** Jodi Keller <jkeller@unitedscrap.com>
**Date:** May 20, 2023 at 10:26:01 AM EDT
**To:** Brad Serlin <bserlin@unitedscrap.com>
**Cc:** Audra Butler <abutler@unitedscrap.com>, Jim Sause <jsause@unitedscrap.com>, Joe Cuevas <jcuevas@unitedscrap.com>, Jessica Burkett <JBurkett@unitedscrap.com>
**Subject: Monday Request for Call**


Brad/Audra/Jim/Joe/Jess,

Hey guys.  I want to jump on a call Monday to cover the 5052 with Poly.
Its super important to ensure we are all on the same page for the volume requirements for the proposed commitment with Constellium.
Jess is pulling together from sales side...but we need to also understand from a combined company stand point.
Not sure who to add from consumer marketing...Lew was not able to pull this.

I can step away from conference to accommodate a time that works.

J

Executive Vice President

CRPR-000100

United Scrap Metal, Inc.
Jodi Keller

CRPR-000101

Message

| From: | Schindler, Deanna [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=4C5BAE97D1ED410EA9863118DA6AB8F8-SCHNIDLERD] |
| Sent: | 9/11/2023 6:24:09 PM |
| To: | George, Shawn P. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS] |
| Subject: | RE: Visit from Garey Rittenhouse, Faith Aluminum |
| Attachments: | GatePass.pdf |

Only form will need completed since he is a US Citizen is the Gate Pass Form, which he can sign when he is here and before he goes out into the plant.

Thank you,

**Deanna Schindler**
**Sales Services Coordinator**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone: 800-258-6686 x 6130 or Direct: 304.273.6130
Fax: 304.273.6509
Mail: deanna.schindler@constellium.com

*This email and/or all attached documents do not constitute a binding document. Any final form of the document resulting from the discussion between the parties shall be subject to the prior approval by the relevant corporate body of Constellium, and to the successful outcome of Constellium trade and export control compliance reviews before creating any legal binding obligations towards Constellium. This confidential email and/or all attached documents is the property of Constellium and cannot, under any circumstances, be disclosed to third parties, whatever the support or way of communication is.*

 Constellium

Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency*

Watch our brand new video on precision plates!

---

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Monday, September 11, 2023 2:23 PM
**To:** Schindler, Deanna <deanna.schindler@constellium.com>
**Subject:** Re: Visit from Garey Rittenhouse, Faith Aluminum

Thanks Deanna!
Garey is a U.S. citizen. The Works conference room is fine by me.
Send me the forms and I'll get things going with Garey.
SpG

Shawn P. George


EXHIBIT
Plaintiff
**5**

CRPR-003986

Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

---

**From:** Schindler, Deanna <deanna.schindler@constellium.com>
**Sent:** Monday, September 11, 2023 2:20:43 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Cc:** Mccallie, Brian E. <brian.mccallie@constellium.com>; Teltscher, Markus <markus.teltscher@constellium.com>; Crawford, David <david.crawford@constellium.com>; Brooks, Jeff <jeff.brooks@constellium.com>
**Subject:** RE: Visit from Garey Rittenhouse, Faith Aluminum

Shawn,

If Garey is a US Citizen, I will need a copy of his driver's license. If he's a foreign national, I'll need a copy of his passport, and several forms to be completed. Can you please confirm?

As far as conf Room, both Rav Tech and Works Mini Conf Room have been booked for smaller meetings that day. If ok, I can book the Works Conf Room for this meeting. That is the one at the end of our wing.

As you get a final headcount, please let me know and I'll order your lunches. Please let me know if Garey has any dietary restrictions.

Thank you,

**Deanna Schindler**
**Sales Services Coordinator**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone: 800-258-6686 x 6130 or Direct: 304.273.6130
Fax: 304.273.6509
Mail: deanna.schindler@constellium.com

*This email and/or all attached documents do not constitute a binding document. Any final form of the document resulting from the discussion between the parties shall be subject to the prior approval by the relevant corporate body of Constellium, and to the successful outcome of Constellium trade and export control compliance reviews before creating any legal binding obligations towards Constellium. This confidential email and/or all attached documents is the property of Constellium and cannot, under any circumstances, be disclosed to third parties, whatever the support or way of communication is.*

**Constellium**

Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency*

Watch our brand new video on precision plates!

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Monday, September 11, 2023 2:15 PM
**To:** Schindler, Deanna <deanna.schindler@constellium.com>
**Cc:** Mccallie, Brian E. <brian.mccallie@constellium.com>; Teltscher, Markus <markus.teltscher@constellium.com>; Crawford, David <david.crawford@constellium.com>; Brooks, Jeff <jeff.brooks@constellium.com>
**Subject:** Visit from Garey Rittenhouse, Faith Aluminum

Deanna,
On Tuesday 9/26 I would like to have Garey Rittenhouse in for a plant tour (focused on Scrap Receiving and Casting) and lunch. He represents Faith Aluminum the company that is shredding the poly 5052 for us. He would arrive approximately 9:30am, take a tour, and have lunch on-site. We'd need a small conference room space for discussions and lunch. I'm copying in folks who would probably be interested in joining us. Please let me know next steps.

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

| Message | |
| --- | --- |
| **From:** | George, Shawn P. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS] |
| **Sent:** | 10/16/2023 1:07:12 PM |
| **To:** | John H. Miller III (41563 Atlanta-Sampler Way) [JMiller@sarecycling.com] |
| **Subject:** | Re: 5052 Ptd |

Garey is with Faith Aluminum and we work as a team on this project.

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

---

**From:** John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Sent:** Monday, October 16, 2023 9:04:54 AM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: 5052 Ptd

[EXTERNAL SENDER – CAUTION with links and attachments]

Shawn, I have removed Garey Rittenhouse, not sure why he was included on this email.

The load Friday is the 5052 poly load from our Nashville yard, let me check again on the 5052 Ptd load coming from our El Paso yard.

**John Miller**
**SA Recycling**
1024 Sampler Way
East Point, Georgia 30344
jmiller@sarecycling.com
(404) 753-6063 (Main)
(404) 526-1925 (Direct)
(404) 271-9359 (Cell)
www.sarecycling.com
**GOT SCRAP? ®**

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Monday, October 16, 2023 8:57 AM
**To:** Garey Rittenhouse <garey@regionalmetalservices.com>; John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Subject:** [EXTERNAL] Re: 5052 Ptd

I've got paperwork from Kim showing PO#4500383222 delivered Friday. But that paperwork and PO was for poly 5052.

The PO# 4500387726 is for the trial load of painted 5052.

Thanks,
SpG



EXHIBIT
Plaintiff

6

CRPR-005208

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

---

**From:** Garey Rittenhouse <garey@regionalmetalservices.com>
**Sent:** Monday, October 16, 2023 8:51:19 AM
**To:** George, Shawn P. <shawn.george@constellium.com>; John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Subject:** Re: 5052 Ptd

[EXTERNAL SENDER – CAUTION with links and attachments]

Morning
I believe a load of painted delivered Thursday or Friday of last week and is set for production later today. Will advise as soon as we have completed the load.
Have a great morning.
GR

Garey Rittenhouse
Regional Metal Services
"Buying Scrap Daily...Building Lifetime Relationships"

---

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Monday, October 16, 2023 8:44:21 AM
**To:** John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Cc:** Garey Rittenhouse <garey@regionalmetalservices.com>
**Subject:** RE: 5052 Ptd

When will the painted 5052 load deliver to Faith?

---

**From:** John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Sent:** Thursday, September 28, 2023 2:58 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: 5052 Ptd

[EXTERNAL SENDER – CAUTION with links and attachments]

Shawn,

Is ravenswood.metaltrade@constellium.com the email address for Michelle that is mentioned for scheduling?
Must schedule delivery with BOTH Michelle at Constellium AND Kim at Faith.

Kim@faithaluminum.com
ravenswood.metaltrade@constellium.com

**John Miller**
**SA Recycling**

1024 Sampler Way
East Point, Georgia 30344
jmiller@sarecycling.com
(404) 753-6063 (Main)
(404) 526-1925 (Direct)
(404) 271-9359 (Cell)
www.sarecycling.com
**GOT SCRAP? ®**

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Thursday, September 28, 2023 1:41 PM
**To:** John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Subject:** [EXTERNAL] RE: 5052 Ptd

PO attached. I will contact you later today...

**From:** John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Sent:** Wednesday, September 27, 2023 5:32 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: 5052 Ptd

[EXTERNAL SENDER – CAUTION with links and attachments]

Thanks Shawn, confirmed, talk to you tomorrow.

**John Miller**
**SA** Recycling
1024 Sampler Way
East Point, Georgia 30344
jmiller@sarecycling.com
(404) 753-6063 (Main)
(404) 526-1925 (Direct)
(404) 271-9359 (Cell)
www.sarecycling.com
**GOT SCRAP? ®**

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Wednesday, September 27, 2023 5:02 PM
**To:** John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Subject:** [EXTERNAL] Re: 5052 Ptd

Let's do one load at $.9400 delivered Rockmart GA October.

I'll call you tomorrow and we'll go over details and I'll put through the PO.

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

**From:** John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Sent:** Wednesday, September 27, 2023 4:39:16 PM

**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: 5052 Ptd

[EXTERNAL SENDER – CAUTION with links and attachments]

Shawn,

No worries, yes, the material would be baled. Indication that I have been getting on this material is low to mid .90's, I would be a seller of it for .94 if you could make that work.

**John Miller**
**SA** Recycling
1024 Sampler Way
East Point, Georgia 30344
jmiller@sarecycling.com
(404) 753-6063 (Main)
(404) 526-1925 (Direct)
(404) 271-9359 (Cell)
www.sarecycling.com
**GOT SCRAP? ®**

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Wednesday, September 27, 2023 4:29 PM
**To:** John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Subject:** [EXTERNAL] Re: 5052 Ptd

Sorry! The way my emails stack on the phone I didn't catch the part about baling the material! I'd be interested in getting a load of bales delivered Rockmart GA. What's your pricing indication?

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Wednesday, September 27, 2023 4:26:39 PM
**To:** John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Subject:** Re: 5052 Ptd

Unfortunately, I need bales or sheet on skids for this test.

Thanks anyway.
SpG

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

**From:** John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Sent:** Wednesday, September 27, 2023 4:11:40 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: 5052 Ptd

[EXTERNAL SENDER – CAUTION with links and attachments]

George,

I just tried calling you, give me a call when you can please. Material photos currently are of coils, but we are baling this material.


**John Miller**
**SA** Recycling
1024 Sampler Way
East Point, Georgia 30344
jmiller@sarecycling.com
(404) 753-6063 (Main)
(404) 526-1925 (Direct)
(404) 271-9359 (Cell)
www.sarecycling.com
**GOT SCRAP? ®**

**From:** John H. Miller III (41563 Atlanta-Sampler Way)
**Sent:** Wednesday, September 27, 2023 4:10 PM
**To:** 'George, Shawn P.' <shawn.george@constellium.com>
**Subject:** RE: 5052 Ptd

CRPR-005212



**John Miller**
**SA** Recycling
1024 Sampler Way
East Point, Georgia 30344
jmiller@sarecycling.com
(404) 753-6063 (Main)
(404) 526-1925 (Direct)
(404) 271-9359 (Cell)
www.sarecycling.com
**GOT SCRAP? ®**

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Wednesday, September 27, 2023 4:08 PM
**To:** John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Subject:** [EXTERNAL] Re: 5052 Ptd

Yes, as a matter of fact I'm looking for a single load for a test I want to run.
Is it baled?
Send a couple pictures.

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

---

**From:** John H. Miller III (41563 Atlanta-Sampler Way) <JMiller@sarecycling.com>
**Sent:** Wednesday, September 27, 2023 3:33:21 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** 5052 Ptd

[EXTERNAL SENDER – CAUTION with links and attachments]

Good afternoon George,

Any interest in 5052 Ptd?

**John Miller**
**SA Recycling**
1024 Sampler Way
East Point, Georgia 30344
jmiller@sarecycling.com
(404) 753-6063 (Main)
(404) 526-1925 (Direct)
(404) 271-9359 (Cell)
www.sarecycling.com
**GOT SCRAP? ®**

Avis :

Ce message et toute pièce jointe sont la propriété de Constellium et sont destinés seulement aux personnes ou à l'entité à qui le message est adressé. Si vous avez reçu ce message par erreur, veuillez le détruire et en aviser l'expéditeur par courriel. Si vous n'êtes pas le destinataire du message, vous n'êtes pas autorisé à utiliser, à copier ou à divulguer le contenu du message ou ses pièces jointes en tout ou en partie. Veuillez prendre note de notre information sur la protection des données en cliquant ici

Anmerkung:

Diese Nachricht und alle Anhänge sind Eigentum von Constellium und nur für die angegebene Person oder Organisation bestimmt. Wenn Sie diese Nachricht irrtümlich erhalten, informieren Sie bitte den Absender per E-Mail und löschen Sie die Nachricht. Wenn Sie nicht der vorgesehene Empfänger sind, dürfen Sie diese Nachricht oder die Anhänge weder ganz noch teilweise verwenden, kopieren oder sonstwie weiterverbreiten. Bitte lesen Sie unseren Hinweis zum Datenschutz in dem Sie hier klicken.

Upozornení:

Tato zpráva s prípadnými prílohami je majetkem spolecnosti Constellium a je urcena výhradne uvedeným príjemcum nebo entitám, kterým je adresována. Pokud jste tuto zprávu dostali omylem, informujte prosím e-mailem odesilatele a zprávu smažte. Nejste-li zamýšleným príjemcem, nesmíte používat, kopírovat ani zverejnovat obsah zprávy ci príloh nebo jejich cástí. Prectete si prosím naše zásady ochrany osobních údaju kliknutím na odkaz zde.

Notice

This message and any attachments are the property of Constellium and are intended solely for the named recipients or entity to whom this message is addressed. If you have received this message in error please inform the sender via e-mail and destroy the message. If you are not the intended recipient you are not allowed to use, copy or disclose the contents or attachments in whole or in part. Please take note of our information relating to data protection which you can access by clicking here

Avis :

Ce message et toute pièce jointe sont la propriété de Constellium et sont destinés seulement aux personnes ou à l'entité à qui le message est adressé. Si vous avez reçu ce message par erreur, veuillez le détruire et en aviser l'expéditeur par courriel. Si vous n'êtes pas le destinataire du message, vous n'êtes pas autorisé à utiliser, à copier ou à divulguer le contenu du message ou ses pièces jointes en tout ou en partie. Veuillez prendre note de notre information sur la protection des données en cliquant ici

Anmerkung:

Diese Nachricht und alle Anhänge sind Eigentum von Constellium und nur für die angegebene Person oder Organisation bestimmt. Wenn Sie diese Nachricht irrtümlich erhalten, informieren Sie bitte den Absender per E-Mail und löschen Sie die Nachricht. Wenn Sie nicht der vorgesehene Empfänger sind, dürfen Sie diese Nachricht oder die Anhänge weder ganz noch teilweise verwenden, kopieren oder sonstwie weiterverbreiten. Bitte lesen Sie unseren Hinweis zum Datenschutz in dem Sie hier klicken.

Upozornení:

Tato zpráva s prípadnými prílohami je majetkem spolecnosti Constellium a je urcena výhradne uvedeným príjemcum nebo entitám, kterým je adresována. Pokud jste tuto zprávu dostali omylem, informujte prosím e-mailem odesilatele a zprávu smažte. Nejste-li zamýšleným príjemcem, nesmíte používat, kopírovat ani zverejnovat obsah zprávy ci príloh nebo jejich cástí. Přečtěte si prosím naše zásady ochrany osobních údajů kliknutím na odkaz zde.

Notice

This message and any attachments are the property of Constellium and are intended solely for the named recipients or entity to whom this message is addressed. If you have received this message in error please inform the sender via e-mail and destroy the message. If you are not the intended recipient you are not allowed to use, copy or disclose the contents or attachments in whole or in part. Please take note of our information relating to data protection which you can access by clicking here

Avis :

Ce message et toute pièce jointe sont la propriété de Constellium et sont destinés seulement aux personnes ou à l'entité à qui le message est adressé. Si vous avez reçu ce message par erreur, veuillez le détruire et en aviser l'expéditeur par courriel. Si vous n'êtes pas le destinataire du message, vous n'êtes pas autorisé à utiliser, à copier ou à divulguer le contenu du message ou ses pièces jointes en tout ou en partie. Veuillez prendre note de notre information sur la protection des données en cliquant ici

Anmerkung:

Diese Nachricht und alle Anhänge sind Eigentum von Constellium und nur für die angegebene Person oder Organisation bestimmt. Wenn Sie diese Nachricht irrtümlich erhalten, informieren Sie bitte den Absender per E-Mail und löschen Sie die Nachricht. Wenn Sie nicht der vorgesehene Empfänger sind, dürfen Sie diese Nachricht oder die Anhänge weder ganz noch teilweise verwenden, kopieren oder sonstwie weiterverbreiten. Bitte lesen Sie unseren Hinweis zum Datenschutz in dem Sie hier klicken.

Upozornení:

Tato zpráva s prípadnými prílohami je majetkem spolecnosti Constellium a je urcena výhradne uvedeným prijemcum nebo entitám, kterým je adresována. Pokud jste tuto zprávu dostali omylem, informujte prosím e-mailem odesilatele a zprávu smažte. Nejste-li zamýšleným prijemcem, nesmíte používat, kopírovat ani zverejnovat obsah zprávy ci príloh nebo jejich cástí. Přečtěte si prosim naše zásady ochrany osobních údajů kliknutím na odkaz zde.

Notice

This message and any attachments are the property of Constellium and are intended solely for the named recipients or entity to whom this message is addressed. If you have received this message in error please inform the sender via e-mail and destroy the message. If you are not the intended recipient you are not allowed to use, copy or disclose the contents or attachments in whole or in part. Please take note of our information relating to data protection which you can access by clicking here

Avis :

Ce message et toute pièce jointe sont la propriété de Constellium et sont destinés seulement aux personnes ou à l'entité à qui le message est adressé. Si vous avez reçu ce message par erreur, veuillez le détruire et en aviser l'expéditeur par courriel. Si vous n'êtes pas le destinataire du message, vous n'êtes pas autorisé à utiliser, à copier ou à divulguer le contenu du message ou ses pièces jointes en tout ou en partie. Veuillez prendre note de notre information sur la protection des données en cliquant ici

Anmerkung:

Diese Nachricht und alle Anhänge sind Eigentum von Constellium und nur für die angegebene Person oder Organisation bestimmt. Wenn Sie diese Nachricht irrtümlich erhalten, informieren Sie bitte den Absender per E-Mail und löschen Sie die Nachricht. Wenn Sie nicht der vorgesehene Empfänger sind, dürfen Sie diese Nachricht oder die Anhänge weder ganz noch teilweise verwenden, kopieren oder sonstwie weiterverbreiten. Bitte lesen Sie unseren Hinweis zum Datenschutz in dem Sie hier klicken.

Upozornení:

Tato zpráva s prípadnými prílohami je majetkem spolecnosti Constellium a je urcena výhradne uvedeným prijemcum nebo entitám, kterým je adresována. Pokud jste tuto zprávu dostali omylem, informujte prosím e-mailem odesilatele a zprávu smažte. Nejste-li zamýšleným prijemcem, nesmíte používat, kopírovat ani zverejnovat obsah zprávy ci príloh nebo jejich cástí. Přečtěte si prosim naše zásady ochrany osobních údajů kliknutím na odkaz zde.

Notice

This message and any attachments are the property of Constellium and are intended solely for the named recipients or entity to whom this message is addressed. If you have received this message in error please inform the sender via e-mail and destroy the message. If you are not the intended recipient you are not allowed to use, copy or disclose the contents or attachments in whole or in part. Please take note of our information relating to data protection which you can access by clicking here

Avis :

Ce message et toute pièce jointe sont la propriété de Constellium et sont destinés seulement aux personnes ou à l'entité à qui le message est adressé. Si vous avez reçu ce message par erreur, veuillez le détruire et en aviser l'expéditeur par courriel. Si vous n'êtes pas le destinataire du message, vous n'êtes pas autorisé à utiliser, à copier ou à divulguer le contenu du message ou ses pièces jointes en tout ou en partie. Veuillez prendre note de notre information sur la protection des données en cliquant ici

Anmerkung:

Diese Nachricht und alle Anhänge sind Eigentum von Constellium und nur für die angegebene Person oder Organisation bestimmt. Wenn Sie diese Nachricht irrtümlich erhalten, informieren Sie bitte den Absender per E-Mail und löschen Sie die Nachricht. Wenn Sie nicht der vorgesehene Empfänger sind, dürfen Sie diese Nachricht oder die Anhänge weder ganz noch teilweise verwenden, kopieren oder sonstwie weiterverbreiten. Bitte lesen Sie unseren Hinweis zum Datenschutz in dem Sie hier klicken.

Upozornení:

Tato zpráva s prípadnými prílohami je majetkem spolecnosti Constellium a je urcena výhradne uvedeným prijemcum nebo entitám, kterým je adresována. Pokud jste tuto zprávu dostali omylem, informujte prosím e-mailem odesilatele a zprávu smažte. Nejste-li zamýšleným príjemcem, nesmíte používat, kopírovat ani zverejnovat obsah zprávy ci príloh nebo jejich cástí. Přečtěte si prosím naše zásady ochrany osobních údajů kliknutím na odkaz zde.

Notice

This message and any attachments are the property of Constellium and are intended solely for the named recipients or entity to whom this message is addressed. If you have received this message in error please inform the sender via e-mail and destroy the message. If you are not the intended recipient you are not allowed to use, copy or disclose the contents or attachments in whole or in part. Please take note of our information relating to data protection which you can access by clicking here

Avis :

Ce message et toute pièce jointe sont la propriété de Constellium et sont destinés seulement aux personnes ou à l'entité à qui le message est adressé. Si vous avez reçu ce message par erreur, veuillez le détruire et en aviser l'expéditeur par courriel. Si vous n'êtes pas le destinataire du message, vous n'êtes pas autorisé à utiliser, à copier ou à divulguer le contenu du message ou ses pièces jointes en tout ou en partie. Veuillez prendre note de notre information sur la protection des données en cliquant ici

Anmerkung:

Diese Nachricht und alle Anhänge sind Eigentum von Constellium und nur für die angegebene Person oder Organisation bestimmt. Wenn Sie diese Nachricht irrtümlich erhalten, informieren Sie bitte den Absender per E-Mail und löschen Sie die Nachricht. Wenn Sie nicht der vorgesehene Empfänger sind, dürfen Sie diese Nachricht oder die Anhänge weder ganz noch teilweise verwenden, kopieren oder sonstwie weiterverbreiten. Bitte lesen Sie unseren Hinweis zum Datenschutz in dem Sie hier klicken.

Upozornení:

Tato zpráva s případnými přílohami je majetkem spolecnosti Constellium a je urcena výhradne uvedeným příjemcum nebo entitám, kterým je adresována. Pokud jste tuto zprávu dostali omylem, informujte prosím e-mailem odesilatele a zprávu smažte. Nejste-li zamýšleným příjemcem, nesmíte používat, kopírovat ani zverejnovat obsah zprávy ci příloh nebo jejich cásti. Přečtěte si prosím naše zásady ochrany osobních údajů kliknutím na odkaz zde.


Notice


This message and any attachments are the property of Constellium and are intended solely for the named recipients or entity to whom this message is addressed. If you have received this message in error please inform the sender via e-mail and destroy the message. If you are not the intended recipient you are not allowed to use, copy or disclose the contents or attachments in whole or in part. Please take note of our information relating to data protection which you can access by clicking here

CRPR-005218

Message

| | |
|---|---|
| **From**: | George, Shawn P. [shawn.george@constellium.com] |
| **Sent**: | 10/30/2023 7:34:56 PM |
| **To**: | Griffith, Dave [dave.griffith@constellium.com] |
| **CC**: | Brotherton, Michele [michele.brotherton@constellium.com]; Chacon, Manfredo [manfredo.chacon@constellium.com]; Kim Watson [kim@faithaluminum.com]; Garey Rittenhouse [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e8488ca3f43348d7b98ce0e4093a4848-mailbox1]; Teltscher, Markus [markus.teltscher@constellium.com] |
| **Subject**: | Faith Aluminum |

Hi Dave,

I have spoken to Garey at Faith Aluminum regarding our upcoming physical inventory.

We have agreed to cut off raw material receiving into Rockmart effective 11/16 through 12/1/23.

Faith will process everything we have on the ground and we will need to extract the finished shred for Ravenswood by 11/22.

There will be also be fines in gaylord boxes to be shipped to Al Rec for toll melting into sow.

The goal is to get Faith Aluminum to zero inventory effective 11/30 & 12/1.

Thanks,
SpG

Avis :

Ce message et toute pièce jointe sont la propriété de Constellium et sont destinés seulement aux personnes ou à l'entité à qui le message est adressé. Si vous avez reçu ce message par erreur, veuillez le détruire et en aviser l'expéditeur par courriel. Si vous n'êtes pas le destinataire du message, vous n'êtes pas autorisé à utiliser, à copier ou à divulguer le contenu du message ou ses pièces jointes en tout ou en partie. Veuillez prendre note de notre information sur la protection des données en cliquant ici

Anmerkung:

Diese Nachricht und alle Anhänge sind Eigentum von Constellium und nur für die angegebene Person oder Organisation bestimmt. Wenn Sie diese Nachricht irrtümlich erhalten, informieren Sie bitte den Absender per E-Mail und löschen Sie die Nachricht. Wenn Sie nicht der vorgesehene Empfänger sind, dürfen Sie diese Nachricht oder die Anhänge weder ganz noch teilweise verwenden, kopieren oder sonstwie weiterverbreiten. Bitte lesen Sie unseren Hinweis zum Datenschutz in dem Sie hier klicken.

Upozorneni:

Tato zpráva s prípadnými prílohami je majetkem spolecnosti Constellium a je urcena výhradne uvedeným prijemcum nebo entitám, kterým je adresována. Pokud jste tuto zprávu dostali omylem, informujte prosím e-mailem odesilatele a zprávu smažte. Nejste-li zamýšleným prijemcem, nesmíte používat, kopírovat ani zverejnovat obsah zprávy ci príloh nebo jejich cástí. Přečtěte si prosím naše zásady ochrany osobních údajů kliknutím na odkaz zde.

Notice

This message and any attachments are the property of Constellium and are intended solely for the named recipients or entity to whom this message is addressed. If you have received this message in error please inform the sender via e-mail and destroy the message. If you are not the



RITT_008746

intended recipient you are not allowed to use, copy or disclose the contents or attachments in whole or in part. Please take note of our information relating to data protection which you can access by clicking here

RITT_008747

**Message**

| | |
|---|---|
| **From:** | Sizemore, Tabitha [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=207D6F8977E94C2C9ABCC54F43EDC5EE-SIZEMORET] |
| **Sent:** | 9/6/2023 2:20:42 PM |
| **To:** | George, Shawn P. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS]; Brotherton, Michele [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bf23c96383984717b0133598b4127067-brothertonm] |
| **CC:** | Teltscher, Markus [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bf651e5af1b748549648f2585954ff5c-teltscherm] |
| **Subject:** | RE: 5052 Coated Tolling - Rate Proposal |
| **Attachments:** | 4500375217 Faith Aluminum 5052 toll PO - 1.5M - updated toll fee and time frame in notes - 1 line for 2023 - 09.06.2023.pdf |

HI Shawn,

After our conversation and speaking w/ Jeff. I highlighted what I updated in the notes portion. The reason we have volume still available is b/c we are being charged $0.18/lb. for shredding and we have the PO entered as $1.00/lb. (as that is what has always been done previously) so that is why there is open volume on the single line.



I don't want to cause confusion or difficulty to this so I think its best to just leave it as 1 line to receive against for the whole year.

Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*





**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Wednesday, September 6, 2023 9:29 AM
**To:** Sizemore, Tabitha <tabitha.sizemore@constellium.com>; Brotherton, Michele <michele.brotherton@constellium.com>
**Subject:** RE: 5052 Coated Tolling - Rate Proposal

Hi Tabitha,
We need to add a line in the Faith Aluminum tolling PO for each month (July through December 2023) in the amount of 1,000,000 lbs. per line. The comments/notes at the top are good.

Thanks,
SpG

**From:** Sizemore, Tabitha <tabitha.sizemore@constellium.com>
**Sent:** Wednesday, September 6, 2023 9:22 AM
**To:** George, Shawn P. <shawn.george@constellium.com>; Brotherton, Michele <michele.brotherton@constellium.com>
**Subject:** FW: 5052 Coated Tolling - Rate Proposal

Here is the tolling PO. Only 1 line entered for June.



I know we are toll processing at Faith for Avec/Goldy & United Scrap & Kripke and more may be added.

Please let me know the quantity that needs added to this PO and I will get it taken care of.

@Brotherton, Michele
Shouldn't the quantity be complete for June 2023?

                                                                                        CRPR-003743



Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



CRPR-003744

**From:** Sizemore, Tabitha
**Sent:** Thursday, June 22, 2023 12:25 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Cc:** Brotherton, Michele <michele.brotherton@constellium.com>; Gray, Heidi <heidi.gray.external@constellium.com>
**Subject:** RE: 5052 Coated Tolling - Rate Proposal

Please see the toll PO attached. Let me know if anything needs adjusted.

Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Monday, June 5, 2023 12:34 PM
**To:** Sizemore, Tabitha <tabitha.sizemore@constellium.com>
**Cc:** Brotherton, Michele <michele.brotherton@constellium.com>
**Subject:** FW: 5052 Coated Tolling - Rate Proposal

Please enter a toll PO for the poly 5052 shred at Faith Aluminum for June 2023.
1.5m pounds poly 5052 to be shredded at $.1600/lb. inbound.
Finished product to be picked up by Constellium at Rockmart GA via dump trailer.


I will be working with Liz to craft a contract that will begin in July.

Thanks,
SpG

**From:** Garey Rittenhouse <garey@regionalmetalservices.com>
**Sent:** Friday, May 19, 2023 10:41 AM

CONFIDENTIAL                                                                          CRPR-003745

**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** 5052 Coated Tolling - Rate Proposal

[EXTERNAL SENDER – CAUTION with links and attachments]

Hi Shawn,

I appreciate jointly exploring providing tolling services for the Ravenswood facilities 5052 needs. After our conversation yesterday, we did a review of the hourly/daily production data (tons per hour, costs, etc) to develop a reasonable estimate of what we believe will be required to effectively process the baled Morgan-Olson 5052 scrap to assure a clean outbound product.

Based on that analysis, noted below is what we can offer Constellium regarding tolling rates for the 5052 scraps from Morgan-Olson.

| Monthly Volume Range | Toll Rate |
|---|---|
| >700,000 - <1,000,000 | $0.1900 |
| >1,000,000 | $0.1600 |

***Minimum monhtly toll volume = 700,000 lbs

The monthly 5052 production for Constellium would be completed in a single continuous run and the scheduling of the processing would be coordinated with your staff to meet 5052 production scheduled at the Ravenswood plant. In addition, as part of the tolling arrangement, we will store up to 2.0mm pounds of ready to ship 5052 product in the warehouse. Per yesterday's conversation, the above referenced tolling rate reflects a ten (10) month tolling contract between Faith Aluminum and Constellium.

Please review the proposal at your convenience and feel free to contact me directly to discuss in greater detail or to answer any questions. I look forward to working with you in the future and appreciate the opportunity.

Sincerely,
Garey

Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

**"Buying Scrap Daily...Building Lifetime Relationships"**

CRPR-003746



CRPR-003747

Message

| | |
|---|---|
| **From:** | Sizemore, Tabitha [tabitha.sizemore@constellium.com] |
| **Sent:** | 9/1/2023 12:10:25 PM |
| **To:** | George, Shawn P. [shawn.george@constellium.com] |

have you moved further along w/ the other contract you spoke to me about w/ Faith Aluminum

**EXHIBIT**
**Plaintiff**

**9**

Message

| | |
|---|---|
| **From:** | Sizemore, Tabitha [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=207D6F8977E94C2C9ABCC54F43EDC5EE-SIZEMORET] |
| **Sent:** | 1/2/2024 1:16:53 PM |
| **To:** | Fife, Jennifer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f3994412ae6b4d2b972af108d7f90946-fifej]; Wilson, Bryan [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=4e2ed5ae2f384f3dba50de4183cbf366-wilsonb] |
| **Subject:** | December 2023 topics |

SIC Consignment Agreement has been signed by the vendor for 2024 – routing in Adobe for signature w/ Bryan Wilson & Brian Mccallie.
Al Rec Tolling Agreement has been signed by the vendor – extended contract date through March 2024 – routing in Adobe for signature w/ Bryan Wilson & Brian Mccallie.


**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Wednesday, November 1, 2023 9:10 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** October 2023 topics

*Clean up of old PO's.  IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out approx. 400 PO Lines so far. Plan to have all 2022 and prior complete by EOY.  - Found additional lines once I had more reports ran (Goods vs. Services) Total PO's closed 522 – COMPLETE  - YEAH!!!!
*Working w/ OD to update their contract since it expires Oct 2023. Brian signed off 11/1/2023 – I will upload the official signed contract in Ariba once Anita sends it back over.

EXHIBIT
Plaintiff
**10**

CRPR-006598

*Still working w/ IT to have a new payment term for Trafigura – 5th day of quarter following M+1 – The new payment term was implemented in October and I have begun using it: N100

*With railroad work complete I will have to work up a new rail schedule for vendors and communicate that to them so Demurrage stays low and all vendors are aware – Started this 11/1 and will hopefully be complete by end of next week.

*Staying on top of the Cracked ingot SCAR w/ quality so it doesn't fall through the cracks. – hoping to have complete by end of November.

Will have another contract coming through on the scrap side. Working a deal w/ Faith Aluminum – the toll shredder- speaking w/ Liz to see if we can use the Real Alloy Contract as a starting point. Will stick w/ a spot PO for 2023 and work towards a contract in 2024. (no change)

Demurrage charges. Total $ of Debit Memo's completed and communicated to vendors - $55k  - Up to date on invoices. (no change)

Worked w/ IT to updated Ingot Mgmt. – Now can view change history and also will be tracking the vehicle number for CSX deliveries. This way we can better manage at the end of the month if ingots have not been received in. Hoping to see this be beneficial this month as deliveries come in. (no change)

Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Total Refund: $1,161.19 (confirmed w/ Angel) (no change)

Working w/ Christophe to have an open field that can be pulled into my reporting so I can track the contracts. Might not start until 2024. (no change)

Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn (requested input adjustment then will post if approved in RFD)

Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in. (no change)

Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed. (no change)

AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX. (no change)

RFD Process – Need to clarify and finalize the PCS (waiting on finance) / Clean-up 2022 RFD's. (no change)

**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*

CRPR-006599



**From:** Sizemore, Tabitha
**Sent:** Monday, October 2, 2023 8:42 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** September 2023 topics

*Clean up of old PO's. IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out approx. 400 PO Lines so far. Plan to have all 2022 and prior complete by EOY. - Found additional lines once I had more reports ran (Goods vs. Services) Total PO's closed 522 – Will still have all complete by the end of this year for 2022 and prior.
*Working w/ OD to update their contract since it expires Oct 2023. Next meeting is later today.
*Still working w/ IT to have a new payment term for Trafigura – 5th day of quarter following M+1, meeting w/ Finance and IT on Thursday.

Will have another contract coming through on the scrap side. Working a deal w/ Faith Aluminum – the toll shredder-speaking w/ Liz to see if we can use the Real Alloy Contract as a starting point. Will stick w/ a spot PO for 2023 and work towards a contract in 2024. (no change)
Demurrage charges. Total $ of Debit Memo's completed and communicated to vendors - $55k - Up to date on invoices. (no change)
Worked w/ IT to updated Ingot Mgmt. – Now can view change history and also will be tracking the vehicle number for CSX deliveries. This way we can better manage at the end of the month if ingots have not been received in. Hoping to see this be beneficial this month as deliveries come in. (no change)
Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Total Refund: $1,161.19 (confirmed w/ Angel) (no change)
Working w/ Christophe to have an open field that can be pulled into my reporting so I can track the contracts. Might not start until 2024. (no change)
Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn (requested minor adjustment them will need approved in EIO)
Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in. (no change)
Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed. (no change)
AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX. (no change)
RFD Process – Need to clarify and finalize the PCS (waiting on finance) / Clean-up 2022 RFD's. (no change)

**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone: 800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Friday, September 1, 2023 8:42 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** August 2023 topics

Demurrage charges. Total $ of Debit Memo's completed and communicated to vendors - $55k  - Up to date on invoices. Worked w/ IT to updated Ingot Mgmt. – Now can view change history and also will be tracking the vehicle number for CSX deliveries. This way we can better manage at the end of the month if ingots have not been received in. Hoping to see this be beneficial this month as deliveries come in.
Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Total Refund: $1,161.19 (confirmed w/ Angel)
Will have another contract coming through on the scrap side. Working a deal w/ Faith Aluminum – the toll shredder-speaking w/ Liz to see if we can use the Real Alloy Contract as a starting point. Will stick w/ a spot PO for 2023 and work towards a contract in 2024.
Clean up of old PO's.  IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out approx. 400 PO Lines so far. Plan to have all 2022 and prior complete by EOY.  ·

Working w/ Christophe to have an open field that can be pulled into my reporting so I can track the contracts. Might not start until 2024. (no change)
Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn (requested minor placement fixed will need approval in EOY)
Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in. (no change)
Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed. (no change)
AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX. (no change)
RFD Process – Need to clarify and finalize the PCS (waiting on finance) / Clean-up 2022 RFD's. (no change)


**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**

CONFIDENTIAL

Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Tuesday, August 1, 2023 8:35 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** July 2023 topics

Demurrage charges. Total $ of Debit Memo's completed and communicated to vendors - $29k  - Still  need to communicate $13k and get approvals from Derek. Caught up on Demurrage invoices. Just reviewed June 2023. Worked w/ IT to updated Ingot Mgmt – Now can view change history and also will be tracking the vehicle number for CSX deliveries. This way we can better manage at the end of the month if ingots have not been received in.

Will have another contract coming through on the scrap side. Working a deal w/ Faith Aluminum – the toll shredder- speaking w/ Liz to see if we can use the Real Alloy Contract as a starting point. (no change)
Working w/ Christophe to have an open field that can be pulled into my reporting so I can track the contracts. Might not start until 2024. (no change)
Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Unsure of the total refund to expect due to the qualifications. Might be small but we will take it. still working on – Emailed Angel 6/19 to see if the credits came through. Still waiting on a response.
Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn requested minor adjustment then will need approved in PCS
Clean up of old PO's.  IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out 261 PO Lines so far. still working on
Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in. (no change)
Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed. (no change)
AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX. (no change)
RFD Process – Need to clarify and finalize the PCS (waiting on finanace) / Clean-up 2022 RFD's. (no change)

**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Monday, July 3, 2023 7:58 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** June 2023 topics - No changes from last month

Will have another contract coming through on the scrap side. Working a deal w/ Faith Aluminum – the toll shredder- speaking w/ Liz to see if we can use the Real Alloy Contract as a starting point.
Working to bill our first vendor w/ Demurrage charges. Short paying Glencore's future invoice by $23k – will see how this works. I've sent multiple communications to Glencore and received no response back.  Nick expects push back. No response from Glencore yet.
Working w/ Christophe to have an open field that can be pulled into my reporting so I can track the contracts. Might not start until 2024. (no change)
Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Unsure of the total refund to expect due to the qualifications. Might be small but we will take it. Still working on – Emailed Angel 6/19 to see if the credits came through. Still waiting on a response.
Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn requested minor adjustment then will need approved in EPCM
Clean up of old PO's.  IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out 261 PO Lines so far. Still working on
Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in. (no change)
Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed. (no change)
AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX. (no change)
RFD Process – Need to clarify and finalize the PCS (waiting on finanace) / Clean-up 2022 RFD's. (no change)

**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Thursday, June 1, 2023 8:26 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** May 2023 topics

Metal RFQ's - Issue RFQs for toll processing our dross/chips/pit scrap into sow for 2023 to Real Alloy. Real Alloy contract is officially complete and good for a year.

Might have another contract coming through on the scrap side. Working a deal w/ Faith Aluminum – the toll shredder-speaking w/ Liz to see if we can use the Real Alloy Contract as a starting point.

Working w/ IT to get Faith Aluminum set up as a storage location – hoping the request will be added in SAP this week as we have a new vendor who's material will be stored there. United Scrap

Working to bill our first vendor w/ Demurrage charges. Short paying Glencore's future invoice by $23k – will see how this works. I've sent multiple communications to Glencore and received no response back.  Nick expects push back.

Working w/ Christophe to have an open field that can be pulled into my reporting so I can track the contracts. Might not start until 2024.

Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Unsure of the total refund to expect due to the qualifications. Might be small but we will take it. <mark>still working on</mark>

Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn <mark>requested minor adjustment then will need approved in ETQ</mark>

Clean up of old PO's.  IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out 261 PO Lines so far. <mark>still working on</mark>

Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in. (<mark>no change</mark>)

Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed. (<mark>no change</mark>)

CONFIDENTIAL

AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX. (no change)
RFD Process – Need to clarify and finalize the PCS (waiting on finance) / Clean-up 2022 RFD's. (no change)

Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Monday, May 1, 2023 8:52 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** April 2023 topics

Metal RFQ's - Issue RFQs for toll processing our dross/chips/pit scrap into sow for 2023 to Real Alloy. Real Alloy should be sending back over the contract by EOB today. We have a PO in place only through 5/15/2023
Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Unsure of the total refund to expect due to the qualifications. Might be small but we will take it.
Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn
Clean up of old PO's. IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out 261 PO Lines so far.
Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in.
Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed. (no change)
AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravensood has been charged. Klara is struggling to get answers back from AMEX. (no change)
RFD Process – Need to clarify and finalize the PCS / Clean-up 2022 RFD's. (no change)

Thanks,
**Tabitha Sizemore**

CONFIDENTIAL

**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Monday, April 3, 2023 8:03 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** March 2023 topics

Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed.
Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Waiting on Emily & Nick to approval the PCS. Also completing a WI for Metal Purchase Requisition Process.
Metal RFQ's - Issue RFQs for toll processing our dross/chips/pit scrap into sow for 2023 to Al Rec, Real Alloy, and Imperial Aluminum.  Real Alloy contacted me on Friday 3/31 – They are hoping to sign soon.
AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX.
Clean up of old PO's.  IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out 232 PO Lines so far.
RFD Process – Need to clarify and finalize the PCS / Clean-up 2022 RFD's. (no change)
Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Will be sending out the significant contract report this week for review to Nick & Emily.

Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com

CONFIDENTIAL                                                                                    CRPR-006606



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Wednesday, March 1, 2023 8:41 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** Feb 2023 topics

Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M

Local DOA being updated to include Shawn George  - For Scrap purchases
Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE.
Metal RFQ's - Issue RFQs for toll processing our dross/chips/pit scrap into sow for 2023 to Al Rec, Real Alloy, and Imperial Aluminum.  Real Alloy contract is currently being reviewed by Legal. Must have a contract in place by Q2.
AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Reaching out to Klara b/c I am now not getting a response from AMEX.
Working w/ IT to continue clean up of PO's.  (sending a follow up email this week, no change)
RFD Process – Need to clarify and finalize the PCS / Clean up 2022 RFD's. (no change)
Metal Contracts – Still have not received any 2023 Metal Contracts. (no change) Sent out remind to the Central Metal team asking for them to be sent over w/ the required approvals. 02.27.2023

Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Wednesday, February 1, 2023 12:59 PM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** January 2023 topics

Below are some of the items I am working on. A lot going on currently with more training.

- Metal RFQ's - Issue RFQs for toll processing our dross/chips/pit scrap into sow for 2023 to Al Rec, Real Alloy, and Imperial Aluminum. Real Alloy contract is currently being reviewed by Legal. Must have a contract in place by Q2.
- AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Had a call w/ AMEX last week and hoping to get a number worked out to have RVN reimbursed. Still working on details for future annual fees. Klara is working w/ our contact for a new Global Agreement.
- Working w/ IT to continue clean up of PO's.
- Concur SSO – Will be sending out an email either today or tomorrow for Go Live date of Friday 2/3/2023.
- RFD Process – Need to clarify and finalize the PCS / Clean up 2022 RFD's.
- Metal Contracts – Still have not received any 2023 Metal Contracts.


Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Wednesday, January 4, 2023 11:10 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** December topics

- Metal RFQ's - Issue RFQs for toll processing our dross/chips/pit scrap into sow for 2023 to Al Rec, Real Alloy, and Imperial Aluminum. Received signed contract from Al Rec / Sent a reminder to Real Alloy on 1/3/2023 asking for the signed contract.
- AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Still waiting on an update from AMEX, I will send another reminder to the group today
- Working w/ IT to clean up remaining PO's. I am working on a new list.
- Concur SSO – Jaroslav has received access rights and will begin testing on Thursday.

Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Fife, Jennifer <jennifer.fife@constellium.com>
**Sent:** Wednesday, November 30, 2022 10:37 AM
**To:** Crisafulli, Jim <jim.crisafulli@constellium.com>; Wilson, Bryan <bryan.wilson@constellium.com>; Kerns, Leigh Ann <leighAnn.kerns@constellium.com>; Sizemore, Tabitha <tabitha.sizemore@constellium.com>
**Cc:** Nelson, John <john.nelson@constellium.com>
**Subject:** November topics to report to Corporate

Please send me some bullet points for the month of November for your Commodities (Supplier info or issues, Commodity price increases/decreases, Supply Chain issues, Bid status by category, etc.) I will select what to escalate. Need today or tomorrow.

Here was October's list in case you want to provide updates...

CRPR-006609

- Increase in drivers for Penske;(PTRA) now at or above the contractual requirement
- Electrical (PMRO) category out for bid
- MRO (PMRO) category out for bid
- Total Specialty lubricants (PLUB) contract in renewal phase
- Allegheny Petroleum (PLUB) contract in renewal phase
- Constellium Tripartite Meeting (PBUI) with Trades/Contractors/Constellium held to address contractor labor shortage and upcoming projects/outages
- 6% increase in Industrial Gas effective in October as per contract (PGAS)
- Declaration of a $CO_2$ (PGAS) contingency event effective 11/2 (average cost impact is additional $900/week during event)

Thanks!

**Jen A. Fife, C.P.M.**
**Director, Procurement**

 Constellium

**Aerospace and Transportation**

859 Century Road
P.O. Box 68
Ravenswood, WV 26164
Office phone: +1 304 273 6554
Mobile: + 1 304 786 4083
Mail : jennifer.fife@constellium.com

Visit our website: www.constellium.com

CONFIDENTIAL

CRPR-006610

Message

| | |
|---|---|
| **From:** | Garey Rittenhouse [garey@regionalmetalservices.com] |
| **Sent:** | 5/19/2023 2:40:50 PM |
| **To:** | George, Shawn P. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS] |
| **Subject:** | 5052 Coated Tolling - Rate Proposal |

[EXTERNAL SENDER – CAUTION with links and attachments]

Hi Shawn,

I appreciate jointly exploring providing tolling services for the Ravenswood facilities 5052 needs. After our conversation yesterday, we did a review of the hourly/daily production data (tons per hour, costs, etc) to develop a reasonable estimate of what we believe will be required to effectively process the baled Morgan-Olson 5052 scrap to assure a clean outbound product.

Based on that analysis, noted below is what we can offer Constellium regarding tolling rates for the 5052 scraps from Morgan-Olson.

| Monthly Volume Range | Toll Rate | | |
|---|---|---|---|
| >700,000 - <1,000,000 | $0.1900 | | |
| >1,000,000 | $0.1600 | | |
| | | | |
| | | | |
| ***Minimum monhtly toll volume = 700,000 lbs | | | |

The monthly 5052 production for Constellium would be completed in a single continuous run and the scheduling of the processing would be coordinated with your staff to meet 5052 production scheduled at the Ravenswood plant. In addition, as part of the tolling arrangement, we will store up to 2.0mm pounds of ready to ship 5052 product in the warehouse. Per yesterday's conversation, the above referenced tolling rate reflects a ten (10) month tolling contract between Faith Aluminum and Constellium.

Please review the proposal at your convenience and feel free to contact me directly to discuss in greater detail or to answer any questions. I look forward to working with you in the future and appreciate the opportunity.

Sincerely,
Garey

Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com



**EXHIBIT**
**Plaintiff**

**11**

"Buying Scrap Daily...Building Lifetime Relationships"



CRPR-000094

 **Constellium**

**CONTRACT/PURCHASE ORDER**

Page No    1 of   2

**Constellium Rolled Products
Ravenswood, LLC**
859 Century Road
Ravenswood, WV 26164

| | | |
|---|---|---|
| PO No | : | **4500375217** |
| PO Date | : | **06/22/2023** |

**Vendor Address:**
Faith Aluminum Co
375 Industrial Dr.
Rockmart, GA 30153
Phone   :
Fax        :
Contact  : Steve Stewart

| | | |
|---|---|---|
| Buyer | : | Tabitha Sizemore |
| Buyer Phone | : | 304-273-6016 |
| Buyer Fax | : | METALS |
| Buyer Email | : | |
| tabitha.sizemore@constellium.com | | |
| Fed Tax I.D | : | 20-084-3018 |
| Direct Pay Permit No : | | 2259-7167 |
| Incoterms | : | FOB  Ravenswood, WV |
| Payment Terms | : | Within 45 days net |

---

**Header Text:**Toll PO for the poly 5052 shred at Faith Aluminum for June-Dec 2023.

Updated Notes per SG 09.06.2023 - Faith Aluminum tolling PO for each
month (July through December 2023) in the amount of 1,000,000 lbs. per
line.

Poly 5052 to be shredded at $.1800/lb. inbound.
Finished product to be picked up by Constellium at Rockmart GA via dump
trailer.

---

| Item No | Material No<br>Material Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---|---|---|---|---|---|
| 00010 | 800000291<br>Metal Processing Services | 06/30/2023 | 1,500,000.000 | EA | 1.00/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

859 Century Road, Ravenswood, US 26164

**Detail of Conditions:**

| | | | | | |
|---|---|---|---|---|---|
| 00030 | 800000277<br>Production Sub-Contracting / Converting | 01/31/2024 | 1,520.000 | EA | 1.00/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

859 Century Road, Ravenswood, US 26164

EXHIBIT
Plaintiff
**12**

CRPR-007356



**CONTRACT/PURCHASE ORDER**

Page No     2 of   2

PO No      :   **4500375217**
PO Date    :   **06/22/2023**

| Item No | Material No Material Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---------|----------------------------------|---------------|-------------|------|------------|

**Detail of Conditions:**

For each order, submit INVOICE and Bill of Lading copy to
Constellium Rolled Products Ravenswood, LLC
ATTN: Accounts Payable
P.O.BOX - 68
Ravenswood, WV 26164
accountspayable@constellium.com

Message

| | |
|---|---|
| **From:** | George, Shawn P. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DE7D37C5D8944DEC928D8AFF1FBCD180-GEORGES] |
| **Sent:** | 9/6/2023 1:07:43 PM |
| **To:** | Doss, Jeff [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=5444c267c05946b3a90bd2d050f130c0-dossj] |
| **Subject:** | RE: Faith Aluminum Question |

Not necessarily! There may have been weeks where they were not processing our stuff, but gathering enough loads to justify a production run.

SpG

---

**From:** Doss, Jeff <jeff.doss@constellium.com>
**Sent:** Wednesday, September 6, 2023 9:07 AM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: Faith Aluminum Question

Shawn,
Thanks for the quick response.  I believe you have answered everything that I need to know currently.
I will follow up with Michele to see if she has the totals.
I pulled the invoices and have details starting the week of 6/9/2023, but I don't show any invoices for WE 8/11 , 8/18, and 9/1, which I am trying to track down.
Is it safe to assume that they processed pounds for those weeks?
Thanks,
Jeff

---

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Wednesday, September 6, 2023 8:59 AM
**To:** Doss, Jeff <jeff.doss@constellium.com>
**Subject:** RE: Faith Aluminum Question

Hi Jeff,
Our agreement with Faith is a toll PO to shred baled clean bare poly 5052 and produce clean, poly-free shreds for RVWD to pick up in Rockmart GA for $.18 per pound in based on 1.0m pounds of volume per month. Faith has been flexible on the volume portion, since some months we ship in more than 1.0m and other months we may fall short. Initial deliveries began in June.

The deal pivots on the availability of high quality, clean bare poly 5052 scrap, the foundation of which is a PO with United Scrap Metals out of Cicero IL. The scrap is generated at Morgan-Olson, a step-van truck body manufacturer with whom United has a one-year scrap buying agreement. Since this agreement is subject to renegotiation in early 2024, and the actual market-wide supply of clean bare poly 5052 was unknown to us, we have chosen to keep Faith on a monthly PO for tolling services until we can establish a longer term 3-way agreement with United (depending on their success with Morgan-Olson), Faith, and ourselves. I do go out into the market to purchase poly 5052 from other sources, the largest being Goldy Metals, and thereafter Kripke, and anyone else who can meet the spec and agree to my pricing.

Michele Brotherton is likely the person who has the total number of pounds processed readily available.

Please feel free to call me if I haven't answered your questions adequately, or you need more details. I primarily work offsite so my cell number is the best way to contact me.

**EXHIBIT**
**Plaintiff**

**13**

Thanks,
SpG

---

**From:** Doss, Jeff <jeff.doss@constellium.com>
**Sent:** Tuesday, September 5, 2023 4:42 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** Faith Aluminum Question

Shawn,
We are reviewing the August financials and Faith Aluminum has caused some confusion.
It appears they have a rate of $.18/LB, according to the invoices.
   1. Would you care to explain the details and the agreement with Faith.
   2. Who would be the best person to provide the total number of lbs that has been processed at that facility.

Thanks,
Jeff Doss

Message

| | |
|---|---|
| **From:** | Garey Rittenhouse [garey@regionalmetalservices.com] |
| **Sent:** | 6/19/2023 4:53:41 PM |
| **To:** | George, Shawn P. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS] |
| **Subject:** | Weekly or Bi-Weekly Call |

[EXTERNAL SENDER – CAUTION with links and attachments]

Afternoon Shawn

I believe there would be value in you and I having a weekly or bi-weekly call to review the tolling activities.

I do a similar call with or shred consumers on the buy/sell side in which we jointly review operational and commercial topics.

Let me know if this would be of interest to you and/or the Constellium team. If it is, we can refine participants, process, topics, etc as we proceed.

Sincerely
Garey R.

Garey Rittenhouse
Regional Metal Services
"Buying Scrap Daily...Building Lifetime Relationships"

**EXHIBIT**
**Plaintiff**
**14**

Appointment

| | |
|---|---|
| **From:** | Garey Rittenhouse [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=e8488ca3f43348d7b98ce0e4093a4848-mailbox1] |
| **Sent:** | 11/10/2023 5:12:48 PM |
| **To:** | George, Shawn P. [shawn.george@constellium.com] |
| **Subject:** | Constellium - Shawn George - Weekly Toll Call |
| **Location:** | Microsoft Teams Meeting |
| **Start:** | 11/10/2023 8:00:00 PM |
| **End:** | 11/10/2023 8:30:00 PM |
| **Show Time As:** | Tentative |
| **Recurrence:** | Weekly<br>every Friday from 1:30 PM to 2:00 PM |
| **Required Attendees:** | Shawn P. George |

# Microsoft Teams meeting

**Join on your computer, mobile app or room device**
Click here to join the meeting

Meeting ID: 276 457 938 023
Passcode: siNyDC
Download Teams | Join on the web

**Or call in (audio only)**
+1 872-253-9220,,152933355#   United States, Chicago

Phone Conference ID: 152 933 355#
Find a local number | Reset PIN

Learn More | Meeting options

EXHIBIT Plaintiff 15

RITT_009257

| Message | |
|---|---|
| **From:** | Garey Rittenhouse [garey@regionalmetalservices.com] |
| **Sent:** | 12/13/2023 3:48:11 AM |
| **To:** | George, Shawn P. [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS] |
| **CC:** | Steve Stewart (steve@faithaluminum.com) [steve@faithaluminum.com] |
| **Subject:** | 5052 Tolling - Pausing Deliveries |

[EXTERNAL SENDER – CAUTION with links and attachments]

Evening Shawn,

Pardon the interruption of your vacation. I hope you and your family are having an enjoyable trip to Arizona and taking advantage of the rather beneficial weather arbitrage between Arizona and Ohio. Truly hard to beat the better temperatures and lower humidity of the desert during the winter.

Per our earlier discussion, Steve and I have concerns regarding the forward viability of current tolling activities given the lower realized production volumes (700k) versus the planned production volume of 1.3mm in 2023. The combination of lower than planned tolling revenues and the higher than planned production costs, has created a rather difficult environment for us to consider continuing the production activity without modifications.

Based on our review of year-to-date 2023 activities, we believe there are three critical aspects which require collective resolution:
- Resolving the 2023 year-to-date gap between realized and planned tolling volumes/revenues.
- Defining a future toll volume and rate schedule for 2024.
- Creation of a contractual tolling agreement for 2024.

Given the rather short time runway left in 2023, there is a bit of urgency in determining the viability of such a resolution for all parties. In addition, we recognize that should we be unable to arrive at an agreeable resolution; a rather expedited pivot for 2024 business planning purposes would be required for both companies. As such, Steve and I have discussed pausing deliveries into the Rockmart plant until such time that we can collectively determine a resolution. Currently, we think it is best if we pause deliveries into the Georgia plant beginning on 12/14/23 so we do not add to the current production schedule backlog.

In consideration of the rather short time window, I would like to schedule a call with you for Wednesday in the hopes we can quickly find such a resolution. At your earliest convenience, please let me know what time would work for such a call.

I do greatly appreciate your accommodation for such a call especially when you are traveling.

Thank you in advance for the consideration and I look forward to the discussion.

Sincerely,
GR



**EXHIBIT**
**Plaintiff**
**16**

Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

"Buying Scrap Daily...Building Lifetime Relationships"



CRPR-006349

Message

| | |
|---|---|
| **From:** | Garey Rittenhouse [garey@regionalmetalservices.com] |
| **Sent:** | 12/14/2023 2:07:59 AM |
| **To:** | George, Shawn P. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS] |
| **CC:** | Steve Stewart (steve@faithaluminum.com) [steve@faithaluminum.com] |
| **Subject:** | RE: 5052 Tolling - Pausing Deliveries |

[EXTERNAL SENDER – CAUTION with links and attachments]

Evening Shawn,

First and foremost, I appreciate you taking the time to speak with me today. It was a pleasure working through the details with you and collectively working together to find a solution.

Per that discussion, I wanted to pull together the details of our conversation and present the proposed structure for 2024.

We discussed putting in place a contract for 2024 which encompasses the following:

1. January – December 2024 contract period.
2. Inclusion of a minimum monthly volume toll requirement within the contract.
3. 1,000,000 pounds per month minimum toll volume.
4. Base toll rate of $0.20 per pound (1 – 1.0mm pounds).
5. Second tier toll rate of $0.17 per pound (applicable to all pounds greater than 1.0mm pounds).

For the purposes of settling the 2023 under shipment volumes and resulting toll fees, we would propose spreading the payment of these fees over a four (4) month period beginning in January 2024 and ending in April 2024. In addition, Faith Aluminum is proposing discounting the 2023 under shipment toll fee balance by 30% (see tables below for details). We believe that the combination of balance discounting, spreading out the payment period, and discounting the toll rate for excess monthly volume will maintain Constellium's competitiveness for procurement of raw materials.

| 2023 TOLLING VARIANCE | |
|---|---|
| Undershipment Pounds | 2,956,403 |
| Toll Revenue Shortage | $ 532,152.54 |
| Settlement Percentage | 70.00% |
| Total Settled - Pounds | 2,069,482 |
| Total Settlement - Dollars | $ 372,506.78 |

**2024 TOLL SCHEDULE & 2023 SETTLEMENT**

| 2024 | Minimum Pounds | Base Toll Rate | 2023 Repayment % | 2023 Repayment Amount | Total Toll Revenue | Gross Toll Rate |
|---|---|---|---|---|---|---|
| January | 1,000,000 | $ 0.2000 | 25.00% | $ 93,126.69 | $ 293,126.69 | $ 0.2931 |
| February | 1,000,000 | $ 0.2000 | 25.00% | $ 93,126.69 | $ 293,126.69 | $ 0.2931 |
| March | 1,000,000 | $ 0.2000 | 25.00% | $ 93,126.69 | $ 293,126.69 | $ 0.2931 |
| April | 1,000,000 | $ 0.2000 | 25.00% | $ 93,126.69 | $ 293,126.69 | $ 0.2931 |
| May | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| June | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| July | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| August | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| September | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| October | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| November | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| December | 1,000,000 | $ 0.2000 | 0.00% | $ - | $ 200,000.00 | $ 0.2000 |
| Full Year - 2024 | 12,000,000 | | | $ 372,506.78 | $ 2,772,506.78 | $ 0.2310 |

EXHIBIT
Plaintiff

**17**

CRPR-006399

Please review everything as noted above to make sure I covered all the topics we discussed during our call. Should you have any questions, please feel free to call me on my mobile and we can address them together. Once you arrive back from your vacation, please send us a copy of the draft contract template so we can start the review process.

Thank you again for the consideration and working with us regarding this matter. I hope you and your family have an amazing rest of your vacation in the Flagstaff area.


Safe travels,

GR


Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

### "Buying Scrap Daily...Building Lifetime Relationships"



**From:** Garey Rittenhouse
**Sent:** Tuesday, December 12, 2023 10:48 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Cc:** Steve Stewart (steve@faithaluminum.com) <steve@faithaluminum.com>
**Subject:** 5052 Tolling - Pausing Deliveries

Evening Shawn,

Pardon the interruption of your vacation. I hope you and your family are having an enjoyable trip to Arizona and taking advantage of the rather beneficial weather arbitrage between Arizona and Ohio. Truly hard to beat the better temperatures and lower humidity of the desert during the winter.

Per our earlier discussion, Steve and I have concerns regarding the forward viability of current tolling activities given the lower realized production volumes (700k) versus the planned production volume of 1.3mm in 2023. The combination of

CRPR-006400

lower than planned tolling revenues and the higher than planned production costs, has created a rather difficult environment for us to consider continuing the production activity without modifications.

Based on our review of year-to-date 2023 activities, we believe there are three critical aspects which require collective resolution:

- Resolving the 2023 year-to-date gap between realized and planned tolling volumes/revenues.
- Defining a future toll volume and rate schedule for 2024.
- Creation of a contractual tolling agreement for 2024.

Given the rather short time runway left in 2023, there is a bit of urgency in determining the viability of such a resolution for all parties. In addition, we recognize that should we be unable to arrive at an agreeable resolution; a rather expedited pivot for 2024 business planning purposes would be required for both companies. As such, Steve and I have discussed pausing deliveries into the Rockmart plant until such time that we can collectively determine a resolution. Currently, we think it is best if we pause deliveries into the Georgia plant beginning on 12/14/23 so we do not add to the current production schedule backlog.

In consideration of the rather short time window, I would like to schedule a call with you for Wednesday in the hopes we can quickly find such a resolution. At your earliest convenience, please let me know what time would work for such a call.

I do greatly appreciate your accommodation for such a call especially when you are traveling.

Thank you in advance for the consideration and I look forward to the discussion.

Sincerely,
GR

Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

**"Buying Scrap Daily...Building Lifetime Relationships"**



CRPR-006402

Message

| | |
|---|---|
| **From:** | George, Shawn P. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DE7D37C5D8944DEC928D8AFF1FBCD180-GEORGES] |
| **Sent:** | 1/9/2024 7:04:48 PM |
| **To:** | Garey Rittenhouse [garey@regionalmetalservices.com] |
| **Subject:** | RE: Faith Aluminum - PO Copy |
| **Attachments:** | 4500392846 Faith Aluminum - 5052 Toll Fee to Shred and remove contaminants - Jan - April 2024 - 01.09.2024.pdf |

Hi Garey.

I have written this PO to encompass January through April at the $.2931/lb. rate we previously discussed.

I am still working on the formal contract for 2024. Once we have the contract all buttoned up, we will still need POs for functional day-to-day business, so we will use this PO regardless.

Thanks,
SpG

---

**From:** Garey Rittenhouse <garey@regionalmetalservices.com>
**Sent:** Monday, January 8, 2024 4:34 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** Faith Aluminum - PO Copy

[EXTERNAL SENDER – CAUTION with links and attachments]

Afternoon Shawn,
When you have a moment, could you please send me a copy of the January PO for Faith?
Kim will need the PO to initiate invoices for the month.
Thanks for the help and call me if you have any questions.
Hope you had a great weekend!
GR

Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

## "Buying Scrap Daily...Building Lifetime Relationships"





CRPR-006855

 Constellium

**CONTRACT/PURCHASE ORDER**

Page No    1 of  2

| | |
|---|---|
| PO No | : **4500392846** |
| PO Date | : **01/09/2024** |

**Constellium Rolled Products
Ravenswood, LLC**
859 Century Road
Ravenswood, WV 26164

**Vendor Address:**
Faith Aluminum Co
375 Industrial Dr.
Rockmart, GA 30153
Phone   :
Fax     :
Contact  : Steve Stewart

| | | |
|---|---|---|
| Buyer | : | Tabitha Sizemore |
| Buyer Phone | : | 304-273-6016 |
| Buyer Fax | : | METALS |
| Buyer Email | : | |
| tabitha.sizemore@constellium.com | | |
| Fed Tax I.D | : | 20-084-3018 |
| Direct Pay Permit No : | | 2259-7167 |
| Incoterms | : | DDP  Rockmart, GA |
| Payment Terms | : | Within 45 days net |

**Header Text:**
Toll fee to shred and remove contaminants from poly 5052 scrap
Poly 5052 to be shredded at $.2931/lb. inbound.
Finished product to be picked up by Constellium at Rockmart GA via dump
trailer.

The total available volume capacity that Faith is making available is 1
,000,000 lbs. per month.
So we will close each line as the month passes regardless of the amount
received against.

| Item No | Material No<br>Material Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---|---|---|---|---|---|
| 00010 | 800000291<br>Metal Processing Services | 01/31/2024 | 1,000,000.000 | EA | 0.29/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

859 Century Road, Ravenswood, US 26164

**Detail of Conditions:**

| | | | | | |
|---|---|---|---|---|---|
| 00020 | 800000291<br>Metal Processing Services | 02/29/2024 | 1,000,000.000 | EA | 0.29/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

EXHIBIT
Plaintiff
**19**



**CONTRACT/PURCHASE ORDER**

Page No    2 of  2

| | |
|---|---|
| PO No | : 4500392846 |
| PO Date | : 01/09/2024 |

| Item No | Material No<br>Material Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---|---|---|---|---|---|
| | 859 Century Road, Ravenswood, US 26164 | | | | |

**Detail of Conditions:**

| Item No | Material No<br>Material Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---|---|---|---|---|---|
| 00030 | 800000291<br>Metal Processing Services | 03/31/2024 | 1,000,000.000 | EA | 0.29/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

859 Century Road, Ravenswood, US 26164

**Detail of Conditions:**

| Item No | Material No<br>Material Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---|---|---|---|---|---|
| 00040 | 800000291<br>Metal Processing Services | 04/30/2024 | 1,000,000.000 | EA | 0.29/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

859 Century Road, Ravenswood, US 26164

**Detail of Conditions:**

**PO Total    1,172,400.00 USD**

Each shipment must contain an itemized packing list with the purchase order number and a certificate of analysis where applicable. Delivery performance is used in evaluating vendors and is a factor in determining future business, class leading on-time delivery is required.

**Acknowledgement**

All Purchase Orders must be acknowledged via electronic or facsimile tramission within two business days.

By:_____

Date:_____

We accept this order subject to the Terms and Conditions posted on Constellium's website at:
https://access.constellium.com/RavApps/SellSite/public/ravenswood/terms.jsf

For each order, submit INVOICE and Bill of Lading copy to
Constellium Rolled Products Ravenswood, LLC
ATTN: Accounts Payable
P.O.BOX - 68
Ravenswood, WV 26164
accountspayable@constellium.com

CRPR-006857

Message

| | |
|---|---|
| **From:** | Garey Rittenhouse [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=E8488CA3F43348D7B98CE0E4093A4848-MAILBOX1] |
| **Sent:** | 12/20/2023 6:14:09 PM |
| **To:** | George, Shawn P. [shawn.george@constellium.com] |
| **Subject:** | End Of Year Production & Bryce Canyon Photos |
| **Attachments:** | IMG_3513.jpeg; IMG_3523.jpeg; IMG_3503.jpeg; IMG_3508.jpeg |

Hi Shawn

Quick update for year-end planning. Post Christmas we will be installing some new equipment into the production line. Will be receiving as normal but will not be processing until start of January.

Should not cause you any disruptions in outbounds as we have finished production inventory. Also will not take us long to catch up on the production once we are back online.

Let me know if you need anything from us for the contract development. Send a draft of the language when you have a chance so we can review as well.

Lastly, we did Bryce earlier in the week and are heading to Zion now. Some photos attached.

Have a great day and call if needed.
GR

Garey Rittenhouse
Regional Metal Services
"Buying Scrap Daily...Building Lifetime Relationships"

EXHIBIT
Plaintiff

20

| Message | |
|---|---|
| **From:** | Griffith, Dave [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP |
| | (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=01F4588B08E440F78B4835F4E4E3FA2C-GRIFFITHD] |
| **Sent:** | 6/15/2023 5:31:31 PM |
| **To:** | Fife, Jennifer [/o=ExchangeLabs/ou=Exchange Administrative Group |
| | (FYDIBOHF23SPDLT)/cn=Recipients/cn=f3994412ae6b4d2b972af108d7f90946-fifej] |
| **Subject:** | FW: Faith Aluminum |

## He asked me for a freight quote   that was the extent of his discussion with me . I had no idea what he was up to

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Thursday, June 15, 2023 12:54 PM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Cc:** Sizemore, Tabitha <tabitha.sizemore@constellium.com>; Griffith, Dave <dave.griffith@constellium.com>
**Subject:** RE: Faith Aluminum

Hi Jen,

They've processed over 500,000 lbs. so far of a total of 1.5m that is supposed to be delivered in June. They will process between 700,000 and 1.5m pounds for us ongoing through at least the end of 2023.

There was a lot of competitive pressure on this opportunity and I ended up getting ahead of the pack getting it locked up.

I did work with Tabitha and Dave on this, to the extent that it happened very fast. I also worked extensively with Buddy and Brian to orient the commercial side of the deal. The actual PO got held up because they were a new vendor to be set up, some slight delays on our side with the Memorial Day holiday, and the administrative leader at Faith was on vacation.

I am working with Liz in Legal to get a tolling contract written up, and I've been communicating with Faith almost daily to that end. Faith is also sending Michele receiving, inventory, and production reports.
I think all of the info is there, it's just not well organized yet.

SpG

**From:** Fife, Jennifer <jennifer.fife@constellium.com>
**Sent:** Thursday, June 15, 2023 9:10 AM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Cc:** Sizemore, Tabitha <tabitha.sizemore@constellium.com>; Griffith, Dave <dave.griffith@constellium.com>
**Subject:** Faith Aluminum

Hi Shawn!

For Faith Aluminum, as I understand it, they are providing a service for us. With that, we would need executed Service terms and conditions. It's my understanding they have already processed a large amount of the material – without a PO. First, as a business owner, I would never do that, but that's on them. We have no obligation to take the material without a PO. Second, if they would receive the material that we own and there is an incident, not having Ts and Cs is a huge risk for us, and wouldn't look favorable in court. All work should be covered by executed Ts and Cs.

So, in order to move this forward, what volume of work is yet to be performed by Faith Aluminum?

**EXHIBIT**
**Plaintiff**

**21**

In addition, when you start engaging in conversations about these types of deals, it might be good to pull Dave and Tabitha (and I'm always glad to participate) in to decide how to set up the process and transportation needs. As it can take a little time, it's best to start the conversations early as we can't (well, shouldn't) do things last minute. For instance, with this one, we could have set it up in the Converter app so that we could do a transaction in and out when the material arrived at Faith and left Faith. Auditors have a hay day when we lose a couple hundred lbs, so 500k lbs would make them faint. LOL! I know it isn't 'lost', but we have to properly account for it.

Let us know how we can help you. And get back to me on the forward plan for Faith so we can get them set up and issue a PO. (If a contract was executed, sorry, but I missed that communication.)

Thanks,
Jen


**Jen A. Fife, C.P.M.**
**Director, Procurement**

 **Constellium**

**Aerospace and Transportation**

859 Century Road
P.O. Box 68
Ravenswood, WV 26164
Office phone: +1 304 273 6554
Mobile: + 1 304 786 4083
Mail : jennifer.fife@constellium.com

Visit our website: www.constellium.com

CRPR-000595



EXHIBIT
22

RITTENHOUSE-FAC_0000045

12:48

SG

Shawn ›

Summary of scheduling and delivery hours

👍🏽 👍🏽

Jun 5, 2023 at 12:36 PM

Meant to ask during our call. We have a spare driver that could assist with outbound 5052 shred back to Ravenswood.
Let me know idea on rates and what insurance details you need and he could potentially assist in expediting return of 5052 toll product.
Thanks
Garey

Jun 5, 2023 at 2:08 PM

If we run into any issues I'll put you together with our logistics guy. We've got a $2100 rate.

I also forgot to mention that we need all receiving documents including scale tickets shared with Michel Brotherton
Michele.Brotherton@constellium.com

I will have Kim add Michele to the DL for reporting.

iMessage

12:48

**SG**

Shawn >

I will have Kim add Michele to the DL for reporting.

Jun 6, 2023 at 10:46 AM

Morning Shawn
The GA plant is processing loads as soon as they arrive and has some concerns about scheduled trucks missing or being several hours late for scheduled delivery appts.

Who would be the best contact at Constellium for them to communicate with regarding status of scheduled delivery appointments?

Also, we have finished product which is ready to be shipped out. I will have the production report information sent so you can expedite outbound loads.

Jun 7, 2023 at 11:38 AM

I have a meeting today with the scrap shipper - I will address the missed/late deliveries

Great, thanks!

As soon as you get me FG report I'll get the ball rolling on pickups

iMessage



12:48

SG

Shawn >

As soon as you get me FG report I'll get the ball rolling on pickups

FG meaning the vendor setup forms?

That too but I meant "Finished Goods"

Having the administrative folks out for 3 days has really put a cramp in my style!

I know what you mean. Our admin at GA plant is out this week.

Jun 13, 2023 at 9:53 AM

Call you in a second

Jun 26, 2023 at 4:30 PM

Hi Shawn
Hope you had a great vacation and look forward to catching up soon for a call.

In the interim, Ga plant was notified that outbounds were on hold due to Ravenswood inventory.

When do you see outbound shipments resuming?

Trying to plan out production and

iMessage

12:48

SG

Shawn >

Jun 26, 2023 at 4:30 PM

Hi Shawn
Hope you had a great vacation and look forward to catching up soon for a call.

In the interim, Ga plant was notified that outbounds were on hold due to Ravenswood inventory.

When do you see outbound shipments resuming?

Trying to plan out production and storage at GA plant.

Let's talk soon.
Garey R

Jun 27, 2023 at 11:58 AM

I had three other topics on my list for us this morning that I failed to mention.

How would you like us to handle the Goldy Metals transfer sales from a paperwork and documentation process?

We have some 5052 left over from our dialing in the shred system that I would like to sell you.
- 42k of bales
- 16k of prepared 5052 shred

iMessage

RITTENHOUSE-FAC_0000049



12:48

SG

Shawn >

Jun 27, 2023 at 11:58 AM

I had three other topics on my list for us this morning that I failed to mention.

How would you like us to handle the Goldy Metals transfer sales from a paperwork and documentation process?

We have some 5052 left over from our dialing in the shred system that I would like to sell you.
- 42k of bales
- 16k of prepared 5052 shred

Last item, would be great to have you to the facility to see the shred line in operation if you are interested.

Thanks
Garey R

Jun 27, 2023 at 2:06 PM

👍

I'll call you tomorrow morning if ok

Jun 28, 2023 at 2:49 PM

What is the standard deductions the Constellium mills utilize for pallets, boxes, and steel banding/straps?

iMessage

RITTENHOUSE-FAC_0000050

12:48

SG

Shawn >

Jun 28, 2023 at 2:49 PM

What is the standard deductions the Constellium mills utilize for pallets, boxes, and steel banding/straps?

Want to make sure we use the same.

Thanks
GR

Jun 29, 2023 at 9:29 AM

We use the shippers dunnage.

Jul 7, 2023 at 1:11 PM

Afternoon...checking to see if we are still on for our weekly call?
Let me know if you are tied up and we can do at later time.
Hope all is well.
GR

How about 1:45?

That works just fine. Talk then.

Jul 10, 2023 at 10:06 AM

Hi Garey. I've got a schedule conflict for our Friday call July 14th. Can we postpone our call that day to 2:30 start time?

iMessage

RITTENHOUSE-FAC_0000051

12:49

SG

Shawn ›

Jul 10, 2023 at 10:06 AM

Hi Garey. I've got a schedule conflict for our Friday call July 14th. Can we postpone our call that day to 2:30 start time?

Not a worry at all. I'll make the change for that date accordingly and resend.

Jul 10, 2023 at 12:30 PM

👍

Jul 14, 2023 at 6:28 AM

Good morning Garey. My Teams calendar is showing our meetings at 1:30 today and I won't be available until at least 2:30
Can we move our meeting to 2:45? Thanks!

Jul 14, 2023 at 8:06 AM

Not a problem. I'll take a look at the calendar settings as well. But let's move it to 45.

👍

iMessage

RITTENHOUSE-FAC_0000052

12:49

SG

Shawn >

Jul 14, 2023 at 8:06 AM

Not a problem. I'll take a look at the calendar settings as well. But let's move it to 45.

👍

2:45 is great

👍

Jul 14, 2023 at 2:35 PM

Are you available now for a call?

Jul 17, 2023 at 2:45 PM

I got pulled into another meeting can we talk tomorrow morning?

That works just fine. Just let me know what time works best for your calendar.

Jul 18, 2023 at 12:10 PM

Hi Garey, did you get that sample of small pieces from United ?

iMessage

RITTENHOUSE-FAC_0000053

12:49

SG

Shawn ›

Jul 18, 2023 at 12:10 PM

Hi Garey, did you get that sample of small pieces from United ?

Jul 19, 2023 at 8:32 AM

Morning, we received two samples and I needed to check with plant to make sure I was remembering them correctly.

Both contained smaller pieces (smaller than a quarter size) which would have difficulty assuring 100% removal.

As a rule of thumb, anything pieces smaller than a $1 bill would preferably be kept out of the packages.

Ok thanks I will let them know. I like "rules of thumb"!

Jul 20, 2023 at 11:09 AM



iMessage

RITTENHOUSE-FAC_0000054

12:49

SG

Shawn

Aug 2, 2023 at 2:34 PM

Hi Shawn
We have two loads that delivered today which contain small punchings and pieces.
One load had a few boxes and the other is predominantly the entire load.
Since we have not discussed a procedure for rejections I want to reach out to get directions on communication path and documentation.

Call me when you have time.
Thanks
Garey

Aug 3, 2023 at 9:07 AM

I've been having some email problems lately - did these rejects get forwarded to me and Michele?

The reject loads will go out this morning. The form, photos, and paperwork will be sent to you both.

I am at the plant today and going thru procedure with personnel for these and any future issues.

If any happen in future, goal is to identify, communicate, resolve upon initial delivery.

iMessage

12:49

SG

Shawn ›

Aug 4, 2023 at 1:31 PM

Running behind by 5 minutes

No problem

Aug 11, 2023 at 6:48 AM

Hi Garey! I have multiple meetings today. One in particular overlaps our weekly call. Can you and I catch up Monday?

Not a problem. I'll send a new time for Monday. If you need to propose a different one, feel free to do so. Have a great weekend.

Aug 15, 2023 at 2:38 PM

Hi Shawn
Circling around to see if we could get a time frame put together for payment of the toll fees that are eligible?
Thanks for the help.
Garey

Garey, I just forwarded an email to you and Kim about payment for invoices. Please let me know via text if those are the ones that need paid or if there are more thank you

Sent with Siri

Thanks Shawn
Moving our oldest into college today

iMessage

RITTENHOUSE-FAC_0000058

12:50

SG

Shawn ›

Garey, I just forwarded an email to you and Kim about payment for invoices. Please let me know via text if those are the ones that need paid or if there are more thank you

Sent with Siri

Thanks Shawn
Moving our oldest into college today and had not seen that.
Appreciated
GR

Thanks for all your help Garey. Congratulations on moving day.

Sent with Siri

Aug 17, 2023 at 3:04 PM

The weekly report from 8/11 said we had approx 200+k of finished shred at Rockmart but our logistics guy is saying he's been told there's no loads to pick up. Can you clarify for me what volume is available for pick up? I've also heard your wheel loader is broke down? Is that what is meant by there not being any shred to pick up?

Afternoon...I believe there is 214k in ready to ship shred and about 250k that will be ready by next week.

Loader was down for a bucket change out but I believe is back up as of this

iMessage

RITTENHOUSE-FAC_0000059

12:50

SG

Shawn ›

Aug 17, 2023 at 3:04 PM

The weekly report from 8/11 said we had approx 200+k of finished shred at Rockmart but our logistics guy is saying he's been told there's no loads to pick up. Can you clarify for me what volume is available for pick up? I've also heard your wheel loader is broke down? Is that what is meant by there not being any shred to pick up?

Afternoon...I believe there is 214k in ready to ship shred and about 250k that will be ready by next week.

Loader was down for a bucket change out but I believe is back up as of this afternoon.

Spoke to Kim a few minutes ago and the trucking company has contacted her today to arrange trucks I believe as early as tomorrow.

I will take a look at inbound schedule shortly to see how many are inbound before month end.

Let me know if that helps or if there is anything else we can do.

Very helpful thank you!!

Aug 18, 2023 at 1:30 PM

iMessage

RITTENHOUSE-FAC_0000060

12:50

**SG**

Shawn ›

Aug 18, 2023 at 1:30 PM

Are we ok to skip our weekly call today?

Sure. Not a worry.

One question...could we meet 09/20 or 09/21 at the Ravenswood plant?

Have a great weekend.

Aug 25, 2023 at 1:34 PM

Just checking in to see if we are still good for our call today?

Got pulled into a meeting how about Monday?

That works good. I will send a meeting. Invite shortly. Have a great weekend.

You too

Sep 5, 2023 at 1:20 PM

Hi Garey hope u had a good weekend. Need that report on the Kripke/ Gardner Metals load.

Hi Shawn
I will get with Chris at the plant today and see that you are sent a copy today.

iMessage

12:50

SG

Shawn

👍

Sep 11, 2023 at 8:34 AM

Hi Garey I really need that report today. I'm going to be out of pocket Tuesday through Thursday at an offsite leadership meeting this week

Sep 11, 2023 at 10:16 AM

I'll see that you have a copy of that report within the next 40 minutes

Thanks

Sep 11, 2023 at 2:04 PM

Are we still good with meeting at Ravenswood on 9/21?

Just trying to plan out travel for balance of the month.

Feel free to move around the day as you need.

Thanks
GR

I am unable to do 9/21
I could do 9/26 if you are available

iMessage



12:50

**SG**

**Shawn** ›

9/26 works just fine.
You can pick the start time accordingly to fit your schedule.

Hi Garey I'll need a copy of your driver's license and we'll take care of filling out forms when you arrive. If you arrive 9:15-9:30am that will be good. We'll have lunch on-site. Do you have any dietary restrictions?

Sep 11, 2023 at 5:39 PM

Will send DL via email.
No dietary restrictions.
9:15 works great. I will come in prior evening if you would like to have dinner.

Sep 12, 2023 at 8:24 AM

Thanks Garey I will be driving in that morning

Sep 15, 2023 at 1:22 PM

Are we all good this week or do we need a call?

I think we are good. Enjoy the rest of your day and stet to the weekend. See you on 26th!

You too! Looking forward to it! Thanks!

iMessage

12:50

SG

Shawn ›

Hi Garey I'll need a copy of your driver's license and we'll take care of filling out forms when you arrive. If you arrive 9:15-9:30am that will be good. We'll have lunch on-site. Do you have any dietary restrictions?

Sep 11, 2023 at 5:39 PM

Will send DL via email.
No dietary restrictions.
9:15 works great. I will come in prior evening if you would like to have dinner.

Sep 12, 2023 at 8:24 AM

Thanks Garey I will be driving in that morning

Sep 15, 2023 at 1:22 PM

Are we all good this week or do we need a call?

I think we are good. Enjoy the rest of your day and stet to the weekend. See you on 26th!

You too! Looking forward to it! Thanks!
SpG

Sep 29, 2023 at 12:37 PM

I bought a load of painted 5052 for

iMessage

RITTENHOUSE-FAC_0000064

12:50

SG

Shawn ›

Sep 29, 2023 at 12:37 PM

I bought a load of painted 5052 for trial. Can we postpone our call to Monday and we can discuss it?

That's great news on the painted.
No problem on roll to Monday.
Just let me know what time works for your schedule.
Have a great weekend

Oct 4, 2023 at 4:05 PM



Hi Shawn

iMessage

RITTENHOUSE-FAC_0000065

12:51

SG

Shawn >

Hi Shawn
This load showed up today and the
sheets are over 8'.

We can run it but won't happen till the
new pre-shredder is installed at end of
October.

We would like to receive this load and
as normal and place in inventory till
that time.

Will that work for your team?

Load is clean, good material so no
issues with recovery or quality.

Advice at your convenience.

Thanks
GR

Oct 6, 2023 at 1:16 PM

Could we push our call to Monday? In
questionable cell phone coverage

Yes no problem

Have a great weekend!

Oct 20, 2023 at 1:03 PM

Just touching base to see if we were
on today for a call at 1:30? Advise at
your convenience. No pressure

iMessage

12:51

SG

Shawn ›

Oct 20, 2023 at 1:03 PM

Just touching base to see if we were on today for a call at 1:30? Advise at your convenience. No pressure.

Hi Garey how about Monday?

Sure thing. Have a great weekend

You too thanks

Oct 30, 2023 at 3:04 PM

Ok I spoke to Lew at United. We agreed to cut off deliveries from 11/16 through 12/1 resuming 12/4.
Any appointments they have after 11/15 they will cancel and reschedule

Can you let Kim know not to schedule any deliveries on our account  after 11/25?

Correction 11/15

Thanks!

Will have a conversation with Kim a bit later today. Thanks for the direction.

Thank you!

Nov 1, 2023 at 6:48 AM

Btw: I'm taking Friday 11/3 off and

iMessage



12:51

**SG**

Shawn >

Nov 1, 2023 at 6:48 AM

Btw: I'm taking Friday 11/3 off and won't be available until Monday 11/6

Enjoy the time off.
I'm sure we'll talk before Thursday

Nov 2, 2023 at 1:44 PM

Have I already asked if you can process baled new production 5052 road signs?

Nov 9, 2023 at 10:42 AM

Hi **Garey** can you clean up new production 5052 road signs?

My apology. You had asked and I thought I had replied but had not.

Sure can. We can do those.

No sweat! Thank you!

Nov 9, 2023 at 3:06 PM

Quick question. Would you like us to go ahead and shred that painted trial load or would you like to pick that up and take it somewhere else? Thanks for the insight. Just trying to plan for your month end inventory.

iMessage

RITTENHOUSE-FAC_0000068



RITTENHOUSE-FAC_0000069

12:51

SG

Shawn >

Nov 21, 2023 at 9:24 AM

Got the 2nd fines load sidelined before loading. Let me know if I can be of any help.



Is it exactly the same size fine as what already shipped?

Yes, should be the same

iMessage

RITTENHOUSE-FAC_0000070



RITTENHOUSE-FAC_0000071

12:51

**SG**

Shawn ›

Dec 5, 2023 at 2:18 PM

Do you have time to catch up for a quick call today?

I'm afraid not. How about tomorrow?

Could we do 9:00 or 9:30 tomorrow?

9:00 works for me

That's great. Will send you a meeting invite. Have a great afternoon.

Dec 11, 2023 at 10:52 AM

Morning Shawn
Would you have time for a call later this afternoon? Maybe 15 or 20 minutes.
Advise at your convenience.
Thanks
GR

Hi Garey, I'm on vacation this week in Arizona Red Rock Country. Is it something that can wait for my return?

Dec 12, 2023 at 4:50 PM

Hi Shawn
If we can have a quick call this evening or in the morning that would be great.
Thanks
GR

iMessage

12:51

**SG**

Shawn

Dec 12, 2023 at 4:50 PM

Hi Shawn
If we can have a quick call this evening or in the morning that would be great.
Thanks
GR

Dec 13, 2023 at 11:42 AM

Garey, when can we resume shipments?

Kim is releasing everything now. So immediately.
Will send you the draft proposal this afternoon.
Safe travels and again greatly appreciate your assistance.

Read 12/13/23

Thanks!!

Jan 12, 2024 at 9:51 AM

Garey, are you shredding and shipping right now? I got a cryptic email from our freight guy that you will be "down for a few weeks"?

New shredder was being installed this week and shredding will resume over weekend or may be as early as today. Shipments will resume next week as it won't take us long to catch up.

iMessage



12:52

**Shawn**

New shredder was being installed this week and shredding will resume over weekend or may be as early as today. Shipments will resume next week as it won't take us long to catch up.

I believe Kim was communicating that to them but may not have done so as clearly as needed.

Will get you a break down of anticipated outbound loads for next week.

Confirmed that shredding starts in morning Saturday and by Tuesday outbounds will be happening.

Should have all the on-site inventory in ready form so what ever you need will be available.

👍

Jan 12, 2024 at 1:05 PM

Do we need a call today?

I don't have any topics on my end aside from what was discussed yesterday which we are working on.

iMessage

RITTENHOUSE-FAC_0000074



12:52

SG

Shawn

Jan 12, 2024 at 1:05 PM

Do we need a call today?

I don't have any topics on my end aside from what was discussed yesterday which we are working on.

So I am good on my end. If you have something we can certainly have the call.
But if not, we can pick up an extra 30 minutes on a Friday.

Let's talk early next week. Have a great weekend!

Will do. You as well!

Jan 17, 2024 at 1:39 PM

Quick question, how many pounds per month do you have locked up with United?

Looking at a workaround to see how many loads you would need to consistently make a target of 789,000 pounds per month.

Appreciate the insight and believe we can close the gap.

500,000 lbs. in H1 2024
We will negotiate H2 24 volumes in
April/May. They say Morgan Olsen is

iMessage

12:52

SG

Shawn

Jan 19, 2024 at 12:43 PM

Afternoon, could we push our call to later this 3:30pm today or to Monday morning?

Have some travel that will interfere with our 1:30 slot.

Thanks for the help.
GR

Monday morning would work well for me. 9:00-9:30am?

Safe travels to you with all this weather

Jan 22, 2024 at 10:33 AM



iMessage

RITTENHOUSE-FAC_0000076



Meant to ask..what % or spread from MWTP are you quoting for the 5052 coated? Will start making inquiries this afternoon to the demo and processors.

I quote a spread. I'm unsure of where the market is but I'd start at minus .35 and appreciate feedback

Jan 23, 2024 at 12:33 PM

Got this text from United:

12:52

<  9                          SG
                           Shawn >

Jan 23, 2024 at 12:33 PM

Got this text from United:
"Meanwhile ...we are continuing to pull
material through to no avail....Morgon
Olsen way down with additional
layoffs. So our 5052 w/poly is off."

I've asked them about post-consumer
5052. She's checking but I don't think
it's a big item for them. However if you
can get the oil off the 5052 skeleton
then I could get 120k a month of that
from United.

Thanks for sharing the information. I
had not looked into the Morgan Olson
production but it makes sense.

We have a trial coming in next week of
the oily material. Will let you know as
soon as we have the results.

The added 120k would be of help for
sure

I'm also pursuing 5052 road signs.

Those run really well. I am beating the
bushes as well on alt materials.

Jan 24, 2024 at 4:32 PM

Plant pinged me that United canceled
the scheduled deliveries for balance of

iMessage



12:52

SG

Shawn >

Jan 24, 2024 at 4:32 PM

Plant pinged me that United canceled the scheduled deliveries for balance of month. Is this correct?

I haven't heard that. I'll check it out.

Jan 25, 2024 at 9:47 AM

Any word on the United loads pulled from schedule?
Thanks for the insight

I haven't spoken with them yet this morning I've got about another hour of meetings then I'll call

Jan 25, 2024 at 11:57 AM

Can we arrange a time to talk today.

Need to discuss the January PO volume versus actual shipped issue again.

Steve requesting to invoice the stated January PO volume to regain some of the 2023 under shipped and cover some of the under shipment amount for January.

Looks like receipts for January going to total 359k +\-.

iMessage

RITTENHOUSE-FAC_0000079

12:52

SG

Shawn

Jan 25, 2024 at 11:57 AM

Can we arrange a time to talk today.

Need to discuss the January PO volume versus actual shipped issue again.

Steve requesting to invoice the stated January PO volume to regain some of the 2023 under shipped and cover some of the under shipment amount for January.

Looks like receipts for January going to total 359k +\-.

Let me know when we could connect. I am available on my mobile.

Thanks
GR

I can talk around 3pm

Any word on the oily scrap trial?

That works for me. Will put on calendar.

Will check on oily if it has been ran.

Oily load delivers tomorrow

Ok

iMessage

RITTENHOUSE-FAC_0000080

12:53

SG

Shawn ›

Oily load delivers tomorrow

Ok

I also need the revised DMR

For the Goldy

Jan 25, 2024 at 2:30 PM

My meeting ended early so you want to talk now?

Sure thing. Call you in a couple of minutes. Mobile #?

Yes

Jan 26, 2024 at 1:17 PM

Hi Shawn
Can we push our call to 3:30 today? A doctor appointment is running way behind in getting me back to office. Thanks and sorry for the late request. GR

Gary, I have a 3 o'clock to 5 o'clock conference call today. Can we talk first thing Monday morning

Sent with Siri

Jan 26, 2024 at 4:00 PM

Steve is in Florida. Trying to reach him.

+    iMessage

RITTENHOUSE-FAC_0000081

12:53

SG

Shawn >

Jan 25, 2024 at 2:30 PM

My meeting ended early so you want to talk now?

Sure thing. Call you in a couple of minutes. Mobile #?

Yes

Jan 26, 2024 at 1:17 PM

Hi Shawn
Can we push our call to 3:30 today? A doctor appointment is running way behind in getting me back to office. Thanks and sorry for the late request. GR

Gary, I have a 3 o'clock to 5 o'clock conference call today. Can we talk first thing Monday morning

Sent with Siri

Jan 26, 2024 at 4:00 PM

Steve is in Florida. Trying to reach him. Be back to you as soon as I do.

Ok thanks

Jan 29, 2024 at 10:05 AM

I'll be able to call you at 10:30am

Call my mobile when you are ready.

iMessage

12:53

**SG**

Shawn ›

Jan 29, 2024 at 10:05 AM

I'll be able to call you at 10:30am

Call my mobile when you are ready.

Jan 30, 2024 at 1:23 PM

Plant got email that the two DMR invoices were not going to be paid.

The deal with Goldy was to forego box charges on the trial loads of oily and work on future loads so long as boxes were limited quantity.

Is there something else we need to provide?

I wasn't included in that email. I need to see it. We were going to pay the DMRs then debit Goldy. You and Greg were supposed to give me the settlement you agreed to. Then all this other stuff happened but I never got the amount you two agreed to.

Appreciated. I will send you a copy for the emails the plant got.

So we will debit Goldy for the total that was sent originally?

Yes

iMessage



RITTENHOUSE-FAC_0000084

12:53

SG

Shawn ›

Feb 1, 2024 at 12:06 PM

United says they will have five loads and I believe Goldy has one for sure, possibly two.

Thanks Shawn
Will be back to you in a bit.

Feb 2, 2024 at 1:18 PM

Can we reschedule our call for this afternoon at 1:30? I have an early meeting that's carrying over much later than I expected.

I can do it later today or we could have a quick discussion over the weekend at your convenience .

I'm available now until 3:00pm if that helps

Feb 7, 2024 at 3:19 PM

Any updates? I need to run in Feb to wind this down.

Feb 9, 2024 at 12:40 PM

If you have some time today, give me a call.

Feb 9, 2024 at 1:58 PM

iMessage

RITTENHOUSE-FAC_0000085

12:53

SG

Shawn ›

Feb 9, 2024 at 1:58 PM

Can I call you around 3pm?

Sure thing. At your convenience

Feb 13, 2024 at 10:41 AM

4 Photos



See attached photos of oily load.
It should be able to go into a
secondary .

17,761 pounds in fines

Feb 13, 2024 at 3:42 PM

iMessage

12:53

SG

Shawn ›

Feb 13, 2024 at 3:42 PM

Our people are showing 370,076 lbs. of material there? That's based on Kim's last report from 2/5. Is there any baled 5052 poly and finished shred still there?

I will have Kim send out the outbound shipments summary. They may not have the outbound reports

B me to you shortly

Ok thanks

Be to you shortly

Kim is sending out for last week and this week activities. Physical left is the oily load and the small fines load.

Feb 16, 2024 at 10:53 AM

We've got trucks to pick up Tuesday 2/20. We need the revised invoices so we can pay Faith.

Feb 16, 2024 at 12:08 PM

Sorry wrong recipient

Edited

Feb 16, 2024 at 1:27 PM

Just got off phone with our trucking

iMessage



12:54

SG

Shawn

Sorry wrong recipient

Edited

Feb 16, 2024 at 1:27 PM

Just got off phone with our trucking company and freight department: they will pick up the fines on Monday and on Tuesday bring a high-side dump to pick up the skeletons. I reiterate that we're not going to pay storage fees, so I need assurance by EOB today (or even as late as Saturday night) that if we send the trucks they will get loaded.

Will be back to you very shortly

Thanks

Feb 16, 2024 at 3:20 PM

Spoke with Steve and you are good to load out the fines Monday and the oily load on Tuesday. On the oily skeleton scrap, Steve believes you will need two trucks to get it all out since the material is fluffy.
Will call you in a bit.

Delivered

Trucking says they'll try to get it all Tuesday and if it won't fit they'll come back Wednesday for the balance.

iMessage

RITTENHOUSE-FAC_0000088

Message

| From: | Brotherton, Michele [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BF23C96383984717B0133598B4127067-BROTHERTONM] |
|---|---|
| Sent: | 7/7/2023 4:52:36 PM |
| To: | Kim Watson [kim@faithaluminum.com] |
| Subject: | FW: Faith Processing PO |

Include po 4500375217 on invoices

**From:** Sizemore, Tabitha <tabitha.sizemore@constellium.com>
**Sent:** Friday, July 7, 2023 12:49 PM
**To:** Brotherton, Michele <michele.brotherton@constellium.com>
**Subject:** RE: Faith Processing PO



**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com

Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Brotherton, Michele <michele.brotherton@constellium.com>
**Sent:** Friday, July 7, 2023 12:47 PM
**To:** Sizemore, Tabitha <tabitha.sizemore@constellium.com>
**Subject:** Faith Processing PO

What is the PO for Faith Processing PO?

**Michele Brotherton, MBA**
**Metal Flow Coordinator**
Constellium Rolled Products Ravenswood,  LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone :  800-258-6686 ex 6988 or 304.273.6988

EXHIBIT 23

Cell phone 304-373-7209
Mail : michele.brotherton@constellium.com

CRPR-001092

---

**Message**

---

| | |
|---|---|
| **From:** | Kim Watson [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=5266F51C30934AD9AEC51BEFB06ED1D0-KIM] |
| **Sent:** | 12/12/2023 12:01:41 PM |
| **To:** | Steve Stewart [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=21d6532b4b074ddb817562c87807f15a-steve] |
| **Subject:** | Constellium |
| **Attachments:** | Constellium Total Incoming.xlsx |

Thank You!

**Kimberly Watson**
**Office Manager/Accounting**
**Faith Aluminum Co.**
375 Industrial Drive
Rockmart, GA 30153
Office:678-940-9407
Cell:770-546-5461
kim@faithaluminum.com

**EXHIBIT 24**

FAC_0008538

**This Document Produced Natively**

FAC_0008539

| | Week Ending | Total Weight |
|---|---|---|
| **June** | 6/9 | 576,648 |
| | 6/16 | 539,198 |
| | 6/23 | 375,735 |
| | Total | **1,491,581** |
| **June ship** | | |
| **July Contract** | 6/30 | **454,269** |
| **July** | 7/7 | 127,127 |
| | 7/14 | 194,443 |
| | 7/21 | 207,597 |
| | 7/28 | 259,798 |
| | 7/31 | 80,027 |
| | Total | **868,992** |
| **August** | 8/4 | 194,272 |
| | 8/11 | 42,502 |
| | 8/18 | 177,040 |
| | 8/25 | 202,346 |
| | 8/30 | 176,213 |
| | Total | **792,373** |
| **September** | 9/8 | 204,900 |
| | 9/15 | 212,783 |
| | 9/22 | 205,350 |
| | 9/29 | 124,467 |
| | Total | **747500** |
| **October** | 10/6 | 249,287 |
| | 10/13 | 286,747 |
| | 10/20 | 204,112 |
| | 10/27 | 208,218 |
| | Total | **948,364** |
| **November** | 11/3 | 122,677 |
| | 11/10 | 323,651 |
| | 11/17 | 110,408 |
| | 11/24 | |
| | Total | **556,736** |
| **December** | 12/8 | 240,954 |
| | 12/12 | 42,828 |
| | Total | **283,782** |
| | Total | **6,143,597** |
| **Total Owed** | 6,143,597 * .02 = $122,871.94 | |
| **Total Owed Per Contract** | 9,100,000 | |
| **June - December** | | |
| **Total Shipped as of 12/12** | 6,143,597 | |
| **Total Pounds Owed** | 2,956,403  @ .18 = $532,152.54 | |

---

Message

| | |
|---|---|
| **From:** | Melissa Facemyer [melissa.facemyer@constellium.com] |
| **Sent:** | 1/25/2024 10:48:10 AM |
| **To:** | Steve Stewart [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=21d6532b4b074ddb817562c87807f15a-steve] |
| **CC:** | MELISSA.FACEMYER@CONSTELLIUM.COM |
| **Subject:** | Return of Invoice 3134 - 4500392846/167615 |
| **Attachments:** | Original invoice.PDF |

Best Regards,

The Accounts Payable Team

Return reasons:

- Quantity issue

Comments:
The invoice was billed at the 250,000 versus the actual processed
weight. Please rebill with the correct weight.

Best Regards,

The Accounts Payable Team

Avis :

Ce message et toute pièce jointe sont la propriété de Constellium et sont destinés seulement aux personnes ou à l'entité à qui le message est
adressé. Si vous avez reçu ce message par erreur, veuillez le détruire et en aviser l'expéditeur par courriel. Si vous n'êtes pas le destinataire du
message, vous n'êtes pas autorisé à utiliser, à copier ou à divulguer le contenu du message ou ses pièces jointes en tout ou en partie. Veuillez
prendre note de notre information sur la protection des données en cliquant ici

Anmerkung:

Diese Nachricht und alle Anhänge sind Eigentum von Constellium und nur für die angegebene Person oder Organisation bestimmt. Wenn Sie diese
Nachricht irrtümlich erhalten, informieren Sie bitte den Absender per E-Mail und löschen Sie die Nachricht. Wenn Sie nicht der vorgesehene
Empfänger sind, dürfen Sie diese Nachricht oder die Anhänge weder ganz noch teilweise verwenden, kopieren oder sonstwie weiterverbreiten.
Bitte lesen Sie unseren Hinweis zum Datenschutz in dem Sie hier klicken.

EXHIBIT
25

FAC_0008566

Upozornení:

Tato zpráva s prípadnými prílohami je majetkem spolecnostl Constellium a je urcena výhradne uvedeným príjemcum nebo entitám, kterým je adresována. Pokud jste tuto zprávu dostali omylem, informujte prosím e-mailem odesilatele a zprávu smažte. Nejste-li zamýšleným príjemcem, nesmite používat, kopírovat ani zverejnovat obsah zprávy ci príloh nebo jejich cástí. Přečtěte si prosím naše zásady ochrany osobních údajů kliknutím na odkaz zde.


Notice

This message and any attachments are the property of Constellium and are intended solely for the named recipients or entity to whom this message is addressed. If you have received this message in error please inform the sender via e-mail and destroy the message. If you are not the intended recipient you are not allowed to use, copy or disclose the contents or attachments in whole or in part. Please take note of our information relating to data protection which you can access by clicking here

FAC_0008567

# Faith Aluminum Co

**375 Industrial Drive**
**Rockmart, GA  30153**

# Invoice

| Date | Invoice # |
|------|-----------|
| 1/12/2024 | 3134 |

Bill To

Constellium
859 Century Road
Ravenswood, WV 26164


RECEIVED
JAN 1 5 2024
ACCOUNTS PAYABLE
RAVENSWOOD

| P.O. No. | Terms |
|----------|-------|
| 4500392846 | Net 30 |

| Description | Qty | Rate | Amount |
|-------------|-----|------|--------|
| Weekly Contract Volume | 250,000 | 0.2931 | 73,275.00 |
| Material Receipts 01/01 - 01/05/2024 | 113,763 | 0.00 | 0.00 |

| | | | |
|---|---|---|---|
| | | **Total** | $73,275.00 |
| | | **Balance Due** | $73,275.00 |

**Week Ending 01/05/2024**

**BEGINNING INVENTORY**

| Category | Pounds |
|---|---|
| Un-Processed Inventory | 284,419 |
| Inventory - Finished Shred | 90,108 |
| Inventory - Fines | 7,238 |

**RECEIPTS & PRODUCTION**

| Category | Pounds |
|---|---|
| RECEIPTS | 113,763 |
| PRODUCTION | 84,402 |

**PRODUCTION DETAIL**

| Category | Pounds |
|---|---|
| Pounds Processed | 84,402 |
| Deduction - Trash | 1,527 |
| Fines - Generated | 1,524 |

**OUTBOUND SHIPMENTS**

| Category | Pounds |
|---|---|
| Finished Shred | - |
| Fines | - |

**ENDING INVENTORY**

| Category | Pounds |
|---|---|
| Un-Processed Inventory | 313,780 |
| Inventory - Finished Shred | 171,459 |
| Inventory - Fines | 8,762 |

## Constellium Incoming / Outgoing

**Week  01/01 - 01/05/2024**

| Date | Delivery # | Gross | Tare | Net | Cust Dunnage | Final Weight to Bill |
|---|---|---|---|---|---|---|
| 1/3/24 | R22X9PT | 71,100 | 34,360 | 36,740 | 789 | 35,951 |
| 1/3/24 | R22WPZJ | 69,380 | 31,780 | 37,600 | 739 | 36,861 |
| 1/5/24 | R22X9QU | 73,600 | 32,320 | 41,280 | 329 | 40,951 |
| | | | | 0 | | 0 |
| | | | | 0 | | 0 |
| | | | | 0 | | 0 |
| | | | | 0 | | 0 |
| | | | | 0 | | 0 |
| | | | | 0 | | 0 |
| | | | | 0 | | 0 |
| | | | | 0 | | 0 |
| | | | | 0 | | 0 |
| | | | | 0 | | 0 |
| | | | | 0 | | 0 |
| | | | | | THIS WEEK INCOMING MATERIAL | 113,763 |
| | | | Trash | Fines | | |
| | | | -1,527 | -1,524 | Total Deduct | -3,051 |
| | | | | | WEEK ENDING INVENTORY AFTER DEDUCTIONS | 110,712 |
| | | | | | Last Week Inventory (after trash & fines deduct) | 374,527 |

| Date | Delivery # | Gross | Tare | Net | Cust Dunnage | Final Weight to Bill |
|------|-----------|-------|------|-----|--------------|----------------------|
| MATERIAL SHIPPED THIS WEEK | | | | | | |
| Date | BOL# | Gross | Tare | Net | | Left in Inventory |
| | | | | 0 | | 485,239 |
| | | | | 0 | | 485,239 |
| | | | | 0 | | 485,239 |
| | | | | 0 | | 485,239 |
| | | | | 0 | | 485,239 |
| | | | | 0 | | 485,239 |
| | | | | 0 | | 485,239 |
| | | | | | | 485,239 |
| | | | | | | 485,239 |
| | | | | | | 485,239 |
| | | | | | | 485,239 |

# FAITH ALUMINUM CO.

January 29, 2024

Constellium
859 Century Road
Ravenswood, WV 26164

RE:    Purchase Order # 4500392846

We have submitted three invoices (#3134 on 1/12, 3135 on 1/15, and 3136 on 1/22) for the month of January per your Purchase Order # 4500392846.  The final invoice for January is being submitted along with this letter.
To date, two of January invoices invoices were returned to us stating that they were billed incorrectly.  Again, these invoices are NOT incorrect as they were submitted per the Purchase Order referenced above.

We need to know before noon today if Constellium intends to honor the PO 450039246 and pay all invoices as submitted for January.  If not, we are halting all further shipments into our facility.

Please contact Steve Stewart or Garey Rittenhouse no later than 12:00 pm today.

Sincerely,

Steven J Stewart
President

**375 Industrial Drive • Rockmart, GA  30153**

EXHIBIT
**26**

CRPR-007191

# FAITH ALUMINUM CO.

**375 Industrial Drive • Rockmart, GA 30153**

CRPR-007192

Message

| | |
|---|---|
| **From:** | Brotherton, Michele [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BF23C96383984717B0133598B4127067-BROTHERTONM] |
| **Sent:** | 1/31/2024 8:08:47 PM |
| **To:** | Doss, Jeff [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5444c267c05946b3a90bd2d050f130c0-dossj] |
| **Subject:** | FW: Return of Invoice 3132 - 4500375217/165607 |
| **Attachments:** | Original invoice.PDF; FW: Return of Invoice 3133 - 4500375217/165607 |

---

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Tuesday, January 30, 2024 3:53 PM
**To:** Brotherton, Michele <michele.brotherton@constellium.com>
**Cc:** Sizemore, Tabitha <tabitha.sizemore@constellium.com>; Petry, Joshua T. <joshua.petry@constellium.com>
**Subject:** FW: Return of Invoice 3132 - 4500375217/165602

We ARE paying the DMR invoices to Faith Aluminum as attached.
I have said all along that these would be paid, but was waiting for the results of a negotiation over the amount between the shipper and Faith.

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Thursday, January 11, 2024 1:32 PM
**To:** Brotherton, Michele <michele.brotherton@constellium.com>; Sizemore, Tabitha <tabitha.sizemore@constellium.com>
**Subject:** Re: Weekly Reports and DMR Invoices

We will be paying but the amount will change. New invoices will be issued and I will complete debit memos to match.

---

Faith and AVEC agreed to settle on the as-invoiced amounts. Therefore, we need to pay this and I am working with Tabitha to issue Debit Memos to AVEC in the equivalent amount.

SpG

**From:** Garey Rittenhouse <garey@regionalmetalservices.com>
**Sent:** Tuesday, January 30, 2024 3:29 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** Fwd: Return of Invoice 3132 - 4500375217/165602

[EXTERNAL SENDER – CAUTION with links and attachments]

Garey Rittenhouse
Regional Metal Services
"Buying Scrap Daily...Building Lifetime Relationships"

**From:** Steve Stewart <steve@faithaluminum.com>
**Sent:** Tuesday, January 30, 2024 12:40:48 PM

EXHIBIT
27

**To:** Garey Rittenhouse <garey@regionalmetalservices.com>
**Subject:** Fwd: Return of Invoice 3132 - 4500375217/165602

Sent from my iPhone

Begin forwarded message:

> **From:** Joshua Petry <joshua.petry@constellium.com>
> **Date:** January 30, 2024 at 12:36:17 PM EST
> **To:** Steve Stewart <steve@faithaluminum.com>
> **Cc:** JOSHUA.PETRY@constellium.com
> **Subject: Return of Invoice 3132 - 4500375217/165602**

Best Regards,

The Accounts Payable Team

Return reasons:

- Other - See comments

Comments:
Changed By: Michele Brotherton (BROTHERTONM)
Changed On: 01/30/2024 17:30:38
*********************************************************************
WILL NOT BE PAYING PER SHAWN GEORGE.

Best Regards,

The Accounts Payable Team

Avis :

Ce message et toute pièce jointe sont la propriété de Constellium et sont destinés seulement aux personnes ou à l'entité à qui le message est adressé. Si vous avez reçu ce message par erreur, veuillez le détruire et en aviser l'expéditeur par courriel. Si vous n'êtes pas le destinataire du message, vous n'êtes pas autorisé à utiliser, à copier ou à divulguer le contenu du message ou ses pièces jointes en tout ou en partie. Veuillez prendre note de notre information sur la protection des données en cliquant ici

Anmerkung:

CRPR-007286

Diese Nachricht und alle Anhänge sind Eigentum von Constellium und nur für die angegebene Person oder Organisation bestimmt. Wenn Sie diese Nachricht irrtümlich erhalten, informieren Sie bitte den Absender per E-Mail und löschen Sie die Nachricht. Wenn Sie nicht der vorgesehene Empfänger sind, dürfen Sie diese Nachricht oder die Anhänge weder ganz noch teilweise verwenden, kopieren oder sonstwie weiterverbreiten. Bitte lesen Sie unseren Hinweis zum Datenschutz in dem Sie hier klicken.


Upozornení:


Tato zpráva s prípadnými prílohami je majetkem spolecnosti Constellium a je urcena výhradne uvedeným prijemcum nebo entitám, kterým je adresována. Pokud jste tuto zprávu dostali omylem, informujte prosím e-mailem odesilatele a zprávu smažte. Nejste-li zamýšleným prijemcem, nesmíte používat, kopírovat ani zverejnovat obsah zprávy ci príloh nebo jejich cástí. Přečtěte si prosím naše zásady ochrany osobních údajů kliknutím na odkaz zde.


Notice


This message and any attachments are the property of Constellium and are intended solely for the named recipients or entity to whom this message is addressed. If you have received this message in error please inform the sender via e-mail and destroy the message. If you are not the intended recipient you are not allowed to use, copy or disclose the contents or attachments in whole or in part. Please take note of our information relating to data protection which you can access by clicking here.

CRPR-007287

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ROME DIVISION

FAITH ALUMINUM COMPANY,

      Plaintiff,

v.                             Civil Action No. 4:24-cv-00151-WMR

CONSTELLIUM ROLLED
PRODUCTS RAVENSWOOD, LLC,

      Defendant.

## PLAINTIFF'S AMENDED NOTICE OF 30(B)(6) DEPOSITION TO DEFENDANT CONSTELLIUM ROLLED PRODUCTS RAVENSWOOD, LLC

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Civil Procedure 30(B)(6), on April 1st, 2025, at 2:00 p.m. Plaintiff Faith Aluminum Company, by and through its counsel, will take the deposition of Defendant Constellium Rolled Products Ravenswood, LLC ("Constellium") at Chase Tower, 17th Floor, 707 Virginia Street East, Charleston, WV 25301, upon oral examination, regarding the subjects identified on Exhibit A, attached hereto.

The depositions will be taken before an authorized court reporter or other person duly authorized to administer oaths. The deposition will be recorded by stenographer and may be used for any purpose authorized by the Federal Rules of Civil Procedure.

1

4917-7667-7925.v1

EXHIBIT
28

Defendant Constellium shall designate the appropriate person or persons to appear and testify on its behalf regarding the subjects listed on Exhibit A.

Respectfully submitted, this 10th day of March 2025.

ARNALL GOLDEN GREGORY LLP

/s/ C. Knox Withers
C. Knox Withers
Georgia Bar No. 142482
Knox.Withers@agg.com
Morgan E. M. Harrison
Georgia Bar No. 470983
Morgan.harrison@agg.com
Avery E. Carter
Georgia Bar No. 443820
Avery.carter@agg.com

*Attorneys for Plaintiff*

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
404-873-8500

4917-7667-7925.v1

**Exhibit A**

Unless otherwise defined, capitalized terms shall have the same meaning as in Plaintiff's Complaint.

1.    The allegations set forth in Plaintiff's Complaint;

2.    The responses, defenses, and allegations set forth in Defendant's respective Answer and Defenses;

3.    Communications between representatives of Plaintiff, including, but not limited to, Steve Stewart, Muriel Stewart, Kim Watson, and Garey Rittenhouse, and representatives of Defendant, including, but not limited to Shawn George, Michele Brotherton, Tabitha Sizemore, and Dave Griffith, regarding the facts and circumstances giving rise to this Lawsuit;

4.    Communications and discussions relating to negotiations between Plaintiff and Defendant regarding Plaintiff's performance of tolling services for Defendant in 2023 and 2024, the terms on which Plaintiff would provide such services, and the price Defendant would pay for such services;

5.    Communications and discussions between representatives of Defendant and representatives of Plaintiff regarding the formation of any contracts, whether written or oral, regarding Plaintiff's performance of tolling services for Defendant in 2023;

3

4917-7667-7925.v1

6.  Communications regarding Defendant's alleged shortfall in production in 2023 or 2024 as compared to the production that Plaintiff anticipated based on the parties' discussions;

7.  Communications and discussions between representatives of Defendant and representatives of Plaintiff regarding any contracts, whether written or oral, regarding Plaintiff's performance of tolling services for Defendant in 2024;

8.  Defendant's business operations, practices, and procedures relating to the tolling services Plaintiff performed for Defendant;

9.  Defendant's understanding and knowledge regarding any and all purchase orders Defendant issued to Plaintiff in connection with the tolling services Plaintiff performed, or that Defendant requested Plaintiff to perform, in 2023 and 2024;

10.  Defendant's understanding and knowledge regarding any minimum volumes of scrap aluminum alloy that Plaintiff required or expected in connection with any purchase orders exchanged between Plaintiff and Defendant in 2023 or 2024;

11.  Defendant's communications with Garey Rittenhouse and Defendant's understanding of his authority to act on behalf of Faith;

12.  Defendant's responses to Plaintiff's discovery requests in this litigation.

4

4917-7667-7925.v1

13.   The documents Defendant produced in this litigation.

## <u>CERTIFICATE OF SERVICE</u>

I certify that, on this date, I served Defendant with a copy of the foregoing by electronic mail, which will cause a copy to be delivered to Defendant's attorney of record addressed to:

John J. Meadows
STEPTOE & JOHNSON PLLC
707 Virginia Street E.
Suite 1700
Charleston, West Virginia 25301

March 10th, 2025.

ARNALL GOLDEN GREGORY LLP

/s/ *C. Knox Withers*
C. Knox Withers
Georgia Bar No. 142482
Knox.Withers@agg.com
Morgan E. M. Harrison
Georgia Bar No. 470983
Morgan.harrison@agg.com
Avery E. Carter
Georgia Bar No. 443820
Avery.carter@agg.com

*Attorneys for Plaintiff*

171 17th Street, N.W., Suite 2100
Atlanta, Georgia 30363-1031
404-873-8500

6

4917-7667-7925.v1

| Message | |
|---|---|
| **From:** | George, Shawn P. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS] |
| **Sent:** | 5/22/2023 3:46:48 PM |
| **To:** | Griffith, Dave [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=01f4588b08e440f78b4835f4e4e3fa2c-griffithd] |
| **Subject:** | Re: Freight rate for dump loads |

Thanks Dave! This is helpful. I hope to follow up with you this afternoon if I can get this deal done!

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

---

**From:** Griffith, Dave <dave.griffith@constellium.com>
**Sent:** Monday, May 22, 2023 11:45:16 AM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** Re: Freight rate for dump loads

I would have to sign them up as a carrier for Constellium. Let me know what the price is I could get our approved carrier to match it.   Signing a carrier up is not that difficult it's just some of them want to fight about the terms and conditions. I have found that the dump guys have so much work they don't want to fool with it

Get Outlook for iOS

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Monday, May 22, 2023 11:27:26 AM
**To:** Griffith, Dave <dave.griffith@constellium.com>
**Subject:** RE: Freight rate for dump loads

Dave,
If a supplier finds a better rate than this, are we able to use the lower cost carrier? Or are there too many hoops to jump through?

Constellium will own the scrap delivered Rockmart, and pay the processor, who has committed to keeping 2m pounds of processed material on hand for us to ship from.

SpG

**From:** Griffith, Dave <dave.griffith@constellium.com>
**Sent:** Tuesday, May 9, 2023 3:15 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: Freight rate for dump loads

Ok

We can do this for $2100.00 per load

**EXHIBIT 30**

CONFIDENTIAL

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Tuesday, May 9, 2023 1:48 PM
**To:** Griffith, Dave <dave.griffith@constellium.com>
**Subject:** RE: Freight rate for dump loads

Try this...

**From:** Griffith, Dave <dave.griffith@constellium.com>
**Sent:** Tuesday, May 9, 2023 1:36 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: Freight rate for dump loads

## Cant open the picture

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Tuesday, May 9, 2023 12:22 PM
**To:** Griffith, Dave <dave.griffith@constellium.com>
**Subject:** Re: Freight rate for dump loads



Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

**From:** Griffith, Dave <dave.griffith@constellium.com>
**Sent:** Tuesday, May 9, 2023 12:12:14 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: Freight rate for dump loads

## Have any pictures of this material ?

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Tuesday, May 9, 2023 11:52 AM
**To:** Griffith, Dave <dave.griffith@constellium.com>
**Subject:** Freight rate for dump loads

Hi Dave,
I am working on a deal where I would buy aluminum scrap on a "delivered Rockmart GA" basis from a dealer in Chicago, have it shredded in Rockmart, and then I would need Constellium to arrange and pay the freight from Rockmart GA to Ravenswood. The shredded aluminum would be shipped loose in a dump. I need the freight rate to calculate my pricing proposal for the scrap.

Can you help me get a freight rate from:
Faith Aluminum
375 Industrial Drive

CONFIDENTIAL

Rockmart GA 30153

The frequency is about 10 loads per month out of GA.

Let me know if you need any more info.

Thanks,
SpG

CONFIDENTIAL