1          IN THE UNITED STATES DISTRICT COURT

2              FOR THE NORTHERN DISTRICT

3                   OF GEORGIA

4                * * * * * * * *

5   FAITH ALUMINUM                    Case No.

6   COMPANY,                          4:24-cv-00151-WMR

7       Plaintiff.

8       vs.

9   CONSTELLIUM ROLLED

10  PRODUCTS RAVENSWOOD,

11  LLC

12      Defendant.

13              * * * * * * * *

14

15                    DEPOSITION OF

16                    JENNIFER FIFE

17                    April 2, 2025

18

19

20

21

22      Any reproduction of this transcript is

23      prohibited without authorization by the

24              certifying agency.

25

Page 2

1

2                    DEPOSITION

3                        OF

4    JENNIFER FIFE, taken on behalf of the Plaintiff

5    herein, pursuant to the Rules of Civil

6    Procedure, taken before me, the undersigned,

7    Emily Stewart, a Court Reporter and Notary

8    Public in and for the Commonwealth of

9    Pennsylvania, at the offices of Chase Tower,

10   17th Floor, 707 Virginia Street East,

11   Charleston, WV 25301, on Wednesday, April 2,

12   2025, beginning at 12:49 P.M.

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                A P P E A R A N C E S

 2

 3      KNOX WITHERS, ESQUIRE

 4      Arnall, Golden, Gregory LLP

 5      171 17th Street N.W.

 6      Suite 2100

 7      Atlanta, Georgia 30363

 8          COUNSEL FOR PLAINTIFF

 9

10      JOHN J. MEADOWS, ESQUIRE

11      RUSSELL JESSEE, ESQUIRE

12      Steptoe and Johnson PLLC

13      707 Virginia Street East

14      Suite 1700

15      Charleston, WV 25301

16          COUNSEL FOR DEFENDANT

17

18

19

20

21

22

23

24

25
```

1                          I N D E X

2

3     DISCUSSION AMONG PARTIES            7 - 8

4     WITNESS: JENNIFER FIFE

5     EXAMINATION

6        By Attorney Withers             8 - 84

7     DISCUSSION AMONG PARTIES          84 - 87

8     CERTIFICATE                       88

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    EXHIBIT PAGE

 2

 3                                              PAGE

 4     NUMBER   DESCRIPTION                  IDENTIFIED

 5     Exhibit 8        Email Chain              27

 6     Exhibit 10       Email Chain              34

 7     Exhibit 12       Purchase Order Form      48

 8     Exhibit 16       Email                    54

 9     Exhibit 18       Email Chain              57

10     Exhibit 19       Purchase Order Form      59

11     Exhibit 13       Email Chain              65

12     Exhibit 33       Email                    70

13     Exhibit 21       Email Chain              72

14     Exhibit 31       Email Chain              78

15

16

17

18

19

20

21

22

23

24

25
```

1                        OBJECTION PAGE

2

3      ATTORNEY                              PAGE

4      Meadow                19, 20, 43, 53, 55, 69, 84

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 7

1                S T I P U L A T I O N

2        ---------------------------------------

3     (It is hereby stipulated and agreed by and

4     between counsel for the respective parties that

5     reading, signing, sealing, certification and

6     filing are not waived.)

7        ---------------------------------------

8                P R O C E E D I N G S

9        ---------------------------------------

10                JENNIFER FIFE,

11    CALLED AS A WITNESS IN THE FOLLOWING

12    PROCEEDING, AND HAVING FIRST BEEN DULY SWORN,

13    TESTIFIED AND SAID AS FOLLOWS:

14                       ---

15          ATTORNEY WITHERS:

16          This will be the deposition of

17    Jennifer for Fife in case of Faith Aluminum

18    Company versus Constellium Rolled Products,

19    Ravenswood, LLC, being taken pursuant to notice

20    recorded by a Court Reporter.  Taken pursuant

21    to the federal Rules of Civil procedure for all

22    lawful purposes.

23          John, as with the other

24    depositions, reserve all objections except to

25    the form of the question, responsiveness and

1    answer?

2           ATTORNEY MEADOWS:

3           Yes, of course.  And she will

4    also read.

5           ATTORNEY WITHERS:

6           Perfect.

7           All right.

8                        ---

9                    EXAMINATION

10                       ---

11   BY ATTORNEY WITHERS:

12   Q.    Ms. Fife again, my name is Knox Withers.  I

13   represent the Plaintiff in this case, Faith

14   Aluminum Company.

15       Let me ask you, have you ever been deposed

16   before like this?

17   A.    No.

18   Q.    Okay.

19       I'm sure your Counsel has given you some --

20   - some guidance on it.  But let me just kind of

21   go over a few things.  I'm gonna ask you some

22   questions and --- and you're gonna give the

23   answers.  And Court Reorter is going to take

24   them down.  So, it's important that you answer

25   orally, speak clearly.  Try to avoid huh-uh and

1   uh-huh.  Just cause it's hard for her to get it

2   down.  From time to time I may say, was that a

3   yes or was that a no?  I'm not trying to be

4   rude.  I'm just trying to make sure the

5   record's clear.  And it's important that we

6   don't talk over one another.  Just --- it'll

7   make her job easier.

8        From time to time, I'll ask a question that

9   it's just a total word salad and you won't

10  understand.  Just ask me to repeat it, clarify

11  it, and I'll --- and I'll be glad to do that.

12       I don't anticipate this is going to take

13  terribly long, but if it at any point you need

14  a break, let me know.  We'll take a break.

15  Just ask that you answer any pending question

16  unless your Counsel instructs you not to.

17       And then lastly, are you aware of any

18  medical condition, prescription drug or other

19  condition that would inhibit your ability to

20  understand my questions and give full and

21  complete answers?

22  A.    No.

23  Q.    Okay.

24       If I --- during the course of this

25  deposition, I refer to Faith, I'm referring to

1        Faith Aluminum Company, the Plaintiff.  If I
2        refer to Constellium, I'm referring to
3        Constellium Rolled Products, Ravenswood, LLC,
4        the Defendant.  I know that Constellium has
5        other divisions or branches or whatever the
6        case may be.  If you have any questions about
7        what I'm talking about, let me know and I will
8        clarify that for you.  Let me ask you this.
9            What did you do to prepare for your
10       deposition today?
11       A.    I met with legal.  We walked through the
12       procedure.  Some documents were shared with me.
13       Q.    Okay.
14           Did you discuss today's deposition with
15       anybody other than your attorneys or outside
16       the presence of your attorneys?
17       A.    No.
18       Q.    Did you review any documents that were not
19       selected by your Counsel?
20       A.    No.
21       Q.    Tell me just a little bit about your
22       educational background, starting with, did you
23       go to college?
24       A.    Yes.
25       Q.    Okay.

1       Start --- tell me where you went to

2    college?

3    A.    I went to Fairmont State College and got a

4    bachelor's in business.  I majored in marketing

5    management and general business.

6    Q.    Where is Fairmont?

7    A.    Fairmont, West Virginia.

8    Q.    Okay.

9       Do you have any degrees beyond that?

10   A.    Not other than a certification.

11   Q.    Tell me what certification?

12   A.    It's a certification in purchasing

13   management through the Institute of Supply

14   Management.

15   Q.    Where did you --- it was through what

16   organization or crediting agency did you obtain

17   that?

18   A.    It was the Institute for Supply Management

19   is what it's called.

20   Q.    Institute for Supply Management?

21   A.    Yes.

22   Q.    And how long have you had that

23   certification?

24      Roughly.

25   A.    At least ten --- almost ten years.

1    Q.    Okay.

2          Any other certifications or professional

3    licenses?

4    A.    No.

5    Q.    Is your current employer Constellium Rolled

6    Products, Ravenswood?

7    A.    Mmhmm.  Yes.

8    Q.    And how long have you worked for

9    Constellium?

10   A.    Fifteen (15) years.

11   Q.    And what is --- what is your current title?

12   A.    I am the Site Business Project Manager on a

13   project called Synergy.

14   Q.    Okay.

15         And what is the nature of that project?

16   A.    We are upgrading our ERP system, and I am

17   the project manager for the Ravenswood site to

18   do that upgrade.

19   Q.    And what does ERP stand for?

20   A.    Enterprise Resource Program.  It's how we

21   buy things, how we sell things, how we pay our

22   bills and receive invoices.

23   Q.    Who --- who do you directly report to?

24         Who's your boss?

25   A.    Brian McCallie.

1    Q.    He's the CEO?

2    A.    Yes.

3    Q.    How long have you been in your current role

4    of Site Business Project Manager, what ---

5    whatever you said it was?

6    A.    Yes.  Since the fall of '23.

7    Q.    Okay.

8    A.    Q4.

9    Q.    And what was your role with Constellium

10   before that?

11   A.    I was the Director of Procurement.

12   Q.    And procurement of what?

13   A.    Indirect Goods and Services.  Meaning not

14   metals, not scrap metals, not raw materials,

15   everything else.

16   Q.    Okay.

17       In that role, to whom did you report?

18   A.    Brian McCallie.

19   Q.    In that role, Director of Procurement, how

20   many people reported directly to you?

21   A.    There were --- sorry, ---

22   Q.    It's okay.

23   A.    --- one, two, three, four, five, six,

24   seven, salary, and then there was about 12,

25   plus or minus that given times, hourly that

1     reported through.

2     Q.    Okay.

3         I'm not going to ask you to go through all

4     of those.  Let me ask you this, though.

5         At any point in time, did Shawn George

6     report directly to you?

7     A.    No.

8     Q.    At any point in time, did Dave Griffith

9     report directly to you?

10    A.    No.

11    Q.    At any point in time, did Michele

12    Brotherton report directly to you?

13    A.    No.

14    Q.    At any point in time, did Tabitha Sizemore

15    report directly to you?

16    A.    Yes.

17    Q.    Okay.

18        At what point in time did Ms. Sizemore

19    report directly to you?

20    A.    I don't know the exact year that she came

21    into my department.  It was a couple years.

22    Q.    Okay.

23        She --- does she still report to you

24    directly?

25    A.    No.

1    Q.    Because of your change in role or did she

2    have a change in role?

3    A.    No, I changed.

4    Q.    Who does she report to directly now?

5       If you know.

6    A.    Bryan Wilson.

7    Q.    And did he take over your role when you

8    moved?

9    A.    Yes, as a manager.

10   Q.    Okay.

11      Okay.

12      I --- I know I'm going to ask you a lot of

13   questions today.  The answer is either I don't

14   know or no.  And I just have to --- I just have

15   to go through them and make a record.  So, I'm

16   going to apologize in advance for that.

17   A.    Yep.

18   Q.    Are you at all responsible for identifying

19   vendors to process scrap alloy for Constellium?

20   A.    No.

21   Q.    Are you at all responsible for negotiating

22   contracts with vendors that process scrap alloy

23   for Constellium?

24   A.    Can I clarify?  Not in my current role.

25   Are we ---

1    Q.    I'm sorry.

2    A.    Yeah.

3    Q.    That's a good point.

4    A.    Okay.

5    Q.    What I'm asking about is for --- in the ---

6    in your role as Director of Procurement.

7    A.    Okay.

8    Q.    Okay.

9        In that role, were you responsible for

10   negotiating contracts with vendors that process

11   scrap alloy for Constellium?

12   A.    Oversight.

13   Q.    Tell me, what do you mean by oversight?

14       What was your role?

15   A.    Right.  So, for a service contract, which

16   that would be, I would have a procurement agent

17   that would be the kind of the conduit between

18   this stakeholder and legal to do the

19   negotiations.  If that person needed

20   consultation, I would provide that to them.

21   Q.    Okay.

22       And in connection with Constellium's

23   business relationship with Faith Aluminum, who

24   was that conduit person?

25   A.    Tabitha Sizemore.

1    Q.    Okay.

2       If you provided oversight but didn't

3    directly negotiate those contracts, who --- who

4    typically would negotiate those contracts?

5       If you know.

6    A.    Tabitha would be involved for procurement.

7    Q.    Okay.

8       Were you responsible for drafting the

9    contracts between Constellium and processors

10    like Faith Aluminum?

11    A.    We have a template that legal --- approved

12    by our legal department that we would start

13    with as a baseline.

14    Q.    And once you drafted a contract, did ---

15    did you have to approve the final or close to

16    final product?

17    A.    I typically reviewed those, but I --- I

18    didn't have signatory to any contracts in my

19    role, so.

20    Q.    Have you ever worked for any other

21    companies under what I'll call the Constellium

22    umbrella, other than Constellium Rolled

23    Products, Ravenswood?

24    A.    No.

25    Q.    Do --- do you --- you feel like you have a

1    general understanding of what this lawsuit is -

2    -- is generally about?

3    A.    Generally, yes.

4    Q.    Okay.

5        To what extent, if any, were you involved

6    in Constellium's business relationship with

7    Faith Aluminum?

8    A.    Not at all.

9    Q.    Do you know where Constellium obtained the

10   scrap alloy that it asked --- well, let me

11   withdraw that.

12       Are you aware that there was a business

13   relationship between Constellium and Faith

14   Aluminum?

15   A.    I was made aware, yes.

16   Q.    At what point in time were you made aware?

17       Roughly.

18   A.    Probably around the June time frame is when

19   I found out.  May, June.

20   Q.    Of 2023?

21   A.    2023.

22   Q.    Okay.

23       What was your understanding of what that

24   business relationship was?

25   A.    It was a processing for scrap.

1    Q.    When Constellium hires a processor like

2    Faith to process scrap metal, is it your

3    understanding that Constellium enters into

4    formal written contracts with those vendors?

5    A.    Yes.

6    Q.    To your knowledge, are those contracts

7    simply purchase orders or are they distinct

8    from purchase orders?

9              ATTORNEY MEADOWS:

10             Object to form.  You can --- you

11   can go ahead and answer.

12             THE WITNESS:

13             Okay.

14             They are typically like a formal

15   agreement that is referenced on the purchase

16   order.

17   BY ATTORNEY WITHERS:

18   Q.    And in --- those are the contracts that we

19   talked about where you would provide oversight

20   and ---

21   A.    Yes.

22   Q.    --- start with the template that legal had

23   approved, correct?

24   A.    Correct.

25   Q.    Do you know what Constellium's typical

1    payment terms are with respect to paying

2    processors who toll scrap alloy?

3    A.    I don't know the answer to that.

4    Q.    Okay.

5        And that's a totally fine answer.

6        Do you know how Constellium's processors or

7    the processors that Constellium engages, do you

8    know how they typically charge for the

9    processing of scrap alloy?

10   A.    For scrap alloy, no.

11   Q.    Okay.

12       So, you don't know if it's on a per pound

13   basis or on a per ton basis or some other ---

14   some other basis?

15   A.    I don't know for sure.

16   Q.    Okay.

17       When Constellium engages a processor to

18   toll scrap alloy, do you know whether those

19   processors typically require Constellium to

20   deliver minimum volumes of scrap?

21             ATTORNEY MEADOWS:

22             Object to the form.  Go ahead and

23   answer.

24             THE WITNESS:

25             I don't know.

1              ATTORNEY WITHERS:

2              I want to say some of the reasons

3      I'm pausing between questions here is I'm

4      seeing what I can skip over.

5              THE WITNESS:

6              Okay.

7              That's fine.

8              ATTORNEY WITHERS:

9              So, --- so, to get you out of

10     here faster.

11     BY ATTORNEY WITHERS:

12     Q.    Do you know if --- if Constellium

13     negotiates with a processor with regard to a

14     certain amount of volume of scrap and

15     Constellium is unable to deliver the forecasted

16     amount of scrap to the processor to process, do

17     you have any understanding of how those parties

18     might resolve any such discrepancy?

19     A.    We don't do take or pay contracts, if

20     that's what you're describing.  We --- we just

21     don't have those type of contracts.

22     Q.    Okay.

23         We'll talk about that in --- in a little

24     bit.

25         To your knowledge, before 2023, had

1    Constellium Ravenswood ever hired Faith to

2    process toll scrap alloy?

3    A.    No.

4    Q.    Okay.

5         And that --- that was probably a poorly

6    worded question on my part.

7         So no, they had not, or no, you don't know

8    whether they had?

9    A.    No, they had not.

10   Q.    Do you know how the relationship between

11   Constellium and Faith came about?

12   A.    Shawn George.

13   Q.    Do you know a gentleman by the name of

14   Garey Rittenhouse?

15   A.    No.  I saw his name in an email in the

16   packet.

17   Q.    Fair enough.

18        Have you ever spoken with Mr. Rittenhouse?

19   A.    No.

20   Q.    Have you ever emailed with Mr. Rittenhouse?

21   A.    No.

22   Q.    Do you know who Mr. Rittenhouse works for?

23   A.    I can't remember the name, no.

24   Q.    Do you have any understanding of what his

25   role was in the connection with the

1     Constellium's business relationship with Faith

2     Aluminum?

3     A.    I don't have a clear understanding, no.

4     Q.    Do you have a cloudy understanding or a ---

5     A.    Yes.

6     Q.    --- nebulous?

7     A.    Just I --- well, I believe his role was

8     providing metal to Faith for processing on our

9     behalf.

10    Q.    Okay.

11        Have you ever heard of a company called

12    Regional Metal Services?

13    A.    No.

14    Q.    During the course of Constellium's dealings

15    with Faith Aluminum, did you ever have direct

16    communications with anybody at Faith Aluminum?

17    A.    No.

18    Q.    Okay.

19        So, you --- you've never communicated with

20    a gentleman named Steve Stewart?

21    A.    No.

22    Q.    Never communicated with a woman named

23    Muriel Stewart?

24    A.    No.

25    Q.    Never communicated with a woman named Kim

1    Watson?

2    A.    No.

3    Q.    Did Constellium, to your knowledge, ever

4    enter into a written contract for the tolling

5    services that Faith performed for Constellium

6    in 2023?

7    A.    Not that I'm aware of.

8    Q.    Would --- would that --- are you aware that

9    Con --- that Faith performed tolling services

10   for Constellium in 2023?

11   A.    Yes.

12   Q.    In your experience, is it unusual that

13   Constellium would engage a vendor like Faith to

14   perform processing services without a formal

15   written contract?

16   A.    Can you restate how you asked that?

17   Q.    I will try my best.

18   A.    Yeah.

19       Okay.

20   Q.    Let's see.  You testified earlier that

21   Constellium typically enters into formal

22   written contracts with the companies that

23   process scrap alloy, correct?

24   A.    Yes.

25   Q.    You are aware that --- that in 2023, Faith

1    performed processing services for Constellium,

2    correct?

3    A.    Correct.

4    Q.    You testified that there was, to your

5    knowledge, no formal written contract between

6    Constellium and Faith for those services that

7    Faith performed in 2023, correct?

8    A.    Yes.

9    Q.    Is --- and just so the record's clear.

10       Yes, you're aware of that?

11   A.    Yes, I'm aware.

12   Q.    Okay.

13       And as opposed to yes, there was a

14   contract.

15       It was --- do you find it unusual that

16   Constellium would engage a processor, like

17   Faith, to perform tolling services without a

18   formal written contract?

19   A.    Yes.  That is not normal.

20   Q.    Okay.

21       How long does it typically take in your

22   experience, to negotiate, draft and get a

23   contract approved?

24   A.    It could be anywhere from a couple weeks to

25   several months.  It just depends on the

1    contract.

2    Q.    Okay.

3        So, let's --- if Constellium needed a

4    vendor to process scrap as soon as possible,

5    and --- but knowing that it could take several

6    weeks or even several months to negotiate a

7    contract, was there anything that could be done

8    in the interim that would allow that processor

9    to do work while you worked to get a formal

10   contract in place?

11   A.    Typically, we would try to fast track the

12   contract, putting resources to it, making it

13   priority.

14   Q.    So, it was --- is it fair to say that it

15   was not standard operating procedure to rely on

16   purchase orders only?

17   A.    That is correct.  For that service, yes.

18   Q.    Do you know whether anybody employed by

19   Faith or working on Faith's behalf ever

20   requested a formal written contract covering

21   the services that Faith performed in 2023?

22   A.    I do not.

23          ATTORNEY WITHERS:

24          Okay.

25          If you would take a look --- I

1    checked and all those are back in their regular

2    order.  If you would take a look at Exhibit P

3    Eight.

4                        ---

5    (Whereupon, Exhibit P Eight,

6    Email Chain, was marked for

7    identification.)

8                        ---

9            THE WITNESS:

10           Is it like number eight?

11           ATTORNEY MEADOWS:

12           Mmhmm.

13           ATTORNEY WITHERS:

14           Yes, ma'am.

15           THE WITNESS:

16           Okay.

17           ATTORNEY WITHERS:

18           And for all of these exhibits,

19   you are certainly welcome to read them cover to

20   cover if you'd like.  Usually, I'll --- I'll

21   kind of point you to the provisions or the

22   portions that I'm going to ask you about, but

23   you are certainly welcome to read them in their

24   entirety if you --- if you like.

25           THE WITNESS:

```
 1          Okay.
 2          ATTORNEY MEADOWS:
 3          Just let him know when you're
 4    ready.
 5          THE WITNESS:
 6          Oh, I'm sorry.  Yes, go ahead.  I
 7    generally know and I'll check if I don't know.
 8          ATTORNEY WITHERS:
 9          That's fine.  Just if at any
10    point in time you need to look at ---
11          THE WITNESS:
12          Okay.
13          ATTORNEY WITHERS:
14          --- look at it again, you just
15    let me know.  And you'll see all these
16    documents in the bottom right hand corner have
17    a --- a --- a number with code and all that
18    stuff.  That's just for lawyers keeping track
19    of documents.  But I may from time to time
20    refer you to a specific page of a document by
21    using the last two digits of that number just
22    so you can find it easy.
23          Okay.
24          So, if we look at the email that
25    Shawn George sent on June --- and by the way, I
```

1      --- I acknowledge I don't believe you were

2      copying on any of these emails, but I just want

3      to see if you know about the substance.  So, if

4      we look at the email that Shawn George sent on

5      June 5th of 2023, that's on the page with the

6      last two numbers 45.

7           Okay.

8      BY ATTORNEY WITHERS:

9      Q.    And he wrote, To Ms. Sizemore, please enter

10     a toll PO for the Poly 5052 shred at Faith

11     Aluminum for June 2023, 1.5 million pounds,

12     poly 5052 to be shredded at $0.16 per pound,

13     inbound finished product to be picked up by

14     Constellium at Rockmart, GA via dump trailer.

15          Do you see that?

16     A.    Yes.

17     Q.    Okay.

18          Ms. Sizemore reports to you or reported to

19     you at this time, correct?

20     A.    Yes.

21     Q.    And what was --- what was her role or why

22     was it that Mr. George was directing this

23     request to her?

24          If you know.

25     A.    Tabitha role in procurement was to cover

1    metals request to create purchase orders on the

2    buyer's behalf because they don't have access

3    to create POs.

4    Q.    And the buyer being whom?

5    A.    Well, Shawn, in that case ---

6    Q.    Okay.

7    A.    --- was the buyer of scrap.

8    Q.    Okay.

9        And I'm sorry, you said because they don't

10   have the ability to do POs, they don't have ---

11   I just ---

12   A.    It's a system.  They don't have access to

13   our ERP system to create a purchase order.

14   Q.    I understand.

15   A.    Yes.

16   Q.    Okay.

17       Do you know what --- why Michele --- do you

18   know or you have any idea why Mr. George copied

19   Ms. Michele Brotherton on this email?

20   A.    She's responsible for tracking of the

21   inbound metals, schedules deliveries and such

22   with drivers.

23   Q.    But she does not, or at this time, did not

24   report directly to you?

25   A.    No.

1    Q.    And then the next paragraph down, Mr.
2    George wrote, I will be working with Liz to
3    craft a contract that will begin in July.
4        Do you see that?
5    A.    Yes.
6    Q.    That is Liz Hecker.
7        Is that right?
8    A.    Yes.
9    Q.    And because I know the Court Reporter is
10   going to ask me at the end, how do you spell
11   her last name?
12       Is it just like it sounds?
13   A.    H - E - C - K - E - R.
14   Q.    What is her role?
15   A.    She's our inside Counsel.
16   Q.    Now, he's referring --- is --- in this, the
17   first paragraph, he's talking about a PO and in
18   the second para --- or the second paragraph,
19   that's only one line long, he talks about
20   drafting a contract.
21       Is --- so, is it your understanding that a
22   --- that a purchase order or PO is --- is
23   different from the contract?
24   A.    In our normal course of business, it is
25   different.

1    Q.    So, what we were talking about earlier is

2    that it would be unusual to or --- or not

3    standard practice to utilize solely a purchase

4    order, but that instead you really wanted to

5    have a contract in place.

6        And so, it would --- if- -- if he's talking

7    about having a contract that will begin in

8    July, but he's asking for a purchase order for

9    1.5 million pounds of Poly 50 --- Poly 5052 to

10   be shredded in June, is that --- that's not the

11   typical operating procedure?

12   A.    If that's what he's meaning by that, it is

13   not typical to have that type of business

14   without a formal agreement, meaning terms and

15   conditions in addition to the purchase order.

16   Q.    Okay.

17       The --- the purchase order that he's

18   talking about here, do you recall having seen

19   that purchase order?

20   A.    I saw it in the packet, yes.

21   Q.    I'm sorry, at the time ---

22   A.    Oh, yeah.

23   Q.    --- in this time period around June of

24   2023, did you see it?

25   A.    No.

1    Q.    At any point in time before you saw it in
2    the stack of exhibits in front of you or before
3    you --- if to the extent that you saw it with
4    your Counsel, but I mean, at any point between,
5    let's say, June 1st, 2023 and May 1st, 2024,
6    did you ever see that purchase order?
7    A.    I don't believe so.
8    Q.    I may have asked you this, and if I did, I
9    apologize.
10       Do you have any role in drafting purchase
11   orders?
12   A.    Not POs, no.
13   Q.    Do you have any role in approving purchase
14   orders?
15       Or did you, I'm sorry, in your role as
16   Director of Procurement?
17   A.    Not for this business.
18            ATTORNEY WITHERS:
19            Okay.
20            Okay.
21            Thank you for clarifying that.
22            Okay.
23            I'm going to ask you to take a
24   look at Exhibit Ten.
25                      ---

1    (Whereupon, Exhibit Ten, Email

2    Chain, was marked for

3    identification.)

4                        ---

5            ATTORNEY WITHERS:

6            And just --- this is a --- again,

7    you're welcome to read this whole thing, but

8    this appears to be a series of emails providing

9    monthly reports on a number of topics that Ms.

10   Sizemore sent to you.

11           THE WITNESS:

12           Yes.

13           ATTORNEY WITHERS:

14           I'm only going to ask you about

15   the items in this that relate to Faith Aluminum

16   and about nothing else, so.  But I want to give

17   you the opportunity to read this in full, if

18   you like.

19           THE WITNESS:

20           No.

21           THE WITNESS:

22           We'll start, ---

23           ATTORNEY WITHERS:

24           Okay.

25           THE WITNESS:

1          --- and if I need to, I will.

2

3          ATTORNEY WITHERS:

4          Okay.

5          You just let me know.

6          THE WITNESS:

7          Okay.

8          ATTORNEY WITHERS:

9          Okay.

10   BY ATTORNEY WITHERS:

11   Q.    So, was it typical --- is it your typical

12   practice that Ms. Sizemore would, on a monthly

13   basis, kind of update you regarding the status

14   of certain matters?

15   A.    Yes.

16   Q.    Okay.

17        If we go to the email beginning on page ---

18   the last digits 04, and there's an email dated

19   June 1st, 2023 from Ms. Sizemore to you, the

20   subject of which is May 2023, topics.

21        Do you see that?

22   A.    Yes.

23   Q.    Okay.

24        If you look down, starting at the third

25   line of the email where it says might have

1      another contract coming through on the scrap

2      side, working a deal with Faith Aluminum, the

3      toll shredder, speaking with Liz to see if we

4      can use the Real Alloy contract as a starting

5      point.  Working with IT to get Faith Aluminum

6      Stud up as a storage location, hoping the

7      request will be added in SAP this week as we

8      have a new vendor whose material will be stored

9      there, period.  United Scrap.

10          Do you see that?

11     A.    Yes.

12     Q.    Okay.

13          Do you know who Real Alloy is?

14     A.    Yes.

15     Q.    Who is Real Alloy?

16     A.    They're another subcontractor processor for

17     the plant.

18     Q.    And it would appear from this that

19     Constellium had a written contract with Real

20     Alloy, correct?

21     A.    Correct.

22     Q.    Have you ever seen that contract?

23     A.    I did review it.

24     Q.    Okay.

25          Okay.

1           Let's turn a page forward.  We're going to
2       be moving towards the front of the document
3       now.  So, it's page 03, last digits.  This is a
4       July 3rd, 2023 email from Ms. Sizemore to you,
5       subject of which is June 2023 topics.  No
6       changes from last month.
7           If we go down, look at the first two lines,
8       this email, Ms. Sizemore writes, we'll have
9       another contract coming through on the scrap
10      side.  Working a deal with Faith Aluminum, the
11      toll shredder, speaking with Liz to see if we
12      can use the Real Alloy contract as a starting
13      point.
14          You see that?
15      A.    Yes.
16      Q.    If you compare this with the previous page,
17      it appears the only difference between this
18      language and that language is that whereas in
19      the --- the May topics email they say or Ms.
20      Sizemore says might have another contract, in
21      this one she wrote will have another contract.
22          Do you see that?
23      A.    Yes.
24      Q.    Do you know what, if anything happened
25      between June 1st of 2023 and July 3rd of 2023

1    that suggested that rather that --- that ---
2    would have warranted a change of the word might
3    to the word will?
4    A.    I'd have to look at the PO date.  That
5    would be the only thing I would know is if a PO
6    got issued or an email said that, yes, we need
7    to issue a PO, but I don't recall what the date
8    was.
9    Q.    Okay.
10        So, if --- if there had been a PO then you
11   --- would you have expected that there would
12   also necessarily be a written contract?
13   A.    For this service, yes, there should have
14   been.
15   Q.    Okay.
16        Let's move one page forward.  The last two
17   digits on the bottom right hand corner are 02.
18    This is an August 1st, 2023 email from Ms.
19   Sizemore to you, the subject of which is July
20   2023 topics.  If we skip down to the beginning
21   of the second paragraph, Ms. Sizemore writes,
22   will have another contract coming through on
23   the scrap side working a deal with Faith
24   Aluminum, the toll shredder, speaking with Liz
25   to see if we can use Real Alloy contract as a

1    starting point.  Parentheses, no change, close

2    paren.

3        Do you see that?

4    A.    Yes.

5    Q.    Would you agree with me that the only

6    difference between what we see in the July 2023

7    topics email and June 2023 topics email, is

8    that parenthetical no change?

9    A.    That's correct.

10   Q.    And I --- I would assume, but I don't want

11   to assume someone ask you, did this mean that

12   there had been no change in the status of

13   drafting a contract with Faith between July

14   3rd, 2023 and August 1st, 2023?

15   A.    Yes.  I'd be speculating her intent, but

16   that is how I read it.

17   Q.    Okay.

18       Let's move a page forward to the page with

19   a 01 at the bottom right hand corner.  This is

20   a email dated September 1st, 2023 from Ms.

21   Sizemore to you, the subject of which is August

22   2023 topics.

23       If we skip down one, two, three, four,

24   five, six --- to the beginning of the seventh

25   line, do you see where it says we'll have

1    another contract coming through on scrap side,

2    working a deal with Faith Aluminum, the toll

3    shredder, speaking with Liz to see if we can

4    use the Real Alloy contract as a starting

5    point, we'll stick with a spot PO for 2023 and

6    work towards a contract in 2024.

7        Do you see that?

8    A.    Yes.

9    Q.    Okay.

10       So, really the --- the --- the difference

11   between this and the prior email was instead of

12   no change, it's been replaced with we'll stick

13   with a spot PO for 2023 and work towards a

14   contract in 2024.

15       Would you agree with that?

16   A.    Yes.

17   Q.    What is a spot PO?

18   A.    It's like a --- expected for a one time buy

19   or specific to a particular buy.

20   Q.    Is that different from a --- what I would

21   call a regular PO?

22   A.    No, the difference would be we could have a

23   blanket purchase order versus a spot or a one

24   time buy.

25   Q.    Okay.

1          So, would you expect --- if --- if somebody

2      was going --- if --- excuse me.

3          If Constellium was going to hire Faith to

4      process scrap for the months of September,

5      October, November and December, those four

6      months of 2023, would you have expected the use

7      of a spot PO for that?

8      A.     There could be reasons for doing so, a

9      trial or, you know, something like that.  But

10     typically, I would still want a contract to

11     govern that with terms and conditions.

12     Q.     Okay.

13         Do you --- do you happen to know why in

14     this instance Constellium was going to use a

15     spot PO instead of a contract?

16     A.     I do not know.

17     Q.     Okay.

18         Let's --- let's move a page forward.  The

19     last two digits in the bottom right hand corner

20     are 00.

21     A.     Mmhmm.

22     Q.     This is an email dated October 2nd, 2023

23     from Ms. Sizemore to you, subject of which is

24     September 2023 topics.  We skip down to the

25     beginning of the second paragraph.  Ms.

1    Sizemore rights will have another contract

2    coming through on the scrap side, working a

3    deal with Faith Aluminum, toll shredder,

4    speaking with Liz to see if we can use the Real

5    Alloy contract as a starting point.  We'll

6    stick with a spot PO for 2023 and work towards

7    a contract in 2024.  Parentheses, no change,

8    close paren.

9        Do you see that?

10   A.    Yes.

11   Q.    Only difference between this and the ---

12   and the previous email is the addition of that

13   parenthetical no change, right?

14   A.    Yes.

15   Q.    I'm sorry?

16   A.    Yes.

17   Q.    I'm sorry --- just sorry if I didn't hear

18   you there.

19       Are you aware of whether there had been any

20   change in connection with the status of

21   formalizing a contract with Faith Aluminum

22   during that month?

23   A.    I do not know.

24   Q.    Okay.

25       And then let's go two pages forward to the

Page 43

1    first page of this exhibit with a 598 in the

2    bottom right hand corner.  This is a --- at the

3    bottom of that page, this is a November 1st,

4    2023 email from Ms. Sizemore to you.  The

5    subject of which is October 2023 topics.  Then

6    we turn the page back one and look at the

7    second paragraph of that --- that email part of

8    the page.  It says we'll have another contract

9    coming through on the scrap side, working a

10   deal with Faith Aluminum, the toll shredder,

11   speaking with Liz to see if we can use the Real

12   Alloy contract as a starting point.  We'll

13   stick with a spot PO for 2023 and work towards

14   a contract in 2024.  Parentheses, no change,

15   close paren.

16       Do you see that?

17   A.    Yes.

18   Q.    So, as far as you're aware, then, is it

19   fair to say that there continued to be no

20   further progress on drafting a contract for

21   Faith Aluminum?

22            ATTORNEY MEADOWS:

23            Object to the form.  Go ahead and

24   answer.

25            THE WITNESS:

Page 44

```
 1          Yes.  No --- no change.
 2          ATTORNEY WITHERS:
 3          Okay.
 4     BY ATTORNEY WITHERS:
 5     Q.    If --- if it was unusual --- well, first of
 6     all, do you know if --- if anybody for
 7     Constellium communicated to Faith that
 8     Constellium planned to utilize a spot PO for
 9     the duration of 2023 and would work towards a
10     formal contract in 2024?
11          Do you know whether any of those
12     communications happened?
13     A.    I was not involved.
14     Q.    If it was unusual to --- for a deal like
15     this where there was going to be multiple
16     processing for multiple months and if --- and
17     if it was going to be unusual to do that using
18     a spot PO without a formal contract in place,
19     did you address that issue with anybody at
20     Constellium?
21     A.    No, because I knew it was with legal.  They
22     were aware.
23     Q.    Okay.
24          Had it not been with legal, would that have
25     --- would that have given you any more concern
```

1      than --- than you had believing that it was ---

2      or understanding it was with legal?

3      A.    Yes, typically I would want them involved.

4       So, now I know they're involved.

5      Q.    Okay.

6      A.    Yeah.

7      Q.    I want to be very careful here. I don't

8      want to know what your communications with Liz

9      Hecker in legal were, but did you ever have any

10     communications with Ms. Hecker about a contract

11     for Faith Aluminum?

12     A.    Am I supposed to answer about conversations

13     with Counsel?

14          ATTORNEY MEADOWS:

15          I don't want to know --- I don't

16     --- I don't want you to reveal any of the

17     substance of any communications that you had

18     with her.  And --- and I don't think that is

19     what Mr. Withers is asking you.  He doesn't

20     want to know any of the substance.

21          ATTORNEY WITHERS:

22          Right.

23          ATTORNEY MEADOWS:

24          Is that right?

25          ATTORNEY WITHERS:

1          That's right.  I just want to
2   know if you had any communications with her
3   about it.
4          THE WITNESS:
5          Yes.
6          ATTORNEY WITHERS:
7          Okay.
8          THE WITNESS:
9          It would come up in conversation
10  that she had --- she had it on her desk.
11         ATTORNEY WITHERS:
12         Okay.
13         That's all --- that's all I need
14  to know.
15         THE WITNESS:
16         Okay.
17         ATTORNEY WITHERS:
18         Thank you.
19  BY ATTORNEY WITHERS:
20  Q.    Ultimately, and --- and you may not know
21  this because I believe you said you didn't see
22  the purchase order in 2023, but you know what
23  agreement, if any, that Constellium reached
24  with Faith Aluminum regarding the processing of
25  scrap alloy for the remainder of 2023?

1          What the terms of the deal were?

2     A.    I was not involved in the negotiation of

3     the terms.  I was not aware.

4     Q.    Fair enough.

5          And so, to avoid asking you all these

6     questions, you don't know any of the details,

7     whether it's volume, dates, price, any of that

8     stuff?

9     A.    At what point?

10    Q.    At --- at --- during this time frame, from

11    May of 2023 through December 31st of 2023?

12    A.    The only involvement was the communication

13    where Dave had pointed --- Dave Griffith had

14    pointed out that he had to get trucks and the

15    volume, I think had increased.

16    Q.    Okay.

17    A.    I was on a communication.

18    Q.    We'll talk about that.

19         But what about the pricing, volumes,

20    anything like that?

21    A.    I --- I wouldn't recall.  I mean, ---

22    Q.    Okay.

23    A.    --- not being involved in the negotiation.

24              ATTORNEY WITHERS:

25              That --- that is a --- that is a

```
1    fine answer.
2            Let's just take a quick look at
3    Exhibit 12.
4                        ---
5    (Whereupon, Exhibit 12, Purchase
6    Order Form, was marked for
7    identification.)
8                        ---
9            ATTORNEY WITHERS:
10           Okay.
11           I believe you said earlier that
12   you may have seen this document in the --- in
13   the packet, but I want to talk about the time
14   around June to August of 2023.
15   BY ATTORNEY WITHERS:
16   Q.   I believe you said that you had --- that
17   you did not see this document during that time
18   period.
19       Is that correct?
20   A.   I wouldn't recall.  I mean it might be on a
21   report.
22   Q.   Sure.  That's --- that's fine.
23   A.   But I didn't like study this or understand
24   the terms.
25   Q.   I understand.
```

1      This --- you don't have --- as you sit here
2    today, you do not have any recollection of
3    having seen this document during the summer ---
4    during the months of June, July or August of
5    2023?
6    A.    No.
7    Q.     This is --- is --- is this Constellium's
8    standard contract purchase order form?
9    A.    Yes, it is.
10   Q.    And Ms. Sizemore was the one who issued
11   this purchase order, correct?
12   A.     Correct.
13   Q.    If we look down where it says header text
14   and it says, toll PO for the Poly 5052 shred at
15   Faith Aluminum for June through December of
16   2023?
17   A.     Mmhmm.
18   Q.    In your view or as you understand it, does
19   that mean that this contract purchase order
20   form would cover Faith's tolling services for
21   the seven month period from June through
22   December of 2023?
23   A.    Yes, it could.  That header text can be
24   changed at any time and without being in the
25   system, I can't tell dates of changes or

1    anything.

2    Q.    Sure.  Well, if we drop down just a --- a -

3    -- a line there, it said updated notes per SG

4    September 6th, 2023.  Faith Aluminum tolling PO

5    for each month, July through December 2023, in

6    the amount of 1,000,000 pounds per line.

7        Do you see that?

8    A.    Yes.

9    Q.    Is it your understanding that the --- well,

10   let me ask you this.

11       What is your understanding of what the

12   letters SG stand for?

13   A.    Shawn George.

14   Q.    So, this indicates --- is that you're

15   understanding, this indicates that Mr. George

16   provided an update to this purchase order on or

17   about September 6th of 2023?

18   A.    That's what it would say to me.  I don't

19   have evidence in front of me to back that up.

20   Q.    Sure.  No, that's fine.  I'm --- I'm just

21   trying to understand kind of how the evolution

22   of the purchase orders work.

23       If this purchase order was in fact intended

24   to cover not only the month of June, but also

25   July through December 2023, would you have

1    expected to see more item number lines on this

2    document?

3    A.    Typically, yes, we would have one per

4    month.

5    Q.    Since you've never seen --- well, I guess,

6    you said you've never seen this document.

7        Have you ever seen any purchase order for

8    Faith Aluminum that --- that has a line item

9    per month?

10   A.    I don't recall.

11   Q.    Do you know what this --- the --- the line

12   30 there, where it says, production,

13   subcontracting, converting with the delivery

14   date of December 31st, 2024, and a quantity

15   ordered of 1,520.

16       Do --- do you have any idea what that

17   refers to?

18   A.    No, that's odd.

19   Q.    Okay.

20       Assuming that this reference to updated

21   notes, which you --- you said, I believe you

22   got to --- got to take it at face value,

23   because that's what it says here.

24       Do you have any idea about what Mr. George

25   --- what caused Mr. George to provide these

1    updated notes?

2    A.    Just assumptions.  But no, they're not

3    concrete.

4    Q.    What is --- where it says in the amount of

5    1,000,000 pounds per line, what is your

6    understanding what that means?

7    A.    That the quantity per line should be a

8    million pounds.

9    Q.    Okay.

10        So, what --- what was it that --- that ---

11   if this is a purchase order, what was it that

12   Constellium was ordering from --- from Faith or

13   asking Faith to do, as you understand it,

14   including not only what's written below, but

15   Mr. George's updated notes?

16   A.    What the original says to toll 5052 shreds

17   at Faith.

18   Q.    Mmhmm.

19        How does that relate to either the 1.5

20   million pounds or 1,000,000 pounds?

21        The 1.5 million pounds listed on item ---

22   line item ten or the 1,000,000 pounds listed in

23   the updated notes section?

24   A.    I'm not sure why they don't match.

25   Q.    Okay.

1          Well, I --- I suppose maybe --- I don't

2     know.  But it was 1.5 million for the month of

3     June, and --- and then for July through

4     December, 1,000,000 pounds.

5          Is --- is that what --- in your reading, is

6     that what Constellium was asking of Faith to

7     process those amounts?

8               ATTORNEY MEADOWS:

9               Object to form.  Go ahead and

10    answer, if you can.

11              THE WITNESS:

12              Yeah, so that does make sense.

13    1.5 for June, and then, you're right.  July

14    through December, it was dropped down to a

15    million.

16              ATTORNEY WITHERS:

17              Okay.

18    BY ATTORNEY WITHERS:

19    Q.    In that --- below in the header area, but

20    below the paragraph were looking at, it says

21    Poly 5052 to be shredded at $0.18 a pound

22    inbound.  And then we drop down for line item

23    ten, it talks about 1.5 million pounds, and it

24    has a price per unit of one, which I assume is

25    $1.

1        What does that mean?

2        If you know.

3    A.    I --- I don't really know.  I know what it

4    should be based on what I see.

5    Q.    Okay.

6        Based on what you see, what do you think it

7    should be?

8    A.    Well, it should be the quantity at that

9    price per pound.  If we would do a blanket PO

10   for dollars, then it would be the 1.5 at $1.

11   To me, it just looks like it was an error

12   putting that on there.

13           ATTORNEY WITHERS:

14           Okay.

15           Okay.

16           Let me ask you to turn to Exhibit

17   16.

18                   ---

19   (Whereupon, Exhibit 16, Email,

20   was marked for identification.)

21                   ---

22           ATTORNEY WITHERS:

23           And what I'm going to do is I'm

24   going to ask you to just read through this

25   because there's a lot of information in here

1      and you were not copied on this email.  So, I

2      just want you to read it and then I'll ask a

3      couple questions.

4              THE WITNESS:

5              Okay.

6              ATTORNEY WITHERS:

7              Okay.

8      BY ATTORNEY WITHERS:

9      Q.    Have you seen this document before?

10     A.    I believe it was in the packets.

11     Q.    Okay.

12        Do you know --- do you recall whether you

13     saw this document at any point in time between

14     December 13th, 2023, and May 31st, 2024?

15     A.    No, I did not.

16     Q.    In this email, it appears that Garey

17     Rittenhouse is raising some concerns that he

18     has or that Faith Aluminum has to Shawn George.

19        Would you agree with that?

20             ATTORNEY MEADOWS:

21             Object to the form.

22             THE WITNESS:

23             Yes.

24     BY ATTORNEY WITHERS:

25     Q.    Do you have any knowledge regarding those

1    concerns?

2         That's not a good question.  Let me think

3    about a better way to ask it.

4         Around --- during --- from the summer of

5    2023 through the end of 2023, did you become

6    aware that Faith Aluminum had expressed

7    concerns regarding the party's business

8    relationship?

9    A.    No.

10   Q.    In 2024, did you at any point in time

11   become aware that in 2023 Faith had expressed

12   concerns regarding the party's business

13   relationship?

14   A.    No.

15   Q.    And so, if there were --- assuming there

16   were discussions about any such concerns, you

17   don't have any knowledge of those discussions?

18   A.    No, I was in my new job in 2024.

19   Q.    Do you have any idea how many total pounds

20   of scrap Constellium delivered to Faith

21   Aluminum for processing in 2023?

22   A.    No.

23   Q.    I didn't think.

24         When did you say that you switched jobs?

25   A.    It was a slow transition in the last

1    quarter of 2023, because my predecessor worked

2    for me prior.  So, we kind of slowly

3    transitioned.  But In January of 2024, I was

4    pretty much done.

5              ATTORNEY WITHERS:

6              Okay.

7              If you would please take a look

8    at Exhibit P 18 or Exhibit 18.

9                        ---

10   (Whereupon, Exhibit 18, Email

11   Chain, was marked for

12   identification.)

13                       ---

14             ATTORNEY WITHERS:

15             Okay.

16   BY ATTORNEY WITHERS:

17   Q.    Have you seen this document before?

18   A.    No.

19   Q.    Okay.

20       In --- in --- I --- I think we can probably

21   short circuit this a little bit, but let me

22   just --- in the first email from January 8th, a

23   gentleman by the name Garey Rittenhouse wrote

24   to Shawn George.  Afternoon, Shawn.  When you

25   have a moment, could you please send me a copy

1    of the January PO for Faith?  Kim will need the

2    PO to initiate invoices for the month.

3         And then in the top line email, Mr. George

4    responds.  Hi, Garey.  I've written this PO to

5    encompass January through April at the 0.2931

6    per pound weight rate we previously discussed.

7         Do you see that?

8    A.    Yes.

9    Q.    Do you have --- to your recollection, have

10   you seen a copy of the purchase order that he

11   references when he says, I've written this PO

12   to encompass January through April?

13   A.    In the packet.

14   Q.    That's a good --- I I keep tripping over

15   that.

16        In --- in around this time frame, January

17   of 2024?

18   A.    No.

19   Q.    Did you have --- given your change in your

20   job responsibilities around the beginning of

21   2024, did you have any further involvement

22   whatsoever in Constellium's business

23   relationship with Faith Aluminum after January

24   1st, 2024?

25   A.    No.

1          ATTORNEY WITHERS:

2          Let's take a quick look, if you

3    would, at Exhibit 19.

4                    ---

5    (Whereupon, Exhibit 19, Purchase

6    Order Form, was marked for

7    identification.)

8                    ---

9    BY ATTORNEY WITHERS:

10   Q.    Other than seeing it in this packet --- but

11   in the --- between January 1st, 2024, and May

12   31st, 2024, do you recall ever having seen this

13   document?

14   A.    No.

15          ATTORNEY WITHERS:

16          Hold on, just --- just a quick

17   second.  I need to shoot my wife a quick text.

18          Okay.

19          Let me go back to Exhibit 12 real

20   quick.  If you go to the second --- tell me

21   when you're there.  Sorry.

22          THE WITNESS:

23          Yep, I'm there.

24          ATTORNEY WITHERS:

25          If you go to the second page of

1      this document, you look down at --- oh, wait,

2      it's not on here.  Hold on.  That's

3      interesting.

4              Okay.

5              Let's compare Exhibit 19 and

6      Exhibit 12.  If you look on the second page of

7      Exhibit 19 --- understanding that you hadn't

8      seen this before.

9              THE WITNESS:

10             Mmhmm.

11     BY ATTORNEY WITHERS:

12     Q.    The second page at the bottom, it says, we

13     accept this order subject to the terms and

14     conditions posted on Constellium's website and

15     then it gives the website address.

16        Do you see that?

17     A.    Yes.

18     Q.    If we look at 12 --- Exhibit 12, that ---

19     that language is not on Exhibit 12, is it?

20     A.    No.

21     Q.    Do you know why that --- do you have any

22     understanding of why that might be?

23     A.    My only response would be that when the

24     change to the header was made, this is the copy

25     of the change, therefore, it didn't print the

1    footer.

2    Q.    Okay.

3        Is that --- are you speculating that that

4    was the case, or do you know for a fact that

5    that was the case?

6    A.    I'm speculating that's how the system would

7    print that ---

8    Q.    Okay.

9    A.    --- that change.

10   Q.    Fair enough.

11       So, you would have expected that the

12   original iteration of the --- of the purchase

13   order in Exhibit 12 would have had that

14   language?

15   A.    Yes.

16   Q.    Do --- I think I know the answer, but I

17   have to ask it.

18       Do you know whether Exhibit 12 --- the

19   purchase order in Exhibit 12, whether anybody

20   at Constellium ever actually sent that to Faith

21   Aluminum?

22   A.    I do not know.

23   Q.    Okay.

24   A.    I do not think.

25   Q.    Okay.

1          I'm sorry, I want to make sure the records

2     clear.

3          You don't know?

4     A.    I don't know.

5     Q.    Okay.

6          I --- thank you.

7          Okay.

8          Let's --- so, looking at the --- that

9     language that we just talked about on Exhibit

10    19.

11    A.    Yes.

12    Q.    Have you ever visited that --- that website

13    before?

14    A.    Yes.

15    Q.    How many terms --- sets of terms and

16    conditions are listed or are available on that

17    website?

18         If you know.

19    A.    There's multiple.

20    Q.    Okay.

21    A.    They're based on the term.

22    Q.    Right.

23         Does this --- this purchase order --- this

24    form of purchase order does not indicate which

25    of those terms and conditions are applicable,

1    does it?

2    A.    Other than services and the description of

3    the material.  It would have been under the

4    services terms and conditions.

5    Q.    Okay.

6          And is there just one set of service terms

7    and conditions or at this time, was there just

8    one set of service terms and conditions?

9    A.    Yes.

10   Q.    Fair to say that you have no idea how much

11   scrap alloy Constellium delivered to Faith for

12   processing in 2024?

13   A.    I don't know.

14   Q.    Do you have any --- at any point in time --

15   - so, from January 1st of 2023 through May 31st

16   of 2024, so roughly a year and a half, did ---

17   did you have any knowledge that Faith was

18   considering closing its operations?

19   A.    No.

20   Q.    Did you have any understanding of whether

21   Faith had customers other than Constellium?

22   A.    I did not, no.

23   Q.    Do you know whether there ever came a time

24   when Constellium informed Faith that it would -

25   -- that Constellium would not deliver

1    additional scrap to Faith?

2    A.    I don't know.

3    Q.    And did you --- did there ever come a time

4    where you learned or understood that Faith had

5    informed Constellium that Faith would not

6    accept further deliveries of scrap on

7    Constellium's behalf?

8    A.    I did not, no.

9    Q.    Do you have any knowledge as to whether

10   Faith Aluminum purchased any equipment in order

11   to be able to process scrap for Constellium?

12   A.    I did not have that information.

13   Q.    Do you know whether there ever came a time

14   where Constellium was experiencing difficulty

15   obtaining scrap alloy to deliver to Faith for

16   processing?

17   A.    I wasn't aware.

18             ATTORNEY WITHERS:

19             If you would take a look, please,

20   at Exhibit 13.

21                          ---

22   (Whereupon, Exhibit 13, Email

23   Chain, was marked for

24   identification.)

25                          ---

1          THE WITNESS:

2          Okay.

3          ATTORNEY WITHERS:

4          I acknowledge that you were not

5    copied or on this email, but I just want to ask

6    you a couple questions about it.

7          THE WITNESS:

8          Okay.

9    BY ATTORNEY WITHERS:

10   Q.   The first chronological email is on page 27

11   at the bottom.  It's from Jeff Doss to Shawn

12   George.

13        Who --- who is Mr. Doss?

14   A.   He works in our finance department.

15   Q.   Do you know what he does in finance?

16   A.   I don't know his official title.  He does a

17   lot of financial reporting and ---

18   Q.   Okay.

19   A.   --- analysis.

20   Q.   Good enough.

21        So, in this --- in this first email, Mr.

22   Doss writes to Shawn George.  Shawn, we were

23   reviewing the August financials and Faith

24   Aluminum has caused some confusion.  It appears

25   they have a rate of $0.18 a pound according to

1    the invoices.  Would you care to explain the

2    details and agreement with Faith and who would

3    be the best person to provide the total number

4    of pounds that have been processed at that

5    facility?

6        Do you see that?

7    A.    Yes.

8    Q.    Do you have any idea why Faith had caused

9    some confusion?

10   A.    Speculation.

11   Q.    Okay.

12       I'll --- I'll note that it's speculation.

13       What's your speculation?

14   A.    Just that because we had looked at that PO

15   previously and what Jeff sees in the system is

16   not the 18, it's the dollar.

17   Q.    Mmhmm.

18   A.    So, that's probably why he's confused

19   there.

20   Q.    Okay.

21       If we turn the page forward and look at Mr.

22   George's response.  In the second paragraph he

23   wrote, the deal pivots on the availability of

24   high quality clean bare Poly 5052 scrap, the

25   foundation of which is a PO United Scrap metals

1       out of Cicero, Illinois.  The scrap is

2       generated at Morgan Olson, a step van truck

3       body manufacturer with whom United has a one

4       year scrap buying agreement.  Since this

5       agreement is subject to renegotiation in early

6       2024 and the actual market wide supply of clean

7       bare Poly 5052 is unknown to us, we have chosen

8       to keep Faith on a monthly PO for tolling

9       services until we can establish a longer term

10      three way agreement with United, parentheses,

11      depending on their success with Morgan Olson,

12      close paren, Faith and ourselves.

13          Do you see that?

14      A.    Yes.

15      Q.    So, in your experience in that --- in your

16      role as director of procurement, if it would

17      have been unusual to have a process or work off

18      a purchase order without a written contract in

19      --- in place --- if that was --- that would

20      have been unusual.

21          Would this have been unusual even --- would

22      this have also been unusual to have, you know,

23      try and have a three party contract for a scrap

24      processor?

25      A.    I'm not aware that we have any of those.  I

1    do know we tried to do a closed loop getting,

2    you know, metal back to the plant for

3    recycling.  So, the conversation is not

4    unusual.  But I don't know that we have a

5    current contract.  We could.  I just am not ---

6    I'm not over the scrap metal.

7    Q.    Fair enough.

8    A.    Yeah.  So, I'm unaware.

9    Q.    So, you said earlier you don't do put or

10   pay contracts?

11   A.    Take or pay.

12   Q.    Take or pay, sorry.

13       What --- what is your understanding of a

14   take or pay contract?

15   A.    Like you commit to a volume and we have to

16   take that and pay for it regardless.  We have

17   to pay for it regardless if we take it --- the

18   full amount.

19   Q.    Okay.

20       And has --- to your knowledge, has

21   Conselium ever entered into such contracts ---

22   A.    No.

23   Q.    --- with scrap processors?

24   A.    No, not to my knowledge.

25   Q.    And if --- if somebody were to represent to

1    a scrap processor that Constellium did enter

2    into such contracts, that would be contrary to

3    Constellium standard operating procedures,

4    correct?

5            ATTORNEY MEADOWS:

6            Object to the form.  You can

7    answer.

8            THE WITNESS:

9            Yes.  As far as I'm aware, yes.

10   BY ATTORNEY WITHERS:

11   Q.    Fair to say you have no idea whether Faith

12   ever sold any of its processing equipment?

13   A.    I'm not aware.

14   Q.    We said --- I believe you said that, you

15   know, the preference is to have a --- or the

16   standard procedure is to have a written

17   contract in place and not just operate off a

18   purchase order, correct?

19   A.    Correct.

20   Q.    Would it therefore also be unusual for a

21   processor to proc --- process scrap for

22   Constellium without either a contract or a

23   purchase order in place?

24   A.    I don't deal in that world.  I wouldn't

25   think they would want to.

1      Q.    Okay.
2      A.    I would not do that.
3            ATTORNEY WITHERS:
4            Sure.  This is the only new
5      exhibit I'm handing you.  Everything else is in
6      your --- everything else is in your stack.
7      Handing you what's been marked as Exhibit 33.
8                        ---
9      (Whereupon, Exhibit 33, Email,
10     was marked for identification.)
11                       ---
12           THE WITNESS:
13           Okay.
14     BY ATTORNEY WITHERS:
15     Q.    Do you recognize this?
16     A.    I was reminded --- reminded of it in the
17     packet, yes.
18     Q.    Sure.
19        Okay.
20        But this is an --- excuse me --- an email
21     from Jennifer --- from you, sorry ---
22     A.    Yes.
23     Q.    --- to Ms. Sizemore on June 13th of 2023.
24     And you ask, Ms. Sizemore, have you been
25     requested to set up Faith Aluminum in the

1     system for Shawn?

2          Do you see that?

3     A.     Yes.

4     Q.     And is the system, Constellium's accounts

5     payable system?

6     A.     It's our ERP system where we cut POs, we

7     pay vendors, receive payment.

8     Q.     And I know you said this earlier, and I

9     just don't remember.

10         What is --- what does ERP stand for?

11    A.     Enterprise Resource Program, I think.

12    Q.     What --- if --- if you remember what

13    prompted you to send this email to Ms.

14    Sizemore?

15    A.     That's a long time ago.

16    Q.     Fair enough.

17    A.     I can't recall specifically.

18    Q.     That's fine.  Just give me your best

19    recollection.

20    A.     I would say I heard Shawn talking about

21    Faith Aluminum and I --- it didn't sound

22    familiar to me.  So, I --- typically, if I hear

23    things, like in a meeting or something, I would

24    check with my team to see if they're involved.

25              ATTORNEY WITHERS:

1          Okay.

2          Okay.

3          Let's go to Exhibit 21, please.

4                     ---

5     (Whereupon, Exhibit 21, Email

6     Chain, was marked for

7     identification.)

8                     ---

9          THE WITNESS:

10         Okay.

11         ATTORNEY WITHERS:

12         All right.

13         This is a June 15th email chain

14    between you and Shawn George and Ms. Sizemore

15    and Dave Griffith, the subject of which is

16    Faith Aluminum.  And in the earliest email,

17    chronologically on this chain, so that's the

18    second page, ends in 95.

19         THE WITNESS:

20         Okay.

21         ATTORNEY WITHERS:

22         You wrote to Mr. George --- well,

23    I guess, sorry, it's at the bottom of 94 over

24    to 95.  You wrote to Mr. George.  Hi, Shawn.

25    For Faith Aluminum, as I understand it, they

1    are providing a service for us.  With that we

2    would need executed service terms and

3    conditions.  It's my understanding they've

4    already processed a large amount of the --- of

5    material without a PO.  First, as a business

6    owner, I would never do that.  But that's on

7    them.  We have no obligation to take the

8    material without a PO.  Second, if they would

9    receive the material that we own and there's an

10   incident, not having T's and C's is a huge risk

11   for us and wouldn't look favorable in court.

12   All work should be covered by executed T's and

13   C's.

14           Would you have expected Mr.

15   George to be aware before June 15th of 20 ---

16   sorry.

17           THE WITNESS:

18           That's okay.

19   BY ATTORNEY WITHERS:

20   Q.    Would you have expected Mr. George to be

21   aware but before June 15th of 2024 that it ---

22   Constellium preferred to have executed service

23   terms and conditions?

24   A.    2023, you asked?

25   Q.    I'm sorry.  Yes.  I'm sorry, 2023.

1    A.    Okay.

2    Q.    Would you have expected him to be aware of

3    that?

4    A.    I would expect, yes.

5    Q.    Okay.

6         Do you know whether --- well, withdraw

7    that.

8         So, it was clearly your understanding that

9    at least as of June 15th, 2023, that

10   Constellium had not provided a purchase order

11   to Faith for the work that Faith had performed,

12   correct?

13   A.    Yeah, based on what I said there, yes.

14   Q.    And you would have expected there to be a

15   purchase order, correct?

16   A.    Yes.

17   Q.    Okay.

18        Turning the page.  You wrote, in addition,

19   when you start engaging in conversations about

20   these types of deals, it might be good to pull

21   Dave and Tabitha, parentheses and I'm always

22   glad to participate --- participate, close

23   paren, in to decide how to set up the process

24   and transportation needs.  As it can take a

25   little time, it's best to start the

1    conversations early as we can't, paren, well,

2    shouldn't, close paren, do things last minute.

3     For instance, with this one, we could have set

4    it up in the converter app so that we could do

5    a transaction in and out when the material

6    arrived at Faith and left Faith.  Auditors have

7    a heyday when we lose a couple hundred pounds.

8     So, 500,000 pounds would make them faint.

9    LOL.  I know it isn't lost, but we have to

10   properly account for it.  Let us know how we

11   can help you and get back to me on the forward

12   plan for Faith so we can get them set up and

13   issue a PO, parenthesis if a contract was

14   executed, sorry, but I missed that

15   communication, close paren.

16       Do you see that?

17   A.    Mmhmm.  Yes.

18   Q.    When you referred at the beginning of that

19   you said when you start engaging in

20   conversations about these types of deals, what

21   --- what did you mean when you referred to

22   these types of deals?

23   A.    Well, referring back to the prior

24   paragraph, I think I said for services.

25   Q.    Okay.

1    A.    Yes, service terms and conditions.

2    Q.    Okay.

3    A.    Deals that require services.

4    Q.    Why did you believe that it would have been

5    a good idea for Mr. George to have pulled Mr.

6    Griffith and Ms. Sizemore into those

7    conversations?

8    A.    Because Dave had reached out in a previous

9    email.  There's one floating in the packet that

10    transport --- he's over transportation, and

11    what he thought the deal was, was different.

12    So, if you pull him in, he can usually help get

13    us a better deal on transportation if he knows

14    volumes and such.

15    Q.    Okay.

16       If we look at the next email up on the

17    first page of this exhibit, Mr. George states,

18    Hi, Jen.  They've processed over 500,000 pounds

19    so far of a total of 1.5 million that is

20    supposed to be delivered in June.  They will

21    process between 700,000 and 1.5 million pounds

22    for us going through at least the end of 2023.

23    And he goes down, he says, there was a lot of

24    competitive pressure on this opportunity, and I

25    ended up getting ahead of the pack and getting

1    it locked up.

2        Do you see that?

3    A.    Yes.

4    Q.    Do you have any idea what competitive

5    pressure he was talking about?

6    A.    It would just be speculation of the market.

7    Q.    Okay.

8        He then says, I did work with Tabitha and

9    Dave on this to the extent it happened very

10   fast.  And at the end of the paragraph, he

11   says, I am working with Liz and legal to get a

12   tolling contract written up.  And I've been

13   communicating with Faith almost daily to that

14   end.  Faith is also sending Michele receiving

15   inventory and production reports.  I think all

16   the info is there.  It's just not well

17   organized yet.

18       Do you see that?

19   A.    Yes.

20   Q.    Okay.

21       And then we go up to the --- to the top.

22   Mr. Griffith responds to you alone, he says, he

23   asked me for a freight quote.  That was the

24   extent of his discussion with me.  I had no

25   idea what he was up to.

Page 78

1        Do you know what --- or what did you

2     understand Mr. Griffith to mean when he said, I

3     had no idea what he was up to?

4     A.     Just reading that it would be, he wasn't

5     sure what the deal entailed, what the volumes

6     were going to be that he would need to get, you

7     know, trucks for.

8                ATTORNEY WITHERS:

9                Okay.

10                Let's turn to Exhibit 30 (sic).

11                           ---

12     (Whereupon, Exhibit 31, Email

13     Chain, was marked for

14     identification.)

15                           ---

16                THE WITNESS:

17                Okay.

18                ATTORNEY WITHERS:

19                Okay.

20     BY ATTORNEY WITHERS:

21     Q.     You recognize this document?

22     A.     From the packet.

23     Q.     Okay.

24        This is an email chain between you and ---

25     well, at least some of these ---

1    A.    Am I on the right one?

2    Q.    Well, I'm not sure if I'm on the right one.

3     Hold on just a second.  I'm sorry, 31.

4    A.    Okay.

5    Q.    Exhibit 31.

6    A.    Okay.

7    Q.    Okay.

8        First part of this email chain, starting on

9    the page --- well, it really starts at the

10   bottom of 97, the substance of which was mainly

11   on 98.  But Mr. George writes to Mr. Griffith.

12    I'm working on a deal where I would buy scrap

13   aluminum on a delivered to Rockmart, Georgia

14   basis from a dealer in Chicago, have it

15   shredded, and then I would need Constellium to

16   arrange and pay the freight from Rockmart,

17   Georgia to Ravenswood.  The shredded aluminum

18   would be shipped in a loose --- excuse me ---

19   shipped loose in a dump.  I need a freight rate

20   to calculate my pricing proposal for the scrap.

21    Can you help me get freight from, gives Faith

22   Aluminum's address, says the frequency is about

23   ten loads per month out of Georgia.

24        Do you see that?

25   A.    Yes.

1    Q.    Okay.

2         And then after some back and forth, Mr.

3    Griffith quotes him a price of $2,100 per load,

4    which is at the top of the next page forward

5    97.

6    A.    Mmhmm.

7    Q.    And then there's another email from Shawn

8    George to Dave Griffith talking about a

9    shipment that's ready to go.  And he has --- he

10   got a call that morning from Terry at Dave and

11   Terry Trucking, and they were eagle --- eager

12   to do the haul.  Hold on one second.

13   A.    Mmhmm.

14   Q.    Mr. Griffith then forwards this entire

15   chain to you and says, this was his email.  Ten

16   loads per month.  Now, it's ballooned to

17   750,000 per month, which is double the amount

18   we talked about.  Terry could have handled ten.

19        Do you see that?

20   A.    Yes.

21   Q.    And you responded, hmm, that's interesting.

22        Do you see that?

23   A.    Yes.

24   Q.    So, why did you find this interesting?

25   A.    Well, from the procurement world, the story

1    often is, you know, different than what you

2    originally thought.  And we're trying to jump

3    through hoops to help the customer, being

4    Shawn, at this point.  So, just it's kind of a

5    running, you know, ---

6    Q.    I'm sorry, did I cut you off?

7    A.    I was gonna say just that the story had

8    changed.

9    Q.    Right.

10        Did you --- at this point in time, did you

11    have any concerns that Mr. George was operating

12    outside the Constellium standard operating

13    procedures?

14    A.    I don't think that he thought he was based

15    on his level of authority.  I think it just got

16    tricky because there was a service now involved

17    instead of just buying the metal.

18    Q.    Mr. George was --- not only was he

19    responsible for buying the metal, but he --- is

20    it your understanding that he was also

21    responsible for working with processors to get

22    the metals processed?

23    A.    Can you ask that ---

24    Q.    Yeah.  Sorry.

25    A.    Yeah.

1    Q.    So, --- so, --- as I understand it, kind

2    of, you buy the scrap from somebody that has

3    the scrap, right?

4    A.    Yes.

5    Q.    You --- if it --- if it needs processing,

6    you gotta get a processor like Faith to process

7    it, right?

8    A.    Mmhmm.

9    Q.    And then you have to get it from the

10   processor to Conselium's plant, right?

11   A.    Yes.

12   Q.    You understood that Mr. George was

13   responsible for buying the scrap from whoever

14   it is that had the scrap, correct?

15   A.    Yes.

16   Q.    Did you also understand that he was

17   involved in working with processors to process

18   the scrap?

19   A.    Not until I heard about it and brought it

20   up to my team ---

21   Q.    Okay.

22   A.    --- to ask if they were involved.

23   Q.    So, before that, you --- your understanding

24   was that his --- he was solely --- he --- your

25   understanding there he was involved in

1    acquiring the scrap, but not involved in

2    getting it processed?

3    A.    That would have been my understanding.

4    Q.    Okay.

5        Who --- was there anybody specific at

6    Constellium leading up to that point that you

7    thought was responsible for getting the scrap

8    processed, if --- if it wasn't Shawn George?

9    A.    So, it would have been some --- either a

10   member of my team assisting.  Because it is a

11   service contract which falls on our delegation

12   of authority under my role.

13   Q.    Mmhmm.

14   A.    So, we would have advised and helped and be

15   that conduit between, say, Shawn in this case,

16   and our legal department to negotiate a

17   contract.

18   Q.    If it turns out that Mr. George, this

19   wasn't his first time working with a processor

20   to get scrap processed.

21       Assuming that to be the case, would you

22   have expected him to be aware that he needed to

23   comply with standard operating procedures

24   regarding terms and conditions and so forth?

25           ATTORNEY MEADOWS:

1          Object to form.  You can answer.

2          THE WITNESS:

3          I would expect that he would

4    follow the process if he knew it.  He was

5    fairly new still, so.

6          ATTORNEY WITHERS:

7          Okay.

8          Ms. Fife, I'm out of questions to

9    ask you.

10          THE WINTESS:

11          Good.

12          ATTORNEY MEADOWS:

13          We --- we don't have any

14    questions.

15          ATTORNEY WITHERS:

16          All right.

17          ATTORNEY MEADOWS:

18          We'll read and sign.

19          Thank you.

20          ATTORNEY WITHERS:

21          Ms. Fife, thank you very much for

22    your time.

23          I appreciate it.

24          THE WINTESS:

25          Thank you.

1              I appreciate the patience with

2       me.

3              ATTORNEY WITHERS:

4              Yes, ma'am.

5              ATTORNEY JESSEE:

6              The Court Reporter will be glad

7       to take that from you.

8              COURT REPORTER:

9              Yeah, don't take those.

10             ATTORNEY MEADOWS:

11             What we said was, I really --- I

12      want an E-Trans and from that I can get any

13      format I want, right?  So, I just want an E-

14      Trans.  And there was some commentary yesterday

15      where they said, well do you want it four

16      square or full page and I'm like I get that

17      with an E-Trans I get everything.  It's just,

18      you know, a full thing, so.

19             COURT REPORTER:

20             So, the answer right now is no?

21             ATTORNEY MEADOWS:

22             Well, I want an E-Trans.

23             COURT REPORTER:

24             You --- you do?

25             The answer is yes, you want an E-

1    Trans?

2            ATTORNEY JESSEE:

3            Actually, the answer is we want

4    an E-Trans but we ---

5            ATTORNEY MEADOWS:

6            Both mini and full.

7            COURT REPORTER:

8            Mini and full?

9            ATTORNEY MEADOWS:

10           Yes.

11           COURT REPORTER:

12           Okay.

13           We can do that.

14           That was Attorney John, right?

15           ATTORNEY MEADOWS:

16           Yep.

17           COURT REPORTER:

18           And then Attorney Knox, ---

19           ATTORNEY WITHERS:

20           Yes, ma'am?

21           COURT REPORTER:

22           What would you like for ---

23           ATTORNEY WITHERS:

24           Same thing.

25           COURT REPORTER:

1          Same thing?

2          ATTORNEY WITHERS:

3          Yes, ma'am.

4          COURT REPORTER:

5          Mini and full?

6          ATTORNEY WITHERS:

7          Yes, ma'am.

8          COURT REPORTER:

9          Okay.

10         Got it.

11         Thank you.

12

13                    *  *  *  *  *  *  *

14         DEPOSITION CONCLUDED AT 2:22 P.M.

15                    *  *  *  *  *  *  *

16

17

18

19

20

21

22

23

24

25

Page 88

```
 1    STATE OF WEST VIRGINIA  )

 2                    CERTIFICATE

 3        I, Emily Stewart, a Notary Public in

 4    and for the State of West Virginia, do hereby

 5    certify:

 6        That the witness whose testimony

 7    appears in the foregoing deposition, was duly

 8    sworn by me on said date and that the

 9    transcribed deposition of said witness is a

10    true record of the testimony given by said

11    witness;

12        That the proceeding is herein recorded

13    fully and accurately;

14        That I am neither attorney nor counsel

15    for, nor related to any of the parties to the

16    action in which these depositions were taken,

17    and further that I am not a relative of any

18    attorney or counsel employed by the parties

19    hereto, or financially interested in this

20    action.

21

22

23                    Emily Stewart,

24                    Court Reporter

25
```

1    John J. Meadows, Esq.

2    john.meadows@steptoe-johnson.com

3    April 11, 2025

4    RE:    Faith Aluminum Company v. Constellium Rolled Products

5    Ravenswood, LLC

6         4/2/2025, Jennifer Fife (#7265423)

7

8         The above-referenced transcript is available for

9    review.

10        Within the applicable timeframe, the witness should

11   read the testimony to verify its accuracy. If there are

12   any changes, the witness should note those with the

13   reason, on the attached Errata Sheet.

14         The witness should sign the Acknowledgment of

15   Deponent and Errata and return to the deposing attorney.

16   Copies should be sent to all counsel, and to Veritext at

17   cs-southeast@veritext.com

18   Return completed errata within 30 days from

19   receipt of testimony.

20   If the witness fails to do so within the time

21   allotted, the transcript may be used as if signed.

22

23              Yours,

24              Veritext Legal Solutions

25

Page 90

1    Faith Aluminum Company v. Constellium Rolled Products

2    Ravenswood, LLC

3    Jennifer Fife (#7265423)

4                  E R R A T A   S H E E T

5

6    PAGE_____ LINE_____ CHANGE_____

7    _____

8    REASON_____

9    PAGE_____ LINE_____ CHANGE_____

10   _____

11   REASON_____

12   PAGE_____ LINE_____ CHANGE_____

13   _____

14   REASON_____

15   PAGE_____ LINE_____ CHANGE_____

16   _____

17   REASON_____

18   PAGE_____ LINE_____ CHANGE_____

19   _____

20   REASON_____

21   PAGE_____ LINE_____ CHANGE_____

22   _____

23   REASON_____

24   _____    _____

25    Jennifer Fife                            Date

1   Faith Aluminum Company v. Constellium Rolled Products

2   Ravenswood, LLC

3   Jennifer Fife (#7265423)

4              ACKNOWLEDGEMENT OF DEPONENT

5        I, Jennifer Fife, do hereby declare that I

6   have read the foregoing transcript, I have made any

7   corrections, additions, or changes I deemed necessary as

8   noted above to be appended hereto, and that the same is

9   a true, correct and complete transcript of the testimony

10  given by me.

11

12  _____    _____

13  Jennifer Fife                      Date

14  *If notary is required

15                   SUBSCRIBED AND SWORN TO BEFORE ME THIS

16                   _____ DAY OF _____, 20____.

17

18

19              _____

20                   NOTARY PUBLIC

21

22

23

24

25

## 0

**0.16**   29:12
**0.18**   53:21
  65:25
**0.2931**   58:5
**00**   41:20
**00151**   1:6
**01**   39:19
**02**   38:17
**03**   37:3
**04**   35:18

## 1

**1**   53:25 54:10
**1,000,000**   50:6
  52:5,20,22
  53:4
**1,520**   51:15
**1.5**   29:11 32:9
  52:19,21 53:2
  53:13,23 54:10
  76:19,21
**10**   5:6
**11**   89:3
**12**   5:7 13:24
  48:3,5 59:19
  60:6,18,18,19
  61:13,18,19
**12:49**   2:12
**13**   5:11 64:20
  64:22
**13th**   55:14
  70:23

**15**   12:10
**15th**   72:13
  73:15,21 74:9
**16**   5:8 54:17,19
**1700**   3:14
**171**   3:5
**17th**   2:10 3:5
**18**   5:9 57:8,8
  57:10 66:16
**19**   5:10 6:4
  59:3,5 60:5,7
  62:10
**1st**   33:5,5 35:19
  37:25 38:18
  39:14,20 43:3
  58:24 59:11
  63:15

## 2

**2**   1:17 2:11
**2,100**   80:3
**20**   6:4 73:15
  91:16
**2023**   18:20,21
  21:25 24:6,10
  24:25 25:7
  26:21 29:5,11
  32:24 33:5
  35:19,20 37:4
  37:5,25,25
  38:18,20 39:6
  39:7,14,14,20
  39:22 40:5,13
  41:6,22,24

42:6 43:4,5,13
44:9 46:22,25
47:11,11 48:14
49:5,16,22
50:4,5,17,25
55:14 56:5,5
56:11,21 57:1
63:15 70:23
73:24,25 74:9
76:22
**2024**   33:5 40:6
  40:14 42:7
  43:14 44:10
  51:14 55:14
  56:10,18 57:3
  58:17,21,24
  59:11,12 63:12
  63:16 67:6
  73:21
**2025**   1:17 2:12
  89:3
**21**   5:13 72:3,5
**2100**   3:6
**23**   13:6 88:22
**25301**   2:11
  3:15
**27**   5:5 65:10
**2:22**   87:14
**2nd**   41:22

## 3

**30**   51:12 78:10
  89:18

**30363**   3:7
**31**   5:14 78:12
  79:3,5
**31st**   47:11
  51:14 55:14
  59:12 63:15
**33**   5:12 70:7,9
**34**   5:6
**3rd**   37:4,25
  39:14

## 4

**4/2/2025**   89:6
**43**   6:4
**45**   29:6
**48**   5:7
**4:24**   1:6

## 5

**50**   32:9
**500,000**   75:8
  76:18
**5052**   29:10,12
  32:9 49:14
  52:16 53:21
  66:24 67:7
**53**   6:4
**54**   5:8
**55**   6:4
**57**   5:9
**59**   5:10
**598**   43:1
**5th**   29:5

| 6 | | | |
| --- | --- | --- | --- |

**65** 5:11
**69** 6:4
**6th** 50:4,17

**7**

**7** 4:3
**70** 5:12
**700,000** 76:21
**707** 2:10 3:13
**72** 5:13
**7265423** 89:6
90:3 91:3
**750,000** 80:17
**78** 5:14

**8**

**8** 4:3,6 5:5
**84** 4:6,7 6:4
**87** 4:7
**88** 4:8
**8th** 57:22

**9**

**94** 72:23
**95** 72:18,24
**97** 79:10 80:5
**98** 79:11

**a**

**ability** 9:19
30:10
**able** 64:11
**above** 89:8
91:8

**accept** 60:13
64:6
**access** 30:2,12
**account** 75:10
**accounts** 71:4
**accuracy** 89:11
**accurately**
88:13
**acknowledge**
29:1 65:4
**acknowledge...**
91:4
**acknowledg...**
89:14
**acquiring** 83:1
**action** 88:16,20
**actual** 67:6
**actually** 61:20
86:3
**added** 36:7
**addition** 32:15
42:12 74:18
**additional** 64:1
**additions** 91:7
**address** 44:19
60:15 79:22
**advance** 15:16
**advised** 83:14
**afternoon**
57:24
**agency** 1:24
11:16
**agent** 16:16

**ago** 71:15
**agree** 39:5
40:15 55:19
**agreed** 7:3
**agreement**
19:15 32:14
46:23 66:2
67:4,5,10
**ahead** 19:11
20:22 28:6
43:23 53:9
76:25
**allotted** 89:21
**allow** 26:8
**alloy** 15:19,22
16:11 18:10
20:2,9,10,18
22:2 24:23
36:4,13,15,20
37:12 38:25
40:4 42:5
43:12 46:25
63:11 64:15
**aluminum** 1:5
7:17 8:14 10:1
16:23 17:10
18:7,14 23:2
23:15,16 29:11
34:15 36:2,5
37:10 38:24
40:2 42:3,21
43:10,21 45:11
46:24 49:15
50:4 51:8

55:18 56:6,21
58:23 61:21
64:10 65:24
70:25 71:21
72:16,25 79:13
79:17 89:4
90:1 91:1
**aluminum's**
79:22
**amount** 21:14
21:16 50:6
52:4 68:18
73:4 80:17
**amounts** 53:7
**analysis** 65:19
**answer** 8:1,24
9:15 15:13
19:11 20:3,5
20:23 43:24
45:12 48:1
53:10 61:16
69:7 84:1
85:20,25 86:3
**answers** 8:23
9:21
**anticipate** 9:12
**anybody** 10:15
23:16 26:18
44:6,19 61:19
83:5
**apologize** 15:16
33:9
**app** 75:4

appear 36:18
appears 34:8
37:17 55:16
65:24 88:7
appended 91:8
applicable
62:25 89:10
appreciate
84:23 85:1
approve 17:15
approved
17:11 19:23
25:23
approving
33:13
april 1:17 2:11
58:5,12 89:3
area 53:19
arnall 3:4
arrange 79:16
arrived 75:6
asked 18:10
24:16 33:8
73:24 77:23
asking 16:5
32:8 45:19
47:5 52:13
53:6
assisting 83:10
assume 39:10
39:11 53:24
assuming 51:20
56:15 83:21

assumptions
52:2
atlanta 3:7
attached 89:13
attorney 4:6
6:3 7:15 8:2,5
8:11 19:9,17
20:21 21:1,8
21:11 26:23
27:11,13,17
28:2,8,13 29:8
33:18 34:5,13
34:23 35:3,8
35:10 43:22
44:2,4 45:14
45:21,23,25
46:6,11,17,19
47:24 48:9,15
53:8,16,18
54:13,22 55:6
55:8,20,24
57:5,14,16
59:1,9,15,24
60:11 64:18
65:3,9 69:5,10
70:3,14 71:25
72:11,21 73:19
78:8,18,20
83:25 84:6,12
84:15,17,20
85:3,5,10,21
86:2,5,9,14,15
86:18,19,23
87:2,6 88:14

88:18 89:15
attorneys 10:15
10:16
auditors 75:6
august 38:18
39:14,21 48:14
49:4 65:23
authority 81:15
83:12
authorization
1:23
availability
66:23
available 62:16
89:8
avoid 8:25 47:5
aware 9:17
18:12,15,16
24:7,8,25
25:10,11 42:19
43:18 44:22
47:3 56:6,11
64:17 67:25
69:9,13 73:15
73:21 74:2
83:22

b

bachelor's 11:4
back 27:1 43:6
50:19 59:19
68:2 75:11,23
80:2

background
10:22
ballooned
80:16
bare 66:24 67:7
based 54:4,6
62:21 74:13
81:14
baseline 17:13
basis 20:13,13
20:14 35:13
79:14
beginning 2:12
35:17 38:20
39:24 41:25
58:20 75:18
behalf 2:4 23:9
26:19 30:2
64:7
believe 23:7
29:1 33:7
46:21 48:11,16
51:21 55:10
69:14 76:4
believing 45:1
best 24:17 66:3
71:18 74:25
better 56:3
76:13
beyond 11:9
bills 12:22
bit 10:21 21:24
57:21

| | c | | |
|---|---|---|---|
| **blanket** 40:23 54:9 | **c** 3:1 7:8 31:13 | **certify** 88:5 | **chronologica...** 72:17 |

**blanket** 40:23
  54:9
**body** 67:3
**boss** 12:24
**bottom** 28:16
  38:17 39:19
  41:19 43:2,3
  60:12 65:11
  72:23 79:10
**branches** 10:5
**break** 9:14,14
**brian** 12:25
  13:18
**brotherton**
  14:12 30:19
**brought** 82:19
**bryan** 15:6
**business** 11:4,5
  12:12 13:4
  16:23 18:6,12
  18:24 23:1
  31:24 32:13
  33:17 56:7,12
  58:22 73:5
**buy** 12:21
  40:18,19,24
  79:12 82:2
**buyer** 30:4,7
**buyer's** 30:2
**buying** 67:4
  81:17,19 82:13

**c**

**c** 3:1 7:8 31:13
**calculate** 79:20
**call** 17:21
  40:21 80:10
**called** 7:11
  11:19 12:13
  23:11
**can't** 22:23
  49:25 71:17
  75:1
**care** 66:1
**careful** 45:7
**case** 1:5 7:17
  8:13 10:6 30:5
  61:4,5 83:15
  83:21
**cause** 9:1
**caused** 51:25
  65:24 66:8
**ceo** 13:1
**certain** 21:14
  35:14
**certainly** 27:19
  27:23
**certificate** 4:8
  88:2
**certification**
  7:5 11:10,11
  11:12,23
**certifications**
  12:2

**certify** 88:5
**certifying** 1:24
**chain** 5:5,6,9
  5:11,13,14
  27:6 34:2
  57:11 64:23
  72:6,13,17
  78:13,24 79:8
  80:15
**change** 15:1,2
  38:2 39:1,8,12
  40:12 42:7,13
  42:20 43:14
  44:1 58:19
  60:24,25 61:9
  90:6,9,12,15,18
  90:21
**changed** 15:3
  49:24 81:8
**changes** 37:6
  49:25 89:12
  91:7
**charge** 20:8
**charleston** 2:11
  3:15
**chase** 2:9
**check** 28:7
  71:24
**checked** 27:1
**chicago** 79:14
**chosen** 67:7
**chronological**
  65:10

**chronologica...**
  72:17
**cicero** 67:1
**circuit** 57:21
**civil** 2:5 7:21
**clarify** 9:10
  10:8 15:24
**clarifying**
  33:21
**clean** 66:24
  67:6
**clear** 9:5 23:3
  25:9 62:2
**clearly** 8:25
  74:8
**close** 17:15
  39:1 42:8
  43:15 67:12
  74:22 75:2,15
**closed** 68:1
**closing** 63:18
**cloudy** 23:4
**code** 28:17
**college** 10:23
  11:2,3
**come** 46:9 64:3
**coming** 36:1
  37:9 38:22
  40:1 42:2 43:9
**commentary**
  85:14
**commit** 68:15
**commonwealth**
  2:8

**communicated**
23:19,22,25
44:7
**communicating**
77:13
**communication**
47:12,17 75:15
**communicati...**
23:16 44:12
45:8,10,17
46:2
**companies**
17:21 24:22
**company**  1:6
7:18 8:14 10:1
23:11 89:4
90:1 91:1
**compare**  37:16
60:5
**competitive**
76:24 77:4
**complete**  9:21
91:9
**completed**
89:18
**comply**  83:23
**con**  24:9
**concern**  44:25
**concerns**  55:17
56:1,7,12,16
81:11
**concluded**
87:14

**concrete**  52:3
**condition**  9:18
9:19
**conditions**
32:15 41:11
60:14 62:16,25
63:4,7,8 73:3
73:23 76:1
83:24
**conduit**  16:17
16:24 83:15
**confused**  66:18
**confusion**
65:24 66:9
**connection**
16:22 22:25
42:20
**conselium**
68:21
**conselium's**
82:10
**considering**
63:18
**constellium**  1:9
7:18 10:2,3,4
12:5,9 13:9
15:19,23 16:11
17:9,21,22
18:9,13 19:1,3
20:7,17,19
21:12,15 22:1
22:11 24:3,5
24:10,13,21
25:1,6,16 26:3

29:14 36:19
41:3,14 44:7,8
44:20 46:23
52:12 53:6
56:20 61:20
63:11,21,24,25
64:5,11,14
69:1,3,22
73:22 74:10
79:15 81:12
83:6 89:4 90:1
91:1
**constellium's**
16:22 18:6
19:25 20:6
23:1,14 49:7
58:22 60:14
64:7 71:4
**consultation**
16:20
**continued**
43:19
**contract**  16:15
17:14 24:4,15
25:5,14,18,23
26:1,7,10,12,20
31:3,20,23
32:5,7 36:1,4
36:19,22 37:9
37:12,20,21
38:12,22,25
39:13 40:1,4,6
40:14 41:10,15
42:1,5,7,21

43:8,12,14,20
44:10,18 45:10
49:8,19 67:18
67:23 68:5,14
69:17,22 75:13
77:12 83:11,17
**contracts**  15:22
16:10 17:3,4,9
17:18 19:4,6
19:18 21:19,21
24:22 68:10,21
69:2
**contrary**  69:2
**conversation**
46:9 68:3
**conversations**
45:12 74:19
75:1,20 76:7
**converter**  75:4
**converting**
51:13
**copied**  30:18
55:1 65:5
**copies**  89:16
**copy**  57:25
58:10 60:24
**copying**  29:2
**corner**  28:16
38:17 39:19
41:19 43:2
**correct**  19:23
19:24 24:23
25:2,3,7 26:17
29:19 36:20,21

39:9 48:19
49:11,12 69:4
69:18,19 74:12
74:15 82:14
91:9
**corrections**
91:7
**counsel** 3:8,16
7:4 8:19 9:16
10:19 31:15
33:4 45:13
88:14,18 89:16
**couple** 14:21
25:24 55:3
65:6 75:7
**course** 8:3 9:24
23:14 31:24
**court** 1:1 2:7
7:20 8:23 31:9
73:11 85:6,8
85:19,23 86:7
86:11,17,21,25
87:4,8 88:24
**cover** 27:19,20
29:25 49:20
50:24
**covered** 73:12
**covering** 26:20
**craft** 31:3
**create** 30:1,3
30:13
**crediting** 11:16
**cs** 89:17

**current** 12:5,11
13:3 15:24
68:5
**customer** 81:3
**customers**
63:21
**cut** 71:6 81:6
**cv** 1:6
**c's** 73:10,13

**d**

**d** 4:1 7:8
**daily** 77:13
**date** 38:4,7
51:14 88:8
90:25 91:13
**dated** 35:18
39:20 41:22
**dates** 47:7
49:25
**dave** 14:8
47:13,13 72:15
74:21 76:8
77:9 80:8,10
**day** 91:16
**days** 89:18
**deal** 36:2 37:10
38:23 40:2
42:3 43:10
44:14 47:1
66:23 69:24
76:11,13 78:5
79:12

**dealer** 79:14
**dealings** 23:14
**deals** 74:20
75:20,22 76:3
**december** 41:5
47:11 49:15,22
50:5,25 51:14
53:4,14 55:14
**decide** 74:23
**declare** 91:5
**deemed** 91:7
**defendant** 1:12
3:16 10:4
**degrees** 11:9
**delegation**
83:11
**deliver** 20:20
21:15 63:25
64:15
**delivered** 56:20
63:11 76:20
79:13
**deliveries**
30:21 64:6
**delivery** 51:13
**department**
14:21 17:12
65:14 83:16
**depending**
67:11
**depends** 25:25
**deponent** 89:15
91:4

**deposed** 8:15
**deposing** 89:15
**deposition** 1:15
2:2 7:16 9:25
10:10,14 87:14
88:7,9
**depositions**
7:24 88:16
**describing**
21:20
**description** 5:4
63:2
**desk** 46:10
**details** 47:6
66:2
**didn't** 17:2,18
42:17 46:21
48:23 56:23
60:25 71:21
**difference**
37:17 39:6
40:10,22 42:11
**different** 31:23
31:25 40:20
76:11 81:1
**difficulty** 64:14
**digits** 28:21
35:18 37:3
38:17 41:19
**direct** 23:15
**directing** 29:22
**directly** 12:23
13:20 14:6,9
14:12,15,19,24

15:4 17:3
30:24
**director** 13:11
13:19 16:6
33:16 67:16
**discrepancy**
21:18
**discuss** 10:14
**discussed** 58:6
**discussion** 4:3
4:7 77:24
**discussions**
56:16,17
**distinct** 19:7
**district** 1:1,2
**divisions** 10:5
**document**
28:20 37:2
48:12,17 49:3
51:2,6 55:9,13
57:17 59:13
60:1 78:21
**documents**
10:12,18 28:16
28:19
**doesn't** 45:19
**doing** 41:8
**dollar** 66:16
**dollars** 54:10
**don't** 9:6,12
14:20 15:13
20:3,12,15,25
21:19,21 22:7
23:3 28:7 29:1

30:2,9,10,12
33:7 38:7
39:10 45:7,15
45:15,16,18
47:6 49:1
50:18 51:10
52:24 53:1
54:3 56:17
62:3,4 63:13
64:2 65:16
68:4,9 69:24
71:9 81:14
84:13 85:9
**doss** 65:11,13
65:22
**double** 80:17
**draft** 25:22
**drafted** 17:14
**drafting** 17:8
31:20 33:10
39:13 43:20
**drivers** 30:22
**drop** 50:2
53:22
**dropped** 53:14
**drug** 9:18
**duly** 7:12 88:7
**dump** 29:14
79:19
**duration** 44:9

**e**

**e** 3:1,1 4:1 7:8,8
31:13,13 85:12

85:13,17,22,25
86:4 90:4,4,4
**eager** 80:11
**eagle** 80:11
**earlier** 24:20
32:1 48:11
68:9 71:8
**earliest** 72:16
**early** 67:5 75:1
**easier** 9:7
**east** 2:10 3:13
**easy** 28:22
**educational**
10:22
**eight** 27:3,5,10
**either** 15:13
52:19 69:22
83:9
**email** 5:5,6,8,9
5:11,12,13,14
22:15 27:6
28:24 29:4
30:19 34:1
35:17,18,25
37:4,8,19 38:6
38:18 39:7,7
39:20 40:11
41:22 42:12
43:4,7 54:19
55:1,16 57:10
57:22 58:3
64:22 65:5,10
65:21 70:9,20
71:13 72:5,13

72:16 76:9,16
78:12,24 79:8
80:7,15
**emailed** 22:20
**emails** 29:2
34:8
**emily** 2:7 88:3
88:23
**employed**
26:18 88:18
**employer** 12:5
**encompass**
58:5,12
**ended** 76:25
**ends** 72:18
**engage** 24:13
25:16
**engages** 20:7
20:17
**engaging** 74:19
75:19
**entailed** 78:5
**enter** 24:4 29:9
69:1
**entered** 68:21
**enterprise**
12:20 71:11
**enters** 19:3
24:21
**entire** 80:14
**entirety** 27:24
**equipment**
64:10 69:12

**erp** 12:16,19
30:13 71:6,10
**errata** 89:13,15
89:18
**error** 54:11
**esq** 89:1
**esquire** 3:3,10
3:11
**establish** 67:9
**evidence** 50:19
**evolution** 50:21
**exact** 14:20
**examination**
4:5 8:9
**except** 7:24
**excuse** 41:2
70:20 79:18
**executed** 73:2
73:12,22 75:14
**exhibit** 5:1,5,6
5:7,8,9,10,11
5:12,13,14
27:2,5 33:24
34:1 43:1 48:3
48:5 54:16,19
57:8,8,10 59:3
59:5,19 60:5,6
60:7,18,19
61:13,18,19
62:9 64:20,22
70:5,7,9 72:3,5
76:17 78:10,12
79:5

**exhibits** 27:18
33:2
**expect** 41:1
74:4 84:3
**expected** 38:11
40:18 41:6
51:1 61:11
73:14,20 74:2
74:14 83:22
**experience**
24:12 25:22
67:15
**experiencing**
64:14
**explain** 66:1
**expressed** 56:6
56:11
**extent** 18:5
33:3 77:9,24

**f**

**face** 51:22
**facility** 66:5
**fact** 50:23 61:4
**fails** 89:20
**faint** 75:8
**fair** 22:17
26:14 43:19
47:4 61:10
63:10 68:7
69:11 71:16
**fairly** 84:5
**fairmont** 11:3,6
11:7

**faith** 1:5 7:17
8:13 9:25 10:1
16:23 17:10
18:7,13 19:2
22:1,11 23:1,8
23:15,16 24:5
24:9,13,25
25:6,7,17
26:19,21 29:10
34:15 36:2,5
37:10 38:23
39:13 40:2
41:3 42:3,21
43:10,21 44:7
45:11 46:24
49:15 50:4
51:8 52:12,13
52:17 53:6
55:18 56:6,11
56:20 58:1,23
61:20 63:11,17
63:21,24 64:1
64:4,5,10,15
65:23 66:2,8
67:8,12 69:11
70:25 71:21
72:16,25 74:11
74:11 75:6,6
75:12 77:13,14
79:21 82:6
89:4 90:1 91:1
**faith's** 26:19
49:20

**fall** 13:6
**falls** 83:11
**familiar** 71:22
**far** 43:18 69:9
76:19
**fast** 26:11
77:10
**faster** 21:10
**favorable**
73:11
**federal** 7:21
**feel** 17:25
**fife** 1:16 2:4 4:4
7:10,17 8:12
84:8,21 89:6
90:3,25 91:3,5
91:13
**fifteen** 12:10
**filing** 7:6
**final** 17:15,16
**finance** 65:14
65:15
**financial** 65:17
**financially**
88:19
**financials**
65:23
**find** 25:15
28:22 80:24
**fine** 20:5 21:7
28:9 48:1,22
50:20 71:18
**finished** 29:13

**first** 7:12 31:17
37:7 43:1 44:5
57:22 65:10,21
73:5 76:17
79:8 83:19
**five** 13:23
39:24
**floating** 76:9
**floor** 2:10
**follow** 84:4
**following** 7:11
**follows** 7:13
**footer** 61:1
**forecasted**
21:15
**foregoing** 88:7
91:6
**form** 5:7,10
7:25 19:10
20:22 43:23
48:6 49:8,20
53:9 55:21
59:6 62:24
69:6 84:1
**formal** 19:4,14
24:14,21 25:5
25:18 26:9,20
32:14 44:10,18
**formalizing**
42:21
**format** 85:13
**forth** 80:2
83:24

**forward** 37:1
38:16 39:18
41:18 42:25
66:21 75:11
80:4
**forwards** 80:14
**found** 18:19
**foundation**
66:25
**four** 13:23
39:23 41:5
85:15
**frame** 18:18
47:10 58:16
**freight** 77:23
79:16,19,21
**frequency**
79:22
**front** 33:2 37:2
50:19
**full** 9:20 34:17
68:18 85:16,18
86:6,8 87:5
**fully** 88:13
**further** 43:20
58:21 64:6
88:17

**g**

**g** 7:8
**ga** 29:14
**garey** 22:14
55:16 57:23
58:4

**general** 11:5
18:1
**generally** 18:2
18:3 28:7
**generated** 67:2
**gentleman**
22:13 23:20
57:23
**george** 14:5
22:12 28:25
29:4,22 30:18
31:2 50:13,15
51:24,25 55:18
57:24 58:3
65:12,22 72:14
72:22,24 73:15
73:20 76:5,17
79:11 80:8
81:11,18 82:12
83:8,18
**george's** 52:15
66:22
**georgia** 1:3 3:7
79:13,17,23
**getting** 68:1
76:25,25 83:2
83:7
**give** 8:22 9:20
34:16 71:18
**given** 8:19
13:25 44:25
58:19 88:10
91:10

**gives** 60:15
79:21
**glad** 9:11 74:22
85:6
**go** 8:21 10:23
14:3 15:15
19:11 20:22
28:6 35:17
37:7 42:25
43:23 53:9
59:19,20,25
72:3 77:21
80:9
**goes** 76:23
**going** 8:23 9:12
14:3 15:12,16
27:22 31:10
33:23 34:14
37:1 41:2,3,14
44:15,17 54:23
54:24 76:22
78:6
**golden** 3:4
**gonna** 8:21,22
81:7
**good** 16:3 56:2
58:14 65:20
74:20 76:5
84:11
**goods** 13:13
**gotta** 82:6
**govern** 41:11
**gregory** 3:4

**griffith** 14:8
47:13 72:15
76:6 77:22
78:2 79:11
80:3,8,14
**guess** 51:5
72:23
**guidance** 8:20

**h**

**h** 31:13 90:4
**hadn't** 60:7
**half** 63:16
**hand** 28:16
38:17 39:19
41:19 43:2
**handing** 70:5,7
**handled** 80:18
**happen** 41:13
**happened**
37:24 44:12
77:9
**hard** 9:1
**haul** 80:12
**header** 49:13
49:23 53:19
60:24
**hear** 42:17
71:22
**heard** 23:11
71:20 82:19
**hecker** 31:6
45:9,10

**help** 75:11
76:12 79:21
81:3
**helped** 83:14
**hereto** 88:19
91:8
**heyday** 75:7
**he's** 13:1 31:16
31:17 32:6,8
32:12,17 66:18
76:10
**hi** 58:4 72:24
76:18
**high** 66:24
**hire** 41:3
**hired** 22:1
**hires** 19:1
**hmm** 80:21
**hold** 59:16 60:2
79:3 80:12
**hoops** 81:3
**hoping** 36:6
**hourly** 13:25
**huge** 73:10
**huh** 8:25 9:1
**hundred** 75:7

**i**

**idea** 30:18
51:16,24 56:19
63:10 66:8
69:11 76:5
77:4,25 78:3

**identification**
27:7 34:3 48:7
54:20 57:12
59:7 64:24
70:10 72:7
78:14
**identified** 5:4
**identifying**
15:18
**illinois** 67:1
**important** 8:24
9:5
**inbound** 29:13
30:21 53:22
**incident** 73:10
**including** 52:14
**increased**
47:15
**indicate** 62:24
**indicates** 50:14
50:15
**indirect** 13:13
**info** 77:16
**information**
54:25 64:12
**informed** 63:24
64:5
**inhibit** 9:19
**initiate** 58:2
**inside** 31:15
**instance** 41:14
75:3
**institute** 11:13
11:18,20

**instructs** 9:16
**intended** 50:23
**intent** 39:15
**interested**
88:19
**interesting**
60:3 80:21,24
**interim** 26:8
**inventory**
77:15
**invoices** 12:22
58:2 66:1
**involved** 17:6
18:5 44:13
45:3,4 47:2,23
71:24 81:16
82:17,22,25
83:1
**involvement**
47:12 58:21
**isn't** 75:9
**issue** 38:7
44:19 75:13
**issued** 38:6
49:10
**item** 51:1,8
52:21,22 53:22
**items** 34:15
**iteration** 61:12
**it'll** 9:6
**it's** 8:24 9:1,5,9
11:12,19 12:20
13:22 20:12
30:12 37:3

40:12,18 47:7
60:2 65:11
66:12,16 71:6
72:23 73:3
74:25 77:16
80:16 81:4
85:17
**i'd** 38:4 39:15
**i'll** 9:8,11,11
17:21 27:20,20
28:7 55:2
66:12,12
**i'm** 8:19,21 9:3
9:4,25 10:2,7
14:3 15:12,15
16:1,5 21:3,3
24:7 25:11
27:22 28:6
30:9 32:21
33:15,23 34:14
42:15,17 50:20
50:20 52:24
54:23,23 59:23
61:6 62:1
67:25 68:6,8
69:9,13 70:5
73:25,25 74:21
79:2,2,3,12
81:6 84:8
85:16
**i've** 58:4,11
77:12

**j**

**j** 3:10 89:1
**january** 57:3
57:22 58:1,5
58:12,16,23
59:11 63:15
**jeff** 65:11 66:15
**jen** 76:18
**jennifer** 1:16
2:4 4:4 7:10,17
70:21 89:6
90:3,25 91:3,5
91:13
**jessee** 3:11 85:5
86:2
**job** 9:7 56:18
58:20
**jobs** 56:24
**john** 3:10 7:23
86:14 89:1
**john.meadows**
89:2
**johnson** 3:12
**johnson.com**
89:2
**july** 31:3 32:8
37:4,25 38:19
39:6,13 49:4
50:5,25 53:3
53:13
**jump** 81:2
**june** 18:18,19
28:25 29:5,11

32:10,23 33:5
35:19 37:5,25
39:7 48:14
49:4,15,21
50:24 53:3,13
70:23 72:13
73:15,21 74:9
76:20

**k**

**k** 31:13
**keep** 58:14 67:8
**keeping** 28:18
**kim** 23:25 58:1
**kind** 8:20 16:17
27:21 35:13
50:21 57:2
81:4 82:1
**knew** 44:21
84:4
**know** 9:14 10:4
10:7 14:20
15:5,12,14
17:5 18:9
19:25 20:3,6,8
20:12,15,18,25
21:12 22:7,10
22:13,22 26:18
28:3,7,7,15
29:3,24 30:17
30:18 31:9
35:5 36:13
37:24 38:5
41:9,13,16

42:23 44:6,11
45:4,8,15,20
46:2,14,20,22
47:6 51:11
53:2 54:2,3,3
55:12 60:21
61:4,16,18,22
62:3,4,18
63:13,23 64:2
64:13 65:15,16
67:22 68:1,2,4
69:15 71:8
74:6 75:9,10
78:1,7 81:1,5
85:18
**knowing** 26:5
**knowledge**
19:6 21:25
24:3 25:5
55:25 56:17
63:17 64:9
68:20,24
**knows** 76:13
**knox** 3:3 8:12
86:18

**l**

**l** 7:1
**language** 37:18
37:18 60:19
61:14 62:9
**large** 73:4
**lastly** 9:17

**lawful** 7:22
**lawsuit** 18:1
**lawyers** 28:18
**leading** 83:6
**learned** 64:4
**left** 75:6
**legal** 10:11
  16:18 17:11,12
  19:22 44:21,24
  45:2,9 77:11
  83:16 89:24
**letters** 50:12
**let's** 24:20 26:3
  33:5 37:1
  38:16 39:18
  41:18,18 42:25
  48:2 59:2 60:5
  62:8 72:3
  78:10
**level** 81:15
**licenses** 12:3
**line** 31:19
  35:25 39:25
  50:3,6 51:8,11
  52:5,7,22
  53:22 58:3
  90:6,9,12,15,18
  90:21
**lines** 37:7 51:1
**listed** 52:21,22
  62:16
**little** 10:21
  21:23 57:21
  74:25

**liz** 31:2,6 36:3
  37:11 38:24
  40:3 42:4
  43:11 45:8
  77:11
**llc** 1:11 7:19
  10:3 89:5 90:2
  91:2
**llp** 3:4
**load** 80:3
**loads** 79:23
  80:16
**location** 36:6
**locked** 77:1
**lol** 75:9
**long** 9:13 11:22
  12:8 13:3
  25:21 31:19
  71:15
**longer** 67:9
**look** 26:25 27:2
  28:10,14,24
  29:4 33:24
  35:24 37:7
  38:4 43:6 48:2
  49:13 57:7
  59:2 60:1,6,18
  64:19 66:21
  73:11 76:16
**looked** 66:14
**looking** 53:20
  62:8
**looks** 54:11

**loop** 68:1
**loose** 79:18,19
**lose** 75:7
**lost** 75:9
**lot** 15:12 54:25
  65:17 76:23

**m**

**made** 18:15,16
  60:24 91:6
**majored** 11:4
**make** 9:4,7
  15:15 53:12
  62:1 75:8
**making** 26:12
**management**
  11:5,13,14,18
  11:20
**manager** 12:12
  12:17 13:4
  15:9
**manufacturer**
  67:3
**marked** 27:6
  34:2 48:6
  54:20 57:11
  59:6 64:23
  70:7,10 72:6
  78:13
**market** 67:6
  77:6
**marketing** 11:4
**match** 52:24

**material** 36:8
  63:3 73:5,8,9
  75:5
**materials** 13:14
**matters** 35:14
**ma'am** 27:14
  85:4 86:20
  87:3,7
**mccallie** 12:25
  13:18
**meadow** 6:4
**meadows** 3:10
  8:2 19:9 20:21
  27:11 28:2
  43:22 45:14,23
  53:8 55:20
  69:5 83:25
  84:12,17 85:10
  85:21 86:5,9
  86:15 89:1
**mean** 16:13
  33:4 39:11
  47:21 48:20
  49:19 54:1
  75:21 78:2
**meaning** 13:13
  32:12,14
**means** 52:6
**medical** 9:18
**meeting** 71:23
**member** 83:10
**met** 10:11
**metal** 19:2 23:8
  23:12 68:2,6

81:17,19
**metals** 13:14,14
  30:1,21 66:25
  81:22
**michele** 14:11
  30:17,19 77:14
**million** 29:11
  32:9 52:8,20
  52:21 53:2,15
  53:23 76:19,21
**mini** 86:6,8
  87:5
**minimum**
  20:20
**minus** 13:25
**minute** 75:2
**missed** 75:14
**mmhmm** 12:7
  27:12 41:21
  49:17 52:18
  60:10 66:17
  75:17 80:6,13
  82:8 83:13
**moment** 57:25
**month** 37:6
  42:22 49:21
  50:5,24 51:4,9
  53:2 58:2
  79:23 80:16,17
**monthly** 34:9
  35:12 67:8
**months** 25:25
  26:6 41:4,6
  44:16 49:4

**morgan** 67:2
  67:11
**morning** 80:10
**move** 38:16
  39:18 41:18
**moved** 15:8
**moving** 37:2
**multiple** 44:15
  44:16 62:19
**muriel** 23:23

**n**

**n** 3:1 4:1 7:1,8
**n.w.** 3:5
**name** 8:12
  22:13,15,23
  31:11 57:23
**named** 23:20
  23:22,25
**nature** 12:15
**nebulous** 23:6
**necessarily**
  38:12
**necessary** 91:7
**need** 9:13 28:10
  35:1 38:6
  46:13 58:1
  59:17 73:2
  78:6 79:15,19
**needed** 16:19
  26:3 83:22
**needs** 74:24
  82:5

**negotiate** 17:3
  17:4 25:22
  26:6 83:16
**negotiates**
  21:13
**negotiating**
  15:21 16:10
**negotiation**
  47:2,23
**negotiations**
  16:19
**neither** 88:14
**never** 23:19,22
  23:25 51:5,6
  73:6
**new** 36:8 56:18
  70:4 84:5
**normal** 25:19
  31:24
**northern** 1:2
**notary** 2:7 88:3
  91:14,20
**note** 66:12
  89:12
**noted** 91:8
**notes** 50:3
  51:21 52:1,15
  52:23
**notice** 7:19
**november** 41:5
  43:3
**number** 5:4
  27:10 28:17,21
  34:9 51:1 66:3

**numbers** 29:6

**o**

**o** 7:1,8
**object** 19:10
  20:22 43:23
  53:9 55:21
  69:6 84:1
**objection** 6:1
**objections** 7:24
**obligation** 73:7
**obtain** 11:16
**obtained** 18:9
**obtaining**
  64:15
**october** 41:5,22
  43:5
**odd** 51:18
**offices** 2:9
**official** 65:16
**oh** 28:6 32:22
  60:1
**okay** 8:18 9:23
  10:13,25 11:8
  12:1,14 13:7
  13:16,22 14:2
  14:17,22 15:10
  15:11 16:4,7,8
  16:21 17:1,7
  18:4,22 19:13
  20:4,11,16
  21:6,22 22:4
  23:10,18 24:19
  25:12,20 26:2

26:24 27:16
28:1,12,23
29:7,17 30:6,8
30:16 32:16
33:19,20,22
34:24 35:4,7,9
35:16,23 36:12
36:24,25 38:9
38:15 39:17
40:9,25 41:12
41:17 42:24
44:3,23 45:5
46:7,12,16
47:16,22 48:10
51:19 52:9,25
53:17 54:5,14
54:15 55:5,7
55:11 57:6,15
57:19 59:18
60:4 61:2,8,23
61:25 62:5,7
62:20 63:5
65:2,8,18
66:11,20 68:19
70:1,13,19
72:1,2,10,20
73:18 74:1,5
74:17 75:25
76:2,15 77:7
77:20 78:9,17
78:19,23 79:4
79:6,7 80:1
82:21 83:4
84:7 86:12

87:9
**olson** 67:2,11
**once** 17:14
**operate** 69:17
**operating**
26:15 32:11
69:3 81:11,12
83:23
**operations**
63:18
**opportunity**
34:17 76:24
**opposed** 25:13
**orally** 8:25
**order** 5:7,10
19:16 27:2
30:13 31:22
32:4,8,15,17,19
33:6 40:23
46:22 48:6
49:8,11,19
50:16,23 51:7
52:11 58:10
59:6 60:13
61:13,19 62:23
62:24 64:10
67:18 69:18,23
74:10,15
**ordered** 51:15
**ordering** 52:12
**orders** 19:7,8
26:16 30:1
33:11,14 50:22

**organization**
11:16
**organized**
77:17
**original** 52:16
61:12
**originally** 81:2
**outside** 10:15
81:12
**oversight** 16:12
16:13 17:2
19:19
**own** 73:9
**owner** 73:6

**p**

**p** 3:1,1 7:1,8
27:2,5 57:8
**p.m.** 2:12 87:14
**pack** 76:25
**packet** 22:16
32:20 48:13
58:13 59:10
70:17 76:9
78:22
**packets** 55:10
**page** 5:1,3 6:1,3
28:20 29:5
35:17 37:1,3
37:16 38:16
39:18,18 41:18
43:1,3,6,8
59:25 60:6,12
65:10 66:21

72:18 74:18
76:17 79:9
80:4 85:16
90:6,9,12,15,18
90:21
**pages** 42:25
**para** 31:18
**paragraph**
31:1,17,18
38:21 41:25
43:7 53:20
66:22 75:24
77:10
**paren** 39:2 42:8
43:15 67:12
74:23 75:1,2
75:15
**parentheses**
39:1 42:7
43:14 67:10
74:21
**parenthesis**
75:13
**parenthetical**
39:8 42:13
**part** 22:6 43:7
79:8
**participate**
74:22,22
**particular**
40:19
**parties** 4:3,7
7:4 21:17
88:15,18

party  67:23
party's  56:7,12
patience  85:1
pausing  21:3
pay  12:21
  21:19 68:10,11
  68:12,14,16,17
  71:7 79:16
payable  71:5
paying  20:1
payment  20:1
  71:7
pending  9:15
pennsylvania
  2:9
people  13:20
perfect  8:6
perform  24:14
  25:17
performed  24:5
  24:9 25:1,7
  26:21 74:11
period  32:23
  36:9 48:18
  49:21
person  16:19
  16:24 66:3
picked  29:13
pivots  66:23
place  26:10
  32:5 44:18
  67:19 69:17,23
plaintiff  1:7 2:4
  3:8 8:13 10:1

plan  75:12
planned  44:8
plant  36:17
  68:2 82:10
please  29:9
  57:7,25 64:19
  72:3
pllc  3:12
plus  13:25
po  29:10 31:17
  31:22 38:4,5,7
  38:10 40:5,13
  40:17,21 41:7
  41:15 42:6
  43:13 44:8,18
  49:14 50:4
  54:9 58:1,2,4
  58:11 66:14,25
  67:8 73:5,8
  75:13
point  9:13 14:5
  14:8,11,14,18
  16:3 18:16
  27:21 28:10
  33:1,4 36:5
  37:13 39:1
  40:5 42:5
  43:12 47:9
  55:13 56:10
  63:14 81:4,10
  83:6
pointed  47:13
  47:14

poly  29:10,12
  32:9,9 49:14
  53:21 66:24
  67:7
poorly  22:5
portions  27:22
pos  30:3,10
  33:12 71:6
possible  26:4
posted  60:14
pound  20:12
  29:12 53:21
  54:9 58:6
  65:25
pounds  29:11
  32:9 50:6 52:5
  52:8,20,20,21
  52:22 53:4,23
  56:19 66:4
  75:7,8 76:18
  76:21
practice  32:3
  35:12
predecessor
  57:1
preference
  69:15
preferred
  73:22
prepare  10:9
prescription
  9:18
presence  10:16

pressure  76:24
  77:5
pretty  57:4
previous  37:16
  42:12 76:8
previously  58:6
  66:15
price  47:7
  53:24 54:9
  80:3
pricing  47:19
  79:20
print  60:25
  61:7
prior  40:11
  57:2 75:23
priority  26:13
probably  18:18
  22:5 57:20
  66:18
proc  69:21
procedure  2:6
  7:21 10:12
  26:15 32:11
  69:16
procedures
  69:3 81:13
  83:23
proceeding
  7:12 88:12
process  15:19
  15:22 16:10
  19:2 21:16
  22:2 24:23

26:4 41:4 53:7
64:11 67:17
69:21 74:23
76:21 82:6,17
84:4
**processed** 66:4
73:4 76:18
81:22 83:2,8
83:20
**processing**
18:25 20:9
23:8 24:14
25:1 44:16
46:24 56:21
63:12 64:16
69:12 82:5
**processor** 19:1
20:17 21:13,16
25:16 26:8
36:16 67:24
69:1,21 82:6
82:10 83:19
**processors** 17:9
20:2,6,7,19
68:23 81:21
82:17
**procurement**
13:11,12,19
16:6,16 17:6
29:25 33:16
67:16 80:25
**product** 17:16
29:13

**production**
51:12 77:15
**products** 1:10
7:18 10:3 12:6
17:23 89:4
90:1 91:1
**professional**
12:2
**program** 12:20
71:11
**progress** 43:20
**prohibited** 1:23
**project** 12:12
12:13,15,17
13:4
**prompted**
71:13
**properly** 75:10
**proposal** 79:20
**provide** 16:20
19:19 51:25
66:3
**provided** 17:2
50:16 74:10
**providing** 23:8
34:8 73:1
**provisions**
27:21
**public** 2:8 88:3
91:20
**pull** 74:20
76:12
**pulled** 76:5

**purchase** 5:7
5:10 19:7,8,15
26:16 30:1,13
31:22 32:3,8
32:15,17,19
33:6,10,13
40:23 46:22
48:5 49:8,11
49:19 50:16,22
50:23 51:7
52:11 58:10
59:5 61:12,19
62:23,24 67:18
69:18,23 74:10
74:15
**purchased**
64:10
**purchasing**
11:12
**purposes** 7:22
**pursuant** 2:5
7:19,20
**put** 68:9
**putting** 26:12
54:12

**q**

**q4** 13:8
**quality** 66:24
**quantity** 51:14
52:7 54:8
**quarter** 57:1
**question** 7:25
9:8,15 22:6

56:2
**questions** 8:22
9:20 10:6
15:13 21:3
47:6 55:3 65:6
84:8,14
**quick** 48:2 59:2
59:16,17,20
**quote** 77:23
**quotes** 80:3

**r**

**r** 3:1 7:8 31:13
90:4,4
**raising** 55:17
**rate** 58:6 65:25
79:19
**rather** 38:1
**ravenswood**
1:10 7:19 10:3
12:6,17 17:23
22:1 79:17
89:5 90:2 91:2
**raw** 13:14
**reached** 46:23
76:8
**read** 8:4 27:19
27:23 34:7,17
39:16 54:24
55:2 84:18
89:11 91:6
**reading** 7:5
53:5 78:4

**ready** 28:4 80:9
**real** 36:4,13,15
  36:19 37:12
  38:25 40:4
  42:4 43:11
  59:19
**really** 32:4
  40:10 54:3
  79:9 85:11
**reason** 89:13
  90:8,11,14,17
  90:20,23
**reasons** 21:2
  41:8
**recall** 32:18
  38:7 47:21
  48:20 51:10
  55:12 59:12
  71:17
**receipt** 89:19
**receive** 12:22
  71:7 73:9
**receiving** 77:14
**recognize**
  70:15 78:21
**recollection**
  49:2 58:9
  71:19
**record** 15:15
  88:10
**recorded** 7:20
  88:12
**records** 62:1

**record's** 9:5
  25:9
**recycling** 68:3
**refer** 9:25 10:2
  28:20
**reference** 51:20
**referenced**
  19:15 89:8
**references**
  58:11
**referred** 75:18
  75:21
**referring** 9:25
  10:2 31:16
  75:23
**refers** 51:17
**regard** 21:13
**regarding**
  35:13 46:24
  55:25 56:7,12
  83:24
**regardless**
  68:16,17
**regional** 23:12
**regular** 27:1
  40:21
**relate** 34:15
  52:19
**related** 88:15
**relationship**
  16:23 18:6,13
  18:24 22:10
  23:1 56:8,13
  58:23

**relative** 88:17
**rely** 26:15
**remainder**
  46:25
**remember**
  22:23 71:9,12
**reminded**
  70:16,16
**renegotiation**
  67:5
**reorter** 8:23
**repeat** 9:10
**replaced** 40:12
**report** 12:23
  13:17 14:6,9
  14:12,15,19,23
  15:4 30:24
  48:21
**reported** 13:20
  14:1 29:18
**reporter** 2:7
  7:20 31:9 85:6
  85:8,19,23
  86:7,11,17,21
  86:25 87:4,8
  88:24
**reporting**
  65:17
**reports** 29:18
  34:9 77:15
**represent** 8:13
  68:25
**reproduction**
  1:22

**request** 29:23
  30:1 36:7
**requested**
  26:20 70:25
**require** 20:19
  76:3
**required** 91:14
**reserve** 7:24
**resolve** 21:18
**resource** 12:20
  71:11
**resources**
  26:12
**respect** 20:1
**respective** 7:4
**responded**
  80:21
**responds** 58:4
  77:22
**response** 60:23
  66:22
**responsibilities**
  58:20
**responsible**
  15:18,21 16:9
  17:8 30:20
  81:19,21 82:13
  83:7
**responsiveness**
  7:25
**restate** 24:16
**return** 89:15,18
**reveal** 45:16

**review** 10:18
36:23 89:9
**reviewed** 17:17
**reviewing**
65:23
**right** 8:7 16:15
28:16 31:7
38:17 39:19
41:19 42:13
43:2 45:22,24
46:1 53:13
62:22 72:12
79:1,2 81:9
82:3,7,10
84:16 85:13,20
86:14
**rights** 42:1
**risk** 73:10
**rittenhouse**
22:14,18,20,22
55:17 57:23
**rockmart** 29:14
79:13,16
**role** 13:3,9,17
13:19 15:1,2,7
15:24 16:6,9
16:14 17:19
22:25 23:7
29:21,25 31:14
33:10,13,15
67:16 83:12
**rolled** 1:9 7:18
10:3 12:5
17:22 89:4

90:1 91:1
**roughly** 11:24
18:17 63:16
**rude** 9:4
**rules** 2:5 7:21
**running** 81:5
**russell** 3:11

**s**

**s** 3:1 7:1,8 90:4
**salad** 9:9
**salary** 13:24
**sap** 36:7
**saw** 22:15
32:20 33:1,3
55:13
**says** 35:25
37:20 39:25
43:8 49:13,14
51:12,23 52:4
52:16 53:20
58:11 60:12
76:23 77:8,11
77:22 79:22
80:15
**schedules**
30:21
**scrap** 13:14
15:19,22 16:11
18:10,25 19:2
20:2,9,10,18,20
21:14,16 22:2
24:23 26:4
30:7 36:1,9

37:9 38:23
40:1 41:4 42:2
43:9 46:25
56:20 63:11
64:1,6,11,15
66:24,25 67:1
67:4,23 68:6
68:23 69:1,21
79:12,20 82:2
82:3,13,14,18
83:1,7,20
**sealing** 7:5
**second** 31:18
31:18 38:21
41:25 43:7
59:17,20,25
60:6,12 66:22
72:18 73:8
79:3 80:12
**section** 52:23
**see** 24:20 28:15
29:3,15 31:4
32:24 33:6
35:21 36:3,10
37:11,14,22
38:25 39:3,6
39:25 40:3,7
42:4,9 43:11
43:16 46:21
48:17 50:7
51:1 54:4,6
58:7 60:16
66:6 67:13
71:2,24 75:16

77:2,18 79:24
80:19,22
**seeing** 21:4
59:10
**seen** 32:18
36:22 48:12
49:3 51:5,6,7
55:9 57:17
58:10 59:12
60:8
**sees** 66:15
**selected** 10:19
**sell** 12:21
**send** 57:25
71:13
**sending** 77:14
**sense** 53:12
**sent** 28:25 29:4
34:10 61:20
89:16
**september**
39:20 41:4,24
50:4,17
**series** 34:8
**service** 16:15
26:17 38:13
63:6,8 73:1,2
73:22 76:1
81:16 83:11
**services** 13:13
23:12 24:5,9
24:14 25:1,6
25:17 26:21
49:20 63:2,4

67:9 75:24
76:3
**set** 63:6,8 70:25
74:23 75:3,12
**sets** 62:15
**seven** 13:24
49:21
**seventh** 39:24
**several** 25:25
26:5,6
**sg** 50:3,12
**shared** 10:12
**shawn** 14:5
22:12 28:25
29:4 30:5
50:13 55:18
57:24,24 65:11
65:22,22 71:1
71:20 72:14,24
80:7 81:4 83:8
83:15
**sheet** 89:13
**she's** 30:20
31:15
**shipment** 80:9
**shipped** 79:18
79:19
**shoot** 59:17
**short** 57:21
**shouldn't** 75:2
**shred** 29:10
49:14
**shredded** 29:12
32:10 53:21

79:15,17
**shredder** 36:3
37:11 38:24
40:3 42:3
43:10
**shreds** 52:16
**sic** 78:10
**side** 36:2 37:10
38:23 40:1
42:2 43:9
**sign** 84:18
89:14
**signatory** 17:18
**signature** 88:22
**signed** 89:21
**signing** 7:5
**simply** 19:7
**sit** 49:1
**site** 12:12,17
13:4
**six** 13:23 39:24
**sizemore** 14:14
14:18 16:25
29:9,18 34:10
35:12,19 37:4
37:8,20 38:19
38:21 39:21
41:23 42:1
43:4 49:10
70:23,24 71:14
72:14 76:6
**skip** 21:4 38:20
39:23 41:24

**slow** 56:25
**slowly** 57:2
**sold** 69:12
**solely** 32:3
82:24
**solutions** 89:24
**somebody** 41:1
68:25 82:2
**soon** 26:4
**sorry** 13:21
16:1 28:6 30:9
32:21 33:15
42:15,17,17
59:21 62:1
68:12 70:21
72:23 73:16,25
73:25 75:14
79:3 81:6,24
**sound** 71:21
**sounds** 31:12
**southeast** 89:17
**speak** 8:25
**speaking** 36:3
37:11 38:24
40:3 42:4
43:11
**specific** 28:20
40:19 83:5
**specifically**
71:17
**speculating**
39:15 61:3,6
**speculation**
66:10,12,13

77:6
**spell** 31:10
**spoken** 22:18
**spot** 40:5,13,17
40:23 41:7,15
42:6 43:13
44:8,18
**square** 85:16
**stack** 33:2 70:6
**stakeholder**
16:18
**stand** 12:19
50:12 71:10
**standard** 26:15
32:3 49:8 69:3
69:16 81:12
83:23
**start** 11:1
17:12 19:22
34:22 74:19,25
75:19
**starting** 10:22
35:24 36:4
37:12 39:1
40:4 42:5
43:12 79:8
**starts** 79:9
**state** 11:3 88:1
88:4
**states** 1:1 76:17
**status** 35:13
39:12 42:20
**step** 67:2

| | | | |
|---|---|---|---|
| **steptoe** 3:12 89:2 | **suite** 3:6,14 | 59:2 64:19 | 73:2,23 76:1 |
| **steve** 23:20 | **summer** 49:3 56:4 | 68:11,12,14,16 68:17 73:7 | 83:24 |
| **stewart** 2:7 23:20,23 88:3 88:23 | **supply** 11:13 11:18,20 67:6 | 74:24 85:7,9 | **terribly** 9:13 |
| **stick** 40:5,12 42:6 43:13 | **suppose** 53:1 | **taken** 2:4,6 7:19,20 88:16 | **terry** 80:10,11 80:18 |
| **stipulated** 7:3 | **supposed** 45:12 76:20 | **talk** 9:6 21:23 47:18 48:13 | **testified** 7:13 24:20 25:4 |
| **storage** 36:6 | **sure** 8:19 9:4 20:15 48:22 | **talked** 19:19 62:9 80:18 | **testimony** 88:6 88:10 89:11,19 91:9 |
| **stored** 36:8 | 50:2,20 52:24 | **talking** 10:7 | **text** 49:13,23 |
| **story** 80:25 81:7 | 62:1 70:4,18 78:5 79:2 | 31:17 32:1,6 32:18 71:20 | 59:17 |
| **street** 2:10 3:5 3:13 | **switched** 56:24 | 77:5 80:8 | **thank** 33:21 46:18 62:6 84:19,21,25 |
| **stud** 36:6 | **sworn** 7:12 88:8 91:15 | **talks** 31:19 53:23 | 87:11 |
| **study** 48:23 | **synergy** 12:13 | **team** 71:24 82:20 83:10 | **that's** 16:3 20:5 21:7,20 28:9 |
| **stuff** 28:18 47:8 | **system** 12:16 30:12,13 49:25 | **tell** 10:21 11:1 11:11 16:13 | 28:18 29:5 31:19 32:10,12 |
| **subcontracting** 51:13 | 61:6 66:15 71:1,4,5,6 | 49:25 59:20 | 39:9 46:1,13 46:13 48:22,22 |
| **subcontractor** 36:16 | **t** | **template** 17:11 19:22 | 50:18,20 51:18 51:23 56:2 |
| **subject** 35:20 37:5 38:19 | **t** 7:1,1 90:4,4 | **ten** 11:25,25 33:24 34:1 | 58:14 60:2 61:6 66:18 |
| 39:21 41:23 43:5 60:13 | **tabitha** 14:14 16:25 17:6 | 52:22 53:23 79:23 80:15,18 | 71:15,18 72:17 73:6,18 80:9 |
| 67:5 72:15 | 29:25 74:21 77:8 | **term** 62:21 67:9 | 80:21 |
| **subscribed** 91:15 | **take** 8:23 9:12 9:14 15:7 | **terms** 20:1 32:14 41:11 | **there's** 35:18 54:25 62:19 |
| **substance** 29:3 45:17,20 79:10 | 21:19 25:21 26:5,25 27:2 | 47:1,3 48:24 60:13 62:15,15 | 73:9 76:9 80:7 |
| **success** 67:11 | 33:23 48:2 51:22 57:7 | 62:25 63:4,6,8 | **they're** 36:16 45:4 52:2 |
| **suggested** 38:1 | | | |

62:21 71:24
**they've** 73:3
    76:18
**thing** 34:7 38:5
    85:18 86:24
    87:1
**things** 8:21
    12:21,21 71:23
    75:2
**think** 45:18
    47:15 54:6
    56:2,23 57:20
    61:16,24 69:25
    71:11 75:24
    77:15 81:14,15
**third** 35:24
**thought** 76:11
    81:2,14 83:7
**three** 13:23
    39:23 67:10,23
**time** 9:2,2,8,8
    14:5,8,11,14,18
    18:16,18 28:10
    28:19,19 29:19
    30:23 32:21,23
    33:1 40:18,24
    47:10 48:13,17
    49:24 55:13
    56:10 58:16
    63:7,14,23
    64:3,13 71:15
    74:25 81:10
    83:19 84:22
    89:20

**timeframe**
    89:10
**times** 13:25
**title** 12:11
    65:16
**today** 10:10
    15:13 49:2
**today's** 10:14
**toll** 20:2,18
    22:2 29:10
    36:3 37:11
    38:24 40:2
    42:3 43:10
    49:14 52:16
**tolling** 24:4,9
    25:17 49:20
    50:4 67:8
    77:12
**ton** 20:13
**top** 58:3 77:21
    80:4
**topics** 34:9
    35:20 37:5,19
    38:20 39:7,7
    39:22 41:24
    43:5
**total** 9:9 56:19
    66:3 76:19
**totally** 20:5
**towards** 37:2
    40:6,13 42:6
    43:13 44:9
**tower** 2:9

**track** 26:11
    28:18
**tracking** 30:20
**trailer** 29:14
**trans** 85:12,14
    85:17,22 86:1
    86:4
**transaction**
    75:5
**transcribed**
    88:9
**transcript** 1:22
    89:8,21 91:6,9
**transition**
    56:25
**transitioned**
    57:3
**transport**
    76:10
**transportation**
    74:24 76:10,13
**trial** 41:9
**tricky** 81:16
**tried** 68:1
**tripping** 58:14
**truck** 67:2
**trucking** 80:11
**trucks** 47:14
    78:7
**true** 88:10 91:9
**try** 8:25 24:17
    26:11 67:23
**trying** 9:3,4
    50:21 81:2

**turn** 37:1 43:6
    54:16 66:21
    78:10
**turning** 74:18
**turns** 83:18
**two** 13:23
    28:21 29:6
    37:7 38:16
    39:23 41:19
    42:25
**type** 21:21
    32:13
**types** 74:20
    75:20,22
**typical** 19:25
    32:11,13 35:11
    35:11
**typically** 17:4
    17:17 19:14
    20:8,19 24:21
    25:21 26:11
    41:10 45:3
    51:3 71:22
**t's** 73:10,12

**u**

**u** 7:1
**uh** 8:25 9:1
**ultimately**
    46:20
**umbrella** 17:22
**unable** 21:15
**unaware** 68:8

**under** 17:21
63:3 83:12
**undersigned**
2:6
**understand**
9:10,20 30:14
48:23,25 49:18
50:21 52:13
72:25 78:2
82:1,16
**understanding**
18:1,23 19:3
21:17 22:24
23:3,4 31:21
45:2 50:9,11
50:15 52:6
60:7,22 63:20
68:13 73:3
74:8 81:20
82:23,25 83:3
**understood**
64:4 82:12
**unit** 53:24
**united** 1:1 36:9
66:25 67:3,10
**unknown** 67:7
**unusual** 24:12
25:15 32:2
44:5,14,17
67:17,20,21,22
68:4 69:20
**update** 35:13
50:16

**updated** 50:3
51:20 52:1,15
52:23
**upgrade** 12:18
**upgrading**
12:16
**use** 36:4 37:12
38:25 40:4
41:6,14 42:4
43:11
**used** 89:21
**using** 28:21
44:17
**usually** 27:20
76:12
**utilize** 32:3
44:8

**v**

**v** 89:4 90:1
91:1
**value** 51:22
**van** 67:2
**vendor** 24:13
26:4 36:8
**vendors** 15:19
15:22 16:10
19:4 71:7
**verify** 89:11
**veritext** 89:16
89:24
**veritext.com**
89:17

**versus** 7:18
40:23
**view** 49:18
**virginia** 2:10
3:13 11:7 88:1
88:4
**visited** 62:12
**volume** 21:14
47:7,15 68:15
**volumes** 20:20
47:19 76:14
78:5
**vs** 1:8

**w**

**wait** 60:1
**waived** 7:6
**walked** 10:11
**want** 21:2 29:2
34:16 39:10
41:10 45:3,7,8
45:15,16,20
46:1 48:13
55:2 62:1 65:5
69:25 85:12,13
85:13,15,22,25
86:3
**wanted** 32:4
**warranted** 38:2
**wasn't** 64:17
78:4 83:8,19
**watson** 24:1
**way** 28:25 56:3
67:10

**website** 60:14
60:15 62:12,17
**wednesday**
2:11
**week** 36:7
**weeks** 25:24
26:6
**weight** 58:6
**welcome** 27:19
27:23 34:7
**went** 11:1,3
**west** 11:7 88:1
88:4
**we'll** 9:14
21:23 34:22
37:8 39:25
40:5,12 42:5
43:8,12 47:18
84:18
**we're** 37:1 81:2
**whatsoever**
58:22
**what's** 52:14
66:13 70:7
**who's** 12:24
**wide** 67:6
**wife** 59:17
**wilson** 15:6
**wintess** 84:10
84:24
**withdraw**
18:11 74:6
**withers** 3:3 4:6
7:15 8:5,11,12

19:17 21:1,8
21:11 26:23
27:13,17 28:8
28:13 29:8
33:18 34:5,13
34:23 35:3,8
35:10 44:2,4
45:19,21,25
46:6,11,17,19
47:24 48:9,15
53:16,18 54:13
54:22 55:6,8
55:24 57:5,14
57:16 59:1,9
59:15,24 60:11
64:18 65:3,9
69:10 70:3,14
71:25 72:11,21
73:19 78:8,18
78:20 84:6,15
84:20 85:3
86:19,23 87:2
87:6
**witness** 4:4
7:11 19:12
20:24 21:5
27:9,15,25
28:5,11 34:11
34:19,21,25
35:6 43:25
46:4,8,15
53:11 55:4,22
59:22 60:9
65:1,7 69:8

70:12 72:9,19
73:17 78:16
84:2 88:6,9,11
89:10,12,14,20
**wmr** 1:6
**woman** 23:22
23:25
**won't** 9:9
**word** 9:9 38:2,3
**worded** 22:6
**work** 26:9 40:6
40:13 42:6
43:13 44:9
50:22 67:17
73:12 74:11
77:8
**worked** 12:8
17:20 26:9
57:1
**working** 26:19
31:2 36:2,5
37:10 38:23
40:2 42:2 43:9
77:11 79:12
81:21 82:17
83:19
**works** 22:22
65:14
**world** 69:24
80:25
**wouldn't** 47:21
48:20 69:24
73:11

**writes** 37:8
38:21 65:22
79:11
**written** 19:4
24:4,15,22
25:5,18 26:20
36:19 38:12
52:14 58:4,11
67:18 69:16
77:12
**wrote** 29:9 31:2
37:21 57:23
66:23 72:22,24
74:18
**wv** 2:11 3:15

**x**

**x** 4:1

**y**

**yeah** 16:2
24:18 32:22
45:6 53:12
68:8 74:13
81:24,25 85:9
**year** 14:20
63:16 67:4
**years** 11:25
12:10 14:21
**yep** 15:17
59:23 86:16
**yesterday**
85:14
**you'd** 27:20

**you'll** 28:15
**you're** 8:22
21:20 25:10
28:3 34:7
43:18 50:14
53:13 59:21
**you've** 23:19
51:5,6

(e) Review by witness; changes; signing.

If requested by the deponent or a party before
completion of the deposition, the deponent shall
have 30 days after being notified by the officer
that the transcript or recording is available in
which to review the transcript or recording and, if
there are changes in form or substance, to sign a
statement reciting such changes and the reasons
given by the deponent for making them. The officer
shall indicate in the certificate prescribed by
paragraph (1) of subsection (f) of this Code
section whether any review was requested and, if
so, shall append any changes made by the deponent
during the period allowed. If the deposition is not
reviewed and signed by the witness within 30 days
of its submission to him or her, the officer shall
sign it and state on the record that the deposition
was not reviewed and signed by the deponent within
30 days. The deposition may then be used as fully
as though signed unless, on a motion to suppress
under paragraph (4) of subsection (d) of Code

Section 9-11-32, the court holds that the reasons

given for the refusal to sign require rejection of

the deposition in whole or in part.

DISCLAIMER: THE FOREGOING CIVIL PROCEDURE RULES

ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY.

THE ABOVE RULES ARE CURRENT AS OF APRIL 1,

2019.  PLEASE REFER TO THE APPLICABLE STATE RULES

OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

VERITEXT LEGAL SOLUTIONS

COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the

foregoing transcript is a true, correct and complete

transcript of the colloquies, questions and answers

as submitted by the court reporter. Veritext Legal

Solutions further represents that the attached

exhibits, if any, are true, correct and complete

documents as submitted by the court reporter and/or

attorneys in relation to this deposition and that

the documents were processed in accordance with

our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining

the confidentiality of client and witness information,

in accordance with the regulations promulgated under

the Health Insurance Portability and Accountability

Act (HIPAA), as amended with respect to protected

health information and the Gramm-Leach-Bliley Act, as

amended, with respect to Personally Identifiable

Information (PII). Physical transcripts and exhibits

are managed under strict facility and personnel access

controls. Electronic files of documents are stored

in encrypted form and are transmitted in an encrypted

fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.

Message
| | |
|---|---|
| **From:** | Sizemore, Tabitha [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=207D6F8977E94C2C9ABCC54F43EDC5EE-SIZEMORET] |
| **Sent:** | 9/6/2023 2:20:42 PM |
| **To:** | George, Shawn P. [/O=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS]; Brotherton, Michele [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bf23c96383984717b0133598b4127067-brothertonm] |
| **CC:** | Teltscher, Markus [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=bf651e5af1b748549648f2585954ff5c-teltscherm] |
| **Subject:** | RE: 5052 Coated Tolling - Rate Proposal |
| **Attachments:** | 4500375217 Faith Aluminum 5052 toll PO - 1.5M - updated toll fee and time frame in notes - 1 line for 2023 - 09.06.2023.pdf |

HI Shawn,

After our conversation and speaking w/ Jeff. I highlighted what I updated in the notes portion. The reason we have volume still available is b/c we are being charged $0.18/lb. for shredding and we have the PO entered as $1.00/lb. (as that is what has always been done previously) so that is why there is open volume on the single line.



I don't want to cause confusion or difficulty to this so I think its best to just leave it as 1 line to receive against for the whole year.

Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone: 800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com

*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



EXHIBIT
Plaintiff
**8**

**ALPLAN**

## ULTIMATE STABILITY
DISCOVER THE WORLD'S MOST STABLE ALUMINIUM

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Wednesday, September 6, 2023 9:29 AM
**To:** Sizemore, Tabitha <tabitha.sizemore@constellium.com>; Brotherton, Michele <michele.brotherton@constellium.com>
**Subject:** RE: 5052 Coated Tolling - Rate Proposal

Hi Tabitha,
We need to add a line in the Faith Aluminum tolling PO for each month (July through December 2023) in the amount of 1,000,000 lbs. per line. The comments/notes at the top are good.

Thanks,
SpG

**From:** Sizemore, Tabitha <tabitha.sizemore@constellium.com>
**Sent:** Wednesday, September 6, 2023 9:22 AM
**To:** George, Shawn P. <shawn.george@constellium.com>; Brotherton, Michele <michele.brotherton@constellium.com>
**Subject:** FW: 5052 Coated Tolling - Rate Proposal

Here is the tolling PO. Only 1 line entered for June.



I know we are toll processing at Faith for Avec/Goldy & United Scrap & Kripke and more may be added.

Please let me know the quantity that needs added to this PO and I will get it taken care of.

@Brotherton, Michele
Shouldn't the quantity be complete for June 2023?

CRPR-003743



Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone: 800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com

*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Thursday, June 22, 2023 12:25 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Cc:** Brotherton, Michele <michele.brotherton@constellium.com>; Gray, Heidi <heidi.gray.external@constellium.com>
**Subject:** RE: 5052 Coated Tolling - Rate Proposal

Please see the toll PO attached. Let me know if anything needs adjusted.

Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone: 800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Monday, June 5, 2023 12:34 PM
**To:** Sizemore, Tabitha <tabitha.sizemore@constellium.com>
**Cc:** Brotherton, Michele <michele.brotherton@constellium.com>
**Subject:** FW: 5052 Coated Tolling - Rate Proposal

Please enter a toll PO for the poly 5052 shred at Faith Aluminum for June 2023.
1.5m pounds poly 5052 to be shredded at $.1600/lb. inbound.
Finished product to be picked up by Constellium at Rockmart GA via dump trailer.


I will be working with Liz to craft a contract that will begin in July.

Thanks,
SpG

**From:** Garey Rittenhouse <garey@regionalmetalservices.com>
**Sent:** Friday, May 19, 2023 10:41 AM

CONFIDENTIAL

**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** 5052 Coated Tolling - Rate Proposal

[EXTERNAL SENDER – CAUTION with links and attachments]

Hi Shawn,

I appreciate jointly exploring providing tolling services for the Ravenswood facilities 5052 needs. After our conversation yesterday, we did a review of the hourly/daily production data (tons per hour, costs, etc) to develop a reasonable estimate of what we believe will be required to effectively process the baled Morgan-Olson 5052 scrap to assure a clean outbound product.

Based on that analysis, noted below is what we can offer Constellium regarding tolling rates for the 5052 scraps from Morgan-Olson.

| Monthly Volume Range | Toll Rate |
|---|---|
| >700,000 - <1,000,000 | $0.1900 |
| >1,000,000 | $0.1600 |

***Minimum monhtly toll volume = 700,000 lbs

The monthly 5052 production for Constellium would be completed in a single continuous run and the scheduling of the processing would be coordinated with your staff to meet 5052 production scheduled at the Ravenswood plant. In addition, as part of the tolling arrangement, we will store up to 2.0mm pounds of ready to ship 5052 product in the warehouse. Per yesterday's conversation, the above referenced tolling rate reflects a ten (10) month tolling contract between Faith Aluminum and Constellium.

Please review the proposal at your convenience and feel free to contact me directly to discuss in greater detail or to answer any questions. I look forward to working with you in the future and appreciate the opportunity.

Sincerely,
Garey

Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

**"Buying Scrap Daily...Building Lifetime Relationships"**



CRPR-003747

Message
_____

**From:**      Sizemore, Tabitha [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP
               (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=207D6F8977E94C2C9ABCC54F43EDC5EE-SIZEMORET]
**Sent:**      1/2/2024 1:16:53 PM
**To:**        Fife, Jennifer [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=f3994412ae6b4d2b972af108d7f90946-fifej]; Wilson, Bryan
               [/o=ExchangeLabs/ou=Exchange Administrative Group
               (FYDIBOHF23SPDLT)/cn=Recipients/cn=4e2ed5ae2f384f3dba50de4183cbf366-wilsonb]
**Subject:**   December 2023 topics

SIC Consignment Agreement has been signed by the vendor for 2024 – routing in Adobe for signature w/ Bryan Wilson &
Brian Mccallie.
Al Rec Tolling Agreement has been signed by the vendor – extended contract date through March 2024 – routing in
Adobe for signature w/ Bryan Wilson & Brian Mccallie.

**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or
disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any
foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the
appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Wednesday, November 1, 2023 9:10 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** October 2023 topics

*Clean up of old PO's.  IT was not able to help with the close out of old PO's. Too many errors. I am manually going into
PO's and closing them out. I have closed out approx. 400 PO Lines so far. Plan to have all 2022 and prior complete by
EOY.  - Found additional lines once I had more reports ran (Goods vs. Services) Total PO's closed 522 – COMPLETE  -
YEAH!!!!
*Working w/ OD to update their contract since it expires Oct 2023. Brian signed off 11/1/2023 – I will upload the official
signed contract in Ariba once Anita sends it back over.

CONFIDENTIAL

EXHIBIT
Plaintiff
**10**

*Still working w/ IT to have a new payment term for Trafigura – 5th day of quarter following M+1 – The new payment term was implemented in October and I have begun using it: N100

*With railroad work complete I will have to work up a new rail schedule for vendors and communicate that to them so Demurrage stays low and all vendors are aware – Started this 11/1 and will hopefully be complete by end of next week.

*Staying on top of the Cracked ingot SCAR w/ quality so it doesn't fall through the cracks. – hoping to have complete by end of November.

Will have another contract coming through on the scrap side. Working a deal w/ Faith Aluminum – the toll shredder-speaking w/ Liz to see if we can use the Real Alloy Contract as a starting point. Will stick w/ a spot PO for 2023 and work towards a contract in 2024. (no change)

Demurrage charges. Total $ of Debit Memo's completed and communicated to vendors - $55k  - Up to date on invoices. (no change)

Worked w/ IT to updated Ingot Mgmt. – Now can view change history and also will be tracking the vehicle number for CSX deliveries. This way we can better manage at the end of the month if ingots have not been received in. Hoping to see this be beneficial this month as deliveries come in. (no change)

Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Total Refund: $1,161.19 (confirmed w/ Angel) (no change)

Working w/ Christophe to have an open field that can be pulled into my reporting so I can track the contracts. Might not start until 2024. (no change)

Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn (requested minor adjustment then will need approved in ETQ)

Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in. (no change)

Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed. (no change)

AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX.  (no change)

RFD Process – Need to clarify and finalize the PCS (waiting on finance) / Clean-up 2022 RFD's. (no change)

**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.

**From:** Sizemore, Tabitha
**Sent:** Monday, October 2, 2023 8:42 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** September 2023 topics

*Clean up of old PO's.  IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out approx. 400 PO Lines so far. Plan to have all 2022 and prior complete by EOY.  - Found additional lines once I had more reports ran (Goods vs. Services) Total PO's closed 522 – Will still have all complete by the end of this year for 2022 and prior.

*Working w/ OD to update their contract since it expires Oct 2023. Next meeting is later today.

*Still working w/ IT to have a new payment term for Trafigura – 5th day of quarter following M+1, meeting w/ Finance and IT on Thursday.

Will have another contract coming through on the scrap side. Working a deal w/ Faith Aluminum – the toll shredder- speaking w/ Liz to see if we can use the Real Alloy Contract as a starting point. Will stick w/ a spot PO for 2023 and work towards a contract in 2024. (no change)

Demurrage charges. Total $ of Debit Memo's completed and communicated to vendors - $55k  - Up to date on invoices. (no change)

Worked w/ IT to updated Ingot Mgmt. – Now can view change history and also will be tracking the vehicle number for CSX deliveries. This way we can better manage at the end of the month if ingots have not been received in. Hoping to see this be beneficial this month as deliveries come in. (no change)

Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Total Refund: $1,161.19 (confirmed w/ Angel) (no change)

Working w/ Christophe to have an open field that can be pulled into my reporting so I can track the contracts. Might not start until 2024. (no change)

Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn (requested minor statement then will need approval by CFO)

Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in. (no change)

Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed.

AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX. (no change)

RFD Process – Need to clarify and finalize the PCS (waiting on finance) / Clean-up 2022 RFD's. (no change)

**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com


Constellium

Visit our website: www.constellium.com

*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*


ALPLAN
ULTIMATE STABILITY
DISCOVER THE WORLD'S MOST STABLE ALUMINIUM

**From:** Sizemore, Tabitha
**Sent:** Friday, September 1, 2023 8:42 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** August 2023 topics

Demurrage charges. Total $ of Debit Memo's completed and communicated to vendors - $55k - Up to date on invoices.
Worked w/ IT to updated Ingot Mgmt. – Now can view change history and also will be tracking the vehicle number for CSX deliveries. This way we can better manage at the end of the month if ingots have not been received in. Hoping to see this be beneficial this month as deliveries come in.
Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Total Refund: $1,161.19 (confirmed w/ Angel)
Will have another contract coming through on the scrap side. Working a deal w/ Faith Aluminum – the toll shredder- speaking w/ Liz to see if we can use the Real Alloy Contract as a starting point. Will stick w/ a spot PO for 2023 and work towards a contract in 2024.
Clean up of old PO's. IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out approx. 400 PO Lines so far. Plan to have all 2022 and prior complete by EOY.

Working w/ Christophe to have an open field that can be pulled into my reporting so I can track the contracts. Might not start until 2024. (no change)
Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn (requested meet adjustment item will need approved in RFD)
Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in. (no change)
Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed. (no change)
AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX. (no change)
RFD Process – Need to clarify and finalize the PCS (waiting on finance) / Clean-up 2022 RFD's. (no change)

**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**

Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone: 800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Tuesday, August 1, 2023 8:35 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** July 2023 topics

Demurrage charges. Total $ of Debit Memo's completed and communicated to vendors - $29k - Still need to communicate $13k and get approvals from Derek. Caught up on Demurrage invoices. Just reviewed June 2023. Worked w/ IT to updated Ingot Mgmt – Now can view change history and also will be tracking the vehicle number for CSX deliveries. This way we can better manage at the end of the month if ingots have not been received in.

Will have another contract coming through on the scrap side. Working a deal w/ Faith Aluminum – the toll shredder- speaking w/ Liz to see if we can use the Real Alloy Contract as a starting point. (no change)
Working w/ Christophe to have an open field that can be pulled into my reporting so I can track the contracts. Might not start until 2024. (no change)
Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Unsure of the total refund to expect due to the qualifications. Might be small but we will take it. still working on – Emailed Angel 6/19 to see if the credits came through. Still waiting on a response.
Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn requested input agreement then will need approved in PCS
Clean up of old PO's. IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out 261 PO Lines so far. still working on
Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in. (no change)
Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed. (no change)
AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX. (no change)
RFD Process – Need to clarify and finalize the PCS (waiting on finanace) / Clean-up 2022 RFD's. (no change)

**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone: 800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com

*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Monday, July 3, 2023 7:58 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** June 2023 topics - No changes from last month

Will have another contract coming through on the scrap side. Working a deal w/ Faith Aluminum – the toll shredder- speaking w/ Liz to see if we can use the Real Alloy Contract as a starting point.

Working to bill our first vendor w/ Demurrage charges. Short paying Glencore's future invoice by $23k – will see how this works. I've sent multiple communications to Glencore and received no response back. Nick expects push back. No response from Glencore yet.

Working w/ Christophe to have an open field that can be pulled into my reporting so I can track the contracts. Might not start until 2024. (no change)

Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Unsure of the total refund to expect due to the qualifications. Might be small but we will take it. still working on – Emailed Angel 6/19 to see if the credits came through. Still waiting on a response.

Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn requested edits/ adjustment/ then will need approval on it too.

Clean up of old PO's. IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out 261 PO Lines so far. still working on

Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in. (no change)

Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed.

AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX. (no change)

RFD Process – Need to clarify and finalize the PCS (waiting on finanace) / Clean-up 2022 RFD's. (no change)

**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone: 800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com

*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Thursday, June 1, 2023 8:26 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** May 2023 topics

Metal RFQ's - Issue RFQs for toll processing our dross/chips/pit scrap into sow for 2023 to Real Alloy. Real Alloy contract is officially complete and good for a year.
Might have another contract coming through on the scrap side. Working a deal w/ Faith Aluminum – the toll shredder- speaking w/ Liz to see if we can use the Real Alloy Contract as a starting point.
Working w/ IT to get Faith Aluminum set up as a storage location – hoping the request will be added in SAP this week as we have a new vendor who's material will be stored there. United Scrap
Working to bill our first vendor w/ Demurrage charges. Short paying Glencore's future invoice by $23k – will see how this works. I've sent multiple communications to Glencore and received no response back. Nick expects push back.
Working w/ Christophe to have an open field that can be pulled into my reporting so I can track the contracts. Might not start until 2024.
Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Unsure of the total refund to expect due to the qualifications. Might be small but we will take it. (Still working on)
Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn (Requested latest document then will need approved for STD)
Clean up of old PO's. IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out 261 PO Lines so far. (Still working on)
Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in. (No change)
Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed. (No change)

AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX. (no change)

RFD Process – Need to clarify and finalize the PCS (waiting on finanace) / Clean-up 2022 RFD's. (no change)

Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law.  Export, diversion, or disclosure contrary to U.S. law is prohibited.  Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Monday, May 1, 2023 8:52 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** April 2023 topics

Metal RFQ's - Issue RFQs for toll processing our dross/chips/pit scrap into sow for 2023 to Real Alloy.  Real Alloy should be sending back over the contract by EOB today. We have a PO in place only through 5/15/2023

Working w/ Travel Leaders on reimbursement for unused United Airline Tickets. Unsure of the total refund to expect due to the qualifications. Might be small but we will take it.

Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Also completing a WI for Metal Purchase Requisition Process. Waiting on agreement from Nick/Emily/ & Shawn

Clean up of old PO's.  IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out 261 PO Lines so far.

Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Waiting on 7 contracts still to come in.

Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10M – Still needs to be listed. (no change)

AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX. (no change)

RFD Process – Need to clarify and finalize the PCS / Clean-up 2022 RFD's. (no change)

Thanks,
**Tabitha Sizemore**

**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone: 800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Monday, April 3, 2023 8:03 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** March 2023 topics

Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M – Still needs to be listed.
Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE. Waiting on Emily & Nick to approval the PCS. Also completing a WI for Metal Purchase Requisition Process.
Metal RFQ's - Issue RFQs for toll processing our dross/chips/pit scrap into sow for 2023 to Al Rec, Real Alloy, and Imperial Aluminum. Real Alloy contacted me on Friday 3/31 – They are hoping to sign soon.
AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Klara is struggling to get answers back from AMEX.
Clean up of old PO's. IT was not able to help with the close out of old PO's. Too many errors. I am manually going into PO's and closing them out. I have closed out 232 PO Lines so far.
RFD Process – Need to clarify and finalize the PCS / Clean-up 2022 RFD's. (no change)
Metal Contracts – Slowly receiving the Metal contracts. Still have quite a few not signed. Will be sending out the significant contract report this week for review to Nick & Emily.

Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone: 800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com

CONFIDENTIAL



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Sizemore, Tabitha
**Sent:** Wednesday, March 1, 2023 8:41 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** Feb 2023 topics

Need to discuss with Marcus Becker at some point regarding the DOA – The Local & Corporate DOA do not align. LOCAL: Metal - Buddy's max sign off is $3M / CORPORATE: Group CPO is only informed at $2.65M but approval needed in excess of $10.6M
Local DOA being updated to include Shawn George  - For Scrap purchases
Updating Metals Procurement PCS – Working w/ Manfredo to clean up the process for PO Approval/OE.
Metal RFQ's - Issue RFQs for toll processing our dross/chips/pit scrap into sow for 2023 to Al Rec, Real Alloy, and Imperial Aluminum.  Real Alloy contract is currently being reviewed by Legal. Must have a contract in place by Q2.
AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Reaching out to Klara b/c I am now not getting a response from AMEX.
Working w/ IT to continue clean up of PO's.  (sending a follow up email this week, no change)
RFD Process – Need to clarify and finalize the PCS / Clean up 2022 RFD's. (no change)
Metal Contracts – Still have not received any 2023 Metal Contracts. (no change) Sent out remind to the Central Metal team asking for them to be sent over w/ the required approvals. 02.27.2023

Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone:  800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



ALPLAN

# ULTIMATE STABILITY

DISCOVER THE WORLD'S MOST STABLE ALUMINIUM

**From:** Sizemore, Tabitha
**Sent:** Wednesday, February 1, 2023 12:59 PM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** January 2023 topics

Below are some of the items I am working on. A lot going on currently with more training.

- Metal RFQ's - Issue RFQs for toll processing our dross/chips/pit scrap into sow for 2023 to Al Rec, Real Alloy, and Imperial Aluminum. Real Alloy contract is currently being reviewed by Legal. Must have a contract in place by Q2.
- AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Had a call w/ AMEX last week and hoping to get a number worked out to have RVN reimbursed. Still working on details for future annual fees. Klara is working w/ our contact for a new Global Agreement.
- Working w/ IT to continue clean up of PO's.
- Concur SSO – Will be sending out an email either today or tomorrow for Go Live date of Friday 2/3/2023.
- RFD Process – Need to clarify and finalize the PCS / Clean up 2022 RFD's.
- Metal Contracts – Still have not received any 2023 Metal Contracts.

Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone: 800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com

Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.

ALPLAN

# ULTIMATE STABILITY

DISCOVER THE WORLD'S MOST STABLE ALUMINIUM

**From:** Sizemore, Tabitha
**Sent:** Wednesday, January 4, 2023 11:10 AM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** December topics

- Metal RFQ's - Issue RFQs for toll processing our dross/chips/pit scrap into sow for 2023 to Al Rec, Real Alloy, and Imperial Aluminum. Received signed contract from Al Rec / Sent a reminder to Real Alloy on 1/3/2023 asking for the signed contract.
- AMEX - Klara Mueller & I are still working to get our reimbursement for the annual fees that Ravenswood has been charged. Still waiting on an update from AMEX, I will send another reminder to the group today
- Working w/ IT to clean up remaining PO's. I am working on a new list.
- Concur SSO – Jaroslav has received access rights and will begin testing on Thursday.


Thanks,
**Tabitha Sizemore**
**Commodity Manager**
**Aerospace and Transportation**
Constellium Rolled Products Ravenswood, LLC
P.O. Box 68
Ravenswood, WV 26164
Office phone: 800-258-6686 x6016 or Direct: 304.273.6016
Fax: 304.273.6509
Mail: tabitha.sizemore@constellium.com



Visit our website: www.constellium.com
*Any technical data and/or information provided with or in this email may be subject to U.S. export controls law. Export, diversion, or disclosure contrary to U.S. law is prohibited. Such technical data or information is not to be exported from the U.S., or given to any foreign person in the U.S., without prior written authorization of Constellium Rolled Products Ravenswood, LLC, and the appropriate U.S. Government agency.*



**From:** Fife, Jennifer <jennifer.fife@constellium.com>
**Sent:** Wednesday, November 30, 2022 10:37 AM
**To:** Crisafulli, Jim <jim.crisafulli@constellium.com>; Wilson, Bryan <bryan.wilson@constellium.com>; Kerns, Leigh Ann <leighAnn.kerns@constellium.com>; Sizemore, Tabitha <tabitha.sizemore@constellium.com>
**Cc:** Nelson, John <john.nelson@constellium.com>
**Subject:** November topics to report to Corporate

Please send me some bullet points for the month of November for your Commodities (Supplier info or issues, Commodity price increases/decreases, Supply Chain issues, Bid status by category, etc.) I will select what to escalate. Need today or tomorrow.

Here was October's list in case you want to provide updates...

- Increase in drivers for Penske;(PTRA) now at or above the contractual requirement
- Electrical (PMRO) category out for bid
- MRO (PMRO) category out for bid
- Total Specialty lubricants (PLUB) contract in renewal phase
- Allegheny Petroleum (PLUB) contract in renewal phase
- Constellium Tripartite Meeting (PBUI) with Trades/Contractors/Constellium held to address contractor labor shortage and upcoming projects/outages
- 6% increase in Industrial Gas effective in October as per contract (PGAS)
- Declaration of a $CO_2$ (PGAS) contingency event effective 11/2 (average cost impact is additional $900/week during event)

Thanks!

**Jen A. Fife, C.P.M.**
**Director, Procurement**

 Constellium

**Aerospace and Transportation**

859 Century Road
P.O. Box 68
Ravenswood, WV 26164
Office phone: +1 304 273 6554
Mobile: + 1 304 786 4083
Mail : jennifer.fife@constellium.com

Visit our website: www.constellium.com

CONFIDENTIAL

 **Constellium**

### CONTRACT/PURCHASE ORDER

| | |
|---|---|
| **PO No** | : **4500375217** |
| **PO Date** | : **06/22/2023** |

**Constellium Rolled Products
Ravenswood, LLC**
859 Century Road
Ravenswood, WV 26164

**Vendor Address:**
Faith Aluminum Co
375 Industrial Dr.
Rockmart, GA 30153
Phone   :
Fax       :
Contact : Steve Stewart

| | | |
|---|---|---|
| Buyer | : | Tabitha Sizemore |
| Buyer Phone | : | 304-273-6016 |
| Buyer Fax | : | METALS |
| Buyer Email | : | |
| tabitha.sizemore@constellium.com | | |
| Fed Tax I.D | : | 20-084-3018 |
| Direct Pay Permit No | : | 2259-7167 |
| Incoterms | : | FOB  Ravenswood, WV |
| Payment Terms | : | Within 45 days net |

**Header Text:**Toll PO for the poly 5052 shred at Faith Aluminum for June-Dec 2023.

Updated Notes per SG 09.06.2023 - Faith Aluminum tolling PO for each month (July through December 2023) in the amount of 1,000,000 lbs. per line.

Poly 5052 to be shredded at $.1800/lb. inbound.
Finished product to be picked up by Constellium at Rockmart GA via dump trailer.

| Item No | Material No<br>Material Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---|---|---|---|---|---|
| 00010 | 800000291<br>Metal Processing Services | 06/30/2023 | 1,500,000.000 | EA | 1.00/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

    859 Century Road, Ravenswood, US 26164

**Detail of Conditions:**

| | | | | | |
|---|---|---|---|---|---|
| 00030 | 800000277<br>Production Sub-Contracting / Converting | 01/31/2024 | 1,520.000 | EA | 1.00/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

    859 Century Road, Ravenswood, US 26164

EXHIBIT
Plaintiff

**12**
L SPRYYY

CONFIDENTIAL

 **Constellium**

**CONTRACT/PURCHASE ORDER**

PO No          :   **4500375217**
PO Date        :   **06/22/2023**

| Item No | Material No<br>Material Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---------|-------------------------------------|---------------|-------------|------|------------|

**Detail of Conditions:**

For each order, submit INVOICE and Bill of Lading copy to
Constellium Rolled Products Ravenswood, LLC
ATTN: Accounts Payable
P.O.BOX - 68
Ravenswood, WV 26164
accountspayable@constellium.com

| | |
|---|---|
| **From:** | George, Shawn P. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DE7D37C5D8944DEC928D8AFF1FBCD180-GEORGES] |
| **Sent:** | 9/6/2023 1:07:43 PM |
| **To:** | Doss, Jeff [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=5444c267c05946b3a90bd2d050f130c0-dossj] |
| **Subject:** | RE: Faith Aluminum Question |

Not necessarily! There may have been weeks where they were not processing our stuff, but gathering enough loads to justify a production run.

SpG

**From:** Doss, Jeff <jeff.doss@constellium.com>
**Sent:** Wednesday, September 6, 2023 9:07 AM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: Faith Aluminum Question

Shawn,
Thanks for the quick response. I believe you have answered everything that I need to know currently.
I will follow up with Michele to see if she has the totals.
I pulled the invoices and have details starting the week of 6/9/2023, but I don't show any invoices for WE 8/11 , 8/18, and 9/1, which I am trying to track down.
Is it safe to assume that they processed pounds for those weeks?
Thanks,
Jeff

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Wednesday, September 6, 2023 8:59 AM
**To:** Doss, Jeff <jeff.doss@constellium.com>
**Subject:** RE: Faith Aluminum Question

Hi Jeff,
Our agreement with Faith is a toll PO to shred baled clean bare poly 5052 and produce clean, poly-free shreds for RVWD to pick up in Rockmart GA for $.18 per pound in based on 1.0m pounds of volume per month. Faith has been flexible on the volume portion, since some months we ship in more than 1.0m and other months we may fall short. Initial deliveries began in June.

The deal pivots on the availability of high quality, clean bare poly 5052 scrap, the foundation of which is a PO with United Scrap Metals out of Cicero IL. The scrap is generated at Morgan-Olson, a step-van truck body manufacturer with whom United has a one-year scrap buying agreement. Since this agreement is subject to renegotiation in early 2024, and the actual market-wide supply of clean bare poly 5052 was unknown to us, we have chosen to keep Faith on a monthly PO for tolling services until we can establish a longer term 3-way agreement with United (depending on their success with Morgan-Olson), Faith, and ourselves. I do go out into the market to purchase poly 5052 from other sources, the largest being Goldy Metals, and thereafter Kripke, and anyone else who can meet the spec and agree to my pricing.

Michele Brotherton is likely the person who has the total number of pounds processed readily available.

Please feel free to call me if I haven't answered your questions adequately, or you need more details. I primarily work offsite so my cell number is the best way to contact me.

**EXHIBIT**
**Plaintiff**

**13**
E Stewart

CRPR-003726

Thanks,
SpG


**From:** Doss, Jeff <jeff.doss@constellium.com>
**Sent:** Tuesday, September 5, 2023 4:42 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** Faith Aluminum Question

Shawn,
We are reviewing the August financials and Faith Aluminum has caused some confusion.
It appears they have a rate of $.18/LB, according to the invoices.
1. Would you care to explain the details and the agreement with Faith.
2. Who would be the best person to provide the total number of lbs that has been processed at that facility.

Thanks,
Jeff Doss

CRPR-003727

Message
─────────────────────────────────────────────────────────────

| | |
|---|---|
| **From:** | Garey Rittenhouse [garey@regionalmetalservices.com] |
| **Sent:** | 12/13/2023 3:48:11 AM |
| **To:** | George, Shawn P. [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=de7d37c5d8944dec928d8aff1fbcd180-GeorgeS] |
| **CC:** | Steve Stewart (steve@faithaluminum.com) [steve@faithaluminum.com] |
| **Subject:** | 5052 Tolling - Pausing Deliveries |

[EXTERNAL SENDER – CAUTION with links and attachments]

Evening Shawn,

Pardon the interruption of your vacation. I hope you and your family are having an enjoyable trip to Arizona and taking advantage of the rather beneficial weather arbitrage between Arizona and Ohio. Truly hard to beat the better temperatures and lower humidity of the desert during the winter.

Per our earlier discussion, Steve and I have concerns regarding the forward viability of current tolling activities given the lower realized production volumes (700k) versus the planned production volume of 1.3mm in 2023. The combination of lower than planned tolling revenues and the higher than planned production costs, has created a rather difficult environment for us to consider continuing the production activity without modifications.

Based on our review of year-to-date 2023 activities, we believe there are three critical aspects which require collective resolution:

- Resolving the 2023 year-to-date gap between realized and planned tolling volumes/revenues.
- Defining a future toll volume and rate schedule for 2024.
- Creation of a contractual tolling agreement for 2024.

Given the rather short time runway left in 2023, there is a bit of urgency in determining the viability of such a resolution for all parties. In addition, we recognize that should we be unable to arrive at an agreeable resolution; a rather expedited pivot for 2024 business planning purposes would be required for both companies. As such, Steve and I have discussed pausing deliveries into the Rockmart plant until such time that we can collectively determine a resolution. Currently, we think it is best if we pause deliveries into the Georgia plant beginning on 12/14/23 so we do not add to the current production schedule backlog.

In consideration of the rather short time window, I would like to schedule a call with you for Wednesday in the hopes we can quickly find such a resolution. At your earliest convenience, please let me know what time would work for such a call.

I do greatly appreciate your accommodation for such a call especially when you are traveling.

Thank you in advance for the consideration and I look forward to the discussion.

Sincerely,
GR

EXHIBIT
Plaintiff
**16**
E Stewart
CRPR-006348

Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

**"Buying Scrap Daily...Building Lifetime Relationships"**



Message
_____

| | |
|---|---|
| **From:** | George, Shawn P. [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DE7D37C5D8944DEC928D8AFF1FBCD180-GEORGES] |
| **Sent:** | 1/9/2024 7:04:48 PM |
| **To:** | Garey Rittenhouse [garey@regionalmetalservices.com] |
| **Subject:** | RE: Faith Aluminum - PO Copy |
| **Attachments:** | 4500392846 Faith Aluminum - 5052 Toll Fee to Shred and remove contaminants - Jan - April 2024 - 01.09.2024.pdf |

Hi Garey.
I have written this PO to encompass January through April at the $.2931/lb. rate we previously discussed.

I am still working on the formal contract for 2024. Once we have the contract all buttoned up, we will still need POs for functional day-to-day business, so we will use this PO regardless.

Thanks,
SpG

**From:** Garey Rittenhouse <garey@regionalmetalservices.com>
**Sent:** Monday, January 8, 2024 4:34 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** Faith Aluminum - PO Copy

[EXTERNAL SENDER -- CAUTION with links and attachments]

Afternoon Shawn,
When you have a moment, could you please send me a copy of the January PO for Faith?
Kim will need the PO to initiate invoices for the month.
Thanks for the help and call me if you have any questions.
Hope you had a great weekend!
GR



Garey Rittenhouse
Regional Metal Services Inc.
Office: 865-240-0326
Cell: 865-981-1794
Email: garey@regionalmetalservices.com
Website: www.RegionalMetalServices.com

## "Buying Scrap Daily...Building Lifetime Relationships"

EXHIBIT
Plaintiff

**18**

CRPR-006854



CRPR-006855

 **Constellium**

### CONTRACT/PURCHASE ORDER

| | | |
|---|---|---|
| PO No | : | 4500392846 |
| PO Date | : | 01/09/2024 |

**Constellium Rolled Products
Ravenswood, LLC**
859 Century Road
Ravenswood, WV 26164

**Vendor Address:**
Faith Aluminum Co
375 Industrial Dr.
Rockmart, GA 30153
Phone  :
Fax     :
Contact : Steve Stewart

| | | |
|---|---|---|
| Buyer | : | Tabitha Sizemore |
| Buyer Phone | : | 304-273-6016 |
| Buyer Fax | : | METALS |
| Buyer Email | : | |
| tabitha.sizemore@constellium.com | | |
| Fed Tax I.D | : | 20-084-3018 |
| Direct Pay Permit No | : | 2259-7167 |
| Incoterms | : | DDP  Rockmart, GA |
| Payment Terms | : | Within 45 days net |

**Header Text:**
Toll fee to shred and remove contaminants from poly 5052 scrap
Poly 5052 to be shredded at $.2931/lb. inbound.
Finished product to be picked up by Constellium at Rockmart GA via dump
trailer.

The total available volume capacity that Faith is making available is 1
,000,000 lbs. per month.
So we will close each line as the month passes regardless of the amount
received against.

| Item No | Material No<br>Material Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---|---|---|---|---|---|
| 00010 | 800000291<br>Metal Processing Services | 01/31/2024 | 1,000,000.000 | EA | 0.29/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

859 Century Road, Ravenswood, US 26164

**Detail of Conditions:**

| | | | | | |
|---|---|---|---|---|---|
| 00020 | 800000291<br>Metal Processing Services | 02/29/2024 | 1,000,000.000 | EA | 0.29/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

EXHIBIT
Plaintiff
**19**
E. Stewart

CRPR-006856

 **Constellium**

**CONTRACT/PURCHASE ORDER**

PO No        :   **4500392846**
PO Date     :   **01/09/2024**

| Item No | Material No<br>Metal Description | Delivery Date | Qty Ordered | Unit | Price/Unit |
|---------|-------------------------------|---------------|-------------|------|------------|

859 Century Road, Ravenswood, US 26164

**Detail of Conditions:**

| 00030 | 800000291<br>Metal Processing Services | 03/31/2024 | 1,000,000.000 | EA | 0.29/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

859 Century Road, Ravenswood, US 26164

**Detail of Conditions:**

| 00040 | 800000291<br>Metal Processing Services | 04/30/2024 | 1,000,000.000 | EA | 0.29/1 |

**Ship To :** Constellium Rolled Products Ravenswood,

859 Century Road, Ravenswood, US 26164

**Detail of Conditions:**

**PO Total    1,172,400.00 USD**

Each shipment must contain an itemized packing list with the purchase order number and a certificate of analysis where applicable. Delivery performance is used in evaluating vendors and is a factor in determining future business, class leading on-time delivery is required.

**Acknowledgement**
All Purchase Orders must be acknowledged via electronic or facsimile tramission within two business days.

By:_____

Date:_____

We accept this order subject to the Terms and Conditions posted on
Constellium's website at:
https://access.constellium.com/RavApps/SellSite/public/ravenswood/terms.jsf

For each order, submit INVOICE and Bill of Lading copy to
Constellium Rolled Products Ravenswood, LLC
ATTN: Accounts Payable
P.O.BOX - 68
Ravenswood, WV 26164
accountspayable@constellium.com

| Message | |
|---|---|
| **From:** | Griffith, Dave [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=01F4588B08E440F78B4835F4E4E3FA2C-GRIFFITHD] |
| **Sent:** | 6/15/2023 5:31:31 PM |
| **To:** | Fife, Jennifer [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=f3994412ae6b4d2b972af108d7f90946-fifej] |
| **Subject:** | FW: Faith Aluminum |

He asked me for a freight quote   that was the extent of his discussion with me .  I had no idea what he was up to

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Thursday, June 15, 2023 12:54 PM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Cc:** Sizemore, Tabitha <tabitha.sizemore@constellium.com>; Griffith, Dave <dave.griffith@constellium.com>
**Subject:** RE: Faith Aluminum

Hi Jen,
They've processed over 500,000 lbs. so far of a total of 1.5m that is supposed to be delivered in June. They will process between 700,000 and 1.5m pounds for us ongoing through at least the end of 2023.

There was a lot of competitive pressure on this opportunity and I ended up getting ahead of the pack getting it locked up.

I did work with Tabitha and Dave on this, to the extent that it happened very fast. I also worked extensively with Buddy and Brian to orient the commercial side of the deal. The actual PO got held up because they were a new vendor to be set up, some slight delays on our side with the Memorial Day holiday, and the administrative leader at Faith was on vacation.

I am working with Liz in Legal to get a tolling contract written up, and I've been communicating with Faith almost daily to that end. Faith is also sending Michele receiving, inventory, and production reports.
I think all of the info is there, it's just not well organized yet.

SpG

**From:** Fife, Jennifer <jennifer.fife@constellium.com>
**Sent:** Thursday, June 15, 2023 9:10 AM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Cc:** Sizemore, Tabitha <tabitha.sizemore@constellium.com>; Griffith, Dave <dave.griffith@constellium.com>
**Subject:** Faith Aluminum

Hi Shawn!

For Faith Aluminum, as I understand it, they are providing a service for us. With that, we would need executed Service terms and conditions. It's my understanding they have already processed a large amount of the material – without a PO. First, as a business owner, I would never do that, but that's on them. We have no obligation to take the material without a PO. Second, if they would receive the material that we own and there is an incident, not having Ts and Cs is a huge risk for us, and wouldn't look favorable in court. All work should be covered by executed Ts and Cs.

So, in order to move this forward, what volume of work is yet to be performed by Faith Aluminum?


EXHIBIT
Plaintiff
**21**

In addition, when you start engaging in conversations about these types of deals, it might be good to pull Dave and Tabitha (and I'm always glad to participate) in to decide how to set up the process and transportation needs. As it can take a little time, it's best to start the conversations early as we can't (well, shouldn't) do things last minute. For instance, with this one, we could have set it up in the Converter app so that we could do a transaction in and out when the material arrived at Faith and left Faith. Auditors have a hay day when we lose a couple hundred lbs, so 500k lbs would make them faint. LOL! I know it isn't 'lost', but we have to properly account for it.

Let us know how we can help you. And get back to me on the forward plan for Faith so we can get them set up and issue a PO. (If a contract was executed, sorry, but I missed that communication.)

Thanks,
Jen


**Jen A. Fife, C.P.M.**
**Director, Procurement**



**Aerospace and Transportation**

859 Century Road
P.O. Box 68
Ravenswood, WV 26164
Office phone: +1 304 273 6554
Mobile: + 1 304 786 4083
Mail : jennifer.fife@constellium.com

Visit our website: www.constellium.com

| From: | Fife, Jennifer [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F3994412AE6B4D2B972AF108D7F90946-FIFEJ] |
| --- | --- |
| Sent: | 6/15/2023 8:05:43 PM |
| To: | Griffith, Dave [/o=ExchangeLabs/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=01f4588b08e440f78b4835f4e4e3fa2c-griffithd] |
| Subject: | RE: Freight rate for dump loads |

Hmmm.....that's interesting!?!?!?

**From:** Griffith, Dave <dave.griffith@constellium.com>
**Sent:** Thursday, June 15, 2023 4:02 PM
**To:** Fife, Jennifer <jennifer.fife@constellium.com>
**Subject:** FW: Freight rate for dump loads

This was his email

10 loads per month now its ballooned to 750k per which is double the amount we talked about Terry could have handled 10

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Tuesday, June 13, 2023 10:49 AM
**To:** Griffith, Dave <dave.griffith@constellium.com>
**Cc:** Brotherton, Michele <michele.brotherton@constellium.com>
**Subject:** RE: Freight rate for dump loads

Faith Aluminum in Rockmart is ready to ship shredded 5052.
There is 517,993 lbs. ready to go.
I got a call this morning from Terry at Dave & Terry Trucking – he is very eager to do haul this material for us. He said he had a truck down there tomorrow if we gave him the job.
I told him that you would be handling it from our side and it would be up to you.

The contact info for Faith is:

**Kimberly Watson**
**Office Manager/Accounting**
**Faith Aluminum Co.**
375 Industrial Drive
Rockmart, GA 30153
Office:678-940-9407
Cell:770-546-5461
kim@faithaluminum.com

Let me know if you need anything else.
Thanks,
SpG

**From:** Griffith, Dave <dave.griffith@constellium.com>
**Sent:** Tuesday, May 9, 2023 3:15 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: Freight rate for dump loads

EXHIBIT
31

EStewart

CONFIDENTIAL

Ok

We can do this for $2100.00 per load

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Tuesday, May 9, 2023 1:48 PM
**To:** Griffith, Dave <dave.griffith@constellium.com>
**Subject:** RE: Freight rate for dump loads

Try this...

**From:** Griffith, Dave <dave.griffith@constellium.com>
**Sent:** Tuesday, May 9, 2023 1:36 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: Freight rate for dump loads

Cant open the picture

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Tuesday, May 9, 2023 12:22 PM
**To:** Griffith, Dave <dave.griffith@constellium.com>
**Subject:** Re: Freight rate for dump loads

Shawn P. George
Constellium Rolled Products
Ravenswood WV USA
Mobile: (304) 373-8387
Office: (304) 273-6024

**From:** Griffith, Dave <dave.griffith@constellium.com>
**Sent:** Tuesday, May 9, 2023 12:12:14 PM
**To:** George, Shawn P. <shawn.george@constellium.com>
**Subject:** RE: Freight rate for dump loads

Have any pictures of this material ?

**From:** George, Shawn P. <shawn.george@constellium.com>
**Sent:** Tuesday, May 9, 2023 11:52 AM
**To:** Griffith, Dave <dave.griffith@constellium.com>
**Subject:** Freight rate for dump loads

Hi Dave,

CONFIDENTIAL

I am working on a deal where I would buy aluminum scrap on a "delivered Rockmart GA" basis from a dealer in Chicago, have it shredded in Rockmart, and then I would need Constellium to arrange and pay the freight from Rockmart GA to Ravenswood. The shredded aluminum would be shipped loose in a dump. I need the freight rate to calculate my pricing proposal for the scrap.

Can you help me get a freight rate from:
Faith Aluminum
375 Industrial Drive
Rockmart GA 30153

The frequency is about 10 loads per month out of GA.

Let me know if you need any more info.

Thanks,
SpG

CRPR-000598

Message

| From: | Fife, Jennifer [jennifer.fife@constellium.com] |
| Sent: | 6/13/2023 5:04:57 PM |
| To: | Sizemore, Tabitha [tabitha.sizemore@constellium.com] |

Have you been requested to set up Faith Aluminum in the system for Shawn?

EXHIBIT
33
Esteuras
CRPR-000472